# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| The Hertz Corporation, *et al.*, | Case No. 20-11218 (MFW) |
| Debtors.[1] | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that **LATHAM & WATKINS LLP** and **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** hereby enter their appearance (the "Notice of Appearance") in the above-captioned cases as counsel to Barclays Bank PLC pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C §§ 101-1532 (as amended, the "Bankruptcy Code"), and Bankruptcy Rules 2002, 3017, 9007 and 9010, and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

| | |
|---|---|
| **LATHAM & WATKINS LLP** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
| George Davis | Derek C. Abbott |
| Suzzanne Uhland | Andrew R. Remming |
| Christopher Harris | 1201 N. Market St., 16th Floor |
| Adam J. Goldberg | P.O. Box 1347 |
| 885 Third Avenue | Wilmington, DE  19899-1347 |
| New York, NY 10022-4834 | Telephone: (302) 658-9200 |
| Telephone: (212) 906-1200 | Facsimile: (302) 658-3989 |
| Facsimile: (212) 751-4864 | Email: dabbott@mnat.com |
| Email:  George.Davis@lw.com |            aremming@mnat.com |
|             Suzzanne.Uhland@lw.com | |

---

[1] The last four digits of The Hertz Corporation's tax identification number are 8568. The location of the debtors' service address is 8501 Williams Road, Estero, FL 33928. Due to the large number of debtors in these chapter 11 cases, for which joint administration for procedural purposes has been requested, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at https://restructuring.primeclerk.com/hertz.

      Christopher.Harris@lw.com
      Adam.Goldberg@lw.com

- and -

Heather Waller
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 777-7700
Facsimile: (312) 993-9767
Email:  Heather.Waller@lw.com

      **PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in these cases, with respect to (a) the debtors in the above-captioned cases (the "<u>Debtors</u>") and any related adversary proceedings, whether currently pending or later commenced; (b) property of the Debtors' estate, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

      **PLEASE TAKE FURTHER NOTICE** that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of Barclays Bank PLC: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final

orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which Barclays Bank PLC is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: May 23, 2020

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Derek C. Abbott*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
1201 N. Market St., 16th Floor
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@mnat.com
          aremming@mnat.com

-and-

**LATHAM & WATKINS LLP**

George Davis (*pro hac vice* pending)
Suzzanne Uhland (*pro hac vice* pending)
Christopher Harris (*pro hac vice* pending)
Adam J. Goldberg (*pro hac vice* pending)
885 Third Avenue
New York, NY 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  George.Davis@lw.com
           Suzzanne.Uhland@lw.com
           Christopher.Harris@lw.com
           Adam.Goldberg@lw.com

- and -

Heather Waller (*pro hac vice* pending)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 777-7700
Facsimile: (312) 993-9767
Email:  Heather.Waller@lw.com

*Counsel to Barclays Bank PLC*