**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| THE HERTZ CORPORATION, *et al.*, | ) Case No. 20-11218 (MFW) |
| Debtors. | ) (Joint Administration Requested) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Adam J. Goldberg of Latham & Watkins LLP to represent Barclays Bank PLC, as Prepetition Agent.

Dated: May 23, 2020

*/s/ Derek C. Abbott*
Derek C. Abbott (No. 3376)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Email: dabbott@mnat.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Fund* effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: May 23, 2020

*/s/ Adam J. Goldberg*
Adam J. Goldberg
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York  10022
Tel:    (212) 906-1200
Email: adam.goldberg@lw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

US-DOCS\115665669.1