**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| The Hertz Corporation, *et al.*,[1] | Case No. 20-11218 (MFW) |
| Debtors. | (Joint Administration Requested) |

**NOTICE OF (I) FILING OF BANKRUPTCY PETITIONS AND RELATED
DOCUMENTS AND (II) AGENDA FOR TELEPHONIC HEARING ON FIRST DAY
MOTIONS SCHEDULED FOR MAY 27, 2020 AT 10:30 A.M. (PREVAILING EASTERN
TIME), BEFORE THE HONORABLE MARY F. WALRATH, AT THE UNITED
STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE[2]**

**ANY PARTY WISHING TO PARTICIPATE IN THE HEARING
MUST APPEAR THROUGH <u>BOTH</u> COURTCALL AND ZOOM.**

**TO APPEAR BY VIDEO CONFERENCE,
PARTIES SHOULD USE THE FOLLOWING INFORMATION:
JOIN ZOOMGOV HEARING: https://debuscourts.zoomgov.com/j/1603460732
MEETING ID: 160 346 0732  PASSWORD: 145764**

**<u>PLEASE NOTE</u>:  AUDIO MUST BE MUTED IN ZOOM ONCE CONNECTED.
COURTCALL, LLC WILL PROVIDE THE AUDIO FOR THE HEARING.**

**TO APPEAR TELEPHONICALLY,
PARTIES SHOULD CONTACT COURTCALL, LLC
AT 844-925-0626 TO REGISTER THEIR APPEARANCE.**

---

[1]    The last four digits of The Hertz Corporation's tax identification number are 8568. The location of the debtors' service address is 8501 Williams Road, Estero, FL 33928. Due to the large number of debtors in these chapter 11 cases, for which joint administration for procedural purposes has been requested, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at https://restructuring.primeclerk.com/hertz.

[2]    All motions and other pleadings referenced herein are available online at the following address: https://restructuring.primeclerk.com/hertz.

PLEASE TAKE NOTICE that on May 22, 2020, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the following voluntary petitions (collectively, the "**Petitions**") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532:

A.    Voluntary Petitions:

1.    The Hertz Corporation
2.    CMGC Canada Acquisition ULC
      A.    Amended Petition - filed on May 24, 2020
3.    Dollar Rent A Car, Inc.
4.    Dollar Thrifty Automotive Group Canada Inc.
      A.    Amended Petition - filed on May 24, 2020
5.    Dollar Thrifty Automotive Group, Inc.
6.    Donlen Corporation
7.    Donlen Fleet Leasing, Ltd.
8.    Donlen FSHCO Company
9.    Donlen Mobility Solutions, Inc.
10.   DTG Canada Corp.
      A.    Amended Petition - filed on May 24, 2020
11.   DTG Operations, Inc.
12.   DTG Supply, LLC
13.   Firefly Rent A Car LLC
14.   Hertz Aircraft, LLC
15.   Hertz Canada Limited
      A.    Amended Petition - filed on May 24, 2020
16.   Hertz Car Sales LLC
17.   Hertz Global Holdings, Inc.
18.   Hertz Global Services Corporation
19.   Hertz Local Edition Corp.
20.   Hertz Local Edition Transporting, Inc.
21.   Hertz System, Inc.
22.   Hertz Technologies, Inc.
23.   Hertz Transporting, Inc.
24.   Rental Car Group Company, LLC
25.   Rental Car Intermediate Holdings, LLC
26.   Smartz Vehicle Rental Corporation
27.   Thrifty Car Sales, Inc.
28.   Thrifty Rent-A-Car System, LLC
29.   Thrifty, LLC
30.   TRAC Asia Pacific, Inc.

PLEASE TAKE FURTHER NOTICE that in addition to filing the Petitions, on May 24, 2020, the Debtors filed the following first day motions and related documents (collectively, the "**First Day Motions**"):

B.    <u>First Day Declaration:</u>

1.    Declaration of Jamere Jackson in Support of Debtors' Petitions and Requests for First Day Relief [Docket No. 28]

C.    <u>First Day Motions:</u>

2.    Debtors' Motion for Entry of an Order Directing Joint Administration of the Chapter 11 Cases [Docket No. 14]

3.    Debtors' Application for Entry of an Order Appointing Prime Clerk LLC as Claims and Noticing Agent [Docket No. 15]

4.    Debtors' Motion for Entry of Interim and Final Orders (a) Authorizing Debtors to (i) File a Consolidated Creditor Matrix, (ii) File a Consolidated List of 50 Largest Unsecured Creditors, (iii) Waive Requirements to File a List of, and Provide Notice to, All Equity Holders, (iv) Redact Certain Personal Identification Information for Individual Creditors, and (b) Granting Related Relief [Docket No. 16]

5.    Debtors' Motion for Entry of an Order (i) Confirming, Restating, and Enforcing the Worldwide Automatic Stay, Anti-Discrimination Provisions, and *Ipso Facto* Protections of the Bankruptcy Code, (ii) Approving the Form and Manner of Notice, and (iii) Granting Related Relief [Docket No. 17]

6.    Debtors' Motion for Entry of Interim and Final Orders (i) Approving the Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (ii) Establishing Procedures for Resolving Objections by Utility Providers, and (iii) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services [Docket No. 18]

