**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| The Hertz Corporation, *et al.*, | ) | Case No. 20-11218 (MFW) |
| Debtors. | ) | (Joint Administration Requested) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Agustina G. Berro of the law firm of Willkie Farr & Gallagher LLP to represent the Ad Hoc Noteholder Group in the above-captioned cases.

Date: May 27, 2020

*/s/ Joseph M. Mulvihill*
Joseph M. Mulvihill (No. 6061)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jmulvihill@ycst.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1(b), I certify that I am eligible for admission to this Court, am admitted, practicing, and a member in good standing of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Date: May 27, 2020

*/s/ Agustina G. Berro*
WILLKIE FARR & GALLAGHER LLP
Agustina G. Berro
787 Seventh Avenue
New York, New York 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: aberro@willkie.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.