IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE HERTZ CORPORATION, *et al.*, | Case No. 20-11218 (MFW) |
| Debtors. | (Joint Administration Requested) |

## MOTION AND ORDER FOR *PRO HAC VICE* ADMISSION

Pursuant to Local Rule 9010-1(b) and the below certification, counsel moves the admission *pro hac vice* of Michael E. Collins, Esquire, of Manier & Herod, P.C. to represent Westchester Fire Insurance Company, on behalf of itself and its affiliated sureties (collectively, "Surety") in the above action.

Dated: May 27, 2020

*/s/ Drew S. McGehrin*
Drew S. McGehrin (DE Bar No. 6508)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone: (302) 657-4900
Email: DSMcGehrin@duanemorris.com

**CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*:**

Pursuant to Local Rule 9010-1 I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Tennessee and the State of Texas, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 8/31/16, I further certify that the annual fee of $25.00 has been submitted to the Clerk's Office.

Dated: May 27, 2020

*/s/ Michael E. Collins*
Michael E. Collins, Esq.
**Manier & Herod, P.C.**
1201 Demonbreun St., Suite 900
Nashville, TN 37213
Telephone: 615-742-9350

**ORDER GRANTING ADMISSION *PRO HAC VICE*:**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: May 29th, 2020
Wilmington, Delaware

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

DMADMIN\4544311.1