## EXHIBIT B

## BUENZOW DECLARATION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | Chapter 11 |
| The Hertz Corporation, *et al.*,[1] | Case No. 20-11218 (MFW) |
| Debtors. | (Joint Administration Requested) |

**DECLARATION OF MICHAEL BUENZOW IN SUPPORT OF DEBTORS'
APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT
AND RETENTION OF FTI CONSULTING, INC. AS RESTRUCTURING ADVISOR
TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

I, Michael Buenzow, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am a Senior Managing Director and Vice Chairman of Restructuring of FTI Consulting, Inc. ("**FTI**"), whose principal office is located at 227 West Monroe, Suite 900, Chicago, IL 60606.

2.      I am authorized to submit this declaration (the "Declaration") in support of the *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of FTI Consulting, Inc. as Restructuring Advisor to the Debtors* Nunc Pro Tunc *to the Petition Date* (the "**Application**") seeking entry of an order authorizing the Debtors to employ and retain FTI as their restructuring advisors in these chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to and in accordance with the terms and conditions set forth in that certain Engagement Letter between the Debtors and FTI effective as of May 1, 2020 (the "**Engagement Letter**"), a copy of which is

---

[1]      The last four digits of The Hertz Corporation's tax identification number are 8568.  The location of the debtors' service address is 8501 Williams Road, Estero, FL 33928.  Due to the large number of debtors in these Chapter 11 Cases, for which joint administration for procedural purposes has been requested, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at https://restructuring.primeclerk.com/hertz.

attached to the Order as **Exhibit 1**. If called and sworn as a witness, I could and would testify competently to the matters set forth herein.[2] To the extent that any information disclosed herein requires subsequent amendment or modification upon FTI's completion of further analysis or as additional creditor information becomes available to it, one or more supplemental declarations will be submitted to the Court to reflect the same.

3.      This Declaration is submitted as the statement required pursuant to sections 328, 329, and 504 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 2014-1(c) of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"). This Declaration is also submitted as the statement required pursuant to Section D.1 of the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases.

## FTI'S QUALIFICATIONS

4.      In consideration of the size and complexity of their business, as well as the exigencies of the circumstances, the Debtors have determined that the services of experienced restructuring advisors will substantially enhance their attempts to successfully reorganize and maximize the value of their estates. If the Court approves the relief requested herein, FTI will be retained to provide the Debtors with designated professionals (the "**FTI Professionals**") to do so. The FTI Professionals are well qualified to act on the Debtors' behalf given their extensive knowledge and expertise with respect to chapter 11 cases.

---

[2]      Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at FTI and are based on information provided by them.

5.      The Debtors are familiar with the professional standing and reputation of FTI.  The Debtors understand that FTI has a wealth of experience in providing financial services in restructurings and reorganizations and enjoys an excellent reputation for the services it has rendered in large and complex chapter 11 cases on behalf of debtors and creditors throughout the United States.

6.      FTI employs more than 5,500 employees located worldwide.  FTI and its professionals work closely with clients on a daily basis to anticipate, illuminate, and overcome complex business challenges in areas such as investigations, litigation, mergers and acquisitions, regulatory issues, reputation management and restructuring.  FTI's vast network of professionals, which includes, but is not limited to, forensic accountants, certified public accountants, former chief executives, and certified turnaround professionals, enables FTI to guide clients through a wide variety of complex business challenges.

7.      Specifically, FTI has extensive experience in providing restructuring services in and out of chapter 11 proceedings and has an excellent reputation for the services it has rendered on behalf of debtors and creditors throughout the United States.  Among many other examples, FTI has provided restructuring and turnaround advisory services to clients such as: *In re Frontier Communications Corporation,* Case No. 20-22476 (RDD) (Bankr. S.D.N.Y. April 14, 2020); *In re Purdue Pharma L.P.*, Case No. 19-23649 (RDD) (Bankr. S.D.N.Y. Sept. 15, 2019); *In re Sizmek Inc.*, Case No. 19-10971 (SMB) (Bankr. S.D.N.Y. Mar 28, 2019); *In re Fusion Connect, Inc.*, Case No. 19-11811 (SMB) (Bankr. S.D.N.Y. June 3, 2019); *In re Synergy Pharmaceuticals Inc.*, Case No. 18-14010 (JLG) (Bankr. S.D.N.Y. Dec. 12, 2018); *In re Sears Holdings Corp.*, Case No. 18-23538 (RDD) (Bankr. S.D.N.Y. Oct. 15, 2018); *In re Tops Holding II Corp.*, Case No. 18-22279 (RDD) (Bankr. S.D.N.Y. Feb. 21, 2018); *In re Cloud Peak Energy Inc.*, Case No. 19-11047 (KG)

(Bankr. D. Del. May 10, 2019); *In re F+W Media, Inc.*, Case No. 19-10479 (KG) Bankr. D. Del. Mar. 10, 2019); *In re Checkout Holding Corp.*, Case No. 18-12794 (KG) (Bankr. D. Del. Dec. 12, 2018); *In re Open Road Films, LLC*, Case No. 18-12012 (LSS) (Bankr. D. Del. Sept. 6, 2018); *In re Zohar III, Corp.*, Case No. 18- 10512 (CSS) (Bankr. D. Del. Mar. 11, 2018); *In re Southeastern Grocers, LLC*, Case No. 18-10700 (MFW) (Bankr. D. Del. Mar. 27, 2018); *In re Claire's Stores, Inc.*, Case No. 18-10584 (MFW) (Bankr. D. Del. Mar. 19, 2018); *In re RadioShack Corp.*, Case No. 15-10197 (Bankr. D. Del. Mar. 12, 2015); *In re Armstrong Energy, Inc.*, Case No. 17-47541 (Bankr. E.D. Mo. Nov. 1, 2017); *In re Peabody Energy Corp.*, Case No. 16-42529 (BSS) (Bankr. E.D. Mo. Apr. 13, 2016).

## SERVICES TO BE PROVIDED

8.     Subject to approval by the Court, the Debtors propose to retain FTI to perform services in connection with FTI's engagement on the terms and conditions set forth in the Engagement Letter except as otherwise explicitly set forth herein or in any order granting this Application.

9.     FTI has provided and will continue to provide such consulting and advisory services as FTI and the Debtors deem appropriate and feasible in order to advise the Debtors in the course of these Chapter 11 Cases, including but not limited to the following (any defined terms shall have the meaning ascribed to them in the Engagement Letter):

- Review established cash forecasting and liquidity management and assist with future liquidity management, including, without limitation, the development of a 13-week cash forecast;

- Assist the Debtors and existing outside advisors hired by the Debtors, in the refinement and further development of a business plan, which would be shared with creditors, investors, and regulatory authorities in discussions concerning proposals regarding terms of potential forbearances, amendments, modifications and/or restructuring/reorganization of the Debtors' existing indebtedness or other financial obligations;

4

- Work with the Debtors and its advisors in the preparation, design, and presentation of proposals to creditors, investors, and regulatory authorities regarding terms of potential forbearances, amendments, modifications, and/or restructuring/reorganization of the Debtors' existing indebtedness or other financial obligations;

- Provide periodic status reports to senior management (including the Chief Executive Officer), the Debtors' Board of Directors (and shall report directly to the Board of Directors' Finance Committee), and the other advisors with respect to the progress of the overall engagement, as requested;

- Analyze and evaluate the likelihood of cost savings initiatives;

- Coordinate due diligence requests from various creditor professionals;

- Assist the Debtors in managing vendor and supplier related matters;

- Assist the Debtors in the preparation of the Statement of Financial Affairs;

- Assist the Debtors in the preparation of the Schedule of Assets and Liabilities;

- Assist the Debtors in the preparation of the Monthly Operating Reports;

- Analyze the Debtors' near-term cash obligations, including debt service requirements, capital expenditures and working capital requirements;

- Work with the Debtors and its advisors in the preparation, design, and presentation of proposals to creditors, investors, and regulatory authorities regarding terms of potential forbearances, amendments, modifications, and/or restructuring/reorganization of the Debtors' existing indebtedness or other financial obligations;

- Assist in the development and evaluation of any employee compensation and reorganization plans, if needed;

- Provide advisory services to non-Debtor entities in Europe and APAC to enhance value and liquidity available to Debtor entities.

- Support finance teams in Europe and APAC with short term cash flow and liquidity forecasting, implementation of process improvements, long-term strategic business planning and related initiatives.

- Assist the Debtors in responding to due diligence requests from lenders, other creditors, lessors, vendors, other professionals, investors and regulatory authorities;

- Attend meetings, presentations and negotiations as may be requested by the Debtors;

5

- Provide support and analysis related to potential asset sales, including assisting with data collection and information gathering related to third party due diligence, and advising and assisting the Debtors and other professionals in developing, negotiating, and executing sales of the Debtors' assets;

- Provide periodic status reports to senior management, the Board and the other advisors with respect to the progress of the overall engagement, as requested;

- Work closely and discretely with the designated parties to ensure that accurate and timely data is used in the filing documents;

- Assist the Debtors in the valuation of their businesses in the preparation of a liquidation valuation and financial projections for a reorganization plan and/or negotiation purposes;

- Assist the Debtors in managing and executing the claims reconciliation process;

- Provide testimony in the chapter 11 proceedings, as necessary;

- Provide various analytical support to the Debtors' finance staff, including operationalizing the business plan and recasting financial statements

- Estimate the fair market value of certain legal subsidiaries as will be directed by the Debtors to be used for internal planning purposes to facilitate meeting tax filing requirements; and

- Other services as may be reasonably requested by the Debtors, and as may be customary in this type of engagement.

10. FTI has provided services to the Debtors in advance of approval of this Application in anticipation that its retention would be approved *nunc pro tunc* to Petition Date.

## **TERMS OF RETENTION**

11. FTI's decision to accept this engagement to advise and assist the Debtors was conditioned upon its ability to be retained in accordance with its customary terms and conditions of employment. Additionally, FTI's engagement is also conditioned on being compensated for its services, and being reimbursed for any reasonable out-of-pocket expenses it incurs in accordance with its customary billing practices.

