# EXHIBIT A

**Proposed Order**

AMERICAS 102564697

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>The Hertz Corporation, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-11218<br><br>(Jointly Administered)<br><br>**Re: Docket No.** |

**ORDER GRANTING MOTION TO SHORTEN NOTICE AND
OBJECTION PERIODS AND SETTING PROCEDURES WITH RESPECT TO
DEBTORS' EMERGENCY MOTION FOR AUTHORITY TO ENTER INTO A SALE
AGREEMENT WITH JEFFERIES LLC AND TO SELL
SHARES OF COMMON STOCK OF DEBTOR HERTZ GLOBAL
HOLDINGS, INC. THROUGH AT-THE-MARKET TRANSACTIONS**

Upon consideration of the motion (the "**Motion**")[2] of the Debtors for entry of an order (this "**Order**") pursuant to Bankruptcy Rule 9006(c)(1) and Local Rules 9006-1(c) and 9006-1(e) (a) shortening the notice period with respect to the Sale Agreement Motion, (b) scheduling the Sale Agreement Hearing, (c) setting forth the notice procedures for the Sale Agreement Motion, and (d) setting a deadline for responses and objections to the Sale Agreement Motion; and the Court having found that it has jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012 (Sleet, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding

---

[1] The last four digits of The Hertz Corporation's tax identification number are 8568. The location of the debtors' service address is 8501 Williams Road, Estero, FL 33928. Due to the large number of debtors in these chapter 11 cases, for which joint administration for procedural purposes has been requested, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at https://restructuring.primeclerk.com/hertz.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1

pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due, sufficient, and proper notice of the Motion having been provided under the circumstances and in accordance with the Bankruptcy Rules and the Local Rules, and it appearing that no other or further notice need be provided; and the Court having found cause for the relief requested in the Motion pursuant to Local Rule 9006-1(e); and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, their creditors, their stakeholders, and all other parties-in-interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

1. The Sale Agreement Hearing to consider the Sale Agreement Motion shall be held before the Court, on _____, 2020 at ____ __.m. (prevailing Eastern Time) (the "**Sale Agreement Hearing**").

2. Responses and objections, if any, to the Sale Agreement Motion shall be presented at or filed prior to the Sale Agreement Hearing.

3. The Debtors shall provide notice of (i) the Sale Agreement Motion, (ii) the proposed order approving the Sale Agreement Motion, and (iii) a copy of the signed order granting the relief requested herein on the Notice Parties by email or by overnight mail pursuant to Local Rule 9036-1.

4. Service as set forth above shall constitute good and sufficient service and adequate notice of the Sale Agreement Motion and the Sale Agreement Hearing under the circumstances.

5. Pursuant to Local Rule 9006-1(e), no hearing on the Motion is required.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2020
      Wilmington, Delaware

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE