IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>The Hertz Corporation, *et al.*,[1]<br><br>                       Debtors. | Chapter 11<br><br>Case No. 20-11218 (MFW)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: June 18, 2020 at 4:00 p.m. ET**<br>**Hr'g Date: June 25, 2020 at 3:00 pm. ET** |

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on June 11, 2020, the debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned cases filed the *Debtors' Motion for Order Rejecting Certain Unexpired Vehicle Leases Effective* Nunc Pro Tunc *to June 11, 2020 Pursuant to Sections 105 and 365(a) of the Bankruptcy Code* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that objections or responses to the relief requested in the Motion, if any, must be made in writing and filed with the Court on or before **June 18, 2020 at 4:00 p.m. (prevailing Eastern Time)** and shall be served on: (a) the undersigned proposed co-counsel to the Debtors; (b) the Office of the United States Trustee, 844 King Street, Suite 2207, Wilmington, DE  19801 (Attn: Linda Richenderfer, Esq.); and (c) counsel to any official committee of unsecured creditors appointed in these chapter 11 cases.

---

[1] The last four digits of The Hertz Corporation's tax identification number are 8568.  The location of the debtors' service address is 8501 Williams Road, Estero, FL 33928.  Due to the large number of debtors in these chapter 11 cases, for which joint administration for procedural purposes has been requested, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at *https://restructuring.primeclerk.com/hertz*.

2

PLEASE TAKE FURTHER NOTICE that, if any objections to the Motion are received, a hearing with respect to the Motion will be held before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801, on **June 25, 2020 at 3:00 p.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 11, 2020

*/s/ Brett M. Haywood*

| **RICHARDS, LAYTON & FINGER, P.A.** | **WHITE & CASE LLP** |
|---|---|
| Mark D. Collins (No. 2981) | Thomas E Lauria (admitted *pro hac vice*) |
| John H. Knight (No. 3848) | Matthew C. Brown (admitted *pro hac vice*) |
| Brett M. Haywood (No. 6166) | 200 South Biscayne Boulevard, Suite 4900 |
| Christopher M. De Lillo (No. 6355) | Miami, FL 33131 |
| J. Zachary Noble (No. 6689) | Telephone:   (305) 371-2700 |
| One Rodney Square | tlauria@whitecase.com |
| 920 N. King Street | mbrown@whitecase.com |
| Wilmington, DE 19801 | |
| Telephone:   (302) 651-7700 | J. Christopher Shore (admitted *pro hac vice*) |
| Facsimile:   (302) 651-7701 | David M. Turetsky (admitted *pro hac vice*) |
| Collins@rlf.com | 1221 Avenue of the Americas |
| Knight@rlf.com | New York, NY 10020 |
| Haywood@rlf.com | Telephone:   (212) 819-8200 |
| DeLillo@rlf.com | cshore@whitecase.com |
| Noble@rlf.com | david.turetsky@whitecase.com |
| | |
| —and— | Jason N. Zakia (admitted *pro hac vice*) |
| | 111 South Wacker Drive |
| | Chicago, IL 60606 |
| | Telephone:   (312) 881-5400 |
| | jzakia@whitecase.com |
| | |
| | Ronald K. Gorsich (admitted *pro hac vice*) |
| | Aaron Colodny (admitted *pro hac vice*) |
| | Andrew Mackintosh (admitted *pro hac vice*) |
| | Doah Kim (admitted *pro hac vice*) |
| | 555 South Flower Street, Suite 2700 |
| | Los Angeles, CA 90071 |
| | Telephone:   (213) 620-7700 |
| | rgorsich@whitecase.com |
| | aaron.colodny@whitecase.com |
| | amackintosh@whitecase.com |
| | doah.kim@whitecase.com |
| | |
| | *Proposed Co-Counsel to the Debtors and Debtors-in-Possession* |