# EXHIBIT A

## Proposed Order

AMERICAS 102972841
RLF1 23564073v.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>The Hertz Corporation, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-11218 (MFW)<br><br>(Jointly Administered)<br><br>**Re:  Docket No. ___** |

**ORDER GRANTING DEBTORS' MOTION TO REJECT CERTAIN UNEXPIRED**
**VEHICLE LEASES EFFECTIVE *NUNC PRO TUNC* TO JUNE 11, 2020**
**PURSUANT TO SECTIONS 105 AND 365(a) OF THE BANKRUPTCY CODE**

Upon the motion (the "**Motion**")[2] of the Debtors for entry of an order (this "**Order**") pursuant to sections 105 and 365 of the Bankruptcy Code rejecting leases of certain vehicles set forth in **Exhibit B** attached thereto; and the Court having found that it has jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference*, dated February 29, 2012 (Sleet, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due, sufficient, and proper notice of the Motion having been provided under the circumstances and in accordance with the Bankruptcy Rules and the Local Rules, and it appearing that no other or further notice need be provided; and a hearing having been held, if necessary, to consider the relief

---

[1] The last four digits of The Hertz Corporation's tax identification number are 8568. The location of the debtors' service address is 8501 Williams Road, Estero, FL 33928.  Due to the large number of debtors in these chapter 11 cases, for which joint administration for procedural purposes has been requested, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at https://restructuring.primeclerk.com/hertz.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

requested in the Motion (the "**Hearing**"); and the record of the Hearing, if any, and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, their creditors, their stakeholders, and all other parties-in-interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to sections 105(a) and 365(a) of the Bankruptcy Code, the leases of the vehicles set forth in Exhibit B to the Motion are rejected, effective *nunc pro tunc* to June 11, 2020.

3. The Lessees have surrendered possession of the vehicles *in situ* to the Lessor and will cause The Hertz Corporation, as servicer, to dispose of the vehicles set forth in Exhibit B to the Motion as provided in the Master Lease Agreement, or turn them over to HVF under the control of the ABS Trustee on agreed terms.

4. Any claims for damages arising from the rejection of the vehicle leases must be filed against the appropriate Debtor on or before the first business day that is at least thirty calendar days after service of the copy of this Order, or be forever barred.

5. The Debtors are authorized and empowered to execute and deliver such documents and to take and perform all actions necessary to implement and effectuate the relief granted in this Order.

3

      6.        This Court retains jurisdiction with respect to all matters arising from or related to the enforcement of this Order.

Dated: _____, 2020
       Wilmington, Delaware

                                             THE HONORABLE MARY F. WALRATH
                                             UNITED STATES BANKRUPTCY JUDGE