IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>The Hertz Corporation, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-11218 (MFW)<br><br>(Jointly Administered)<br><br>**Re:  Docket No. 19** |

## NOTICE OF ERRATUM REGARDING CASH MANAGEMENT MOTION [D.I. 19]

**PLEASE TAKE NOTICE** that, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed petitions for relief under chapter 11 of title 11 of the United States Code on May 22, 2020 (the "**Petition Date**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").  On May 24, 2020, the Debtors filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing, but not Directing, the Debtors to (A) Continue Use of Their Existing Cash Management System, Bank Accounts, Checks and Business Forms, (B) Pay Related Prepetition Obligations, (C) Continue Performance of Intercompany Transactions, and (D) Continue Performance of Intercompany Transactions, and (D) Continue Hedging Practices, (II) Waiving the Section 345(b) Deposit and Investment Requirements; and (III) Granting Related Relief* [D.I. 19] (the "**Cash Management Motion**").  The Bankruptcy Court held hearings on the Debtors' first-day motions on May 27, 2020 (the "**First Day Hearing**").  The Bankruptcy Court has scheduled a subsequent hearing in

---

[1] The last four digits of The Hertz Corporation's tax identification number are 8568.  The location of the debtors' service address is 8501 Williams Road, Estero, FL 33928.  Due to the large number of debtors in these chapter 11 cases, for which joint administration for procedural purposes has been requested, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at https://restructuring.primeclerk.com/hertz.

these chapter 11 cases for June 25, 2020 at 3:00 p.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that, due to reporting issues caused by the suspension of automatic cash sweeps prior to the Petition Date and the inadvertent omission of certain cash held by the Canadian Debtors, paragraph 13 of the Cash Management Motion incorrectly provided that "[a]s of the Petition Date, the Debtors had approximately $852 million of cash on hand . . . ."  Cash Management Motion ¶ 13.  The Debtors have subsequently reconciled their cash position.  As of the Petition Date, the Debtors had approximately $890 million of cash on hand.  The Debtors file this Notice to correct the error contained in paragraph 13 of the Cash Management Motion.

*[Remainder of Page Intentionally Left Blank]*

Dated: June 11, 2020

| | |
|---|---|
| */s/ Christopher M. De Lillo* | |
| **RICHARDS, LAYTON & FINGER, P.A.** | **WHITE & CASE LLP** |
| Mark D. Collins (No. 2981) | Thomas E Lauria (admitted *pro hac vice*) |
| John H. Knight (No. 3848) | Matthew C. Brown (admitted *pro hac vice*) |
| Brett M. Haywood (No. 6166) | 200 South Biscayne Boulevard, Suite 4900 |
| Christopher M. De Lillo (No. 6355) | Miami, FL 33131 |
| J. Zachary Noble (No. 6689) | Telephone:    (305) 371-2700 |
| One Rodney Square | tlauria@whitecase.com |
| 920 N. King Street | mbrown@whitecase.com |
| Wilmington, DE 19801 | |
| Telephone:    (302) 651-7700 | J. Christopher Shore (admitted *pro hac vice*) |
| Facsimile:    (302) 651-7701 | David M. Turetsky (admitted *pro hac vice*) |
| Collins@rlf.com | 1221 Avenue of the Americas |
| Knight@rlf.com | New York, NY 10020 |
| Haywood@rlf.com | Telephone:    (212) 819-8200 |
| DeLillo@rlf.com | cshore@whitecase.com |
| Noble@rlf.com | david.turetsky@whitecase.com |
| | |
| —and— | Jason N. Zakia (admitted *pro hac vice*) |
| | 111 South Wacker Drive |
| | Chicago, IL 60606 |
| | Telephone:    (312) 881-5400 |
| | jzakia@whitecase.com |
| | |
| | Ronald K. Gorsich (admitted *pro hac vice*) |
| | Aaron Colodny (admitted *pro hac vice*) |
| | Andrew Mackintosh (admitted *pro hac vice*) |
| | Doah Kim (admitted *pro hac vice*) |
| | 555 South Flower Street, Suite 2700 |
| | Los Angeles, CA 90071 |
| | Telephone:    (213) 620-7700 |
| | rgorsich@whitecase.com |
| | aaron.colodny@whitecase.com |
| | amackintosh@whitecase.com |
| | doah.kim@whitecase.com |
| | |
| | *Proposed Co-Counsel to the Debtors and Debtors-in-Possession* |

AMERICAS 102993010
RLF1 23564962v.1