# Court Conference

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Mary F. Walrath

Calendar Date: 06/12/2020
Calendar Time: 03:00 PM ET

#4

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | The Hertz Corporation | 20-11218 | Hearing | 10630516 | Derek C. Abbott | (302) 351-9357 ext. | Morris, Nichols, Arsht & Tunnell LLP | Interested Party, Barclays Bank and Credit Agricole / LIVE |
| | | The Hertz Corporation | 20-11218 | Hearing | 10632362 | Yilma Abebe | (917) 561-8470 ext. | Yilma Abebe - In Pro Per/Pro Se | In Propria Persona, Yilma Abebe / LISTEN ONLY |
| | | The Hertz Corporation | 20-11218 | Hearing | 10631039 | Justin Alberto | (302) 651-2006 ext. | Cole Schotz P.C. | Interested Party, Justin Alberto / LIVE |
| | | The Hertz Corporation | 20-11218 | Hearing | 10630721 | Upton Au | (302) 981-2022 ext. 3742 | Arnold & Porter Kaye Scholer LLP | Interested Party, Ad Hoc Group of Term Loan Lenders / LISTEN ONLY |
| | | The Hertz Corporation | 20-11218 | Hearing | 10630746 | Natan Bane | (212) 225-2000 ext. | Cleary Gottlieb Steen & Hamilton LLP | Interested Party, The Party / LISTEN ONLY |
| | | The Hertz Corporation | 20-11218 | Hearing | 10630683 | Kevin Barnes | (646) 265-9535 ext. | Kevin Barnes - In Pro Per/Pro Se | Interested Party, Kevin Barnes / LISTEN ONLY |
| | | The Hertz Corporation | 20-11218 | Hearing | 10630915 | Michael Benn | (212) 403-1000 ext. | Wachtell Lipton Rosen & Katz | Client, MTN Steering Committee / LIVE |
| | | The Hertz Corporation | 20-11218 | Hearing | 10630925 | Mark D. Bloom | (305) 789-8900 ext. | Baker & McKenzie LLP | Interested Party, Baker & McKenzie / LISTEN ONLY |
| | | The Hertz Corporation | 20-11218 | Hearing | 10632069 | Christopher Borrero | (203) 340-7856 ext. | Cross Ocean Partners | Client, ad hoc group of term loan lenders / LISTEN ONLY |
| | | The Hertz Corporation | 20-11218 | Hearing | 10630678 | Philip Brendel | (609) 279-5671 ext. | Bloomberg LP | Media, Bloomberg Intelligence / LISTEN ONLY |
| | | The Hertz Corporation | 20-11218 | Hearing | 10630590 | Peg A. Brickley | (302) 521-2266 ext. | WSJ | Interested Party, WSJ / LISTEN ONLY |
| | | The Hertz Corporation | 20-11218 | Hearing | 10630478 | Matthew C. Brown | (305) 995-5250 ext. | White & Case LLP | Debtor, The Hertz Corporation / LIVE |
| | | The Hertz Corporation | 20-11218 | Hearing | 10630631 | Beth Brownstein | (212) 457-5415 ext. | Arent Fox LLP | Interested Party, Collateral Agent / LIVE |

| Case | Type | ID | Name | Firm | Phone | Party / Role |
|---|---|---|---|---|---|---|
| 20-11218 Hearing | The Hertz Corporation | 10630789 | Michael C. Buenzow | FTI Consulting, Inc. | (312) 252-9333 ext. | Debtor, The Hertz Cooperation / LIVE |
| 20-11218 Hearing | The Hertz Corporation | 10630896 | Michael Cassel | Wachtell Lipton Rosen & Katz | (212) 403-1047 ext. | Creditor, MTN Steering Committee / LISTEN ONLY |
| 20-11218 Hearing | The Hertz Corporation | 10630603 | Amy Caton | Kramer Levin Naftalis & Frankel LLP | (212) 715-7772 ext. | Creditor, Unsecured Creditors Committee / LIVE |
| 20-11218 Hearing | The Hertz Corporation | 10630785 | Christian Champ | First Eagle Investment Management | (302) 981-2022 ext. | Interested Party, Ad Hoc Group of Term Loan Lenders / LISTEN ONLY |
| 20-11218 Hearing | The Hertz Corporation | 10630611 | Patrick Chen | Akin Gump Strauss Hauer & Feld LLP | (212) 872-7436 ext. | Creditor, Ad Hoc Second Lien Group / LISTEN ONLY |
| 20-11218 Hearing | The Hertz Corporation | 10630999 | Charlotta Chung | Credit Sights | (212) 340-3811 ext. | Interested Party, Charlotta Chung / LISTEN ONLY |
