# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| The Hertz Corporation, *et al.*, | Case No. 20-11218 (MFW) |
| Debtors.[1] | (Jointly Administered) |
| | **Related Docket No. 683** |

## NOTICE OF WITHDRAWAL OF MOTION

**PLEASE TAKE NOTICE** that Fenton Texas LLC (successor in trust to Hardeman Family Joint Venture, Ltd.) hereby withdraws its *Motion for Allowance and Payment of Post-Petition Lease Obligations* [Docket No. 683] filed on July 8, 2020.

Dated: July 16, 2020                     **CHIPMAN BROWN CICERO & COLE, LLP**

   /s/ *William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0193
Facsimile:    (302) 295-0199
Email:            chipman@chipmanbrown.com

*Counsel for Fenton Texas LLC (successor in interest to Hardeman Family Joint Venture, Ltd.)*

---

[1] The last four digits of The Hertz Corporation's tax identification number are 8568. The location of the debtors' service address is 8501 Williams Road, Estero, FL 33928. Due to the large number of debtors in these chapter 11 cases, for which joint administration for procedural purposes has been requested, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.primeclerk.com/hertz.