# EXHIBIT C



**National Union Fire Insurance Company of Pittsburgh, Pa.**

A capital stock company

POLICY NUMBER: ██████-88          REPLACEMENT OF POLICY NUMBER: ██████-43

## EXECUTIVE AND ORGANIZATION LIABILITY INSURANCE POLICY

NOTICE: COVERAGES A, B, C, D, AND E ARE CLAIMS MADE. THE COVERAGE OF THIS POLICY IS GENERALLY LIMITED TO LIABILITY FOR CLAIMS THAT ARE FIRST MADE AGAINST THE INSUREDS FIRST OCCURRING DURING THE POLICY PERIOD AND REPORTED IN WRITING TO THE INSURER PURSUANT TO THE TERMS HEREIN. PLEASE READ THIS POLICY CAREFULLY AND REVIEW ITS COVERAGE WITH YOUR INSURANCE AGENT OR BROKER.

NOTICE: AMOUNTS INCURRED FOR LEGAL DEFENSE SHALL REDUCE THE LIMIT OF LIABILITY AVAILABLE TO PAY JUDGMENTS OR SETTLEMENTS, AND SHALL BE APPLIED AGAINST THE RETENTION AMOUNT.

NOTICE: THE INSURER DOES NOT ASSUME ANY DUTY TO DEFEND. THE INSURER MUST ADVANCE DEFENSE COSTS, EXCESS OF THE APPLICABLE RETENTION, PURSUANT TO THE TERMS HEREIN PRIOR TO THE FINAL DISPOSITION OF A CLAIM.

**NOTICE: TERMS APPEARING IN BOLD FACE TYPE HAVE SPECIAL MEANING. SEE CLAUSE 2 OF THE POLICY.**

### DECLARATIONS

| ITEMS | | | |
|---|---|---|---|
| 1 | **NAMED ENTITY:** | HERTZ GLOBAL HOLDINGS, INC. | (herein) **"Named Entity"** |
| 1(a) | MAILING ADDRESS: | 8501 WILLIAMS ROAD<br>ESTERO, FL 33928 | |
| 1(b) | STATE OF INCORPORATION/FORMATION: | Delaware | |
| 2 | **POLICY PERIOD:**    From**:** June 30, 2019    To: June 30, 2020<br>12:01 A.M. local time at the address stated in Item 1(a) | | |
| 3(a) | **POLICY AGGREGATE LIMIT OF LIABILITY** (herein **"Limit of Liability"**)<br>For all **Loss**, in the aggregate**,** under this policy including **Defense Costs:** | | $10,000,000 |
| 3(b) | **Costs of Investigation Coverage Sublimit:** | | $500,000 |
| 4 | **RETENTION:** | Not applicable to **Non-Indemnifiable Loss** | |

©All rights reserved.

| 4(a) | Securities Retention: | $3,000,000 | 4(b) | Employment Practices Claims: | $3,000,000 |
|------|------------------------|------------|------|------------------------------|------------|
| 4(c) | All other Claims: | $3,000,000 | | | |

| 5 | **CONTINUITY DATE** (herein **"Continuity Date"**): | | | | |
|------|------|------|------|------|------|
| 5(a) | Coverages A and B, other than **Outside Entity Executive** coverage: | 06/30/2016 | 5(b) | **Outside Entity Executive** coverage, including Coverage C: | The date on which the **Insured Person** first served as an **Outside Entity Executive** of such **Outside Entity**. |
| 5(c) | **Controlling Shareholder** coverage, including Coverage D: | N/A | | | |

| 6 | **PREMIUM:** ▮▮▮▮▮ |
|------|------|
| | Premium for Certified Acts of Terrorism Coverage under Terrorism Risk Insurance Act, as amended (TRIA): $0 included in policy premium stated above. Any coverage provided for losses caused by an act of terrorism as defined by TRIA (TRIA Losses) may be partially reimbursed by the United States under a formula established by TRIA as follows: 81% of TRIA Losses in excess of the insurer deductible mandated by TRIA, the deductible to be based on a percentage of the insurer's direct earned premiums for the year preceding the act of terrorism. |

| 7 | **NAME AND ADDRESS OF INSURER (herein "Insurer"):** |
|------|------|
| | National Union Fire Insurance Company of Pittsburgh, Pa.<br>175 Water Street<br>New York, NY 10038<br><br>This policy is issued only by the insurance company Indicated in this Item 7. |

©All rights reserved.

**IN WITNESS WHEREOF**, the **Insurer** has caused this Policy to be signed by its President, Secretary and Authorized Representative. This Policy shall not be valid unless signed below at the time of issuance by an authorized representative of the insurer.

|  |  |
|---|---|
| PRESIDENT | SECRETARY |
| National Union Fire Insurance Company of Pittsburgh, Pa. | National Union Fire Insurance Company of Pittsburgh, Pa. |

AUTHORIZED REPRESENTATIVE

| COUNTERSIGNED AT | DATE | COUNTERSIGNATURE |
|---|---|---|

MARSH USA INC.
THREE LOGAN SQUARE 1717 ARCH STREET
PHILADELPHIA, PA 19103

1611557

©All rights reserved.