# EXHIBIT E

**CHUBB®**

ACE American Insurance Company
436 Walnut Street
Philadelphia PA

# Commercial General Liability Declarations

| | |
|---|---|
| **POLICY NUMBER:** ▮▮▮▮9519 | **EXPIRING POLICY NUMBER:** ▮▮▮▮261A |
| | **RENEWAL** |

**ITEM ONE**

**Named Insured:** The Hertz Corporation

**Address:** 8501 Williams Rd
Estero FL 33928

**Producer Number:** 225951

**Producer Name:** MARSH USA INC

**Producer Address:** 445 SOUTH STREET
SUITE 210
MORRISTOWN NJ 07960

**Form of Business:**   [X] Corporation      [ ] Limited Liability Company
                        [ ] Other  _

**Named Insured's business:** Services

**Policy Period:** Policy covers from 01/01/2019 to 01/01/2020 12:01 am standard time at the named insured's address stated above.

**Audit Period:** None, unless otherwise stated:      [ ] Semi-Annual  [ ] Quarterly  [ ] _
**Total Advance Premium (including surcharges):** ▮▮▮▮▮▮▮▮
**Refer to Surcharge Endorsement for surcharge amounts and rates. (Does Not Apply in Puerto Rico)**

**CHUBB**®
ACE American Insurance Company
436 Walnut Street
Philadelphia PA

# Commercial General Liability Declarations

**POLICY NUMBER:** ███████9519

| COVERAGES AND LIMITS OF INSURANCE | | | | |
|---|---|---|---|---|
| **EACH OCCURRENCE LIMIT** | $ | 5,000,000 | | |
| **DAMAGE TO PREMISES RENTED TO YOU LIMIT** | $ | 1,000,000 | | Any one premises |
| **MEDICAL EXPENSE LIMIT** | $ | 10,000 | | Any one person |
| **PERSONAL & ADVERTISING INJURY LIMIT** | $ | 5,000,000 | | Any one person or organization |
| **GENERAL AGGREGATE LIMIT** | | | $ | 6,000,000 |
| **PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT** | | | $ | 5,000,000 |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |

| RETROACTIVE DATE (CLAIMS MADE POLICIES ONLY) |
|---|
| THIS INSURANCE DOES NOT APPLY TO "BODILY INJURY", "PROPERTY DAMAGE" OR "PERSONAL AND ADVERTISING INJURY" WHICH OCCURS BEFORE THE RETROACTIVE DATE, IF ANY, SHOWN BELOW. |
| RETROACTIVE DATE: _____ |
| (ENTER DATE OR "NONE" IF NO RETROACTIVE DATE APPLIES) |

| SCHEDULE OF LOCATIONS | |
|---|---|
| LOCATION NUMBER | ADDRESS OF ALL PREMISES YOU OWN, RENT OR OCCUPY |
| | |

| LOCATION NUMBER | COVERAGE | CLASS CODE/ DESCRIPTION |
|---|---|---|
| All | All | 70050 / Services |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | |
|---|---|
| CHUBB® <br> ACE American Insurance Company <br> 436 Walnut Street <br> Philadelphia PA <br> **POLICY NUMBER:** ▮▮▮▮▮▮9519 | **Commercial General Liability Declarations** |

## SCHEDULE OF NOTICES

| Form No. | Description |
|---|---|
| ALL23445b0713 | Policyholder Notice Commercial Lines Deregulation New York |
| ALL2Y31b1109 | Arkansas Notice To Policyholders |
| ALL208871006 | Chubb Producer Compensation Practices & Policies |
| ALL223680607 | Colorado Fraud Statement |
| CGP0160514 | General Liability Access Or Disclosure Of Confidential Or Personal Information Exclusions Advisory Notice To Policyholders |
| ALL8Z4172000 | Georgia Notice |
| ILN1751111 | Illinois Notice To Policyholders Regarding The Religious Freedom Protection And Civil Union Act |
| ALL301520710 | Important Information To Idaho Policyholders Regarding Your Insurance |
| ALL7X47a0206 | Important Information To Virginia Policyholders Regarding Your Insurance |
| ALL2Y810514 | Indiana Notice To Policyholders |
| ALL512200918 | Missouri Disclaimer Notice Commercial Lines Deregulation |
| ALL2U78b0206 | Notice To All Oklahoma Policyholders |
| ALL398220413 | Notice To Our Florida Property And Casualty Policyholders Guidelines For Loss Control Plans |
| IL09100702 | Pennsylvania Notice |
| ALL5W060795 | Policyholder Notice - Ohio |
| ALL18653d0714 | Questions About Your Insurance? |
| ALL5X451196 | Questions About Your Insurance? |
| ALL11559e0716 | Risk Control Services For Texas Policyholders |
| ALL4Y30f0615 | Texas Notice – Information And Complaints |
| ILP0010104 | U.S. Treasury Department's Office Of Foreign Assets Control ("OFAC") Advisory Notice To Policyholders |
| ALL5X51a0206 | Wisconsin Notice To Policyholders |

