# EXHIBIT G



# STATE OF ILLINOIS
## DEPARTMENT OF INSURANCE

AMENDED

CERTIFICATE OF SELF-INSURANCE

WHEREAS, an Application for Self-Insurance has been duly executed and filed with the Director of Insurance; and

WHEREAS, it has been determined that the applicant fulfills all the requirements and conditions necessary for self-insurance.

NOW, THEREFORE, I, Director of Insurance of the State of Illinois, by virtue of the powers vested in me by law, do hereby approve the Application for Self-Insurance of **The Hertz Corporation and Hertz Vehicles, LLC** establishing this Certificate establishing them as a self-insurer for the purposes of Section 9-102 of the Illinois Vehicle Code.

DATE: April 17, 2018

DEPARTMENT OF INSURANCE of the State of Illinois;

JENNIFER HAMMER
DIRECTOR OF INSURANCE

