# EXHIBIT I




Terry L. Rhodes
Executive Director

2900 Apalachee Parkway
Tallahassee, Florida  32399-0500
www.flhsmv.gov

October 08, 2018

Hertz
Ms. Linda C. Weiner
8000 Research Forest Drive STE 115-216
The Woodlands, Texas 77382-0000

Re: Certificate of Self Insurance No. 4644

Dear Ms. Weiner :

As a follow-up to your recent correspondence, the updated information has been received and we are pleased to continue the above corporation's participation in Florida's self insurance program.

Enclosed is a certificate effective 9/15/2018 through 9/14/2019.

Certificate of Self-Insurance No. 4644 covering 88142 passenger type vehicles.

This certificate of self insurance issued per section 324.171, F.S., only covers vehicles which are owned or leased (under a lease-purchase agreement) by the name listed on the certificate.  Any other use of this certificate, such as extending coverage to vehicles that are not owned or leased by the self-insurer, may subject you to penalties under Florida Insurance Code for unauthorized insurance practices.

If you have any questions relating to the regulation of insurance companies under the Florida Insurance Code, contact the Department of Financial Services, Office of Insurance Regulation, 200 East Gaines Street, Tallahassee, Florida 32399-0326,

If we may be of any further assistance to you, please call us at (850) 617-2666.

Sincerely,

Timariel Wiggins
Operations Analyst II
Bureau of Motorist Compliance

/tdnw
Enclosures (3)

· Service · Integrity · Courtesy · Professionalism · Innovation · Excellence ·
An Equal Opportunity Employer



Terry L. Rhodes
Executive Director

2900 Apalachee Parkway
Tallahassee, Florida  32399-0500
www.flhsmv.gov

Florida Department of Highway Safety and Motor Vehicles
Division of Motorist Services
Bureau of Motorist Compliance

# Certificate of Self-Insurance

THIS IS TO CERTIFY:

Hertz

has furnished satisfactory evidence, pursuant to Chapter 324.171, Florida Statutes, of possessing a net unencumbered capital of at least forty thousand dollars and will respond to the requirements of the Florida Financial Responsibility Law. This certificate provides limits of liability insurance, $10,000/$20,000/$10,000, Chapter 324.021(7) and personal injury protection coverage, Chapter 627.733(3)(b), Florida Statutes, covering 88142 motor vehicles of this corporation and its subsidiaries as listed on the back of this page.

This certificate is valid from 9/15/2018 through 9/14/2019 and may, upon notice, be cancelled by the Department.

Certificate Number

4644

William "Ray" Graves, Chief Bureau of Motorist Compliance
Department of Highway Safety and Motor Vehicles

HSMV 74754 (9/2014)

qrySubsidiary                                                                    10/8/2018

| PKControlNumber | SubsidiaryDescription | Status |
|---|---|---|
| 2 | DGT Operations Inc. DBA Dollar Rent A Car | Active |
| 2 | DGT Operations Inc. DBA Thrifty Car Rental | Active |
| 2 | DGT Operations, Inc. | Active |
| 2 | Dollar Rent A Car, Inc | Active |
| 2 | Dollar Thrifty Automotive Group, Inc. | Active |
| 2 | DTG Supply Inc. | Active |
| 2 | Hertz Funding | Active |
| 2 | Hertz Vehicles, LLC | Active |
| 2 | Rental Car Finance LLC | Active |
| 2 | Thrifty Car Sales, Inc. | Active |
| 2 | Thrifty Rent A Car System, Inc. | Active |

## ID CARD INFORMATION

If your company desires an identification card for the purpose of obtaining their registrations and tags, we suggest the attached example be followed which is consistent with the cards issued by insurance companies doing business in this state.

I D Card specifications are as follows:

Size:   3 ½ inches x 2 ¼ inches

Color:   Optional

Information:

1. Florida Automobile Liability Identification Card

2. Financial Responsibility Self-Insured Holder

3. Certificate No.   * - 11111   Effective Date:   **
   (Replace * with certificate number.)

4. Named Insured

5. Make, Year, Identification Number of Vehicle Insured ***

6. Signature of Certificate Holder

---------------------------  3 ½  ---------------------------

```
1 ------|------------
        |          FLORIDA AUTOMOBILE LIABILITY
        |
        |                IDENTIFICATION CARD
        |
2 ------| - Financial Responsibility Self-Insured Holder
        |
3 ------| - Certificate No.   * - 11111    Effective Date **
        |
4 ------| - Named Insured                                        2 1/4
        |
5 ------| - Make, Year, Identification Number of
        |   Vehicle Insured. ***
        |
6 ------| - _____
        |   Signature of Certificate Holder
        |
        |   NOT VALID FOR MORE THAN ONE YEAR FROM EFFECTIVE DATE
```