# EXHIBIT J



# Declarations
## ACE Umbrella Plus℠
## Commercial Umbrella Liability Policy

| | |
|---|---|
| Policy Symbol: XOO | Previous Policy Symbol: XOO |
| Policy Number: ███████003 | Previous Policy Number: ███████002 |

COVERAGE IS PROVIDED IN THE COMPANY SHOWN BELOW<br>
ACE Property and Casualty Insurance Company<br>
436 Walnut Street<br>
Philadelphia, Pennsylvania 19106

| Named Insured and Address | Producer Name and Address |
|---|---|
| Hertz Global Holdings, Inc.<br>8501 Williams Road<br>Estero, Florida 33928 | MARSH USA INC<br>1166 AVENUE OF THE AMERICAS, 42ND FLOOR<br>NEW YORK, NEW YORK 10036-2774<br><br>PRODUCER CODE  380094 |

| | |
|---|---|
| Policy Period:   From  01/01/2018  to  01/01/2019 | 12:01 A.M Standard Time at the Address of the Named Insured as stated herein |

### Limits of Insurance

$ 50,000,000  Each Occurrence

$ 50,000,000  General Aggregate

$ 50,000,000  Products Completed-Operations Aggregate    $ 10,000,000  Self-Insured Retention

### Annual Premium

███████ Premium                              $ 0  Terrorism Premium included in Annual Premium

$ 0  State Surcharge

███████ Premium, including all Surcharges and Assessments

### Policy Period Premium

███████ Premium                              $ 0  Terrorism Premium included in Annual Premium

$ 0  State Surcharge

███████ Premium, including all Surcharges and Assessments

### Schedule of Underlying Insurance

Refer to the attached Schedule of Underlying Insurance, which forms a part of this Policy's Declarations.

### Endorsements and Forms

Refer to the attached Schedule of Endorsements for the forms and endorsements forming this policy at inception.

3. The cost of bonds to release attachments, but only for bond amounts within the applicable Limit of Insurance. We do not have to furnish these bonds.

4. The cost of appeal bonds required by law to appeal any suit we defend but only for bond amounts within the applicable Limit of Insurance. We do not have to apply for or furnish such bond.

5. All reasonable expenses incurred by the "insured" at our request to assist us in the investigation of any claim or the defense of any "suit" covered under this policy, including actual loss of earnings because of time off from work.

6. All costs taxed against the "insured" in the "suit".

7. Pre-judgment interest awarded against the "insured" on that part of the judgment, within the applicable Limit of Insurance, that we pay. If we make an offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest accruing after the offer.

8. Post-judgment interest on that part of any judgment that we become obligated to pay, which accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that we have become obligated to pay, which is within the applicable Limit of Insurance.

E. Our right and duty to defend ends when the applicable Limit of Insurance of this policy has been exhausted by the payment of "loss".

## IV. LIMITS OF INSURANCE

A. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

1. "Insureds";
2. Claims made or "suits" brought; or
3. Persons or organizations making claims or bringing "suits".

B. The General Aggregate Limit shown in the Declarations is the most we will pay for all damages, except:

1. Damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and
2. Damages because of "bodily injury" or "property damage" arising out of the ownership, maintenance or use of a covered "auto".

C. The Products-Completed Operations Aggregate Limit shown in the Declarations is the most we will pay for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

D. Subject to Paragraphs B and C above, the Each Occurrence Limit shown in the Declarations is the most we will pay for the sum of all damages because of "bodily injury", "property damage", and "personal and advertising injury" arising out of any one "occurrence".

E. If the applicable limits of "underlying insurance" have been:

1. Reduced by the payment of "loss" covered by this policy, then this policy will be excess of the reduced limit of "underlying insurance".
2. Exhausted by the payment of "loss" covered by this policy, then this policy will continue in force as "underlying insurance".

F. The Limits of Insurance of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the "policy period" shown in the Declarations, unless the "policy period" is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.