# EXHIBIT K

**Brian Sandoval**
*Governor*

**Terri L. Albertson**

# DMV
dmvnv.com
555 Wright Way
Carson City, Nevada 89711-0900
Telephone (775) 684-4368
www.dmvnv.com

RECEIVED
APR 1 2 2016
AGRC Compliance

## NOTICE: APPLICATION FOR SELF-INSURANCE APPROVED

April 4th, 2016

The Hertz Corporation & its subsidiaries
Hertz Vehicles LLC, Rental Car Finance Corp,
Hertz Equipment Rental Corp & DTG Operations
C/O Aon Global Risk Consulting
Attention: Raymond Batistoni
5600 W. 83rd Street, Suite 1100
Minneapolis, MN 55437

Dear Mr. Batistoni,

The Central Services and Records Division received your request for self-insurance coverage through the Department of Motor Vehicles. The Hertz Corporation's Self-Insurance application review has resulted in favorable findings and the company has been approved to participate in the Motor Vehicle Self-Insurance Program of Nevada.

Your application has been approved and the new insurance certificate is enclosed, with effective dates from April 4th, 2016 through April 4th, 2017. The self-insurance certificate number is SI-119. The certificate is your proof of insurance. Every vehicle registered in Nevada must have a copy of the certificate in each vehicle.

As a participant of the Self-Insurance Program you are required to adhere to the regulations contained in Chapter 485 of the Nevada Administrative Code (NAC), entitled Financial Responsibility for Liability.

Should you have any questions, you may contact Danielle Jones at (775) 684-4844.

Sincerely,

Sean McDonald, Administrator
Central Services Division

Enclosures

**CERTIFICATE OF SELF-INSURANCE** 
Certificate Number: **SI-119**
Effective Date: **04-04-2016**
SELF-INSURED:
                                    Expiration Date: **04-04-2017**
   **The Hertz Corporation & its wholly owned subsidiaries,**
   **Hertz Vehicles LLC, Rental Car Finance Corp, Hertz Equipment**
   **Rental Corporation & DTG Operations Inc.**
   **5600 W. 83rd Street, Suite 1100      Claims Department**
   **Minneapolis, MN 55437           Telephone:  877-584-7159**

The Certificate of Self-Insurance, number **SI-119,** has been issued by the State of Nevada Department of Motor Vehicles in accordance with NRS 485 and meets NRS 485.185. **This Certificate of Self-Insurance or a photocopy thereof must be carried in the motor vehicle which is self-insured for production on demand.**

Nothing in this Certificate of Self-Insurance and no provision of Chapter 485, Nevada Revised Statues, or any act or deed done or performed in connection therewith shall be constructed to or shall obligate the State of Nevada or the Director of the Department of Motor Vehicles of the State of Nevada to be liable for, pay or guarantee, any liability arising out of any act or deed of the person, firm, corporation, officers or employees of the Self-Insurer.

**All claims must be filed with the
Self-Insurer listed on the face of this card.**

---

**CERTIFICATE OF SELF-INSURANCE**
Certificate Number: **SI-119**
Effective Date: **04-04-2016**
SELF-INSURED:
                                    Expiration Date: **04-04-2017**
   **The Hertz Corporation & its wholly owned subsidiaries, Hertz Vehicles LLC, Rental Car Finance Corp, Hertz Equipment Rental Corporation & DTG Operations Inc.**
   **5600 W. 83rd Street, Suite 1100      Claims Department**
   **Minneapolis, MN 55437           Telephone:  877-584-7159**
The Certificate of Self-Insurance, number **SI-119,** has been issued by the State of Nevada Department of Motor Vehicles in accordance with NRS 485 and meets NRS 485.185. **This Certificate of Self-Insurance or a photocopy thereof must be carried in the motor vehicle which is self-insured for production on demand.**
SI-05 (Rev. 9/2007)

Nothing in this Certificate of Self-Insurance and no provision of Chapter 485, Nevada Revised Statues, or any act or deed done or performed in connection therewith shall be constructed to or shall obligate the State of Nevada or the Director of the Department of Motor Vehicles of the State of Nevada to be liable for, pay or guarantee, any liability arising out of any act or deed of the person, firm, corporation, officers or employees of the Self-Insurer.