7.    Debtors' Motion for Entry of Interim and Final Orders (i) Authorizing, But Not Directing, the Debtors to (a) Continue Use of Their Existing Cash Management System, Bank Accounts, Checks and Business Forms, (b) Pay Related Prepetition Obligations, (c) Continue Performance of Intercompany Transactions, and (d) Continue Hedging Practices; (ii) Waiving the Section 345(b) Deposit and Investment Requirements; and (iii) Granting Related Relief [Docket No. 19]

8.    Debtors' Motion for Entry of Interim and Final Orders (a) Authorizing, But Not Directing, the Debtors to: (i) Pay Prepetition Wages and Compensation; (ii) Continue Certain Employee Incentive and Expense Programs; (iii) Continue Certain Employee Benefit Programs; (b) Authorizing All Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations; and (c) Granting Other Related Relief [Docket No. 20]

9.    Debtors' Motion for Entry of Interim and Final Orders (i) Authorizing, But Not Directing, the Debtors to Pay Certain Prepetition Taxes & Fees and (ii) Granting Related Relief [Docket No. 21]

10.    Debtors' Motion for Entry of Interim and Final Orders (i) Authorizing, But Not Directing, the Debtors to Pay Prepetition Claims of Foreign and Critical Vendors, (ii) Confirming Administrative Expense Priority Status for Outstanding Prepetition Purchase Orders, and (iii) Granting Related Relief Thereto [Docket No. 22]

11.    Debtors' Motion for Entry of Interim and Final Orders (i) Authorizing, But Not Directing, the Debtors to Pay Prepetition Claims of Airport Authorities and (ii) Granting Related Relief Thereto [Docket No. 23]

12.    Debtors' Motion for Entry of Interim and Final Orders (i) Authorizing, But Not Directing, the Debtors to (a) Maintain Their Existing Customer Programs and (b) Honor Certain Prepetition Customer Obligations, and (ii) Granting Related Relief Thereto [Docket No. 24]

13.    Debtors' Motion for Entry of an Interim and Final Order (i) Authorizing, But Not Directing, the Debtors to Honor Prepetition Obligations to Non-Debtor Franchisees in the Ordinary Course and (ii) Granting Related Relief [Docket No. 25]

14.    Debtors' Motion for Entry of Interim and Final Orders (a) Authorizing, But Not Directing, the Debtors to (i) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, (ii) Continue Insurance Premium Financing and (iii) Renew, Revise, Extend, Supplement, Change or Enter Into New Insurance Policies and Insurance Premium Financing Agreements and (b) Modifying Automatic Stay with Respect to Workers' Compensation Programs [Docket No. 26]

15.    Debtors' Motion for Entry of (i) Interim Order (a) Establishing Notice and Hearing Procedures for Trading in Equity Securities in the Debtors, and (b) Setting Record Date for Notice and Potential Sell-Down Procedures with Respect to Trading in Claims Against the Debtors; and (ii) Final Order (a) Establishing Notice and Hearing Procedures for Trading in Equity Securities in the Debtors, and (b) Setting Record Date for Notice and Potential Sell-Down Procedures and Establishing Procedures Applicable to Trading in Claims Against the Debtors Following the Occurrence of a Determination Date [Docket No. 27]

PLEASE TAKE FURTHER NOTICE that a telephonic and video hearing with respect to the First Day Motions is scheduled for May 27, 2020 at 10:30 a.m. (prevailing Eastern Time) before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware (the "**First Day Hearing**"). Parties who wish to participate in the First Day Hearing may do so by contacting CourtCall at 844-925-0626 AND by joining the Zoom hearing at https://debuscourts.zoomgov.com/j/1603460732; meeting ID: 160 346 0732; password: 145764.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the First Day Motions may be made at the First Day Hearing.

4

Dated: May 24, 2020

*/s/ Brett M. Haywood*

**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)
John H. Knight (No. 3848)
Brett M. Haywood (No. 6166)
Christopher M. De Lillo (No. 6355)
J. Zachary Noble (No. 6689)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Collins@rlf.com
Knight@rlf.com
Haywood@rlf.com
DeLillo@rlf.com
Noble@rlf.com

—and—

**WHITE & CASE LLP**

Thomas E. Lauria (*pro hac vice* pending)
Matthew C. Brown (*pro hac vice* pending)
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone:    (305) 371-2700
tlauria@whitecase.com
mbrown@whitecase.com

J. Christopher Shore (*pro hac vice* pending)
David M. Turetsky (*pro hac vice* pending)
1221 Avenue of the Americas
New York, NY 10020
Telephone:    (212) 819-8200
cshore@whitecase.com
david.turetsky@whitecase.com

Jason N. Zakia (*pro hac vice* pending)
111 South Wacker Drive
Chicago, IL 60606
Telephone:    (312) 881-5400
jzakia@whitecase.com

Ronald K. Gorsich (*pro hac vice* pending)
Aaron Colodny (*pro hac vice* pending)
Andrew Mackintosh (*pro hac vice* pending)
Doah Kim (*pro hac vice* pending)
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone:    (213) 620-7700
rgorsich@whitecase.com
aaron.colodny@whitecase.com
amackintosh@whitecase.com
doah.kim@whitecase.com

*Proposed Co-Counsel to the Debtors and Debtors-in-Possession*