6

12.     In accordance with the terms of the Engagement Letter, FTI will be paid by the Debtors for the services of the FTI Professionals at their customary hourly billing rates.  The current hourly rates for the FTI Professionals, subject to periodic adjustments, based on the position held by such the FTI Professionals, are subject to the following range (all such proposed terms the "**Fee and Expense Structure**"):

| Professional | Hourly Billing Rate |
|---|---|
| Senior Managing Directors | $985 to $1,295 |
| Directors/Senior Directors/Managing Directors | $690 to $905 |
| Consultants/Senior Consultants | $370 to $660 |
| Administrative/Paraprofessionals | $150 to $280 |

13.     In addition to compensation for professional services rendered by the FTI Professionals, FTI will seek reimbursement for reasonable and necessary expenses incurred in connection with these Chapter 11 Cases, including, but not limited to travel, lodging, computer research, and messenger and telephone charges.  All fees and expenses due to FTI will be billed on a monthly basis, or more frequently as agreed to between FTI and the Debtors, as further set forth in the Engagement Letter.

14.     Except for the indemnification in paragraph 6.1 and limitations on liability in paragraph 6.2 of the standard terms and conditions attached to the Engagement Letter or as otherwise set forth herein, no other provision in the Engagement Letter governs the post-petition engagement of FTI.  As of the Petition Date, FTI had a cash on account balance of $693,920 ("**Cash On Account**") that was paid by the Debtors prior to the bankruptcy filing.  All pre-petition fees and expenses owed to FTI were paid in full prior to the Petition Date.

### FEES AND APPLICATIONS

15.     If the Court approves the relief requested herein, FTI will be retained to provide the Debtors with the FTI Professionals.  The Debtors understand that FTI intends to apply to the Court

for allowances of compensation and reimbursement of expenses for restructuring advisory support services in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, orders of this Court and guidelines established by the United States Trustee.

16.     Given the numerous issues that the FTI Professionals have already been required to address in the performance of their services, and will likely be required to address in the future, and given FTI's commitment to the extensive and variable level of time and effort necessary to address all such issues as they arise, and the market prices for such services for engagements of this nature in an out-of-court context, as well as in chapter 11, FTI submits that the fee arrangements in the Engagement Letter are reasonable and consistent with other cases in which FTI is retained in the same capacity

## **RECORD KEEPING**

17.     FTI intends to fully comply with the timekeeping requirements under Local Rule 2016-2(d).  FTI will provide a description of the services rendered by each professional and the amount of time spent on each date by each such individual in rendering services on behalf of the Debtors.

18.     FTI will also maintain detailed records of any actual and necessary costs and expenses incurred in connection with the aforementioned services.  FTI's applications for compensation and expenses will be paid by the Debtors pursuant to the terms of the Engagement Letter, in accordance with any procedures established by the Court; provided, that the Debtors propose that, in connection with FTI's request for reimbursement for fees, disbursement, and other charges of its external legal counsel in respect of its retention and its fee applications, the invoices and supporting time records from such attorneys shall be included in FTI's own interim and final applications, and they shall be subject to the approval of the Court pursuant to sections 330 and 331 of the Bankruptcy Code.

## **FTI'S DISINTERESTEDNESS**

19.     FTI has undertaken to determine whether it has any conflicts or other relationships that might cause it not to be eligible for employment by the Debtors in these cases.  Specifically, FTI obtained from the Debtors the names of individuals and entities that may be parties in interest in these cases.  FTI then (a) researched its internal records to determine whether FTI has any connections with the Debtors and the parties listed on Schedule 1 attached hereto (the "**Potential Parties in Interest**"); and (b) issued a general inquiry to certain of its officers with respect to the Debtors and certain Potential Parties in Interest.

20.     Based on the foregoing inquiry, other than in connection with this engagement and as otherwise disclosed herein, FTI has no relationships or connections with the Debtors of which I am aware.  In particular, to the best of my knowledge, information, and belief, neither I, FTI, nor any of its professionals:

- is a creditor, equity security holder, or insider of the Debtors;

- is or has been within two years before the Petition Date, a director, officer, or employee of the Debtors; or

- has any interest materially adverse to the interests of the Debtors' estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

21.     Accordingly, I believe FTI is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and does not hold or represent an interest adverse to the Debtors' estates.

22.     Neither I nor any of the FTI Professionals who will provide services for the Debtors is related to any Judge of this Court, the U.S. Trustee, or Assistant U.S. Trustee for this District, or the U.S. Trustee trial attorney assigned to these Chapter 11 Cases.

23.     To the extent that I have been able to ascertain to date that FTI has been engaged within the last two years or is currently engaged by any of the Potential Parties in Interest (or their affiliates, as the case may be) in matters unrelated to these cases, such facts are disclosed on Schedule 2 attached hereto.  Schedule 2 also sets forth certain other relationships FTI has with certain Potential Parties in Interest.  In addition to the facts disclosed on Schedule 2, FTI may in the future be engaged by parties that are or may become parties in interest in these cases.  As these cases progress, new parties may become parties in interest in these cases and similarly, FTI may have been engaged, may be currently engaged, and may in the future be engaged by such new parties in interest in matters unrelated to these Chapter 11 Cases.  Also, FTI may have engaged or had mutual clients with, may currently engage or have mutual clients with, and may in the future engage or have mutual clients with certain law firms, financial advisors, accounting firms, and other professionals that are Potential Parties in Interest or may become parties in interest, all in matters unrelated to these cases.  In addition, FTI may have also been engaged by, be currently engaged by, or in the future be engaged by persons who are creditors or shareholders of the Debtors, otherwise have a business relationship with the Debtors, or who are competitors or customers of the Debtors.  Potential Parties in Interest, persons that may become parties in interest in these cases, and persons that have business relationships with the Debtors, are competitors of the Debtors, or that are customers of the Debtors may be: (i) parties in interest in other bankruptcy cases where FTI is acting as advisor to the debtors or to other parties in interest therein; or (ii) may be affiliates of or creditors of persons who FTI may have been engaged, is currently engaged, or may in the future be engaged by.  In the ordinary course of its business, FTI may also purchase services or products from Potential Parties in Interest and other persons that are or may become parties in interest in these Chapter 11 Cases.

RLF1 23533043v.1

24.     Given the large number of parties in interest in these Chapter 11 Cases, despite the efforts to identify and disclose FTI's relationships with parties in interest in these Chapter 11 Cases, FTI is unable to state with certainty that every client relationship or other connection has been disclosed in the Declaration.  In particular, among other things, FTI may have relationships with persons who are beneficial owners of parties in interest and persons whose beneficial owners include parties in interest or persons who otherwise have relationships with parties in interest. Moreover, FTI's employees may have relationships with Potential Parties in Interest, persons that may become parties in interest in these cases, and/or persons that have business relationships with the Debtors, are competitors of the Debtors, or that are customers of the Debtors.  During these Chapter 11 Cases, FTI will make continued inquiries following the filing of the Application, on a periodic basis, with additional disclosures to this Court if necessary or otherwise appropriate.

25.     To the best of my knowledge, information, and belief, some of FTI's present and future employees may have, or may in the future have, personal investments in funds or other investment vehicles over whose investment decisions such employees have no input or control. Such entities may have made, or may in the future make, investments in the claims or securities of the Debtors, or those of their creditors or other parties in interest in these Chapter 11 Cases.

26.     FTI will not share any compensation to be paid by the Debtors in connection with services to be performed after the Petition Date with any other person, other than other principals and employees of FTI, to the extent required by section 504 of the Bankruptcy Code.

27.     Prior to the Petition Date, FTI's Corporate Finance & Restructuring and Forensic Litigation & Consulting business segments were engaged by Hertz Corporation and affiliates to provide various services including: accounting and financial review services, transaction advisory services, performance improvement services, an anti-corruption risk assessment, assistance with

11

developing financial and operational dashboard analytics, financial due diligence services, financial planning and accounting services, and litigation consulting services. All of these engagements are complete and closed.

28.     In the ninety (90) days prior to the Petition Date, the Debtors paid to FTI $3,040,406 for fees billed of $2,346,486 for prepetition services performed and to be performed (in the form of Cash On Account), corresponding to fees and expenses under the Engagement Letter.  FTI's current estimate is that it has received unapplied Cash On Account advance payments from the Debtors in excess of prepetition billings in the amount of $693,920.  FTI shall apply any remaining amounts of its prepetition Cash On Account balance as a credit toward postpetition fees and expenses, after such postpetition fees and expenses are approved pursuant to an order of the Court awarding fees and expenses to FTI.

## INDEMNIFICATION

29.     As a material part of the consideration for which the FTI Professionals have agreed to provide the services described herein, pursuant to the Engagement Letter (including the indemnification provisions in paragraph 6.1 of the standard terms and conditions attached to and made a part of the Engagement Letter (the "**Indemnification Provisions**")), the Debtors have agreed to indemnify and hold harmless FTI and any of its subsidiaries and affiliates, officers, directors, principals, shareholders, agents, independent contractors and employees (collectively "**Indemnified Persons**") under certain circumstances.  The rights to indemnification shall survive the termination of these Chapter 11 Cases or any cases into which they may be converted.  FTI believes the Indemnification Provisions are a reasonable term and condition of FTI's engagement and were, along with all terms of the Engagement Letter, negotiated by FTI and the Debtors at arm's-length and in good faith.  FTI and the Debtors believe that the Indemnification Provisions are comparable to those indemnification provisions generally obtained by restructuring advisory

firms of similar stature to FTI and for comparable engagements, both in- and out-of-court.  FTI respectfully submits that the Indemnification Provisions, viewed in conjunction with the other terms of FTI's proposed retention, are reasonable and in the best interests of the Debtors, their estates, and creditors in light of the fact that the Debtors require FTI's services to successfully reorganize.

## NO DUPLICATION OF SERVICES

30.    The Debtors intend for FTI's services to complement, and not duplicate, the services to be rendered by any other professional retained in these cases.  FTI understands that the Debtors have retained and may retain additional professionals during the term of the engagement.  FTI has worked, and will continue to work, cooperatively as requested by the Debtors with other professionals retained by the Debtors to integrate any respective work conducted by the professionals on behalf of the Debtors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: June 4, 2020
Chicago, IL

*/s/ Michael Buenzow*
Michael Buenzow
Senior Managing Director
Vice Chairman of Restructuring
FTI Consulting, Inc.

## **SCHEDULE 1**

### **POTENTIAL PARTIES IN INTEREST LIST**

### (a) All Debtors

CMGC Canada Acquisition ULC
Dollar Rent A Car, Inc.
Dollar Thrifty Automotive Group Canada Inc.
Dollar Thrifty Automotive Group, Inc.
Donlen Corporation
Donlen Fleet Leasing, Ltd.
Donlen FSHCO Company
Donlen Mobility Solutions, Inc.
DTG Canada Corp.
DTG Operations, Inc.
DTG Supply, LLC
Firefly Rent A Car LLC
Hertz Aircraft, LLC
Hertz Canada Limited
Hertz Car Sales LLC
Hertz Global Holdings, Inc.
Hertz Global Services Corporation
Hertz Local Edition Corp.
Hertz Local Edition Transporting, Inc.
Hertz System, Inc.
Hertz Technologies, Inc.
Hertz Transporting, Inc.
Rental Car Group Company, LLC
Rental Car Intermediate Holdings, LLC
Smartz Vehicle Rental Corporation
The Hertz Corporation
Thrifty Car Sales, Inc.
Thrifty Rent-A-Car System, LLC
Thrifty, LLC
TRAC Asia Pacific, Inc.