| 20-11218 Hearing | The Hertz Corporation | 10630714 | Dabin Chung | Mayer Brown LLP | (212) 506-2500 ext. | Creditor, Barclays Bank PLC, as Agent Under the Hertz Fleet Funding LP, Series 2013-2 / LISTEN ONLY |
| 20-11218 Hearing | The Hertz Corporation | 10630932 | Maria Chutchian | Debtwire | (646) 378-3108 ext. | Interested Party, Debtwire / LISTEN ONLY |
| 20-11218 Hearing | The Hertz Corporation | 10630680 | Tiffany S. Cobb | Vorys Sater Seymour and Pease LLP | (614) 464-8322 ext. | Creditor, Safelite Group / LISTEN ONLY |
| 20-11218 Hearing | The Hertz Corporation | 10630684 | Tiffany S. Cobb | Vorys Sater Seymour and Pease LLP | (614) 464-8322 ext. | Creditor, Safelite Group / LISTEN ONLY |
| 20-11218 Hearing | The Hertz Corporation | 10630672 | Mark D. Collins | Richards, Layton & Finger, P.A. | (302) 651-7531 ext. | Debtor, The Hertz Corporation / LIVE |
| 20-11218 Hearing | The Hertz Corporation | 10630497 | Aaron E. Colodny | White & Case LLP | (213) 620-7706 ext. | Debtor, The Hertz Corporation / LISTEN ONLY |
| 20-11218 Hearing | The Hertz Corporation | 10630718 | Sean Corrado | Arnold & Porter Kaye Scholer LLP | (212) 836-8650 ext. 3742 | Interested Party, Ad Hoc Group of Term Loan Lenders / LISTEN ONLY |
| 20-11218 Hearing | The Hertz Corporation | 10630782 | Tom Cubeta | Bracebridge Capital LLC | (617) 234-3631 ext. | Interested Party, Ad Hoc Group of Term Loan Lenders / LISTEN ONLY |
| 20-11218 Hearing | The Hertz Corporation | 10631813 | Neal D'Amato | Susquehanna International Group, LLP | (610) 747-2398 ext. | Employee, ad hoc group of term loan lenders / LISTEN ONLY |
| 20-11218 Hearing | The Hertz Corporation | 10631199 | George Davis | Latham & Watkins LLP | (312) 777-7112 ext. | Creditor, Barclays Bank, PLC / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| The Hertz Corporation | 20-11218 | Hearing | 10630691 | Christopher M De Lillo | (302) 651-7687 ext. | Richards, Layton & Finger, P.A. | Debtor, The Hertz Corporation / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10631512 | John D. Demmy | (302) 421-6848 ext. | Saul Ewing Arnstein & Lehr LLP | Creditor, FACT / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10630599 | Jason DiBattista | (212) 205-8553 ext. | LevFin Insights | Interested Party, LevFin Insights / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10630703 | John R. Dodd | (305) 789-8976 ext. | Baker & McKenzie LLP | Interested Party, Baker & McKenzie / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10630653 | David Duback | (312) 589-6473 ext. | David Duback - In Pro Per/Pro Se | Creditor, David Duback / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10630920 | Ryan Eckert | (646) 779-6203 ext. | Warlander Asset Management | Interested Party, Warlander Asset Management / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10630427 | Kevin M. Eckhardt | (646) 862-6386 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10630667 | John D. Elrod | (678) 553-2259 ext. | Greenberg Traurig, LLP | Creditor, Cox Automotive Inc / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 10630580 | Lisa Elvina | (212) 418-1887 ext. | Rubric Capital | Individual, Jonathan Krautmann / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10630791 | Andrew J Entwistle | (512) 710-5960 ext. | Entwistle & Cappucci LLP | Creditor, GAMCO Investors, Inc. / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 10630690 | Patrick Evans | (203) 984-7461 ext. | Diameter Capital | Interested Party, Diameter Capital / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10630809 | Michael Farnan | (302) 777-0300 ext. | Farnan LLP | Shareholder, GAMCO Investors, Inc. and its affiliates / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 10630995 | Joseph Farricielli | (818) 383-8022 ext. | Joseph Farricielli - In Pro Per/Pro Se | Interested Party, Joseph Farricielli / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10630711 | Amanda Fell | (212) 373-3675 ext. | Paul Weiss Rifkin Wharton & Garrison LLP | Interested Party, Amanda Fell / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10630724 | Robert Fischbeck | (212) 836-8650 ext. 3742 | Arnold & Porter Kaye Scholer LLP | Interested Party, Ad Hoc Group of Term Loan Lenders / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10630673 | Jeff Forlizzi | (203) 542-4041 ext. | Silver Point Capital | Interested Party, Silver Point Capital / LISTEN ONLY |

| Case | Type | Debtor | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| 20-11218 | Hearing | The Hertz Corporation | 10631344 | Kim P. Gage | (714) 431-1090 ext. | Cooksey, Toolen, Gage, Duffy & Woog | Creditor, TD Auto Finance / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 10631092 | M. David Galainena | (239) 301-7600 ext. | The Hertz Corporation | Debtor, The Hertz Corporation / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 10630605 | Caroline F. Gange | (212) 715-9588 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 10631029 | Bradley Geer | (612) 215-2249 ext. | Houlihan Lokey | Interested Party, Members of The Ad Hoc Group of Term Loan Lenders / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 10630638 | Kimberly B. Gianis | (203) 862-8250 ext. | Contrarian Capital Management | Interested Party, Kimberly Gianis / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 10631938 | John Gibbons | (212) 325-2039 ext. | Credit Suisse | Creditor, John Gibbons / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 10630705 | Sheryl Gittlitz | (212) 836-7203 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, Ad Hoc Group of Term Loan Lenders / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 10631229 | Adam J. Goldberg | (212) 906-1200 ext. | Latham & Watkins LLP | Creditor, Barchlays Bank, PLC / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 10630832 | David Goldman | (914) 921-5100 ext. | Gamco Investors Inc. | Creditor, Gamco Investors Inc. / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 10630998 | Ethan Goldsmith | (212) 380-5890 ext. | Cyrus Capital Partners, LP | Interested Party, Member of The Ad Hoc Group of Term Loan Lenders / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 10630661 | Michael K Goode | (269) 978-3473 ext. | Michael K Goode - In Pro Per/Pro Se | Debtor, Michael Goode / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 10630958 | Peta Gordon | (212) 836-7817 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, Council for AD Hoc Group of Term Loan Lenders / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 10630492 | Ronald Gorsich | (213) 620-7769 ext. | White & Case LLP | Debtor, The Hertz Corporation / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 10631268 | Brian Guiney | (212) 336-2305 ext. | Patterson Belknap Webb & Tyler | Interested Party, Creditor / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 10630788 | Akash Gupta | (302) 981-2022 ext. | Cetus Capital LLC | Interested Party, Ad Hoc Group of Term Loan Lenders / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 10630604 | Robert Halder | (512) 609-1722 ext. | Natalliance Securities | Creditor, Robert Halder / LISTEN ONLY |