## SCHEDULE OF COVERAGE FORMS

| Form No. | Description |
|---|---|
| CG00010413 | Commercial General Liability Coverage Form |
| IL00171198 | Common Policy Conditions |

## SCHEDULE OF ENDORSEMENTS

| Endt. No. | Form No. | Description |
|---|---|---|
| 1 | ALL32677a0412 | Kentucky Local Government Premium Tax Schedule |
| 2 | ALL224211011 | Surcharge Schedule |
| 3 | CC1K11i0218 | Signatures |

# CHUBB®

ACE American Insurance Company
436 Walnut Street
Philadelphia PA

**Commercial General Liability Declarations**

**POLICY NUMBER:** ███████9519

| Endt. No. | Form No. | Description |
|---|---|---|
| 4 | LD2R90a495 | Additional Insured - Employees Professional Health Care Services |
| 5 | LD6X26 | Alienated Premises |
| 6 | LD2G44a1003 | Amendment Of Conditions |
| 7 | LD6X27 | Amendment Of Liquor Liability Exclusion |
| 8 | LD200310206 | Combined Policy Aggregate |
| 9 | ALL205010706 | Designated Entity Exclusion |
| 10 | LD342571011 | Designated Project(s) – Aggregate Limit |
| 11 | ALL44289c1116 | Direct Action Expenses |
| 12 | LD342521011 | Employee Benefits Liability Coverage Supplementary Payments 100% Borne By Insured |
| 13 | LD3R160387 | Exclusion - Asbestos |
| 14 | LD4S35692 | Exclusion – Lead |
| 15 | LD5T99 | Extended Property Damage |
| 16 | LD5T92 | Fellow Employee Coverage |
| 17 | LD2X61 | Knowledge Of Occurrence |
| 18 | LD46560a1115 | Limited Electronic Data Loss Coverage – Access, Collection, Release, Disclosure, Limited Bodily Injury And Property Damage; Defense And Supplementary Payments Included In The Limit |
| 19 | LD202870606 | Non-Contributory Endorsement For Additional Insureds |
| 20 | LD202870606 | Non-Contributory Endorsement For Additional Insureds |
| 21 | LD466861015 | Non-Owned Watercraft Exception |
| 22 | ALL326870511 | Notice To Others Endorsement – Schedule |
| 23 | ALL326880111 | Notice To Others Endorsement - Specific Parties |
| 24 | ALL326880111 | Notice To Others Endorsement - Specific Parties |
| 25 | ALL180571211 | Notification Of Premium Adjustment |
| 26 | LD129870411 | Partnership, Joint Venture Or Limited Liability Company As Named Insured – Excess Insurance |
| 27 | LD6575a797 | Pollution Exclusion – Hostile Fire Exception |
| 28 | ALL218580207 | Port Authority Of New York And New Jersey |
| 29 | ALL224220507 | Public Entity Additional Insured Endorsement |
| 30 | ALL224220507 | Public Entity Additional Insured Endorsement |
| 31 | ALL224220507 | Public Entity Additional Insured Endorsement |
| 32 | LD19643e0909 | Reimbursement Of Deductible Endorsement Allocated Loss Adjustment Expense ("ALAE") Included In The Deductible Amount |
| 33 | LD12992a0804 | Schedule Of Named Insureds |
| 34 | LD18550b0909 | Supplementary Payments Included In The Limits Of Insurance |
| 35 | ALL211011106 | Trade Or Economic Sanctions Endorsement |
| 36 | LD2X62a0408 | Unintentional Failure To Disclose |