**All claims must be filed with the
Self-Insurer listed on the face of this card.**

---

**CERTIFICATE OF SELF-INSURANCE** 
Certificate Number: **SI-119**
Effective Date: **04-04-2016**
SELF-INSURED:
                                    Expiration Date: **04-04-2017**
   **The Hertz Corporation & its wholly owned subsidiaries, Hertz Vehicles LLC, Rental Car Finance Corp, Hertz Equipment Rental Corporation & DTG Operations Inc.**
   **5600 W. 83rd Street, Suite 1100      Claims Department**
   **Minneapolis, MN 55437           Telephone:  877-584-7159**
The Certificate of Self-Insurance, number **SI-119,** has been issued by the State of Nevada Department of Motor Vehicles in accordance with NRS 485 and meets NRS 485.185. **This Certificate of Self-Insurance or a photocopy thereof must be carried in the motor vehicle which is self-insured for production on demand.**
SI-05 (Rev. 9/2007)

Nothing in this Certificate of Self-Insurance and no provision of Chapter 485, Nevada Revised Statues, or any act or deed done or performed in connection therewith shall be constructed to or shall obligate the State of Nevada or the Director of the Department of Motor Vehicles of the State of Nevada to be liable for, pay or guarantee, any liability arising out of any act or deed of the person, firm, corporation, officers or employees of the Self-Insurer.

**All claims must be filed with the
Self-Insurer listed on the face of this card.**

---

**CERTIFICATE OF SELF-INSURANCE** 
Certificate Number: **SI-119**
Effective Date: **04-04-2016**
SELF-INSURED:
                                    Expiration Date: **04-04-2017**
   **The Hertz Corporation & its wholly owned subsidiaries, Hertz Vehicles LLC, Rental Car Finance Corp, Hertz Equipment Rental Corporation & DTG Operations Inc.**
   **5600 W. 83rd Street, Suite 1100      Claims Department**
   **Minneapolis, MN 55437           Telephone:  877-584-7159**
The Certificate of Self-Insurance, number **SI-119,** has been issued by the State of Nevada Department of Motor Vehicles in accordance with NRS 485 and meets NRS 485.185. **This Certificate of Self-Insurance or a photocopy thereof must be carried in the motor vehicle which is self-insured for production on demand.**
SI-05 (Rev. 9/2007)

Nothing in this Certificate of Self-Insurance and no provision of Chapter 485, Nevada Revised Statues, or any act or deed done or performed in connection therewith shall be constructed to or shall obligate the State of Nevada or the Director of the Department of Motor Vehicles of the State of Nevada to be liable for, pay or guarantee, any liability arising out of any act or deed of the person, firm, corporation, officers or employees of the Self-Insurer.

**All claims must be filed with the
Self-Insurer listed on the face of this card.**

---

**CERTIFICATE OF SELF-INSURANCE** 
Certificate Number: **SI-119**
Effective Date: **04-04-2016**
SELF-INSURED:
                                    Expiration Date: **04-04-2017**
   **The Hertz Corporation & its wholly owned subsidiaries, Hertz Vehicles LLC, Rental Car Finance Corp, Hertz Equipment Rental Corporation & DTG Operations Inc.**
   **5600 W. 83rd Street, Suite 1100      Claims Department**
   **Minneapolis, MN 55437           Telephone:  877-584-7159**
The Certificate of Self-Insurance, number **SI-119,** has been issued by the State of Nevada Department of Motor Vehicles in accordance with NRS 485 and meets NRS 485.185. **This Certificate of Self-Insurance or a photocopy thereof must be carried in the motor vehicle which is self-insured for production on demand.**
SI-05 (Rev. 9/2007)

Nothing in this Certificate of Self-Insurance and no provision of Chapter 485, Nevada Revised Statues, or any act or deed done or performed in connection therewith shall be constructed to or shall obligate the State of Nevada or the Director of the Department of Motor Vehicles of the State of Nevada to be liable for, pay or guarantee, any liability arising out of any act or deed of the person, firm, corporation, officers or employees of the Self-Insurer.

**All claims must be filed with the
Self-Insurer listed on the face of this card.**