## (b) All Non-Debtors Subsidiaries

2232560 Ontario Inc.
2240919 Ontario Inc.
3216173 Nova Scotia Company
Ace Tourist Rentals (Aus) Pty Limited
Apex Processing Limited
Daimler Hire Limited
Dan Ryan Car Rentals Limited
DNRS II LLC
DNRS LLC
Donlen Canada Fleet Funding Corporation
Donlen Canada Fleet Funding LP
Donlen Trust
DTGC Car Rental L.P.
EILEO SAS
Executive Ventures, Ltd.
HA Fleet Pty Ltd.
HA Lease Pty. Ltd.
HC Limited Partnership
HCE Limited Partnership
Hertz (U.K.) Limited
Hertz Accident Support Ltd.
Hertz Asia Pacific (Japan), Ltd.
Hertz Asia Pacific Korea Ltd
Hertz Asia Pacific Pte. Ltd.
Hertz Asia Pacific Pty. Ltd.
Hertz Australia Pty. Limited
Hertz Automobielen Nederland B.V.
Hertz Autovermietung GmbH
Hertz Autopozicovna s.r.o.
Hertz Autopujcovna s.r.o.
Hertz Belgium b.v.b.a.
Hertz Canada (N.S.) Company
Hertz Canada Finance Co., Ltd.
Hertz Canada Vehicles Partnership
Hertz Car Rental Consulting (Shanghai) Co. Ltd.
Hertz Claim Management B.V.
Hertz Claim Management bvba
Hertz Claim Management GmbH
Hertz Claim Management Limited
Hertz Claim Management S.r.l.
Hertz Claim Management SAS
Hertz Claim Management SL

Hertz Corporate Center Property Owners' Association, Inc.
Hertz Dealership One LLC
Hertz Do Brasil Ltda.
Hertz de Espana, S.L.
Hertz Europe Limited
Hertz Europe Service Centre Limited
Hertz Finance Centre Limited
Hertz Fleet (Italiana) SrL
Hertz Fleet Lease Funding LP
Hertz Fleet Limited
Hertz France S.A.S.
Hertz Funding Corp.
Hertz General Interest LLC
Hertz Holdings III UK Limited
Hertz Holdings Netherlands B.V.
Hertz International, Ltd.
Hertz International RE Limited
Hertz International Treasury Limited
Hertz Investments, Ltd.
Hertz Investment (Holdings) Pty. Limited
Hertz Italiana SrL
Hertz Fleet Lease Funding Corp.
Hertz Luxembourg, S.à.r.l.
Hertz Management Services Sarl
Hertz Monaco, S.A.M.
Hertz New Zealand Holdings Limited
Hertz New Zealand Limited
Hertz NL Holdings, Inc.
Hertz Note Issuer Pty. Ltd.
Hertz Puerto Rico Holdings Inc.
Hertz Superannuation Pty. Ltd.
Hertz UK Receivables Limited
Hertz Vehicle Financing II LP
Hertz Vehicle Financing LLC
Hertz Vehicle Financing U.K. Limited
Hertz Vehicle Sales Corporation
Hertz Vehicles LLC
HIRE (Bermuda) Limited
HVF II GP Corp.
International Fleet Financing No. 2 B.V.
Navigation Solutions, L.L.C.
Puerto Ricancars, Inc.

2

Probus Insurance Company Europe DAC
RAC Finance, SAS
Rental Car Finance LLC
Stuurgroep Fleet (Netherlands) B.V.
Stuurgroep Holdings C.V.
Stuurgroep Holland B.V.
TCL Funding Limited Partnership
Thrifty Insurance Agency, Inc.
Tourism Enterprises Ltd
Van Wijk Beheer B.V.
Van Wijk European Car Rental Service B.V.

## (c) Current Directors and Officers

Henry R. Keizer
Vincent J. Intrieri
Daniel A Ninivaggi
David A. Barnes
Sung H. Cho
Anindita Mukherjee
Kevin M. Sheehan
Paul Stone
M. David Galainena
Jodi J. Allen
Angela Brav
Tom Callahan
Frederic Deschamps
Richard E. Esper
Jamere Jackson
Leslie Hunziker
Murali Kuppuswamy
Scott Massengill
Opal G. Perry
Bob Stuart

RLF1 23533043v.1

### (d) Certain Former Directors and Officers

Linda Fayne Levinson
John P. Tague
Carl T. Berquist
Michael J. Durham
Carolyn N. Everson
Debra J. Kelly-Ennis
Brian P. MacDonald
Thomas C. Kennedy
Robin C. Kramer
Tyler A. Best
David G. Trimm
Thomas J. Sabatino
Richard D. Broome
Richard J. Frecker
Matthew E. Jauchius
Narasimhan B. Srinivasan
Murali Kuppuswamy
Kathryn V. Marinello

5

**(e) Current or Known Recent 5% + Shareholders**

Icahn Capital LP
Dimensional Fund Advisors L.P.
Renaissance Technologies Corp.
PAR Capital Management, Inc.
The Vanguard Group, Inc.
GAMCO Investors, Inc.
BlackRock, Inc.

6

### (f) Top 50 Unsecured Creditors

5.500% Senior Notes Due October 2024

6.000% Senior Notes Due January 2028

AAA

Allied Universal Security Services

American Express

AT&T

ATS Processing Services

Autonation Shared Service Center

Bridgestone/Firestone Inc

Buildrite Construction Corp

Car Trawler

City of Chicago

City and County of San Francisco

COMDATA

Dealer Dot Com

Deloitte

Dent Wizard International Corp

Dueck Richmond

Expedia

Fines Ford

Gerber National Claim Services LLC

Greater Orlando Avi Auth

Greater Orlando Aviation Auth

Hotwire

IBM Corporation

Infor (US) Inc.

JM & A Group Inc

Lane Valente

Lyft

Goldman Sachs Mortgage Co., as lender and administrative agent

Travelport LP C O Bank of America Lockbox

6.250% Senior Notes Due October 2022

7.125% Senior Notes Due August 2026

MAACO Franchising Corporate LLC

Massachusetts Port Authority

Nissan

Nissan CN

Pep Boys

Platepass LLC

Pros Revenue Management

Safelite Fulfillment Inc

Sirius XM Radio Inc

Southwest Airlines

Telus International Us Corp

Teradata Operations Inc.

Travel Jigsaw

United Airlines

US Bank Promissory Notes

VXI Global Solutions

Wayne County

**(g) Significant Lenders/Trustees/Agents/Other Known Debtholders/etc.**

Barclays Bank PLC
Wells Fargo Bank, National Association
Goldman Sachs Mortgage Company
The Bank of New York Mellon Trust Company, N.A.
Wilmington Trust, National Association
Deutsche Bank AG, London Branch
Deutsche Bank Luxembourg S.A.
Credit Agricole Corporate and Investment Bank
BNP Paribas Trust Corporation UK Limited
BNY Trust Company of Canada
Citibank N.A.
P.T. Limited
KPMG LLP
Westpac Banking Corporation
Royal Bank of Canada, Sydney Branch
National Australia Bank
Credit Agricole
Matchpoint Finance
BNP Paribas
Deutsche Bank
Sheffield Receivables
Barclays
HSBC France
Magenta Capital Corporation
Natixis
Irish Ring
RBC, London Branch
Gresham Receivables
Lloyds
Ridge Trust (Bank of Montreal)
King Street Funding Trust (Bank of Nova Scotia)
Lombard North Central PLC
Goldman Sachs Mortgage Company

RLF1 23533043v.1

**(h) Restructuring Advisors to Certain Creditors and Other Potential Parties in Interest**

Alix Partners
Ankura
Houlihan Lokey
Rothschild
Latham
Davis Polk
Arnold Porter
Luskin Stern & Eisler
Cleary Gottlieb
Shearman Sterling
Willkie Farr
Akin Gump
Osler
Stikeman
Kirkland
Clifford Chance
Dentons
King & Wood Mallesons
Ducera
Wachtell, Lipton, Rosen & Katz
GLC Advisors & Co.
Ropes & Gray
Mayer Brown
Saul Ewing
Duane Morris
Outten & Golden LLP
Squire Patton Boggs
Manier & Herod P.C.

## (i)  Significant Depository Banks

| | |
|---|---|
| Abn Amro Bank N.V. | JP Morgan Chase Bank (Canada) |
| Banca Intesa Sanpaolo | JP Morgan Chase Bank Netherlands |
| Banca Popolare Di Milano | Key Bank |
| Banco Bilbao Vizcaya Argentaria SA | La Banque Postale |
| Banco Popular de Puerto-Rico | Lloyds |
| Banco Santander SA | Mitsui sumitomo Bank |
| Bank of America | Mizuho Bank |
| Bank of China | PNC Bank |
| Bank of Hawaii | POSTBANK |
| Bank of Ireland | Regions Bank |
| Bank of Montreal | Slovenská Sporitlena a.s. |
| Bank of New York Mellon | Societe Generale |
| Bank of New Zealand | Standard Chartered Bank |
| Banque et Caisse d'Epargne de l'Etat, Luxembourg | SunTrust Bank |
| Banque Europeenne Credit Mutuel | Tatra Banka a.s. |
| Barclays Bank PLC (UK) | TD Bank-USA |
| BB&T | Toronto Dominion Bank |
| Blackrock Liquidity Funds | U.S. Bank |
| BNP Paribas (France, Monaco) | Unicredit - Banca Di Roma |
| Czeskoslovenská Obchodní Banka a.s. | Unicredit Bank Czech Republic a.s. |
| Citibank (Ireland, UK) | United Missouri Bank |
| Citibank Dubai | Wells Fargo Bank |
| Citibank-Puerto Rico | Westpac Banking Corporation |
| Citizens Bank | |
| Credit Suisse First Boston-NY | |
| DBS Bank LTD | |
| Deutsche Bank AG (France, Germany, Belgium, UK, Netherlands, Luxembourg) | |
| Deutsche Bank Nederland N.V. | |
| Deutsche Bank Sociedad Anónima Española | |
| Deutsche Bank SpA | |
| Federated (investment) | |
| Fidelity Investments | |
| Fifth Third Bank | |
| Harris Bank | |
| HSBC Bank (China) Company Ltd, Shanghai Branch | |
| HSBC Treasury Fund | |
| Industrial and Commercial Bank | |
| ING Belgium SA/NV | |
| J.P. Morgan Chase Bank, N.A. Amsterdam | |
| J.P. Morgan Chase Bank | |