| Case | Type | | Name | Phone | Firm | Representing | Party |
|---|---|---|---|---|---|---|---|
| 20-11218 | Hearing | 10631251 | Christopher Harris | (212) 906-1880 ext. | Latham & Watkins LLP | The Hertz Corporation | Creditor, Barclays Bank, PLC / LIVE |
| 20-11218 | Hearing | 10630731 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | The Hertz Corporation | Interested Party, Debtwire / LISTEN ONLY |
| 20-11218 | Hearing | 10630725 | Daniel J. Hartnett | (312) 583-2380 ext. | Arnold & Porter Kaye Scholer LLP | The Hertz Corporation | Interested Party, Ad Hoc Group of Term Loan Lenders / LISTEN ONLY |
| 20-11218 | Hearing | 10630679 | Brett M. Haywood | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | The Hertz Corporation | Debtor, The Hertz Corporation / LIVE |
| 20-11218 | Hearing | 10631328 | Mark F. Hebbeln | (312) 832-4394 ext. | Foley & Lardner LLP | The Hertz Corporation | Trustee, Well Fargo / LIVE |
| 20-11218 | Hearing | 10630779 | James Herschlein | (212) 836-8655 ext. | Arnold & Porter Kaye Scholer LLP | The Hertz Corporation | Interested Party, Ad Hoc Group of Term Loan Lenders / LISTEN ONLY |
| 20-11218 | Hearing | 10630820 | Robert M. Hirsh | (973) 597-2500 ext. | Lowenstein Sandler, LLP | The Hertz Corporation | Interested Party, JMB Capitol / LISTEN ONLY |
| 20-11218 | Hearing | 10630983 | Jennifer Hoover | (302) 442-7006 ext. | Benesch Friedlander Coplan & Aronoff, LLP | The Hertz Corporation | Interested Party, Benesch / LIVE |
| 20-11218 | Hearing | 10630839 | Marshall Huebner | (212) 450-4099 ext. | Davis Polk & Wardwell LLP | The Hertz Corporation | Interested Party, Deutsche Bank AG / LIVE |
| 20-11218 | Hearing | 10630442 | Ana Lucia Hurtado | (646) 862-6878 ext. | Reorg Research, Inc. | The Hertz Corporation | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| 20-11218 | Hearing | 10632234 | Joseph H. Huston, Jr. | (302) 425-3312 ext. | Stevens & Lee, P.C. | The Hertz Corporation | Creditor/Claimant, Personal Insurance Claimants / LISTEN ONLY |
| 20-11218 | Hearing | 10630884 | Patrick A. Jackson | (215) 988-2708 ext. | Faegre Drinker Biddle & Reath LLP | The Hertz Corporation | Creditor, MTN Steering Committee / LIVE |
| 20-11218 | Hearing | 10630755 | Robert T. Janeway | (914) 330-7587 ext. | J.P. Morgan Chase | The Hertz Corporation | Interested Party, Robert Janeway / LISTEN ONLY |
| 20-11218 | Hearing | 10632269 | Will Jones | (212) 515-3200 ext. | Apollo Global Management, LLC | The Hertz Corporation | Representing, Ad Hoc Group of Term Loan Lenders / LISTEN ONLY |
| 20-11218 | Hearing | 10630823 | Phillip Khezri | (212) 262-6700 ext. | Lowenstein Sandler, LLP | The Hertz Corporation | Interested Party, JMB Capitol / LISTEN ONLY |
| 20-11218 | Hearing | 10632121 | James S. Kim | (415) 676-4094 ext. | Symphony Asset Management | The Hertz Corporation | Representing, Ad Hoc Group of Term Loan Lenders / LISTEN ONLY |
| 20-11218 | Hearing | 10632207 | Amy Kirschner | (213) 229-9515 ext. | Mayer Brown LLP | The Hertz Corporation | Client, Amy Kirschner / LISTEN ONLY |

Case 20-11218-MFW Doc 418 Filed 06/12/20 Page 6 of 11