# CHUBB®

ACE American Insurance Company
436 Walnut Street
Philadelphia PA

# Commercial General Liability Declarations

**POLICY NUMBER:** █████9519

| Endt. No. | Form No. | Description |
|---|---|---|
| 37 | MS112441214 | Additional Insured |
| 38 | IL09850115 | Disclosure Pursuant To Terrorism Risk Insurance Act |
| 39 | IL00210908 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |
| 40 | CG20260413 | Additional Insured – Designated Person Or Organization |
| 41 | CG20260413 | Additional Insured – Designated Person Or Organization |
| 42 | CG20260413 | Additional Insured – Designated Person Or Organization |
| 43 | CG20260413 | Additional Insured – Designated Person Or Organization |
| 44 | CG20260413 | Additional Insured – Designated Person Or Organization |
| 45 | CG20260413 | Additional Insured – Designated Person Or Organization |
| 46 | CG20260413 | Additional Insured – Designated Person Or Organization |
| 47 | CG20260413 | Additional Insured – Designated Person Or Organization |
| 48 | CG20260413 | Additional Insured – Designated Person Or Organization |
| 49 | CG20260413 | Additional Insured – Designated Person Or Organization |
| 50 | CG20260413 | Additional Insured – Designated Person Or Organization |
| 51 | CG20260413 | Additional Insured – Designated Person Or Organization |
| 52 | CG20260413 | Additional Insured – Designated Person Or Organization |
| 53 | CG20260413 | Additional Insured – Designated Person Or Organization |
| 54 | CG20260413 | Additional Insured – Designated Person Or Organization |
| 55 | CG20260413 | Additional Insured – Designated Person Or Organization |
| 56 | CG20260413 | Additional Insured – Designated Person Or Organization |
| 57 | CG20260413 | Additional Insured – Designated Person Or Organization |
| 58 | CG20260413 | Additional Insured – Designated Person Or Organization |
| 59 | CG20260413 | Additional Insured – Designated Person Or Organization |
| 60 | CG20260413 | Additional Insured – Designated Person Or Organization |
| 61 | CG20260413 | Additional Insured – Designated Person Or Organization |
| 62 | CG20260413 | Additional Insured – Designated Person Or Organization |
| 63 | CG20260413 | Additional Insured – Designated Person Or Organization |
| 64 | CG20260413 | Additional Insured – Designated Person Or Organization |
| 65 | CG20260413 | Additional Insured – Designated Person Or Organization |
| 66 | CG20260413 | Additional Insured – Designated Person Or Organization |
| 67 | CG20260413 | Additional Insured – Designated Person Or Organization |
| 68 | CG20260413 | Additional Insured – Designated Person Or Organization |
| 69 | CG20260413 | Additional Insured – Designated Person Or Organization |
| 70 | CG20260413 | Additional Insured – Designated Person Or Organization |
| 71 | CG20280413 | Additional Insured – Lessor Of Leased Equipment |
| 72 | CG20110413 | Additional Insured – Managers Or Lessors Of Premises |
| 73 | CG20110413 | Additional Insured – Managers Or Lessors Of Premises |

CHUBB®

ACE American Insurance Company
436 Walnut Street
Philadelphia PA

**Commercial General Liability Declarations**

**POLICY NUMBER:** ▮▮▮▮▮9519

| Endt. No. | Form No. | Description |
|---|---|---|
| 74 | CG20101185 | Additional Insured – Owners, Lessees Or Contractors – (Form B) |
| 75 | CG20101185 | Additional Insured – Owners, Lessees Or Contractors – (Form B) |
| 76 | CG20330413 | Additional Insured – Owners, Lessees Or Contractors – Automatic Status When Required In Construction Agreement With You |
| 77 | CG20370413 | Additional Insured – Owners, Lessees Or Contractors – Completed Operations |
| 78 | CG20370413 | Additional Insured – Owners, Lessees Or Contractors – Completed Operations |
| 79 | CG20370413 | Additional Insured – Owners, Lessees Or Contractors – Completed Operations |
| 80 | CG20100413 | Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization |
| 81 | CG20100413 | Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization |
| 82 | CG20100413 | Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization |
| 83 | CG20100413 | Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization |
| 84 | CG20100413 | Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization |
| 85 | CG20100413 | Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization |
| 86 | CG20100413 | Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization |
| 87 | CG20100413 | Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization |
| 88 | CG20100413 | Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization |
| 89 | CG20100413 | Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization |
| 90 | CG20100413 | Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization |
| 91 | CG20100413 | Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization |
| 92 | CG20100413 | Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization |
| 93 | CG20100413 | Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization |
| 94 | CG20100413 | Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization |
| 95 | CG20101001 | Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization |

# CHUBB

ACE American Insurance Company
436 Walnut Street
Philadelphia PA

**Commercial General Liability Declarations**

**POLICY NUMBER:** ███████9519

| Endt. No. | Form No. | Description |
|---|---|---|
| 96 | CG20101001 | Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization |
| 97 | CG20150413 | Additional Insured – Vendors |
| 98 | CG20150413 | Additional Insured – Vendors |
| 99 | CG21700115 | Cap On Losses From Certified Acts Of Terrorism |
| 100 | CG24171001 | Contractual Liability – Railroads |
| 101 | CG02241093 | Earlier Notice Of Cancellation Provided By Us |
| 102 | CG21471207 | Employment-Related Practices Exclusion |
| 103 | CG21000798 | Exclusion – All Hazards In Connection With Designated Premises |
| 104 | CG21000798 | Exclusion – All Hazards In Connection With Designated Premises |
| 105 | CG21090615 | Exclusion – Unmanned Aircraft |
| 106 | CG21960305 | Silica Or Silica-Related Dust Exclusion |
| 107 | CG24040509 | Waiver Of Transfer Of Rights Of Recovery Against Others To Us |
| 108 | CG24040509 | Waiver Of Transfer Of Rights Of Recovery Against Others To Us |
| 109 | CG24040509 | Waiver Of Transfer Of Rights Of Recovery Against Others To Us |
| 110 | LD316620811 | Vermont Changes - Pollution |
| 111 | IL02581214 | Arizona Changes – Cancellation And Nonrenewal |
| 112 | CG01420711 | Arkansas Changes |
| 113 | CG26080490 | Arkansas Changes - Multi-Year Policies |
| 114 | CG32340105 | California Changes |
| 115 | IL02700912 | California Changes – Cancellation And Nonrenewal |
| 116 | IL01251113 | Colorado Changes – Civil Union |
| 117 | IL02780908 | District Of Columbia Changes - Cancellation And Nonrenewal |
| 118 | CG02200312 | Florida Changes - Cancellation And Nonrenewal |
| 119 | IL02620215 | Georgia Changes – Cancellation And Nonrenewal |
| 120 | IL02650702 | Hawaii Changes - Cancellation And Nonrenewal |
| 121 | CG02000118 | Illinois Changes – Cancellation And Nonrenewal |
| 122 | IL01621013 | Illinois Changes – Defense Costs |
| 123 | CG01230397 | Indiana Changes - Pollution Exclusion |
| 124 | CG01091185 | Kansas And Oklahoma Changes - Transfer Of Rights |
| 125 | IL02610907 | Kansas Changes - Cancellation And Nonrenewal |
| 126 | CG01250303 | Louisiana Changes - Insuring Agreement |
| 127 | CG01181204 | Louisiana Changes - Legal Action Against Us |
| 128 | CG26841204 | Louisiana Changes - Transfer Of Rights Of Recovery Against Others To Us Condition |
| 129 | CG02011217 | Maryland Changes |
| 130 | CG26731204 | Maryland Changes - Premium Audit Condition |
| 131 | CG01681009 | Michigan Changes |