10

**(j) Significant Vendors of the Debtors**

| | |
|---|---|
| 767 Auto Leasing LLC | Ford Bank GmbH |
| AAA | Frontline Technology Solutions |
| ADAC Autovermietung | GCA Services Group |
| Aena Aeropuertos, S.A. | Gerber National Claim Services LLC |
| Aeroport De Paris | Greater Orlando Avi Auth |
| Afco Credit Corporation | Greater Orlando Aviation Auth |
| Airport Revenue Fund | Hertz Fleet  (Italiana) Srl |
| Ally Financial | IBM Corporation |
| Amadeus IT Group SA | Infor (US) Inc |
| American Express | IPC USA, INC |
| American Tire Distributions-ATD | JM & A Group Inc |
| Archimedes LLC | Lane Valente |
| ARWE Car Rental Service GmbH | Lyft Inc |
| AT&T | MAACO Franchising Corporate LLC |
| Autonation Shared Service Center | Managed Labor Solutions LLC |
| BAA Business Sup Centre Ltd  (Lhr) | Manheim Credit And Collections |
| BCA Fleet Solutions Limited | Marsh USA Inc |
| Bridgestone/Firestone Inc | Massachusetts Port Authority |
| Buildrite Construction Corp | Mercedes-Benz Leasing Gmbh |
| Byers Car Rentals LLC | Metro Washington AP Auth |
| C3/CustomerContactChannels Inc | Microsoft Corporation |
| Carco Carriage Corporation | Mileage Plus Holdings LLC |
| Cass Information Systems Inc | Minn St Paul Metro A P Comm |
| Citibank | MVI Field Services LLC |
| Citizens Bank National Association | Optiv Security Inc |
| City and County of Denver Co | Optumrx Inc |
| City and County of San Francisco | Oracle America Inc |
| City of Atlanta | Overland West Inc |
| City of Chicago | PEP BOYS |
| City of Los Angeles | Platepass LLC |
| City of Philadelphia | Port Authority of NY & NJ |
| City of Phoenix | Port of Portland |
| City of San Jose | Port of Seattle |
| Collector General | Raleigh Durham Airport Auth |
| COMDATA | Safelite Fulfillment Inc |
| Crossmedia Inc | Salesforce Com Inc |
| Dealer Dot Com | Salt Lake City Corporation |
| Deloitte Consulting LLP | San Diego County Reg A P Auth |
| Dent Ology | Sintax Logistica S.A. |
| DFW International Airport | Sirius XM Radio Inc |
| EDS Service Solutions LLC | Southwest Airlines Co |
| Expedia.Com Travel | Southwest Airlines O A L Billing |
| Artefact Marketing Engineering UK Limited | |

11

American Express CPC Remittance Processing
Broward Co Aviation Dept Ft Lauder Hwood
Clark County Dept Of Aviation N Las Vegas
Airport A P Mgr
Dade County Aviation Dept Mdad Finance
Division
Hillsborough County Aviation Authority
Port Authority Of NY & NJ Newark Intl A P Anc
350
State of Hawaii Department of Transportation
State of Hawaii Dept of Trans Honolulu Intl
Airport
The Sabre Group Inc
Travelport LP C O Bank of America Lockbox
TSD Massachusetts Business Trust
United Road Logistics
Wayne County
Wells Fargo Bank NA
Western Conf of Teamsters Pension Trust

RLF1 23533043v.1

**(k) Significant Contract/Lease Counterparties to the Debtors**

| | |
|---|---|
| AAA | Kairos Technologies Inc |
| Amadeus IT Group SA | Lane Valente |
| American Express | Lyft Inc |
| American Tire Distributions-ATD | MAACO Franchising Corporate LLC |
| Applied Invention LLC | Managed Labor Solutions LLC |
| Archimedes LLC | Manheim Credit And Collections |
| AT&T | Microsoft Corporation |
| Businessolver.Com Inc | Mulesoft Inc |
| C3/CustomerContactChannels Inc | National Carwash Solutions Inc |
| Cass Information Systems Inc | Optiv Security Inc |
| COMDATA | Optumrx Inc |
| Crossmedia Inc | Oracle America Inc |
| Dealer Dot Com | Pep Boys |
| Deloitte Consulting LLP | PricewaterhouseCoopers LLP |
| Dent Wizard International Corp | Pros Revenue Management |
| EDS Service Solutions LLC | RR Donnelley |
| Ernst And Young LLP | Safelite Fulfillment Inc |
| Fred Beans Parts | Salesforce Com Inc |
| Frontline Technology Solutions | Sirius XM Radio Inc |
| GCA Services Group | Southwest Airlines Co |
| Granite Telecommunications, LLC | The Sabre Group Inc |
| IBM Corporation | Truman Arnold Companies |
| Imperial Supplies Holdings Inc | TSD Massachusetts Business Trust |
| Infor (US) Inc | Verge Information Technologies Inc |
| IPC USA, Inc | VXI Global Solutions LLC |

13

## (l)  Significant Customers of the Debtors

| | |
|---|---|
| ABB Inc | Jacobs Collision Center |
| Accenture | J.P. Morgan Chase |
| ALU Nokia | KPMG LLP |
| Amgen Incorporated | L3Harris Technologies Inc |
| AT&T Services Inc | Marriott International |
| Bank of America | McKesson |
| BASF Corporation | McKinsey & Co Inc US |
| Berkshire Hathaway | National Football League |
| Boston Scientific Corporation | NBC Universal Media |
| BP p.l.c. | Oracle Corp |
| Cigna Corporate Services LLC | Pfizer Inc |
| Cisco Systems Inc | Philips Health Tech North Amer |
| Coca Cola Co The | Premier Purchasing Partners |
| Cummins | PriceWaterhouseCoopers (PWC) |
| Deere & Co | Robert Bosch Corp |
| Deloitte Services LP | Rockwell Automation |
| Delta Air Lines | SAP America Inc. |
| Eaton Corp | Siemens Corp North America |
| EC Purchasing (ECP) | Sodexo Operations LLC |
| Ernst & Young LLP | Thermo Fisher Scientific |
| FedEx Corporation | TPG Global LLC |
| General Electric Company | United Airlines Inc |
| IBM Corporation | United Healthcare Services Inc |
| Intel Corporation | University of California |
| IQVIA | Wells Fargo Bank NA |

14

## (m) Significant Taxing Authorities

Bay Area Air Quality Mgmt Dsct
City of Anaheim
City of Boston
City of Colorado Springs
City of Fremont Revenue Division
City of Kansas City Missouri
City of Los Angeles
City of Newark
City of Newport
City of North Miami Beach
City of Pueblo
City of San Jose
City of Santa Barbara
City of Warr Acres
Clark County Nv
County Director of Finance
Deloitte Tax LLP
Department of Licensing
Department of Toxic Substances Control
eCollect PA LLC
Fairfax County Circuit Court
General Service Administration
Georgia Department of Revenue
Gwinnett County
California Department of Tax And Fee
Administration
Commonwealth of Virginia Department of State
Police
Treasurer State Of New Jersey Dept of The
Treasury

Harris Galveston Subsidence District
Harrison And Duncan Pllc
Hawaii State Tax Collector
Illinois Secretary of State
Jefferson Parish Fire Dept
Joseph Lopinto III
Kuwait Ministry of Finance
Minister Of Finance - Bc
Minister Of Finance Bc
Nevada Department Of Motor Vehicles
New Jersey Motor Vehicle Commission
PCAOB
Rhode Island Interactive LLC
Secretario De Hacienda
Secretary of State Supply Distribution
South Coast AQMD
State of Idaho
State of Kentucky Treasurer
Town of Leesburg
Treasurer City of Pittsburgh
Village of North Palm Beach
State of Alabama Office of State Treasurer
State Of Rhode Island And Providence Plantations

## (n) Significant Insurers

ACE American Insurance Company
ACE American Insurance Company
ACE Fire Underwriters Insurance Company
ACE Property and Casualty Insurance Company
AIG Europe S.A.
AIG Europe S.A. Sucursal En España
AIG Europe S.A., Netherlands Branch
AIG, Foreign Casualty
Allianz Global Risks US Insurance Company
Allied World National Assurance Company
American International Group UK Limited (AIG)
Arch Insurance Company
Argonaut Insurance Company
Ascot Reinsurance Company Limited
AXIS Insurance Company
Beazley Insurance Company, Inc.
Berkley Professional Liability
Berkshire Hathaway Specialty Insurance
Chubb Insurance Company of Canada
Continental Casualty Company
Cooperativa de Seguros Multiples
Cooperativa de Seguros Múltiples
Cooperativa De Seguros Multiples De PR
Endurance Assurance Corporation
Everest National Insurance Company
Freedom Specialty Insurance Company
Great American Insurance Company
American Guarantee and Liability Insurance Company
National Union Fire Insurance Company of Pittsburgh, Pa.
National Union Fire Insurance Company of Pittsburgh, Pa.
Navigators Specialty Insurance Company - Non-Admitted
Probus Insurance Company Europe DAC / FIATC Mutua de Seguros y Reaseguros
Probus Insurance Company Europe DAC / Reale Mutua
Travelers Casualty and Surety Company of America

Great American Spirit Ins. Company
Guardian Insurance Company
Hartford
Hiscox Insurance Company Inc.
Homesite Insurance Company
Illinois National Insurance Company
Indemnity Insurance Company Of North America
Indian Harbor Insurance Company
ING
Ironshore Indemnity Inc.
Liberty Mutual Property
Lloyd's of London
Markel American Insurance Company
Old Republic Insurance Company
Philadelphia
Probus Insurance Company Europe DAC
RLI Insurance Company
Starr Indemnity & Liability Company
State National Insurance Company, Inc.
U.S. Specialty
United States Aircraft Insurance Group
XL Bermuda Ltd
XL Specialty Insurance Company
Zurich American Insurance Company