| Case | Type | Debtor | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| 20-11218 | Hearing | The Hertz Corporation | 10630939 | Anne Klehe | (212) 542-3610 ext. | Anne Klehe - In Pro Per/Pro Se | Interested Party, Anne Klehe / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 10630874 | Darren S. Klein | (212) 450-4725 ext. | Davis Polk & Wardwell LLP | Interested Party, Deutsche Bank AG / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 10630531 | Michael A. Klein | (212) 479-6461 ext. | Cooley LLP (All Offices) | Interested Party, Jefferies LLC / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 10630664 | Leonard V Knappmiller | (802) 558-6092 ext. | Leonard V Knappmiller - In Pro Per/Pro Se | Interested Party, Leonard Knappmiller / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 10630676 | John Knight | (302) 651-7886 ext. | Richards, Layton & Finger, P.A. | Debtor, The Hertz Corporation / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 10630937 | Anna Kordas | (212) 326-3795 ext. | Jones Day | Interested Party, Anna Kordas / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 10630621 | Steven Kosson | (212) 269-4100 ext. | Puma Capital | Interested Party, Puma Capital / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 10632237 | Christopher Lahoud | (212) 515-3200 ext. | Apollo Global Management, LLC | Representing, Ad Hoc Group of Term Loan Lenders / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 10630455 | Thomas Lauria | (212) 819-8200 ext. | White & Case LLP | Debtor, The Hertz Corporation / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 10630564 | Michael G. Linn | (415) 421-2132 ext. | Farallon Capital Management | Interested Party, we are representing ourselves, interested party / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 10630695 | Brian J. Lohan | (312) 583-2403 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, Ad Hoc Group of Term Loan Lenders / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 10630541 | Ethan Lord | (201) 587-7121 ext. | Berkeley Research Group, LLC | Interested Party, n/a / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 10630842 | Kirk Ludtke | (212) 351-9726 ext. | Imperial Capital, LLC | Interested Party, Kirk Ludtke / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 10630708 | Charles A Malloy | (202) 942-5926 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, Ad Hoc Group of Term Loan Lenders / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 10630793 | Brian Martin | (847) 712-6105 ext. | FTI Consulting, Inc. | Debtor, The Hertz Corporation / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 10630918 | Richard G. Mason | (212) 403-1252 ext. | Wachtell Lipton Rosen & Katz | Creditor, MTN Steering Committee / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 10630600 | Thomas Moers Mayer | (212) 715-9169 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

Carol Goetzky ext. 701    CourtConfCal2009    Page 6 of 11

| | | | | | | |
|---|---|---|---|---|---|---|
| The Hertz Corporation | 20-11218 | Hearing | 10631160 | Alan Maza | (212) 336-0133 ext. | Federal Government U.S. Securities & Exchange Commission | Interested Party, Security Exchange Commission / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 10631458 | Lily McGettigan | (212) 834-3720 ext. | JP Morgan Chase & Co. | Non-Party, Lily McGettigan / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10630586 | Dennis A. Meloro | (302) 661-7000 ext. | Greenberg Traurig, LLP | Creditor, Cox Automotive Inc. / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 10630685 | Michael Messersmith | (312) 583-2374 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, Ad Hoc Group of Term Loan Lenders / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 10630770 | Michael Messersmith | (312) 583-2374 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, Ad Hoc Group of Term Loan Lenders / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10630890 | James H. Millar | (212) 248-3264 ext. | Faegre Drinker Biddle & Reath LLP | Creditor, MTN