**CHUBB®**
ACE American Insurance Company
436 Walnut Street
Philadelphia PA

**Commercial General Liability Declarations**

**POLICY NUMBER:** ████████9519

| Endt. No. | Form No. | Description |
|---|---|---|
| 132 | CG26050207 | Minnesota Changes |
| 133 | CG01221207 | Minnesota Changes - Contractual Liability Exclusion And Supplementary Payments |
| 134 | CG26811204 | Minnesota Changes - Duties Condition |
| 135 | IL02740908 | Missouri Changes - Cancellation And Nonrenewal |
| 136 | CG26250405 | Missouri Changes - Guaranty Association |
| 137 | CG26500413 | Missouri Changes – Medical Payments |
| 138 | CG01340803 | Missouri Changes - Pollution Exclusion |
| 139 | CG01120615 | New Hampshire Changes |
| 140 | CG26551108 | New Hampshire Changes - Amendment Of Representations Condition |
| 141 | CG26201093 | New Jersey Changes - Loss Information |
| 142 | IL02980515 | New Mexico Changes – Cancellation And Nonrenewal |
| 143 | IL02680114 | New York Changes – Cancellation And Nonrenewal |
| 144 | CG01630711 | New York Changes - Commercial General Liability Coverage Form |
| 145 | CG01041204 | New York Changes - Premium Audit |
| 146 | CG26211091 | New York Changes - Transfer Of Duties When A Limit Of Insurance Is Used Up |
| 147 | IL02690908 | North Carolina Changes - Cancellation And Nonrenewal |
| 148 | IL01201013 | Pennsylvania Changes – Defense Costs |
| 149 | IL02730110 | Rhode Island Changes - Cancellation And Nonrenewal |
| 150 | CG01030606 | Texas Changes |
| 151 | IL02751113 | Texas Changes – Cancellation And Nonrenewal Provisions For Casualty Lines And Commercial Package Policies |
| 152 | CG01861204 | Utah Changes |
| 153 | CG01790710 | Virginia Changes |
| 154 | IL01381015 | Virginia Changes – Cancellation And Nonrenewal |
| 155 | CG01810508 | Washington Changes |
| 156 | IL01231113 | Washington Changes – Defense Costs |
| 157 | CG01240193 | Wisconsin Changes - Amendment Of Policy Conditions |
| 158 | IL02310908 | Arkansas Changes - Cancellation And Nonrenewal |
| 159 | IL01990908 | Arkansas Changes - Transfer Of Rights Of Recovery Against Others To Us |
| 160 | IL02280907 | Colorado Changes - Cancellation And Nonrenewal |
| 161 | IL02600210 | Connecticut Changes - Cancellation And Nonrenewal |
| 162 | IL01400908 | Connecticut Changes - Civil Union |
| 163 | IL01510112 | Delaware Changes - Civil Union |
| 164 | IL02370412 | Delaware Changes - Termination Provisions |
| 165 | IL01490112 | Hawaii Changes - Civil Union |

# CHUBB®

ACE American Insurance Company
436 Walnut Street
Philadelphia PA

**Commercial General Liability Declarations**

**POLICY NUMBER:** ██████9519

| Endt. No. | Form No. | Description |
|---|---|---|
| 166 | IL02040908 | Idaho Changes - Cancellation And Nonrenewal |
| 167 | IL01470911 | Illinois Changes - Civil Union |
| 168 | IL01580908 | Indiana Changes |
| 169 | IL02720907 | Indiana Changes - Cancellation And Nonrenewal |
| 170 | IL01171210 | Indiana Changes - Workers' Compensation Exclusion |
| 171 | IL09130498 | Insurance Inspection Services Exemption From Liability |
| 172 | IL02630908 | Kentucky Changes - Cancellation And Nonrenewal |
| 173 | IL02770118 | Louisiana Changes – Cancellation And Nonrenewal |
| 174 | IL02470211 | Maine Changes - Cancellation And Nonrenewal |
| 175 | IL02860417 | Michigan Changes – Cancellation And Nonrenewal |
| 176 | IL02450908 | Minnesota Changes - Cancellation And Nonrenewal |
| 177 | IL02510907 | Nevada Changes - Cancellation And Nonrenewal |
| 178 | IL01150110 | Nevada Changes - Domestic Partnership |
| 179 | IL01350119 | New Hampshire Changes – Cancellation And Nonrenewal |
| 180 | IL01450908 | New Hampshire Changes - Civil Union |
| 181 | IL02080907 | New Jersey Changes - Cancellation And Nonrenewal |
| 182 | IL01410908 | New Jersey Changes - Civil Union |
| 183 | IL02440907 | Ohio Changes - Cancellation And Nonrenewal |
| 184 | IL02360907 | Oklahoma Changes - Cancellation And Nonrenewal |
| 185 | IL02790908 | Oregon Changes - Cancellation And Nonrenewal |
| 186 | IL01420908 | Oregon Changes - Domestic Partnership |
| 187 | IL02460907 | Pennsylvania Changes - Cancellation And Nonrenewal |
| 188 | IL01970908 | Rhode Island Changes |
| 189 | IL01610312 | Rhode Island Changes - Civil Union |
| 190 | IL01280908 | Rhode Island Changes - Prejudgment Interest |
| 191 | IL02490908 | South Carolina Changes - Cancellation And Nonrenewal |
| 192 | IL02500908 | Tennessee Changes - Cancellation And Nonrenewal |
| 193 | IL01680908 | Texas Changes - Duties |
| 194 | IL02660908 | Utah Changes - Cancellation And Nonrenewal |
| 195 | IL02190615 | Vermont Changes – Cancellation And Nonrenewal |
| 196 | IL01090908 | Vermont Changes - Civil Union |
| 197 | IL01260908 | Vermont Changes - Statutory Liability |
| 198 | IL02830907 | Wisconsin Changes - Cancellation And Nonrenewal |