16

**(o) Significant Ordinary Course Professionals**

KPMG LLP
Altus
Business License LLC
Anybill (Paypool)
Baker McKenzie
Deloitte LLP
PricewaterhouseCoopers (PWC)
Mike Cox Law Firm
Thompson Reuters
Dechert LLP
Ernst and Young LLP
Weil Gotshal
Winston & Strawn LLP
Jenner & Block LLP
IMS ExpertServices
Allen Matkins
Mayer Brown
Herbert Beigel
Seyfarth Shaw
Ballard, Spahr - PA
McCarthy Tetrault
Phelps Dunbar, LLP
McGuireWoods
Nixon Peabody LLP
Orrick Herrington

RLF1 23533043v.1

## (p) Adversaries in Certain Material Litigation

Pedro Ramirez Jr. (individually and on behalf of himself and all others similarly situated)
Sheet Metal Workers Local Union 80 Pension Trust Fund
Westchester Teamsters Pension Fund
Jane Purnell
Mike Frissora
Elyse Douglas
John Jeffery Zimmerman
Scott Sider

## (q) Debtors' Restructuring Professionals

Moelis & Company
FTI Consulting
White & Case
Prime Clerk
Richards Layton & Finger
Kekst and Company
Deloitte LLP

**(r)  U.S. Trustee, Judges, and Court Contacts for the District of Delaware**

Chief Judge Christopher S. Sontchi
Judge John T. Dorsey
Judge Karen B. Owens
Judge Brendan L. Shannon
Judge Laurie Selber Silverstein
Judge Mary F. Walrath
Judge Ashely M. Chan
Cacia Batts
Catherine Farrell
Cheryl Szymanski
Claire Brady
Danielle Gadson
Jill Walker
Karen Strupczewski
Laura Haney
Laurie Capp
Lora Johnson
Marquietta Lopez
Rachel Bello
Rachel Werkheiser
Robert Cavello
Sherry Scaruzzi
Una O'Boyle
Andrew R. Vara
T. Patrick Tinker
David Buchbinder
Linda Casey
Timothy J. Fox, Jr.
Benjamin Hackman
Jane Leamy
Hannah M. McCollum
Linda Richenderfer
Juliet Sarkessian
Richard Schepacarter
Rosa Sierra
Holly Dice
Jeffrey Heck
James R. O'Malley
Michael Panacio
Karen Starr

20

# **SCHEDULE 2**

## **FTI'S CONNECTIONS LIST**

**SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY
OR HAVE FORMERLY EMPLOYED FTI[1]**

| INTERESTED PARTIES OR AFFILIATE | RELATIONSHIP TO DEBTOR | CLIENTS AND THEIR AFFLIATES |
|---|---|---|
| CMGC Canada Acquisition ULC | Debtor | CMGC Canada Acquisition ULC is a current client and is subject to this retention application. |
| Dollar Rent A Car, Inc. | Debtor | Dollar Rent A Car, Inc. is a current client and is subject to this retention application. |
| Dollar Thrifty Automotive Group Canada Inc. | Debtor | Dollar Thrifty Automotive Group Canada Inc. is a current client and is subject to this retention application. |
| Dollar Thrifty Automotive Group, Inc. | Debtor | Dollar Thrifty Automotive Group, Inc. is a current client and is subject to this retention application. |
| Donlen Corporation | Debtor | Donlen Corporation is a current client and is subject to this retention application. |
| Donlen Fleet Leasing, Ltd. | Debtor | Donlen Fleet Leasing, Ltd. is a current client and is subject to this retention application. |
| Donlen FSHCO Company | Debtor | Donlen FSHCO Company is a current client and is subject to this retention application. |
| Donlen Mobility Solutions, Inc. | Debtor | Donlen Mobility Solutions, Inc. is a current client and is subject to this retention application. |
| DTG Canada Corp. | Debtor | DTG Canada Corp. is a current client and is subject to this retention application. |
| DTG Operations, Inc. | Debtor | DTG Operations, Inc. is a current client and is subject to this retention application. |
| DTG Supply, LLC | Debtor | DTG Supply, LLC is a current client and is subject to this retention application. |
| Firefly Rent A Car LLC | Debtor | Firefly Rent A Car LLC is a current client and is subject to this retention application. |
| Hertz Aircraft, LLC | Debtor | Hertz Aircraft, LLC is a current client and is subject to this retention application. |
| Hertz Canada Limited | Debtor | Hertz Canada Limited is a current client and is subject to this retention application. |
| Hertz Car Sales LLC | Debtor | Hertz Car Sales LLC is a current client and is subject to this retention application. |
| Hertz Global Holdings, Inc. | Debtor | Hertz Global Holdings, Inc. is a current client and is subject to this retention application. |
| Hertz Global Services Corporation | Debtor | Hertz Global Services Corporation is a current client and is subject to this retention application. |
| Hertz Local Edition Corp. | Debtor | Hertz Local Edition Corp. is a current client and is subject to this retention application. |
| Hertz Local Edition Transporting, Inc. | Debtor | Hertz Local Edition Transporting, Inc. is a current client and is subject to this retention application. |
| Hertz System, Inc. | Debtor | Hertz System, Inc. is a current client and is subject to this retention application. |
| Hertz Technologies, Inc. | Debtor | Hertz Technologies, Inc. is a current client and is subject to this retention application. |
| Hertz Transporting, Inc. | Debtor | Hertz Transporting, Inc. is a current client and is subject to this retention application. |
| Rental Car Group Company, LLC | Debtor | Rental Car Group Company, LLC is a current client and is subject to this retention application. |

**Note:**
[1] Exhibit lists Interested Parties that have formerly employed FTI Consulting within the past two years.

**SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY
OR HAVE FORMERLY EMPLOYED FTI[1]**

| INTERESTED PARTIES OR AFFILIATE | RELATIONSHIP TO DEBTOR | CLIENTS AND THEIR AFFLIATES |
|---|---|---|
| Rental Car Intermediate Holdings, LLC | Debtor | Rental Car Intermediate Holdings, LLC is a current client and is subject to this retention application. |
| Smartz Vehicle Rental Corporation | Debtor | Smartz Vehicle Rental Corporation is a current client and is subject to this retention application. |
| The Hertz Corporation | Debtor | The Hertz Corporation is a current client and is subject to this retention application. |
| Thrifty Car Sales, Inc. | Debtor | Thrifty Car Sales, Inc. is a current client and is subject to this retention application. |
| Thrifty Rent-A-Car System, LLC | Debtor | Thrifty Rent-A-Car System, LLC is a current client and is subject to this retention application. |
| Thrifty, LLC | Debtor | Thrifty, LLC is a current client and is subject to this retention application. |
| TRAC Asia Pacific, Inc. | Debtor | TRAC Asia Pacific, Inc. is a current client and is subject to this retention application. |
| 2232560 Ontario Inc. | Non-Debtor | 2232560 Ontario Inc. is a current client and is subject to this retention application. |
| 2240919 Ontario Inc. | Non-Debtor | 2240919 Ontario Inc. is a current client and is subject to this retention application. |
| 3216173 Nova Scotia Company | Non-Debtor | 3216173 Nova Scotia Company is a current client and is subject to this retention application. |
| Ace Tourist Rentals (Aus) Pty Limited | Non-Debtor | Ace Tourist Rentals (Aus) Pty Limited is a current client and is subject to this retention application. |
| Apex Processing Limited | Non-Debtor | Apex Processing Limited is a current client and is subject to this retention application. |
| Daimler Hire Limited | Non-Debtor | Daimler Hire Limited is a current client and is subject to this retention application. |
| Dan Ryan Car Rentals Limited | Non-Debtor | Dan Ryan Car Rentals Limited is a current client and is subject to this retention application. |
| DNRS II LLC | Non-Debtor | DNRS II LLC is a current client and is subject to this retention application. |
| DNRS LLC | Non-Debtor | DNRS LLC is a current client and is subject to this retention application. |
| Donlen Canada Fleet Funding Corporation | Non-Debtor | Donlen Canada Fleet Funding Corporation is a current client and is subject to this retention application. |
| Donlen Canada Fleet Funding LP | Non-Debtor | Donlen Canada Fleet Funding LP is a current client and is subject to this retention application. |
| Donlen Trust | Non-Debtor | Donlen Trust is a current client and is subject to this retention application. |
| DTGC Car Rental L.P. | Non-Debtor | DTGC Car Rental L.P. is a current client and is subject to this retention application. |
| EILEO SAS | Non-Debtor | EILEO SAS is a current client and is subject to this retention application. |
| Executive Ventures, Ltd. | Non-Debtor | Executive Ventures, Ltd. is a current client and is subject to this retention application. |
| HA Fleet Pty Ltd. | Non-Debtor | HA Fleet Pty Ltd. is a current client and is subject to this retention application. |

**Note:**
[1] Exhibit lists Interested Parties that have formerly employed FTI Consulting within the past two years.

**SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY
OR HAVE FORMERLY EMPLOYED FTI[1]**

| INTERESTED PARTIES OR AFFILIATE | RELATIONSHIP TO DEBTOR | CLIENTS AND THEIR AFFLIATES |
|---|---|---|
| HA Lease Pty. Ltd. | Non-Debtor | HA Lease Pty. Ltd. is a current client and is subject to this retention application. |
| HC Limited Partnership | Non-Debtor | HC Limited Partnership is a current client and is subject to this retention application. |
| HCE Limited Partnership | Non-Debtor | HCE Limited Partnership is a current client and is subject to this retention application. |
| Hertz (U.K.) Limited | Non-Debtor | Hertz (U.K.) Limited is a current client and is subject to this retention application. |
| Hertz Accident Support Ltd. | Non-Debtor | Hertz Accident Support Ltd. is a current client and is subject to this retention application. |
| Hertz Asia Pacific (Japan), Ltd. | Non-Debtor | Hertz Asia Pacific (Japan), Ltd. is a current client and is subject to this retention application. |
| Hertz Asia Pacific Korea Ltd | Non-Debtor | Hertz Asia Pacific Korea Ltd is a current client and is subject to this retention application. |
| Hertz Asia Pacific Pte. Ltd. | Non-Debtor | Hertz Asia Pacific Pte. Ltd. is a current client and is subject to this retention application. |
| Hertz Asia Pacific Pty. Ltd. | Non-Debtor | Hertz Asia Pacific Pty. Ltd. is a current client and is subject to this retention application. |
| Hertz Australia Pty. Limited | Non-Debtor | Hertz Australia Pty. Limited is a current client and is subject to this retention application. |
| Hertz Automobielen Nederland B.V. | Non-Debtor | Hertz Automobielen Nederland B.V. is a current client and is subject to this retention application. |
| Hertz Autopozicovna s.r.o. | Non-Debtor | Hertz Autopozicovna s.r.o. is a current client and is subject to this retention application. |
| Hertz Autopujcovna s.r.o. | Non-Debtor | Hertz Autopujcovna s.r.o. is a current client and is subject to this retention application. |
| Hertz Autovermietung GmbH | Non-Debtor | Hertz Autovermietung GmbH is a current client and is subject to this retention application. |
| Hertz Belgium b.v.b.a. | Non-Debtor | Hertz Belgium b.v.b.a. is a current client and is subject to this retention application. |
| Hertz Canada (N.S.) Company | Non-Debtor | Hertz Canada (N.S.) Company is a current client and is subject to this retention application. |
| Hertz Canada Finance Co., Ltd. | Non-Debtor | Hertz Canada Finance Co., Ltd. is a current client and is subject to this retention application. |
| Hertz Canada Vehicles Partnership | Non-Debtor | Hertz Canada Vehicles Partnership is a current client and is subject to this retention application. |
| Hertz Car Rental Consulting (Shanghai) Co. Ltd. | Non-Debtor | Hertz Car Rental Consulting (Shanghai) Co. Ltd. is a current client and is subject to this retention application. |
| Hertz Claim Management B.V. | Non-Debtor | Hertz Claim Management B.V. is a current client and is subject to this retention application. |
| Hertz Claim Management bvba | Non-Debtor | Hertz Claim Management bvba is a current client and is subject to this retention application. |
| Hertz Claim Management GmbH | Non-Debtor | Hertz Claim Management GmbH is a current client and is subject to this retention application. |
| Hertz Claim Management Limited | Non-Debtor | Hertz Claim Management Limited is a current client and is subject to this retention application. |