Steering Committee / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10630783 | christopher Miller | (312) 848-2491 ext. | Neuberger Berman | Interested Party, Ad Hoc Group of Term Loan Lenders / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10632177 | Sean Monaghan | (415) 676-4094 ext. | Symphony Asset Management | Employee, Ad Hoc Group of Term Loan Lenders / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10630630 | Eric J. Monzo | (302) 888-5848 ext. | Morris James LLP | Interested Party, Collateral Agent, BOKS, N.A. / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 10630734 | Edmon Morton | (302) 571-6637 ext. | Young, Conaway Stargatt & Taylor, LLP | Creditor, Ad hoc Noteholder Group / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 10630859 | Elliot Moskowitz | (212) 450-4241 ext. | Davis Polk & Wardwell LLP | Interested Party, Deutsche Bank AG / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 10630740 | Joseph M. Mulvihill | (302) 571-6600 ext. | Young, Conaway Stargatt & Taylor, LLP | Creditor, Ad hoc Noteholder Group / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 10631707 | Josh Nacey | (610) 747-2398 ext. | Susquehanna International Group, LLP | Employee, ad hoc group of term loan lenders / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10630674 | David Nguyen | (212) 708-2847 ext. | Jeffries | Interested Party, Jeffries / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10631871 | Steve Nielson | (610) 747-2398 ext. | Susquehanna International Group, LLP | Employee, ad hoc group of term loan lenders / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10630694 | J. Zachary Noble | (302) 651-7510 ext. | Richards, Layton & Finger, P.A. | Debtor, The Hertz Corporation / LISTEN ONLY |

| Case | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|
| The Hertz Corporation | 20-11218 Hearing | 10630945 | Vaskar Pahari | (617) 234-3631 ext. | Bracebridge Capital LLC | Interested Party, Vaskar Pahari / LISTEN ONLY |
| The Hertz Corporation | 20-11218 Hearing | 10631052 | Adam J. Panken | (952) 820-5724 ext. | Houlihan Lokey | Interested Party, Member of The Ad Hoc Group of Term Loan Lenders / LISTEN ONLY |
| The Hertz Corporation | 20-11218 Hearing | 10631016 | Richard Pedone | (617) 345-1305 ext. | Nixon Peabody LLP | Creditor, US Bank / LIVE |
| The Hertz Corporation | 20-11218 Hearing | 10630800 | Gregory F. Pesce | (312) 862-2000 ext. | Kirkland & Ellis LLP | Interested Party, Gregory F. Pesce / LISTEN ONLY |
| The Hertz Corporation | 20-11218 Hearing | 10630808 | Francis Petrie | (312) 390-4552 ext. | Kirkland & Ellis LLP | Interested Party, Interested Party / LISTEN ONLY |
| The Hertz Corporation | 20-11218 Hearing | 10630895 | Daniel Polikoff | (914) 589-9654 ext. | JP Morgan | Interested Party, JP Morgan / LISTEN ONLY |
| The Hertz Corporation | 20-11218 Hearing | 10630903 | Joshua Porter | (212) 894-7200 ext. | Entwistle & Capucci LLP | Creditor, Gamco Investors Inc. / LISTEN ONLY |
| The Hertz Corporation | 20-11218 Hearing | 10630929 | Arik Preis | (212) 872-1000 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, Ad Hoc Committee / LIVE |
| The Hertz Corporation | 20-11218 Hearing | 10630537 | Lauren Reichardt | (212) 479-6512 ext. | Cooley LLP (All Offices) | Interested Party, Jefferies LLC / LISTEN ONLY |
| The Hertz Corporation | 20-11218 Hearing | 10630522 | Andrew R. Remming | (302) 658-9200 ext. | Morris Nichols Arsht & Tunnell LLP | Interested Party, Barclays Bank and Credit Agricole / LIVE |