# REIMBURSEMENT OF DEDUCTIBLE ENDORSEMENT
# ALLOCATED LOSS ADJUSTMENT EXPENSE ("ALAE")
# INCLUDED IN THE DEDUCTIBLE AMOUNT

| Named Insured<br>The Hertz Corporation | | | Endorsement Number<br>30 |
|---|---|---|---|
| Policy Symbol<br>HDO | Policy Number<br>▇▇▇▇▇6341 | Policy Period<br>01/01/2020 to 01/01/2021 | Effective Date of Endorsement |
| Issued By (Name of Insurance Company)<br>ACE American Insurance Company | | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies all insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

**I) DEDUCTIBLE AMOUNT**

   1) Deductible Amount:         $ 5,000,000

   2) The Deductible Amount applies separately to:

      (a) The sum of:

         (i) damages per "occurrence" under Coverage A; and

         (ii) medical expenses per accident under Coverage C; and

         (iii) "ALAE" incurred with respect to an "occurrence" under Coverage A.

      (b) The sum of:

         (i) damages sustained by any one person or organization under Coverage B; and

         (ii) "ALAE" incurred with respect to an offense under Coverage B.

**II) ADDITIONAL PROVISIONS**

   1) "We" will pay all sums that "we" become legally obligated to pay up to the Limits of Insurance under this policy.

   2) "You" must reimburse us up to the Deductible Amount for any amounts we have paid under this policy.

   3) The Deductible Amount shown in Section I of this endorsement will apply per "occurrence" or per offense, regardless of the number of claimants, Insureds, claims made or "suits" brought, or persons or organizations making claims or bringing "suits".

   4) If "you" fail to reimburse "us" for any amount due under this endorsement, or fail to provide "us" any collateral that "we" require, "you" will be in default of "your" obligations to "us", and "we" may take any

steps "we" deem necessary to enforce our rights against "you", including but not limited to drawing on any amount of collateral "we" hold or canceling this policy, if permitted by law.

    5) Each Named Insured is jointly and severally liable for all reimbursable amounts under this endorsement.

    6) If "we" recover any payment "we" make under this policy from anyone liable for damages or "ALAE", the amount "we" recover will first be applied to any payments "we" made in excess of the Deductible Amount and to "our" expenses in obtaining the recovery. The remainder of the recovery, if any, will reduce the amount that is reimbursable by "you".

### III) ALLOCATED LOSS ADJUSTMENT EXPENSE DEFINITION

**"Allocated Loss Adjustment Expense(s)" or "ALAE"** means such claim expenses, costs and any interest provided for under Section I – Coverages, Supplementary Payments – Coverages A and B of this policy, that are incurred in connection with the investigation, administration, adjustment, subrogation, settlement or defense of any claim or lawsuit that we, under our accounting practices, directly allocate to a particular claim, whether or not a payment indemnifying the claimant(s) is made. Such expenses include, but are not limited to all court costs, fees and expenses; fees for service of process; fees and expenses to attorneys for legal services; the cost of services of undercover operations and detectives; fees to obtain medical cost containment services; the cost of employing experts for the purpose of preparing maps, photographs, diagrams, and chemical or physical analysis, or for expert advice or opinion; the cost of obtaining copies of any public records; and the cost of depositions and court reporters or recorded statements, provided, however, that Allocated Loss Adjustment Expense shall not include the salaries and traveling expenses of our employees or our overhead and adjusters' fees.

### IV) NO OTHER CHANGES

All other terms of this policy, including those with respect to:

    (a) Our right and duty to defend any "insured" against a "suit" asking for damages to which this insurance applies, and

    (b) Limits of Insurance, and

    (c) Your Duties In The Event Of Occurrence, Offense, Claim Or Suit

remain unchanged.

_____
Authorized Agent