**Note:**
[1] Exhibit lists Interested Parties that have formerly employed FTI Consulting within the past two years.

**SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY
OR HAVE FORMERLY EMPLOYED FTI[1]**

| INTERESTED PARTIES OR AFFILIATE | RELATIONSHIP TO DEBTOR | CLIENTS AND THEIR AFFLIATES |
|---|---|---|
| Hertz Claim Management S.r.l. | Non-Debtor | Hertz Claim Management S.r.l. is a current client and is subject to this retention application. |
| Hertz Claim Management SAS | Non-Debtor | Hertz Claim Management SAS is a current client and is subject to this retention application. |
| Hertz Claim Management SL | Non-Debtor | Hertz Claim Management SL is a current client and is subject to this retention application. |
| Hertz Corporate Center Property Owners' Association, Inc. | Non-Debtor | Hertz Corporate Center Property Owners' Association, Inc. is a current client and is subject to this retention application. |
| Hertz de Espana, S.L. | Non-Debtor | Hertz de Espana, S.L. is a current client and is subject to this retention application. |
| Hertz Dealership One LLC | Non-Debtor | Hertz Dealership One LLC is a current client and is subject to this retention application. |
| Hertz Do Brasil Ltda. | Non-Debtor | Hertz Do Brasil Ltda. is a current client and is subject to this retention application. |
| Hertz Europe Limited | Non-Debtor | Hertz Europe Limited is a current client and is subject to this retention application. |
| Hertz Europe Service Centre Limited | Non-Debtor | Hertz Europe Service Centre Limited is a current client and is subject to this retention application. |
| Hertz Finance Centre Limited | Non-Debtor | Hertz Finance Centre Limited is a current client and is subject to this retention application. |
| Hertz Fleet (Italiana) SrL | Non-Debtor | Hertz Fleet (Italiana) SrL is a current client and is subject to this retention application. |
| Hertz Fleet Lease Funding Corp. | Non-Debtor | Hertz Fleet Lease Funding Corp. is a current client and is subject to this retention application. |
| Hertz Fleet Lease Funding LP | Non-Debtor | Hertz Fleet Lease Funding LP is a current client and is subject to this retention application. |
| HERTZ FLEET LIMITED | Non-Debtor | HERTZ FLEET LIMITED is a current client and is subject to this retention application. |
| Hertz France S.A.S. | Non-Debtor | Hertz France S.A.S. is a current client and is subject to this retention application. |
| Hertz Funding Corp. | Non-Debtor | Hertz Funding Corp. is a current client and is subject to this retention application. |
| Hertz General Interest LLC | Non-Debtor | Hertz General Interest LLC is a current client and is subject to this retention application. |
| Hertz Holdings III UK Limited | Non-Debtor | Hertz Holdings III UK Limited is a current client and is subject to this retention application. |
| Hertz Holdings Netherlands B.V. | Non-Debtor | Hertz Holdings Netherlands B.V. is a current client and is subject to this retention application. |
| Hertz International RE Limited | Non-Debtor | Hertz International RE Limited is a current client and is subject to this retention application. |
| Hertz International Treasury Limited | Non-Debtor | Hertz International Treasury Limited is a current client and is subject to this retention application. |
| Hertz International, Ltd. | Non-Debtor | Hertz International, Ltd. is a current client and is subject to this retention application. |
| Hertz Investment (Holdings) Pty. Limited | Non-Debtor | Hertz Investment (Holdings) Pty. Limited is a current client and is subject to this retention application. |

**Note:**
[1] Exhibit lists Interested Parties that have formerly employed FTI Consulting within the past two years.

**SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY
OR HAVE FORMERLY EMPLOYED FTI[1]**

| INTERESTED PARTIES OR AFFILIATE | RELATIONSHIP TO DEBTOR | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Hertz Investments, Ltd. | Non-Debtor | Hertz Investments, Ltd. is a current client and is subject to this retention application. |
| Hertz Italiana SrL | Non-Debtor | Hertz Italiana SrL is a current client and is subject to this retention application. |
| HERTZ LUXEMBOURG, S.A.R.L. | Non-Debtor | HERTZ LUXEMBOURG, S.A.R.L. is a current client and is subject to this retention application. |
| Hertz Management Services Sarl | Non-Debtor | Hertz Management Services Sarl is a current client and is subject to this retention application. |
| Hertz Monaco, S.A.M. | Non-Debtor | Hertz Monaco, S.A.M. is a current client and is subject to this retention application. |
| Hertz New Zealand Holdings Limited | Non-Debtor | Hertz New Zealand Holdings Limited is a current client and is subject to this retention application. |
| Hertz New Zealand Limited | Non-Debtor | Hertz New Zealand Limited is a current client and is subject to this retention application. |
| Hertz NL Holdings, Inc. | Non-Debtor | Hertz NL Holdings, Inc. is a current client and is subject to this retention application. |
| Hertz Note Issuer Pty. Ltd. | Non-Debtor | Hertz Note Issuer Pty. Ltd. is a current client and is subject to this retention application. |
| Hertz Puerto Rico Holdings Inc. | Non-Debtor | Hertz Puerto Rico Holdings Inc. is a current client and is subject to this retention application. |
| Hertz Superannuation Pty. Ltd. | Non-Debtor | Hertz Superannuation Pty. Ltd. is a current client and is subject to this retention application. |
| Hertz UK Receivables Limited | Non-Debtor | Hertz UK Receivables Limited is a current client and is subject to this retention application. |
| Hertz Vehicle Financing II LP | Non-Debtor | Hertz Vehicle Financing II LP is a current client and is subject to this retention application. |
| Hertz Vehicle Financing LLC | Non-Debtor | Hertz Vehicle Financing LLC is a current client and is subject to this retention application. |
| Hertz Vehicle Financing U.K. Limited | Non-Debtor | Hertz Vehicle Financing U.K. Limited is a current client and is subject to this retention application. |
| Hertz Vehicle Sales Corporation | Non-Debtor | Hertz Vehicle Sales Corporation is a current client and is subject to this retention application. |
| Hertz Vehicles LLC | Non-Debtor | Hertz Vehicles LLC is a current client and is subject to this retention application. |
| HIRE (Bermuda) Limited | Non-Debtor | HIRE (Bermuda) Limited is a current client and is subject to this retention application. |
| HVF II GP Corp. | Non-Debtor | HVF II GP Corp. is a current client and is subject to this retention application. |
| International Fleet Financing No. 2 B.V. | Non-Debtor | International Fleet Financing No. 2 B.V. is a current client and is subject to this retention application. |
| Navigation Solutions, L.L.C. | Non-Debtor | Navigation Solutions, L.L.C. is a current client and is subject to this retention application. |
| Probus Insurance Company Europe DAC | Non-Debtor | Probus Insurance Company Europe DAC is a current client and is subject to this retention application. |
| Puerto Ricancars, Inc. | Non-Debtor | Puerto Ricancars, Inc. is a current client and is subject to this retention application. |

**Note:**
[1] Exhibit lists Interested Parties that have formerly employed FTI Consulting within the past two years.

**SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY
OR HAVE FORMERLY EMPLOYED FTI[1]**

| INTERESTED PARTIES OR AFFILIATE | RELATIONSHIP TO DEBTOR | CLIENTS AND THEIR AFFLIATES |
|---|---|---|
| RAC Finance, SAS | Non-Debtor | RAC Finance, SAS is a current client and is subject to this retention application. |
| Rental Car Finance LLC | Non-Debtor | Rental Car Finance LLC is a current client and is subject to this retention application. |
| Stuurgroep Fleet (Netherlands) B.V. | Non-Debtor | Stuurgroep Fleet (Netherlands) B.V. is a current client and is subject to this retention application. |
| Stuurgroep Holdings C.V. | Non-Debtor | Stuurgroep Holdings C.V. is a current client and is subject to this retention application. |
| Stuurgroep Holland B.V. | Non-Debtor | Stuurgroep Holland B.V. is a current client and is subject to this retention application. |
| TCL Funding Limited Partnership | Non-Debtor | TCL Funding Limited Partnership is a current client and is subject to this retention application. |
| Thrifty Insurance Agency, Inc. | Non-Debtor | Thrifty Insurance Agency, Inc. is a current client and is subject to this retention application. |
| Tourism Enterprises Ltd | Non-Debtor | Tourism Enterprises Ltd is a current client and is subject to this retention application. |
| Van Wijk Beheer B.V. | Non-Debtor | Van Wijk Beheer B.V. is a current client and is subject to this retention application. |
| Van Wijk European Car Rental Service B.V. | Non-Debtor | Van Wijk European Car Rental Service B.V. is a current client and is subject to this retention application. |
| Blackrock, Inc. | +5% Holder | Blackrock, Inc. is a current client in matters unrelated to the Debtors. |
| Renaissance Technologies Corp. | +5% Holder | Renaissance Technologies Corp. is a current client in matters unrelated to the Debtors. |
| Moelis & Company | Advisor to Debtors | Moelis & Company is a current client in matters unrelated to the Debtors. |
| Prime Clerk | Advisor to Debtors | Prime Clerk is a former client of the firm and the last matter was closed within the last two years. |
| Richards Layton & Finger | Advisor to Debtors | Richards Layton & Finger is a current client in matters unrelated to the Debtors. |
| White & Case | Advisor to Debtors | White & Case is a current client in matters unrelated to the Debtors. |
| Akin Gump | Advisor to Lenders | Akin Gump is a current client in matters unrelated to the Debtors. |
| Arnold Porter | Advisor to Lenders | Arnold Porter is a current client in matters unrelated to the Debtors. |
| Cleary Gottlieb | Advisor to Lenders | Cleary Gottlieb is a current client in matters unrelated to the Debtors. |
| Clifford Chance | Advisor to Lenders | Clifford Chance is a current client in matters unrelated to the Debtors. |
| Davis Polk | Advisor to Lenders | Davis Polk is a current client in matters unrelated to the Debtors. |
| Dentons | Advisor to Lenders | Dentons is a current client in matters unrelated to the Debtors. |
| Duane Morris | Advisor to Lenders | Duane Morris is a current client in matters unrelated to the Debtors. |