| The Hertz Corporation | 20-11218 Hearing | 10630634 | Linda Richenderfer | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Linda Richenderfer / LIVE |
| The Hertz Corporation | 20-11218 Hearing | 10630885 | Steven H. Rittmaster | (917) 612-6889 ext. | Steven H. Rittmaster - In Pro Per/Pro Se | Interested Party, Steven H. Rittmaster / LISTEN ONLY |
| The Hertz Corporation | 20-11218 Hearing | 10632376 | Steven Robinson | (212) 842-1961 ext. | Aristeia Capital | Interested Party, Steven Robinson / LISTEN ONLY |
| The Hertz Corporation | 20-11218 Hearing | 10630614 | David Rosenzweig | (212) 318-3035 ext. | Norton Rose Fulbright US LLP | Creditor, AT&T Corp. / LIVE |
| The Hertz Corporation | 20-11218 Hearing | 10631419 | Kim Rozman | (214) 758-6154 ext. | HBK Services LLC | Interested Party, Kim Rozman/Jim Williamson / LISTEN ONLY |
| The Hertz Corporation | 20-11218 Hearing | 10630753 | Erin Ryan | (212) 728-8000 ext. 8638 | Willkie Farr & Gallagher LLP | Interested Party, Ad Hoc Noteholders Group / LISTEN ONLY |

| Case | Type | ID | Name | Phone | Firm | Representing | |
|---|---|---|---|---|---|---|---|
| The Hertz Corporation | 20-11218 | Hearing | 10631468 | Mark A. Salzberg | (202) 457-5242 ext. | Squire Patton Boggs (US), LLP | Interested Party, American Traffic Solutions Consolidated, LLC / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10630710 | Sean T Scott | (312) 701-8310 ext. | Mayer Brown LLP | Creditor, Barclays Bank PLC, as Agent Under the Hertz Fleet Funding LP,Series 2013-2 / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 10632305 | Joseph R. Sgroi | (313) 465-7570 ext. | Honigman Miller Schwartz and Cohn LLP | Creditor, General Motors / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10630717 | Hilary Shane | (561) 315-1777 ext. | ODS Capital | Interested Party, ODS Capital / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10630471 | J. Christopher Shore | (212) 819-8394 ext. | White & Case LLP | Debtor, The Hertz Corporation / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 10632137 | Basheer Siddique | (832) 866-2579 ext. | Basheer Siddique - In Pro Per/Pro Se | Client, Basheer Siddique / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10630687 | Kenneth Smalley | (212) 588-6500 ext. | BTIG | Interested Party, BTIG / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10630698 | Michael Solow | (212) 836-7203 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, Ad Hoc Group of Term Loan Lenders / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 10630639 | John Sosnowski | (212) 616-7765 ext. | The Seaport Global | Interested Party, John sosnowski / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10630557 | Richard Steinberg | (646) 460-1954 ext. | Davis Polk & Wardwell LLP | Interested Party, Deutsche Bank AG / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10631658 | Richard Stern | (212) 597-8200 ext. | Luskin, Stern & Eisler, LLP | Interested Party, Richard Stern / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10630975 | David B. Stratton | (302) 777-6566 ext. | Pepper Hamilton LLP | Interested Party, Ad Hoc Group of Term Loan Lenders / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 10630748 | Rachel Strickland | (212) 728-8000 ext. | Willkie Farr & Gallagher LLP | Creditor, The Ad Hoc Noteholder Group / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 10630901 | Mitchell E. Sussman | (646) 616-3037 ext. | Cowen and Company LLC | Interested Party, Cowen and Company LLC / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10631367 | Brad Sweeney | (212) 412-6890 ext. | Barclays | Interested Party, Barclays / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10630637 | Rick J. Szambel | (646) 845-0032 ext. | Clear Street, LLC | Interested Party, Clear Street, LLC / LISTEN ONLY |

| Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|
| 20-11218 | Hearing | | | | The Hertz Corporation | Creditor, PSAM, LP / LISTEN ONLY |
| 20-11218 | Hearing | 10630747 | Usman Tahir | (212) 649-9535 ext. | PSAM, LP | |
| 20-11218 | Hearing | 10630701 | Alex S. Talesnick | (212) 597-8235 ext. | Luskin, Stern & Eisler, LLP | The Hertz Corporation / Respondent, Credit Agricol / LISTEN ONLY |
| 20-11218 | Hearing | 10631011 | Enoch Tieu | (651) 200-1482 ext. | Houlihan Lokey | The Hertz Corporation / Interested Party, Members of The Ad Hoc Group of Term Loan Lenders / LISTEN ONLY |
| 20-11218 | Hearing | 10631043 | Daniel Tobin | (952) 428-9777 ext. | Houlihan Lokey | The Hertz Corporation / Interested Party, Members of The Ad Hoc Group of Term Loan Lenders / LISTEN ONLY |
| 20-11218 | Hearing | 10630704 | Brian Trust | (212) 506-2570 ext. | Mayer Brown LLP | The Hertz Corporation / Creditor, Barclays Bank PLC, as Agent Under the Hertz Fleet Funding LP, Series 2013-2 / LIVE |
| 20-11218 | Hearing | 10631775 | Wai Tung | (610) 747-2398 ext. | Susquehanna International Group, LLP | The Hertz Corporation / Employee, ad hoc group of term loan lenders / LISTEN ONLY |
| 20-11218 | Hearing | 10630480 | David M. Turetsky | (212) 819-8904 ext. | White & Case LLP | The Hertz Corporation / Debtor, The Hertz Corporation / LIVE |
| 20-11218 | Hearing | 10631271 | Suzzanne S. Uhland | (212) 906-4587 ext. | Latham & Watkins LLP | The Hertz Corporation / Creditor, Barchlays Bank, PLC / LIVE |
| 20-11218 | Hearing | 10631415 | Heather Waller | (312) 876-7678 ext. | Latham & Watkins LLP | The Hertz Corporation / Creditor, Barchlays Bank, PLC / LIVE |
| 20-11218 | Hearing | 10631502 | Michael D. Weinberg | (212) 225-2856 ext. | Cleary Gottlieb Steen & Hamilton LLP | The Hertz Corporation / Interested Party, Michael D. Weinberg / LISTEN ONLY |
| 20-11218 | Hearing | 10630536 | Jeffrey Whyte | (917) 421-1932 ext. | Jefferies LLC | The Hertz Corporation / Interested Party, Jefferies LLC / LIVE |
| 20-11218 | Hearing | 10631930 | Robert Willis | (302) 777-6500 ext. | First Eagle Investment Management | The Hertz Corporation / Employee, ad hoc group of term loan lenders / LISTEN ONLY |
| 20-11218 | Hearing | 10630907 | Amy Wolf | (212) 403-1245 ext. | Wachtell Lipton Rosen & Katz | The Hertz Corporation / Creditor, MTM Steering Committee / LIVE |
| 20-11218 | Hearing | 10630914 | Erik Wright | (424) 832-5644 ext. | Cerberus California | The Hertz Corporation / Interested Party, Erik Wright / LISTEN ONLY |
| 20-11218 | Hearing | 10631631 | Becky A. Yerak | (312) 543-1306 ext. | Wall Street Journal | The Hertz Corporation / Interested Party, Wall Street Journal / LISTEN ONLY |
| 20-11218 | Hearing | 10630854 | Scott A. Yousey | (212) 596-9859 ext. | Ropes & Gray LLP | The Hertz Corporation / Creditor, Bank of Montreal & Bank of Nova Scotia / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| The Hertz Corporation | 20-11218 | Hearing | 10631440 | Alexandra Zablocki | (212) 906-1795 ext. | Latham & Watkins LLP | Creditor, Barclays Bank, PLC / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10630881 | Ryan Zagare | (305) 876-7040 ext. | Miami Dade County Attorney's Office | Bankruptcy Counsel, Miami-DADE Aviation Department / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10630463 | Jason N. Zakia | (305) 995-5259 ext. | White & Case LLP | Debtor, The Hertz Corporation / LIVE |