**Note:**
[1] Exhibit lists Interested Parties that have formerly employed FTI Consulting within the past two years.

**SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY
OR HAVE FORMERLY EMPLOYED FTI[1]**

| INTERESTED PARTIES OR AFFILIATE | RELATIONSHIP TO DEBTOR | CLIENTS AND THEIR AFFLIATES |
|---|---|---|
| Houlihan Lokey | Advisor to Lenders | Houlihan Lokey is a current client in matters unrelated to the Debtors. |
| King & Wood Mallesons | Advisor to Lenders | King & Wood Mallesons is a current client in matters unrelated to the Debtors. |
| Kirkland & Ellis | Advisor to Lenders | Kirkland & Ellis is a current client in matters unrelated to the Debtors. |
| Latham | Advisor to Lenders | Latham is a current client in matters unrelated to the Debtors. |
| Luskin Stern & Eisler | Advisor to Lenders | Luskin Stern & Eisler is a current client in matters unrelated to the Debtors. |
| Mayer Brown | Advisor to Lenders | Mayer Brown is a current client in matters unrelated to the Debtors. |
| Osler | Advisor to Lenders | Osler is a current client in matters unrelated to the Debtors. |
| Outten & Golden LLP | Advisor to Lenders | Outten & Golden LLP is a former client of the firm and the last matter was closed within the last two years. |
| Ropes & Gray | Advisor to Lenders | Ropes & Gray is a current client in matters unrelated to the Debtors. |
| Rothschild | Advisor to Lenders | Rothschild is a current client in matters unrelated to the Debtors. |
| Saul Ewing | Advisor to Lenders | Saul Ewing is a current client in matters unrelated to the Debtors. |
| Shearman Sterling | Advisor to Lenders | Shearman Sterling is a current client in matters unrelated to the Debtors. |
| Squire Patton Boggs | Advisor to Lenders | Squire Patton Boggs is a current client in matters unrelated to the Debtors. |
| Stikeman | Advisor to Lenders | Stikeman is a current client in matters unrelated to the Debtors. |
| Wachtell, Lipton, Rosen & Katz | Advisor to Lenders | Wachtell, Lipton, Rosen & Katz is a current client in matters unrelated to the Debtors. |
| Willkie Farr | Advisor to Lenders | Willkie Farr is a current client in matters unrelated to the Debtors. |
| Amadeus IT Group SA | Contract/Lease Counterparty | Amadeus IT Group SA is a current client in matters unrelated to the Debtors. |
| American Express | Contract/Lease Counterparty | American Express is a current client in matters unrelated to the Debtors. |
| Applied Invention LLC | Contract/Lease Counterparty | Applied Invention LLC is a current client in matters unrelated to the Debtors. |
| AT&T | Contract/Lease Counterparty | AT&T is a current client in matters unrelated to the Debtors. |
| Deloitte Consulting LLP | Contract/Lease Counterparty | Deloitte Consulting LLP is a former client of the firm and the last matter was closed within the last two years. |
| Ernst And Young LLP | Contract/Lease Counterparty | Ernst And Young LLP is a current client in matters unrelated to the Debtors. |
| IBM Corporation | Contract/Lease Counterparty | IBM Corporation is a current client in matters unrelated to the Debtors. |

**Note:**
[1] Exhibit lists Interested Parties that have formerly employed FTI Consulting within the past two years.

**SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY
OR HAVE FORMERLY EMPLOYED FTI[1]**

| INTERESTED PARTIES OR AFFILIATE | RELATIONSHIP TO DEBTOR | CLIENTS AND THEIR AFFLIATES |
|---|---|---|
| Lyft Inc | Contract/Lease Counterparty | Lyft Inc is a current client in matters unrelated to the Debtors. |
| Microsoft Corporation | Contract/Lease Counterparty | Microsoft Corporation is a current client in matters unrelated to the Debtors. |
| Optiv Security Inc | Contract/Lease Counterparty | Optiv Security Inc is a former client of the firm and the last matter was closed within the last two years. |
| Oracle America Inc | Contract/Lease Counterparty | Oracle America Inc is a former client of the firm and the last matter was closed within the last two years. |
| RR Donnelley | Contract/Lease Counterparty | RR Donnelley is a current client in matters unrelated to the Debtors. |
| Salesforce | Contract/Lease Counterparty | Salesforce is a former client of the firm and the last matter was closed within the last two years. |
| Southwest Airlines Co | Contract/Lease Counterparty | Southwest Airlines Co is a current client in matters unrelated to the Debtors. |
| ABN Amro Bank N.V. | Depository Bank | ABN Amro Bank N.V. is a former client of the firm and the last matter was closed within the last two years. |
| Banco Bilbao Vizcaya Argentaria SA | Depository Bank | Banco Bilbao Vizcaya Argentaria SA is a current client in matters unrelated to the Debtors. |
| Banco Santander SA | Depository Bank | Banco Santander SA is a current client in matters unrelated to the Debtors. |
| Bank of America | Depository Bank | Bank of America is a current client in matters unrelated to the Debtors. |
| Bank of China | Depository Bank | Bank of China is a current client in matters unrelated to the Debtors. |
| Bank of Ireland | Depository Bank | Bank of Ireland is a current client in matters unrelated to the Debtors. |
| Bank of Montreal | Depository Bank | Bank of Montreal is a current client in matters unrelated to the Debtors. |
| Bank of New York Mellon | Depository Bank | Bank of New York Mellon is a current client in matters unrelated to the Debtors. |
| Barclays Bank Plc (UK) | Depository Bank | Barclays Bank Plc (UK)  is a current client in matters unrelated to the Debtors. |
| BB&T | Depository Bank | BB&T is a current client in matters unrelated to the Debtors. |
| Citizens Bank | Depository Bank | Citizens Bank is a former client of the firm and the last matter was closed within the last two years. |
| Credit Suisse First Boston-NY | Depository Bank | Credit Suisse First Boston-NY is a current client in matters unrelated to the Debtors. |
| DBS Bank Ltd | Depository Bank | DBS Bank Ltd is a current client in matters unrelated to the Debtors. |
| Fidelity Investments | Depository Bank | Fidelity Investments is a current client in matters unrelated to the Debtors. |
| Fifth Third Bank | Depository Bank | Fifth Third Bank is a current client in matters unrelated to the Debtors. |
| Harris Bank | Depository Bank | Harris Bank is a current client in matters unrelated to the Debtors. |

Note:
[1] Exhibit lists Interested Parties that have formerly employed FTI Consulting within the past two years.

**SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY
OR HAVE FORMERLY EMPLOYED FTI[1]**

| INTERESTED PARTIES OR AFFILIATE | RELATIONSHIP TO DEBTOR | CLIENTS AND THEIR AFFLIATES |
| --- | --- | --- |
| HSBC Bank (China) Company Ltd, Shanghai Branch | Depository Bank | HSBC Bank (China) Company Ltd, Shanghai Branch is a current client in matters unrelated to the Debtors. |
| JP Morgan Chase Bank | Depository Bank | JP Morgan Chase Bank is a current client in matters unrelated to the Debtors. |
| Key Bank | Depository Bank | Key Bank is a former client of the firm and the last matter was closed within the last two years. |
| Lloyds | Depository Bank | Lloyds is a current client in matters unrelated to the Debtors. |
| Mitsui Sumitomo Bank | Depository Bank | Mitsui Sumitomo Bank is a current client in matters unrelated to the Debtors. |
| Mizuho Bank | Depository Bank | Mizuho Bank is a current client in matters unrelated to the Debtors. |
| PNC Bank | Depository Bank | PNC Bank is a current client in matters unrelated to the Debtors. |
| Regions Bank | Depository Bank | Regions Bank is a current client in matters unrelated to the Debtors. |
| Societe Generale | Depository Bank | Societe Generale is a current client in matters unrelated to the Debtors. |
| Standard Chartered Bank | Depository Bank | Standard Chartered Bank is a current client in matters unrelated to the Debtors. |
| Suntrust Bank | Depository Bank | Suntrust Bank is a current client in matters unrelated to the Debtors. |
| TD Bank-USA | Depository Bank | TD Bank-USA is a current client in matters unrelated to the Debtors. |
| Toronto Dominion Bank | Depository Bank | Toronto Dominion Bank is a current client in matters unrelated to the Debtors. |
| U.S. Bank | Depository Bank | U.S. Bank is a current client in matters unrelated to the Debtors. |
| Wells Fargo Bank | Depository Bank | Wells Fargo Bank is a current client in matters unrelated to the Debtors. |
| Citibank N.A. | Foreign Debt Agents and Trustees | Citibank N.A. is a current client in matters unrelated to the Debtors. |
| Deutsche Bank AG | Foreign Debt Agents and Trustees | Deutsche Bank AG is a current client in matters unrelated to the Debtors. |
| KPMG LLP | Foreign Debt Agents and Trustees | KPMG LLP is a current client in matters unrelated to the Debtors. |
| Ace American Insurance Company | Insurer | Ace American Insurance Company is a current client in matters unrelated to the Debtors. |
| Aig Europe S.A. | Insurer | Aig Europe S.A. is a current client in matters unrelated to the Debtors. |
| Allianz Global Risks US Insurance Company | Insurer | Allianz Global Risks US Insurance Company is a current client in matters unrelated to the Debtors. |
| Arch Insurance Company | Insurer | Arch Insurance Company is a current client in matters unrelated to the Debtors. |
| Berkley Professional Liability | Insurer | Berkley Professional Liability is a current client in matters unrelated to the Debtors. |

**Note:**
[1] Exhibit lists Interested Parties that have formerly employed FTI Consulting within the past two years.

**SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY
OR HAVE FORMERLY EMPLOYED FTI[1]**

| INTERESTED PARTIES OR AFFILIATE | RELATIONSHIP TO DEBTOR | CLIENTS AND THEIR AFFLIATES |
|---|---|---|
| Great American Insurance Company | Insurer | Great American Insurance Company is a current client in matters unrelated to the Debtors. |
| Guardian Insurance Company | Insurer | Guardian Insurance Company is a former client of the firm and the last matter was closed within the last two years. |
| Illinois National Insurance Company | Insurer | Illinois National Insurance Company is a former client of the firm and the last matter was closed within the last two years. |
| Indian Harbor Insurance Company | Insurer | Indian Harbor Insurance Company is a current client in matters unrelated to the Debtors. |
| ING | Insurer | ING is a current client in matters unrelated to the Debtors. |
| Lloyd's of London | Insurer | Lloyd's of London is a current client in matters unrelated to the Debtors. |
| Old Republic Insurance Company | Insurer | Old Republic Insurance Company is a current client in matters unrelated to the Debtors. |
| Travelers Casualty And Surety Company Of America | Insurer | Travelers Casualty And Surety Company Of America is a current client in matters unrelated to the Debtors. |
| U.S. Specialty | Insurer | U.S. Specialty is a current client in matters unrelated to the Debtors. |
| Xl Bermuda Ltd | Insurer | Xl Bermuda Ltd is a current client in matters unrelated to the Debtors. |
| Zurich American Insurance Company | Insurer | Zurich American Insurance Company is a current client in matters unrelated to the Debtors. |
| Barclays | Named Third-Party Lenders on Major Facilities | Barclays is a current client in matters unrelated to the Debtors. |
| BNP Paribas | Named Third-Party Lenders on Major Facilities | BNP Paribas is a current client in matters unrelated to the Debtors. |
| Credit Agricole | Named Third-Party Lenders on Major Facilities | Credit Agricole is a current client in matters unrelated to the Debtors. |
| Deutsche Bank | Named Third-Party Lenders on Major Facilities | Deutsche Bank is a former client of the firm and the last matter was closed within the last two years. |
| HSBC France | Named Third-Party Lenders on Major Facilities | HSBC France is a current client in matters unrelated to the Debtors. |
| National Australia Bank | Named Third-Party Lenders on Major Facilities | National Australia Bank is a current client in matters unrelated to the Debtors. |
| Natixis | Named Third-Party Lenders on Major Facilities | Natixis is a current client in matters unrelated to the Debtors. |
| Westpac Banking Corporation | Named Third-Party Lenders on Major Facilities | Westpac Banking Corporation is a current client in matters unrelated to the Debtors. |
| Ballard, Spahr - PA | Ordinary Course Professional | Ballard, Spahr - PA is a current client in matters unrelated to the Debtors. |
| Deloitte Tax LLP | Ordinary Course Professional | Deloitte Tax LLP is a current client in matters unrelated to the Debtors. |
| Herbert Beigel | Ordinary Course Professional | Herbert Beigel is a current client in matters unrelated to the Debtors. |
| Jenner & Block LLP | Ordinary Course Professional | Jenner & Block LLP is a current client in matters unrelated to the Debtors. |

**Note:**
[1] Exhibit lists Interested Parties that have formerly employed FTI Consulting within the past two years.

**SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY
OR HAVE FORMERLY EMPLOYED FTI[1]**

| INTERESTED PARTIES OR AFFILIATE | RELATIONSHIP TO DEBTOR | CLIENTS AND THEIR AFFLIATES |
|---|---|---|
| McCarthy Tetrault | Ordinary Course Professional | McCarthy Tetrault is a current client in matters unrelated to the Debtors. |
| McGuireWoods | Ordinary Course Professional | McGuireWoods is a current client in matters unrelated to the Debtors. |
| Nixon Peabody LLP | Ordinary Course Professional | Nixon Peabody LLP is a current client in matters unrelated to the Debtors. |
| Orrick Herrington | Ordinary Course Professional | Orrick Herrington is a current client in matters unrelated to the Debtors. |
| Phelps Dunbar, LLP | Ordinary Course Professional | Phelps Dunbar, LLP is a current client in matters unrelated to the Debtors. |
| Seyfarth Shaw | Ordinary Course Professional | Seyfarth Shaw is a current client in matters unrelated to the Debtors. |
| Weil Gotshal | Ordinary Course Professional | Weil Gotshal is a current client in matters unrelated to the Debtors. |
| Winston & Strawn LLP | Ordinary Course Professional | Winston & Strawn LLP is a current client in matters unrelated to the Debtors. |
| Clark County NV | Taxing Authority | Clark County NV is a current client in matters unrelated to the Debtors. |
| Georgia Department of Revenue | Taxing Authority | Georgia Department of Revenue is a former client of the firm and the last matter was closed within the last two years. |
| Accenture | Top Customer | Accenture is a current client in matters unrelated to the Debtors. |
| Amgen Incorporated | Top Customer | Amgen Incorporated is a current client in matters unrelated to the Debtors. |
| Basf Corporation | Top Customer | Basf Corporation is a current client in matters unrelated to the Debtors. |
| Berkshire Hathaway | Top Customer | Berkshire Hathaway is a current client in matters unrelated to the Debtors. |
| Boston Scientific Corporation | Top Customer | Boston Scientific Corporation is a current client in matters unrelated to the Debtors. |
| BP | Top Customer | BP is a current client in matters unrelated to the Debtors. |
| Cisco Systems Inc | Top Customer | Cisco Systems Inc is a current client in matters unrelated to the Debtors. |
| Cummins | Top Customer | Cummins is a current client in matters unrelated to the Debtors. |
| Deere & Co | Top Customer | Deere & Co is a current client in matters unrelated to the Debtors. |
| Delta Air Lines | Top Customer | Delta Air Lines is a current client in matters unrelated to the Debtors. |
| Fedex Corporation | Top Customer | Fedex Corporation is a current client in matters unrelated to the Debtors. |
| General Electric Company | Top Customer | General Electric Company is a current client in matters unrelated to the Debtors. |
| Intel Corporation | Top Customer | Intel Corporation is a current client in matters unrelated to the Debtors. |

**Note:**
[1] Exhibit lists Interested Parties that have formerly employed FTI Consulting within the past two years.

**SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY
OR HAVE FORMERLY EMPLOYED FTI[1]**

| INTERESTED PARTIES OR AFFILIATE | RELATIONSHIP TO DEBTOR | CLIENTS AND THEIR AFFLIATES |
|---|---|---|
| IQVIA | Top Customer | IQVIA is a current client in matters unrelated to the Debtors. |
| Jacobs Engineering Group | Top Customer | Jacobs Engineering Group is a current client in matters unrelated to the Debtors. |
| Marriott International | Top Customer | Marriott International is a current client in matters unrelated to the Debtors. |
| McKesson | Top Customer | McKesson is a current client in matters unrelated to the Debtors. |
| National Football League | Top Customer | National Football League is a current client in matters unrelated to the Debtors. |
| Pfizer Inc | Top Customer | Pfizer Inc is a current client in matters unrelated to the Debtors. |
| Robert Bosch Corp | Top Customer | Robert Bosch Corp is a current client in matters unrelated to the Debtors. |
| Rockwell Automation | Top Customer | Rockwell Automation is a former client of the firm and the last matter was closed within the last two years. |
| Sap America Inc. | Top Customer | Sap America Inc. is a current client in matters unrelated to the Debtors. |
| Sodexo Operations LLC | Top Customer | Sodexo Operations LLC is a current client in matters unrelated to the Debtors. |
| TPG Global LLC | Top Customer | TPG Global LLC is a current client in matters unrelated to the Debtors. |
| United Airlines Inc | Top Customer | United Airlines Inc is a current client in matters unrelated to the Debtors. |
| United Healthcare Services Inc | Top Customer | United Healthcare Services Inc is a current client in matters unrelated to the Debtors. |
| University of California | Top Customer | University of California is a current client in matters unrelated to the Debtors. |
| Goldman Sachs Mortgage Company | U.S. Debt Agents and Trustees | Goldman Sachs Mortgage Company is a current client in matters unrelated to the Debtors. |
| Aena Aeropuertos, S.A. | Unsecured Creditor | Aena Aeropuertos, S.A. is a current client in matters unrelated to the Debtors. |
| Ally Financial | Unsecured Creditor | Ally Financial is a current client in matters unrelated to the Debtors. |
| Bridgestone/Firestone Inc | Unsecured Creditor | Bridgestone/Firestone Inc is a current client in matters unrelated to the Debtors. |
| City and County of Denver Co | Unsecured Creditor | City and County of Denver Co is a former client of the firm and the last matter was closed within the last two years. |
| City and County of San Francisco | Unsecured Creditor | City and County of San Francisco is a current client in matters unrelated to the Debtors. |
| City of Philadelphia | Unsecured Creditor | City of Philadelphia is a current client in matters unrelated to the Debtors. |
| Daimler AG | Unsecured Creditor | Daimler AG is a current client in matters unrelated to the Debtors. |
| Expedia | Unsecured Creditor | Expedia is a current client in matters unrelated to the Debtors. |

Note:
[1] Exhibit lists Interested Parties that have formerly employed FTI Consulting within the past two years.

**SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY
OR HAVE FORMERLY EMPLOYED FTI[1]**

| INTERESTED PARTIES OR AFFILIATE | RELATIONSHIP TO DEBTOR | CLIENTS AND THEIR AFFLIATES |
|---|---|---|
| Hotwire | Unsecured Creditor | Hotwire is a former client of the firm and the last matter was closed within the last two years. |
| Marsh USA Inc | Unsecured Creditor | Marsh USA Inc is a current client in matters unrelated to the Debtors. |
| Nissan | Unsecured Creditor | Nissan is a current client in matters unrelated to the Debtors. |
| Port Authority Of NY & NJ | Unsecured Creditor | Port Authority Of NY & NJ is a current client in matters unrelated to the Debtors. |
| Port of Portland | Unsecured Creditor | Port of Portland is a former client of the firm and the last matter was closed within the last two years. |
| Priceline | Unsecured Creditor | Priceline is a current client in matters unrelated to the Debtors. |

**Note:**
[1] Exhibit lists Interested Parties that have formerly employed FTI Consulting within the past two years.