# **EXHIBIT B**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>THE HERTZ CORPORATION, *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-11218 (MFW)<br><br>(Jointly Administered) |

### DECLARATION OF JENNIFER R. HOOVER IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, *NUNC PRO TUNC* TO JUNE 15, 2020

I, Jennifer R. Hoover, hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

1.　　　I am a Partner of Benesch, Friedlander, Coplan & Aronoff LLP ("**Benesch**"), which maintains offices for the practice of law at 1313 North Market Street, Suite 1201, Wilmington, Delaware 19801.  I am an attorney-at-law, duly admitted and in good standing to practice in the State of Delaware, as well as the United States District Court for the District of Delaware.

2.　　　I submit this declaration  (the "**Declaration**") pursuant to section 1103 of title 11 of the United States Code 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**"), Rules 2014(a), 2016(a), and 5002 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**") in support of the application

---

[1]　　　The last four digits of The Hertz Corporation's tax identification number are 8568. The location of the debtors' service address is 8501 Williams Road, Estero, FL 33928. Due to the large number of debtors in these chapter 11 cases, for which joint administration for procedural purposes has been approved, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at https://restructuring.primeclerk.com/hertz.

(the "**Application**") of the Official Committee of Unsecured Creditors (the "**Committee**") appointed in the cases (the "**Chapter 11 Cases**") of the above-captioned debtors (collectively, the "**Debtors**") for an order authorizing the retention of Benesch as its Delaware counsel, *nunc pro tunc* to June 15, 2020. .

3.      Except as otherwise indicated herein, and based on inquiries of Benesch partners, associates and staff, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.  To the extent that any information disclosed herein requires amendment or modification upon Benesch's completion of further analysis or as additional information becomes available to Benesch, a supplemental Declaration will be submitted to the Court.

4.      All terms not otherwise defined herein have the meanings ascribed to such terms in the Application.

**Benesch's Disinterestedness**

5.      Neither I, Benesch, nor any partner, counsel, associate or other attorney at Benesch, insofar as I have been able to ascertain, has in the past represented the Debtors' largest creditors, any significant beneficiaries of the Debtors (holding 1% or more of the beneficial interest in the Debtors) or any Potential Party in Interest (as defined below), except as hereinafter set forth.

6.      Benesch maintains and systematically updates its conflict database system in the regular course of its business, and it is the regular practice of Benesch to make and maintain these records.  It is the policy of Benesch that no new matter be accepted or opened within the firm without completing and submitting to those charged with maintaining the conflict database system the information necessary to check each such matter for any potential conflict of interest, including

the identity of the prospective client, the matter and the related and adverse parties.  Accordingly, it is Benesch's regular practice to update its database for every new matter undertaken by Benesch.

7.      In preparing this declaration, we have used the above-described procedures established by Benesch to ensure compliance with the requirements of the Bankruptcy Code and the Bankruptcy Rules regarding retention of professionals by an official committee under the Bankruptcy Code. In that regard, Benesch reviewed a list supplied by the Debtors of names and entities who may be parties in interest in these Chapter 11 Cases, including, *inter alia,* the Debtors, non-debtor affiliates, the Debtors' largest unsecured creditors, the Debtors' secured lenders, present and former officers and directors of the Debtors, banks, bondholders, contract counterparties, insurance providers, surety bonds, landlords, litigation counterparties, regulatory and governmental entities, taxing authorities, significant competitors, unions, utilities, vendors, suppliers, and other significant parties in interest (the "**Potential Parties in Interest**"). A list of the Potential Parties in Interest is attached hereto as **Schedule 1**.

8.      Moreover, through a firm-wide email, Benesch solicited information from its attorneys to determine whether any attorneys employed by Benesch are related to any of the Bankruptcy Judges in this District, the U.S. Trustee for Region 3, or any attorney known by Benesch to be employed in the Wilmington Office of the U.S. Trustee.  Benesch also solicited information from its attorneys to determine if any attorneys employed by Benesch (i) are investors of any of the Debtors or (ii) were, within two years of the Petition Date, a director, officer, or employee of any of the Debtors.  No such connections were discovered, other than (i) one Benesch partner owns a *de minimus* amount of shares in the Debtors; and (ii) a Benesch partner, Gregory W. Werkheiser is married to Rachel L. Werkheiser, who, since August 31, 2009, has served as

judicial law clerk to the Honorable Christopher S. Sontchi, who is currently the Chief Bankruptcy Judge for the U.S. Bankruptcy Court for the District of Delaware.

9.    Insofar as we have been able to ascertain, Benesch has in the past represented, currently represents and/or may in the future represent, in matters wholly unrelated to the Debtors or these Chapter 11 Cases, certain Potential Parties in Interest, including, without limitation, those entities set forth on **Schedule 2**, attached hereto, (a) who are current clients or are affiliates thereof, or (b) who have been represented by Benesch within the last two years.  Except as set forth in Schedule 2, I do not believe that any single matter is a major engagement that, alone or in the aggregate with other engagements for the same entity, involves the billing of fees in excess of one percent (1%) of Benesch's fees billed over the past twelve months.

10.    As part of its practice, Benesch appears in many cases, proceedings, and transactions involving many different attorneys, counsel, accountants, financial consultants, and investment bankers, some of which now or may in the future represent claimants and parties in interest in these cases.  I have advised the Committee that Benesch does not have any relationship with any such entities that would be adverse to the Committee or its interests in the matters upon which Benesch is to be employed or otherwise cause Benesch to be a disinterested person.  From time to time, Benesch has referred work to other professionals involved in these cases. Likewise, certain such professionals have referred work to Benesch. However, none of these referrals create an interest as contemplated in the definition of "disinterested person" in the Bankruptcy Code.

11.    Certain insurance companies have, and will, pay the legal bills of Benesch clients from time to time.  Some of these insurance companies may be involved in the cases.  None of these insurance companies, however, are or were clients of Benesch as a result of the fact that they pay legal fees on behalf of Benesch clients, unless set forth otherwise on **Schedule 2**.

12.     The information required to be included on **Schedule 1** (and, therefore, potentially **Schedule 2**) may have changed without our knowledge and may change during the pendency of these Chapter 11 Cases.  Accordingly, if Benesch discovers any information that is contrary to or pertinent to the statements made herein, Benesch will promptly disclose such information to the Court by filing and serving a supplemental declaration.  To the extent that Benesch discovers any connection with any interested party or enters into any new relationship with any interested party, Benesch will promptly supplement its disclosure to the Court.

13.     Except as set forth herein and as supplemented by **Schedule 2**, and based upon the information available to me, neither I, Benesch, nor any partner, counsel or associate thereof, insofar as I have been able to ascertain, (a) is a creditor, an equity security holder, or an insider of the Debtors, (b) is or was, within two years before the date of the filing of the petition, a director, officer, or employee of the Debtors, or (iii) has an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason. Based upon the information available to me, I believe that Benesch is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.

14.     To the extent an issue arises in connection with any clients that, in the view of Benesch, could give rise to an actual or potential conflict, the Committee will utilize conflicts counsel to address such issue.

15.     Benesch believes that its representation of the parties covered herein and as set forth on **Schedule 2** has not affected and will not affect its representation of the Committee in these Chapter 11 Cases.  Further, the Committee has agreed to waive any actual or potential conflicts of interest that may arise from Benesch's representation of parties-in-interest described herein and as

set forth on **Schedule 2** in matters unrelated to the Debtors, the Committee or these Chapter 11 Cases.  To the extent that any employee of Benesch has a relationship that, in the view of Benesch, could give rise to an actual or potential conflict, an ethical screen will be put in place to ensure that such employee does not have access to information related to Benesch's representation of the Committee.

16.    No promises have been received by Benesch, or by any partner, counsel or associate thereof, as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules. Benesch has no agreement with any other entity to share with such entity any compensation received by Benesch.

## Compensation

17.    Benesch intends to apply to the Court for compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, any order entered in these cases governing the compensation of professionals, and any applicable U.S. Trustee guidelines, including the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "**Revised U.S. Trustee Fee Guidelines**"), as adopted on June 11, 2013.  Benesch understands that the Revised U.S. Trustee Fee Guidelines are applicable in these Chapter 11 Cases and intends to make a reasonable effort to comply with the Revised U.S. Trustee Fee Guidelines in connection with both this Application and the fee requests to be filed by Benesch in these Chapter 11 Cases.

18.    Benesch will seek compensation on an hourly basis for the services it renders, plus reimbursement of actual and necessary expenses and other charges that it incurs.  Attorneys and

paraprofessionals of Benesch bill their time in one-tenth hour increments. The primary attorneys and paralegal that will work on this representation, and their respective hourly rates are included in the following chart.

| **Professional** | **Position** | **Rate** |
|---|---|---|
| Gregory W. Werkheiser | Partner | $650 per hour |
| Jennifer R. Hoover | Partner | $610 per hour |
| Kevin M. Capuzzi | Partner | $495 per hour |
| Jacob H. Marshall | Associate | $395 per hour |
| Matthew Beebe | Associate | $390 per hour |
| John C. Gentile | Associate | $355 per hour |
| LouAnne Molinaro | Paralegal | $315 per hour |

Other attorneys and paralegals will render services to the Committee as needed.

19.     The hourly rates set forth in the ranges disclosed above are Benesch's standard hourly rates for work of this nature both inside and outside of the bankruptcy context. Benesch's current standard hourly rates, firm-wide, range from $365 to $895 per hour for partners, from $355 to $685 for of counsel, from $245 to $620 per hour for associates, and from $110 to $315 per hour for paraprofessionals.

20.     The rates indicated in the Application and this Declaration are set at a level designed to fairly compensate Benesch for the work of its attorneys and paralegals, to cover fixed and routine overhead expenses, and are subject to periodic adjustments to reflect economic and other conditions. Benesch has advised the Committee, and the Committee understands, that the hourly rates set forth above are subject to periodic adjustments on September 1 each year as part of its ordinary business practice. Benesch will advise the Committee of any additional rate

increases once they are established and when any other rate change becomes effective during the course of Benesch's engagement.

21.    In addition to the hourly billing rates set forth above, Benesch customarily charges its clients for all costs and expenses incurred, including telephone and telecopier charges, mail and express mail charges, hand delivery charges, document processing, photocopying and print copy charges, travel expenses, expenses for "working meals," computerized research and transcription costs.  Benesch has advised the Committee that it would charge such costs and expenses in accordance, and only to the extent consistent, with the Local Rules.

22.    Benesch intends to make reasonable efforts to comply with the Revised U.S. Trustee Fee Guidelines.  Benesch also intends to work cooperatively with the U.S. Trustee to address any concerns with Benesch's Application and to respond to any further information requests.

23.    Pursuant to Part D.1 of the Revised U.S. Trustee Fee Guidelines, Benesch is seeking employment as Delaware counsel to the Committee and hereby provides the following responses set forth below:

| Question | Answer | Further Explanation |
|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement? | No. | N/A |
| Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? | No. | N/A |

| If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference. | Not applicable. Benesch did not represent the Committee during the prepetition period. | N/A |
| Has your client approved your prospective budget and staffing plan, and, if so, for what budget period? | Benesch is developing a budget and staffing plan that will be presented to the Committee in conjunction with Kramer Levin | N/A |

24.     Pursuant to Part F of the Revised U.S. Trustee Fee Guidelines, Benesch is proposed to serve as Delaware counsel for the Committee with primary counsel, Levin Naftalis & Frankel LLP ("Kramer Levin"). Kramer Levin has primary responsibility for the services disclosed in its retention application. To disclose the division of labor and to avoid unnecessary duplication of services, subject to the Court's approval of the Application, the services Benesch has rendered and may be required to render for the Committee in these cases, include, without limitation, the following:

a)   in conjunction with Kramer Levin, providing legal advice where necessary with respect to the Committee's powers and duties and strategic advice on how to accomplish the Committee's goals, bearing in mind that the Court relies on Delaware counsel such as Benesch to be involved in all aspects of the bankruptcy proceedings;

b)   drafting, reviewing and commenting on drafts of documents to ensure compliance with local rules, practices, and procedures;

c)   assisting and advising the Committee in its consultation with the Debtors and the U.S. Trustee relative to the administration of these cases;

d) drafting, filing, and serving documents as requested by Kramer Levin and the Committee;

e) assisting the Committee and Kramer Levin, as necessary, in the investigation (including through discovery) of the acts, conduct, assets, liabilities and financial condition of the Debtors, the operation of the Debtors' businesses, and any other matter relevant to these cases or to the formulation of a plan or plans of reorganization;

f) compiling and coordinating delivery to the Court and the U.S. Trustee information required by the Bankruptcy Code, Bankruptcy Rules, Local Rules, and any applicable U.S. Trustee guidelines and/or requests;

g) appearing in Court and at any meetings of creditors on behalf of the Committee in its capacity as Delaware counsel with Kramer Levin;

h) monitoring the case docket and coordinating with Kramer Levin and other Committee professionals (including the Committee's financial advisor, once retained), on matters impacting the Committee;

i) participating in calls with the Committee;

j) preparing, updating and distributing critical dates memoranda and working group lists;

k) handling inquiries and calls from creditors and counsel to interested parties regarding pending matters and the general status of these cases and coordinating with Kramer Levin on any necessary responses; and

l) providing additional support to Kramer Levin, other Committee professionals, and the Committee, as requested.

25.    By reason of the foregoing, I believe Benesch is eligible for employment and retention by the Committee pursuant to section 1103 of the Bankruptcy Code and the applicable Bankruptcy Rules, *nunc pro tunc* to June 15, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 22, 2020

BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP

_/s/ Jennifer R. Hoover_
Jennifer R. Hoover (No. 5111)
1313 North Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: jhoover@beneschlaw.com

**Schedule 1**

**Retention Checklist**

**List of Schedules**

| **Schedule** | **Category** |
|---|---|
| 1(a) | Debtors |
| 1(b) | Non-Debtor Subsidiaries |
| 1(c) | Current Directors and Officers |
| 1(d) | Certain Former Directors and Officers |
| 1(e) | Current or Known Recent 5% + Shareholders |
| 1(f) | Top 50 Unsecured Creditors |
| 1(g) | Significant Lenders/Trustees/Agents/Other Known Debtholders/etc/ |
| 1(h) | Restructuring Advisors to Certain Creditors and Other Potential Parties In Interest |
| 1(i) | Significant Depository Banks |
| 1(j) | Significant Vendors of the Debtors |
| 1(k) | Significant Contract/Lease Counterparties to the Debtors |
| 1(l) | Significant Customers of the Debtors |
| 1(m) | Significant Taxing Authorities |
| 1(n) | Significant Insurers |
| 1(o) | Significant Ordinary Course Professionals |
| 1(p) | Adversaries in Certain Material Litigation |
| 1(q) | Debtors' Restructuring Professionals |
| 1(r) | U.S. Trustee, Judges, and Court Contacts for the District of Delaware |
| 1(s) | Committee Members |
| 1(t) | Ad Hoc Group Members |

## SCHEDULE 1(a)

## <u>Debtors</u>

CMGC Canada Acquisition ULC
Dollar Rent A Car, Inc.
Dollar Thrifty Automotive Group Canada Inc.
Dollar Thrifty Automotive Group, Inc.
Donlen Corporation
Donlen Fleet Leasing, Ltd.
Donlen FSHCO Company
Donlen Mobility Solutions, Inc.
DTG Canada Corp.
DTG Operations, Inc.
DTG Supply, LLC
Firefly Rent A Car LLC
Hertz Aircraft, LLC
Hertz Canada Limited
Hertz Car Sales LLC
Hertz Global Holdings, Inc.
Hertz Global Services Corporation
Hertz Local Edition Corp.
Hertz Local Edition Transporting, Inc.
Hertz System, Inc.
Hertz Technologies, Inc.
Hertz Transporting, Inc.
Rental Car Group Company, LLC
Rental Car Intermediate Holdings, LLC
Smartz Vehicle Rental Corporation
The Hertz Corporation
Thrifty Car Sales, Inc.
Thrifty Rent-A-Car System, LLC
Thrifty, LLC
TRAC Asia Pacific, Inc.

## SCHEDULE 1(b)

## Non-Debtor Subsidiaries

2232560 Ontario Inc.
2240919 Ontario Inc.
3216173 Nova Scotia Company
Ace Tourist Rentals (Aus) Pty Limited
Apex Processing Limited
Association, Inc.
Daimler Hire Limited
Dan Ryan Car Rentals Limited
DNRS II LLC
DNRS LLC
Donlen Canada Fleet Funding Corporation
Donlen Canada Fleet Funding LP
Donlen Trust
DTGC Car Rental L.P.
EILEO SAS
Executive Ventures, Ltd.
HA Fleet Pty Ltd.
HA Lease Pty. Ltd.
HC Limited Partnership
HCE Limited Partnership
Hertz (U.K.) Limited
Hertz Accident Support Ltd.
Hertz Asia Pacific (Japan), Ltd.
Hertz Asia Pacific Korea Ltd
Hertz Asia Pacific Pte. Ltd.
Hertz Asia Pacific Pty. Ltd.
Hertz Australia Pty. Limited
Hertz Automobielen Nederland B.V.
Hertz Autopozicovna s.r.o.
Hertz Autopujcovna s.r.o.
Hertz Autovermietung GmbH
Hertz Belgium b.v.b.a.
Hertz Canada (N.S.) Company
Hertz Canada Finance Co., Ltd.
Hertz Canada Vehicles Partnership
Hertz Car Rental Consulting (Shanghai) Co.
Ltd.
Hertz Claim Management B.V.
Hertz Claim Management bvba
Hertz Claim Management GmbH
Hertz Claim Management Limited
Hertz Claim Management S.r.l.

Hertz Claim Management SAS
Hertz Claim Management SL
Hertz Corporate Center Property Owners'
Hertz de Espana, S.L.

Hertz Dealership One LLC
Hertz Do Brasil Ltda.
Hertz Europe Limited
Hertz Europe Service Centre Limited
Hertz Finance Centre Limited
Hertz Fleet (Italiana) SrL
Hertz Fleet Lease Funding Corp.
Hertz Fleet Lease Funding LP
Hertz Fleet Limited
Hertz France S.A.S.
Hertz Funding Corp.
Hertz General Interest LLC
Hertz Holdings III UK Limited
Hertz Holdings Netherlands B.V.
Hertz International RE Limited
Hertz International Treasury Limited
Hertz International, Ltd.
Hertz Investment (Holdings) Pty. Limited
Hertz Investments, Ltd.
Hertz Italiana SrL
Hertz Luxembourg, S.à.r.l.
Hertz Management Services Sarl
Hertz Monaco, S.A.M.
Hertz New Zealand Holdings Limited
Hertz New Zealand Limited
Hertz NL Holdings, Inc.
Hertz Note Issuer Pty. Ltd.
Hertz Puerto Rico Holdings Inc.
Hertz Superannuation Pty. Ltd.
Hertz UK Receivables Limited
Hertz Vehicle Financing II LP
Hertz Vehicle Financing LLC
Hertz Vehicle Financing U.K. Limited
Hertz Vehicle Sales Corporation
Hertz Vehicles LLC
HIRE (Bermuda) Limited
HVF II GP Corp.

International Fleet Financing No. 2 B.V.
Navigation Solutions, L.L.C.
Probus Insurance Company Europe DAC
Puerto Ricancars, Inc.
RAC Finance, SAS
Rental Car Finance LLC
Stuurgroep Fleet (Netherlands) B.V.

Stuurgroep Holdings C.V.
Stuurgroep Holland B.V.
TCL Funding Limited Partnership
Thrifty Insurance Agency, Inc.
Tourism Enterprises Ltd
Van Wijk Beheer B.V.
Van Wijk European Car Rental Service B.V.

## SCHEDULE 1(c)

## **Current Directors and Officers**

Anindita Mukherjee
Daniel A Ninivaggi
David A. Barnes
Frederic Deschamps
Henry R. Keizer
Jamere Jackson
Jodi J. Allen
Angela Brav
Tom Callahan
Kevin M. Sheehan
Leslie Hunziker
M. David Galainena
Murali Kuppuswamy
Opal G. Perry
Bob Stuart
Paul Stone
Richard E. Esper
Scott Massengill
Sung H. Cho
Vincent J. Intrieri

## SCHEDULE 1(d)

### Certain Former Directors and Officers

Brian P. MacDonald
Carolyn N. Everson
Debra J. Kelly-Ennis
John P. Tague
Carl T. Berquist
Michael J. Durham
Kathryn V. Marinello
Linda Fayne Levinson
Matthew E. Jauchius
Murali Kuppuswamy
Narasimhan B. Srinivasan
Richard J. Frecker
Robin C. Kramer
Thomas C. Kennedy
Thomas J. Sabatino
Richard D. Broome
Tyler A. Best
David G. Trimm

## SCHEDULE 1(e)

## <u>Current or Known Recent 5% + Shareholders</u>

BlackRock, Inc.
Dimensional Fund Advisors L.P.
GAMCO Investors, Inc.
Icahn Capital LP
PAR Capital Management, Inc.
Renaissance Technologies Corp.
The Vanguard Group, Inc.

## SCHEDULE 1(f)

## Top 50 Unsecured Creditors

5.500% Senior Notes Due October 2024
6.000% Senior Notes Due January 2028
6.250% Senior Notes Due October 2022
7.125% Senior Notes Due August 2026
AAA
Allied Universal Security Services
American Express
AT&T
ATS Processing Services
Autonation Shared Service Center
Bridgestone/Firestone Inc
Buildrite Construction Corp
Car Trawler
City and County of San Francisco
City of Chicago
COMDATA
Dealer Dot Com
Deloitte
Dent Wizard International Corp
Dueck Richmond
Expedia
Fines Ford
Gerber National Claim Services LLC
Goldman Sachs Mortgage Co., as lender and administrative agent
Greater Orlando Avi Auth

Greater Orlando Aviation Auth
Hotwire
IBM Corporation
Infor (US) Inc.
JM & A Group Inc
Lane Valente
Lyft
MAACO Franchising Corporate LLC
Massachusetts Port Authority
Nissan
Nissan CN
Pep Boys
Platepass LLC
Pros Revenue Management
Safelite Fulfillment Inc
Sirius XM Radio Inc
Southwest Airlines
Telus International Us Corp
Teradata Operations Inc.
Travel Jigsaw
Travelport LP C O Bank of America Lockbox
United Airlines
US Bank Promissory Notes
VXI Global Solutions
Wayne County

## SCHEDULE 1(g)

### Significant Lenders/Trustees/Agents/Other Known Debtholders/etc.

Barclays
BOKF, NA
Barclays Bank PLC
BNP Paribas
BNP Paribas Trust Corporation UK Limited
BNY Trust Company of Canada
Citibank N.A.
Credit Agricole
Credit Agricole Corporate and Investment Bank
Deutsche Bank
Deutsche Bank AG, London Branch
Deutsche Bank Luxembourg S.A.
Goldman Sachs Mortgage Company
Goldman Sachs Mortgage Company
Gresham Receivables
 HSBC France
Irish Ring
King Street Funding Trust (Bank of Nova Scotia)
KPMG LLP
Lloyds
Lombard North Central PLC
Magenta Capital Corporation
Matchpoint Finance
National Australia Bank
Natixis
P.T. Limited
 RBC, London Branch
Ridge Trust (Bank of Montreal)
Royal Bank of Canada, Sydney Branch
Sheffield Receivables
The Bank of New York Mellon Trust Company, N.A.
Wells Fargo Bank, National Association
Westpac Banking Corporation
Wilmington Trust, National Association

## SCHEDULE 1(h)

## **Restructuring Advisors to Certain Creditors and Other Potential Parties in Interest**

Akin Gump
Alix Partners
Ankura
Arnold Porter
Cleary Gottlieb
Clifford Chance
Davis Polk
Dentons
Duane Morris
Ducera
GLC Advisors & Co.
Houlihan Lokey
King & Wood Mallesons
Kirkland
Latham
Luskin Stern & Eisler
Manier & Herod P.C.
Mayer Brown
Osler
Outten & Golden LLP
Ropes & Gray
Rothschild
Saul Ewing
Shearman Sterling
Squire Patton Boggs
Stikeman
Wachtell, Lipton, Rosen & Katz
Willkie Farr

# SCHEDULE 1(i)

## Significant Depository Banks

Abn Amro Bank N.V.
Banca Intesa Sanpaolo
Banca Popolare Di Milano
Banco Bilbao Vizcaya Argentaria SA
Banco Popular de Puerto-Rico
Banco Santander SA
Bank Banque et Caisse d'Epargne de l'Etat, Luxembourg
Bank of America
Bank of China
Bank of Hawaii
Bank of Ireland
Bank of Montreal
Bank of New York Mellon
Bank of New Zealand
Banque Europeenne Credit Mutuel
Barclays Bank PLC (UK)
BB&T
Blackrock Liquidity Funds
BNP Paribas (France, Monaco)
Citibank (Ireland, UK)
Citibank Dubai
Citibank-Puerto Rico
Citizens Bank
Credit Suisse First Boston-NY
Czeskoslovenská Obchodní Banka a.s.
DBS Bank LTD
Deutsche Bank AG (France, Germany, Belgium, UK, Netherlands, Luxembourg)
Deutsche Bank Nederland N.V.
Deutsche Bank Sociedad Anónima Española
Deutsche Bank SpA
Federated (investment)

Fidelity Investments
Fifth Third Bank
Harris Bank
HSBC Bank (China) Company Ltd, Shanghai Branch
HSBC Treasury Fund
Industrial and Commercial Bank
ING Belgium SA/NV
J.P. Morgan Chase Bank
J.P. Morgan Chase Bank, N.A. Amsterdam
JP Morgan Chase Bank (Canada)
JP Morgan Chase Bank Netherlands
Key Bank
La Banque Postale
Lloyds
Mitsui sumitomo Bank
Mizuho Bank
PNC Bank
POSTBANK
Regions Bank
Slovenská Sporitlena a.s.
Societe Generale
Standard Chartered
SunTrust Bank
Tatra Banka a.s.
TD Bank-USA
Toronto Dominion Bank
U.S. Bank
Unicredit - Banca Di Roma
Unicredit Bank Czech Republic a.s.
United Missouri Bank
Wells Fargo Bank
Westpac Banking Corporation

# SCHEDULE 1(j)

## Significant Vendors of the Debtors

767 Auto Leasing LLC
AAA
ADAC Autovermietung
Aena Aeropuertos, S.A.
Aeroport De Paris
Afco Credit Corporation
Airport A P Mgr
Airport Revenue Fund
Ally Financial
Amadeus IT Group SA
American Express
American Express CPC Remittance Processing
American Tire Distributions-ATD
Archimedes LLC
Artefact Marketing Engineering UK Limited
ARWE Car Rental Service GmbH
AT&T
Autonation Shared Service Center
BAA Business Sup Centre Ltd (Lhr)
BCA Fleet Solutions Limited
Bridgestone/Firestone Inc
Broward Co Aviation Dept Ft Lauder Hwood
Buildrite Construction Corp
Byers Car Rentals LLC
C3/CustomerContactChannels Inc
Carco Carriage Corporation
Cass Information Systems Inc
Citibank
Citizens Bank National Association
City and County of Denver Co
City and County of San Francisco
City of Atlanta
City of Chicago
City of Los Angeles
City of Philadelphia
City of Phoenix
City of San Jose
Clark County Dept Of Aviation N Las Vegas
Collector General
COMDATA
Crossmedia Inc

Dade County Aviation Dept Mdad Finance Division
Dealer Dot Com
Deloitte Consulting LLP
Dent Ology
DFW International Airport
EDS Service Solutions LLC
Expedia.Com Travel
Ford Bank GmbH
Frontline Technology Solutions
GCA Services Group
Gerber National Claim Services LLC
Greater Orlando Avi Auth
Greater Orlando Aviation Auth
Hertz Fleet (Italiana) Srl
Hillsborough County Aviation Authority Airport
IBM Corporation
Infor (US) Inc
IPC USA, INC
JM & A Group Inc
Lane Valente
Lyft Inc
MAACO Franchising Corporate LLC
Managed Labor Solutions LLC
Manheim Credit And Collections
Marsh USA Inc
Massachusetts Port Authority
Mercedes-Benz Leasing Gmbh
Metro Washington AP Auth
Microsoft Corporation
Mileage Plus Holdings LLC
Minn St Paul Metro A P Comm
MVI Field Services LLC
Optiv Security Inc
Optumrx Inc
Oracle America Inc
Overland West Inc
PEP BOYS
Platepass LLC
Port Authority of NY & NJ

Port Authority Of NY & NJ Newark Intl A P
Anc 350
Port of Portland
Port of Seattle
Raleigh Durham Airport Auth
Safelite Fulfillment Inc
Salesforce Com Inc
Salt Lake City Corporation
San Diego County Reg A P Auth
Sintax Logistica S.A.
Sirius XM Radio Inc
Southwest Airlines Co

Southwest Airlines O A L Billing
State of Hawaii Department of
Transportation
State of Hawaii Dept of Trans Honolulu Intl
The Sabre Group Inc
Travelport LP C O Bank of America
Lockbox
TSD Massachusetts Business Trust
United Road Logistics
Wayne County
Wells Fargo Bank NA
Western Conf of Teamsters Pension Trust

## SCHEDULE 1(k)

### Significant Contract/Lease Counterparties to the Debtors

| | |
|---|---|
| AAA | Kairos Technologies Inc |
| Amadeus IT Group SA | Lane Valente |
| American Express | Lyft Inc |
| American Tire Distributions-ATD | MAACO Franchising Corporate LLC |
| Applied Invention LLC | Managed Labor Solutions LLC |
| Archimedes LLC | Manheim Credit And Collections |
| AT&T | Microsoft Corporation |
| Businessolver.Com Inc | Mulesoft Inc |
| C3/CustomerContactChannels Inc | National Carwash Solutions Inc |
| Cass Information Systems Inc | Optiv Security Inc |
| COMDATA | Optumrx Inc |
| Crossmedia Inc | Oracle America Inc |
| Dealer Dot Com | Pep Boys |
| Deloitte Consulting LLP | PricewaterhouseCoopers LLP |
| Dent Wizard International Corp | Pros Revenue Management |
| EDS Service Solutions LLC | RR Donnelley |
| Ernst And Young LLP | Safelite Fulfillment Inc |
| Fred Beans Parts | Salesforce Com Inc |
| Frontline Technology Solutions | Sirius XM Radio Inc |
| GCA Services Group | Southwest Airlines Co |
| Granite Telecommunications, LLC | The Sabre Group Inc |
| IBM Corporation | Truman Arnold Companies |
| Imperial Supplies Holdings Inc | TSD Massachusetts Business Trust |
| Infor (US) Inc | Verge Information Technologies Inc |
| IPC USA, Inc | VXI Global Solutions LLC |

# SCHEDULE 1(l)

## Significant Customers of the Debtors

ABB Inc
Accenture
ALU Nokia
Amgen Incorporated
AT&T Services Inc
Bank of America
BASF Corporation
Berkshire Hathaway
Boston Scientific Corporation
BP p.l.c.
Cigna Corporate Services LLC
Cisco Systems Inc
Coca Cola Co The
Cummins
Deere & Co
Deloitte Services LP
Delta Air Lines
Eaton Corp
EC Purchasing (ECP)
Ernst & Young LLP
FedEx Corporation
General Electric Company
IBM Corporation
Intel Corporation
IQVIA
J.P. Morgan Chase
Jacobs Collision Center
KPMG LLP
L3Harris Technologies Inc
Marriott International
McKesson
McKinsey & Co Inc US
National Football League
NBC Universal Media
Oracle Corp
Pfizer Inc
Philips Health Tech North Amer
Premier Purchasing Partners
PriceWaterhouseCoopers (PWC)
Robert Bosch Corp
Rockwell Automation

SAP America Inc.
Siemens Corp North America
Sodexo Operations LLC
Thermo Fisher Scientific
TPG Global LLC
United Airlines Inc
United Healthcare Services Inc
University of California
Wells Fargo Bank NA

**SCHEDULE 1(m)**

**Significant Taxing Authorities**

Bay Area Air Quality Mgmt Dsct
California Department of Tax And Fee Administration
City of Anaheima
City of Boston
City of Colorado Springs
City of Fremont Revenue Division
City of Kansas City Missouri
City of Los Angeles
City of Newark
City of Newport
City of North Miami Beach
City of Pueblo
City of San Jose
City of Santa Barbara
City of Warr Acres
Clark County Nv
Commonwealth of Virginia Department of State Police
County Director of Finance
Deloitte Tax LLP
Department of Licensing
Department of Toxic Substances Control
eCollect PA LLC
Fairfax County Circuit Court
General Service Administration
Georgia Department of Revenue

Gwinnett County
Harris Galveston Subsidence District
Harrison And Duncan Pllc
Hawaii State Tax Collector
Illinois Secretary of State
Jefferson Parish Fire Dept
Joseph Lopinto III
Kuwait Ministry of Finance
Minister Of Finance - Bc
Minister Of Finance Bc
Nevada Department Of Motor Vehicles
New Jersey Motor Vehicle Commission
PCAOB
Rhode Island Interactive LLC
Secretario De Hacienda
Secretary of State Supply Distribution
South Coast AQMD
State of Alabama Office of State Treasurer
State of Idaho
State of Kentucky Treasurer
State Of Rhode Island And Providence Plantations
Town of Leesburg
Treasurer City of Pittsburgh
Treasurer State Of New Jersey Dept of The Treasury
Village of North Palm Beach

**SCHEDULE 1(n)**

**Significant Insurers**

ACE American Insurance Company
ACE American Insurance Company
ACE Fire Underwriters Insurance Company
ACE Property and Casualty Insurance Company
AIG Europe S.A.
AIG Europe S.A. Sucursal En España
AIG Europe S.A., Netherlands Branch
AIG, Foreign Casualty
Allianz Global Risks US Insurance Company
Allied World National Assurance Company
American Guarantee and Liability Insurance Company
American International Group UK Limited (AIG)
Arch Insurance Company
Argonaut Insurance Company
Ascot Reinsurance Company Limited
AXIS Insurance Company
Beazley Insurance Company, Inc.
Berkley Professional Liability
Berkshire Hathaway Specialty Insurance
Chubb Insurance Company of Canada
Continental Casualty Company
Cooperativa de Seguros Multiples
Cooperativa de Seguros Múltiples
Cooperativa De Seguros Multiples De PR
Endurance Assurance Corporation
Everest National Insurance Company
Freedom Specialty Insurance Company
Great American Insurance Company
Great American Spirit Ins. Company
Guardian Insurance Company
Hartford
Hiscox Insurance Company Inc.
Homesite Insurance Company
Illinois National Insurance Company
Indemnity Insurance Company Of North America
Indian Harbor Insurance Company
ING

Ironshore Indemnity Inc.
Liberty Mutual Property
Lloyd's of London
Markel American Insurance Company
Mutua de Seguros y Reaseguros
National Union Fire Insurance Company of Pittsburgh, Pa.
National Union Fire Insurance Company of Pittsburgh, Pa.
Navigators Specialty Insurance Company - Non-Admitted
Old Republic Insurance Company
Philadelphia
Probus Insurance Company Europe DAC
Probus Insurance Company Europe DAC / FIATC
Probus Insurance Company Europe DAC / Reale Mutua
RLI Insurance Company
Starr Indemnity & Liability Company
State National Insurance Company, Inc.
Travelers Casualty and Surety Company of America
U.S. Specialty
United States Aircraft Insurance Group
XL Bermuda Ltd
XL Specialty Insurance Company
Zurich American Insurance Company

## SCHEDULE 1(o)

### Significant Ordinary Course Professionals

Altus Business License LLC
Anybill (Paypool)
Baker McKenzie
Deloitte LLP
Ernst and Young LLP
IMS ExpertServices
Allen Matkins
Mayer Brown
Herbert Beigel
Seyfarth Shaw
Ballard, Spahr - PA
Jenner & Block LLP
KPMG LLP
McCarthy Tetrault
Phelps Dunbar, LLP
McGuireWoods
Nixon Peabody LLP
Mike Cox Law Firm
Thompson Reuters
Dechert LLP
Orrick Herrington
PricewaterhouseCoopers (PWC)
Weil Gotshal
Winston & Strawn LLP

**SCHEDULE 1(p)**

**Adversaries in Certain Material Litigation**

Pedro Ramirez Jr. (individually and on behalf of himself and all others similarly situated)
Sheet Metal Workers Local Union 80 Pension Trust Fund
Westchester Teamsters Pension Fund
Jane Purnell
Mike Frissora
Elyse Douglas
John Jeffery Zimmerman
Scott Sider

## SCHEDULE 1(q)

### Debtors' Restructuring Professionals

FTI Consulting
Kekst and Company
Deloitte LLP
Moelis & Company
Prime Clerk
Richards Layton & Finger
White & Case

## SCHEDULE 1(r)

## U.S. Trustee, Judges, and Court Contacts for the District of Delaware

Chief Judge Christopher S. Sontchi
Judge John T. Dorsey
Judge Karen B. Owens
Judge Brendan L. Shannon
Judge Laurie Selber Silverstein
Judge Mary F. Walrath
Judge Ashely M. Chan
Cacia Batts
Catherine Farrell
Cheryl Szymanski
Claire Brady
Danielle Gadson
Jill Walker
Karen Strupczewski
Laura Haney Laurie Capp
Lora Johnson
Marquietta Lopez
Rachel Bello
Rachel Werkheiser
Robert Cavello
Sherry Scaruzzi
Una O'Boyle
Andrew R. Vara
T. Patrick Tinker
David Buchbinder
Linda Casey
Timothy J. Fox, Jr.
Benjamin Hackman
Jane Leamy
Hannah M. McCollum
Linda Richenderfer
Juliet Sarkessian
Richard Schepacarter
Rosa Sierra
Holly Dice
Jeffrey Heck
James R. O'Malley
Michael Panacio
Karen Starr

# SCHEDULE 1(s)

## <u>Committee Members</u>

American Automobile Association, Inc.
Emma Bradley
Janice Dawson
International Brotherhood of Teamsters
Pension Benefit Guaranty Corporation
Sirius XM Radio Inc.
Southwest Airlines Co.
U.S. Bank National Association, as indenture trustee
Wells Fargo Bank, as indenture trustee

## SCHEDULE 1(t)

## Ad Hoc Group Members

683 Capital Management
Aegon Asset Management
Aegon USA Investment Management, LLC
AIG Asset Management (U.S.), LLC
Alliance Bernstein
Bank of America
Barings LLC
Capital Research and Management Company
Columbia Management Investment Advisers, LLC
D.E. Shaw Galvanic Portfolios, L.L.C.
Fir Tree Partners
Fort Washington Investment Advisors, Inc.
Invesco
JP Morgan Asset Management
Nomura Corporate Research and Asset Management Inc.
One William Street Capital Management, L.P.
The Northwestern Mutual Life Insurance Company
TD Asset Management
Zinnia Perch, L.L.C
Jason Dawson
Wendellyn Moore
Bamidele Aiyekusibe
Mark Graham
Keith Fricke
Peter Lee
S. Sharma
La Tache Snell-Jones
Emma Bradley
Polat Kemal
Arlean Green
Hannah Ayoub
Nicole Stevens
Shontrell Higgs
Julius Burnside
Magalie Sterlin
Arthur Stepanyan
Howard Junious

Laketa Collins
Michelle Johnson
Brian Steinberg
Antwone Person
Michael Koss
Amanda Koss
Cheryl Young
Stephanie Keene
James Keene
Barbara Fernandez
Thomas John Channell
Michael Channell
Jessica Gurumendi
Roula Vangelis
Brent Williams
Nancy Cullen Smits
Ryan Smits
Henry B. Essick III
Jeffrey Bower
William Hawkins
Paul Alexander
Azaliyah Sanata
Jennifer Kennedy
Rondarius Holmes
Sharon Hopkins
Natashia Moore
Tyese Golden
Alisha Vinson
LaQuisha Freeman
Zariah Jackson
Joseph Miles
Dionne Woodson
Rose Epps
Tiffany Griffith
John Pearson
Zavier Thorton
Melissa Rochester
Anthony Rochester
Aliyah Rochester
Daniel Domini
Marquise Farrell

George Cooper
Sheri Martine
Adrian Salazar
William McGovern
Claudio Rodriguez
Beth Grunfeld
Julie Goettl
Rose Mallery
Fred Goettl
Clara Gamazo
Roberto Cruz
Cameron Letch
Sharod King
Ana Reyes
Carolina Senior
Carlos Osuna
Max Osuna
Kathleen Rios
Nelson Soto Roman
Antonio Gamazo
Anika Porter
Leonard Pittman, II
Kennai Swinton
Latae Ward
Donovan Fletcher
Carolyn Simmons
Willie Henderson
Theodore Henderson
Timothy Clark
Cynthia Farley
Zena Johnson
Gregory Griffin
Marsha Gaughan
Annie Durrah
Latisha Daise
Gloria Calderon
Alfreda Lincoln
Ebony Hollimon
Kevin Klava
Gretchen Henkel
Moira Henkel
Eddie Young
John Crum
Kimberly Kelly
Laura Watkins
Bailey Watkins

Gloria Weltzbarker
John Steven Ward Piercey
De"Shany Benn
Sondra Crum
Gary Turner
Stephanie Denny
Deidra Ford
Christopher Rice
Kelvin Howard
Ferdinand D'Orville
Alice Townsend
Cynthia Johnson
Ryan Phillips
Carl Johnson
David Mower
Wyndell Penson
Integrative Physical Medicine Winter Haven
a/a/o Syed Abu Nahid, MD
CFI a/a/o Syed Abu Nahid, MD
Kayth Sanchez
Akeem Glasgow
Jackie Berry
Victoria Majors
Kevin Davidson
Yvonne Stafort
Full Spine a/a/o Reginald Williams
Candace Hope
Jeniffer Lumpkins
Jay La Forest
Rimma Bergeron-Langlois
Laurie L. Nelson
Declan Clarke
Patrick J. Callanan
Jacqueline Yasurek
Victor Baez
Deborah Baez
Kip Jefferys
Christopher Smith
Florida Injury a/a/o Earl James
Kefah Khalaf
Wendy Bowes
Maria Martinez
Zoemarie Pastrana
Thomas Mcilree
Francis Ujlaki
Lana Ribeiro

Cintya Concha
Shyrel Green
Chen Chen
Kaylee Tanner
Rachel Ornstein
Health & Spine Medical Center a/a/o Diana
Gutierrez
Tonya Stewart
Sean Grimm
Marianne Falasco
Wayne Larkin
Kenneth Henderson
Angela Henderson
Margarita Hernandez
Michael Anthony Cruz
Javaree Latimer
Lisa Catarina Fontes
Giovanni Irene
Darrell Agrella
Henry Villalobos
Joinel Cherival
Chiropractic Health Clinic a/a/o Carole Bess
Clarence Wheeler
Susan Trowbridge
Alexandrea Moore
Charisse Salmon
Dwight Swasey
Access Injury a/a/o Alfredo Rivera
Quentin Nichols
Zelda M. Johnson
Rosa Garcia de Gonzalez
Abderrahim Guzrou
Tori Polk
Madeline Rodriguez
Spine & Brain Neuro a/a/o Loretta Gilberry
David Hobby
Amber Bertrand
Franco Fusi
Jalen Bertrand
Carrie Pyles
Martha Moreira-Ferrell
Candace Montie
Jeff Ferrell
Bermann Desir
Chion Sen Fung Ramos
Vincent Galioto

First Health Chiro a/a/o Bruno Andolcetti
Jonathan Newman
Joseph Robinson
Christopher O'Neil
Shirley Mazza
James Mazza
Brett Richter
Davielle Stewart
Tony Thomas
Pamela Lucas
Jeff Brower
Alicia King
Brandon Bollenbach

Diane M. Ocasio Hernandez

Amy Boschen

Warren Boschen

Charles Paoli
Integrative Physical Medicine Winter Haven
a/a/o Sandra Rubel
Joshua Streeter
Marcia Bryant
Integrative Physical Medicine Winter Haven
a/a/o Jacquesta Jennings
Anthony Pereira
Yomaris Estrella Silverio
Mark Wallace
OneCare a/a/o Krystal Pendleton
OneCare a/a/o Krimsyn Valverde
Demi Herrera
Jennifer Davis
Charles Dunn
Sasheika Phillips
Daigran Bonner
Cynthia Clark
Cheryl Glazar
Martha Mejia
Rina Elias
Tracey Johnson
Darryl Dayson
Javonte Carter
Dionicio Cruz
Marjorie Mardy
Julia Nerstheimer

Sally Boerschel
Sabino Rivera
Adelina Colon
Erma Quick
SF Chiropractic Rehab Center, Inc. a/a/o Ae
Kyoung Kim
Robert White
Marquise Worlds
James Adams
Miguel De La Cruz
Lisa De La Cruz
Ruben Martnes
Marygrace Campbell
Patricia Williams
William Schutt
James Pantages
Scott Sands
Dylan Sands
Robert McGrath
JoAnn Snider
Thomas Snider
Carline Louisjeune
Alexander Reviczky
Sabrina Dill
Louvena Cromartie
Barbara Muratore
Anthony Wilbanks
Augustine Helsel
Daniel Mora
Michael Clark
Jennifer Eno-Clark
Shantell Ford
Javoris Ford
JoAnn Nance
Anthony Fuentes
William Vansickle
Raheem Mobley
April Austin
Akia Greaux
Moheb Heinen
Theodore Kruger
Tania Alvarado Chavez
Fred Baird
Timothy Carney
Lemuel Martinez
Terrence O'Hora

Julia Cejas Perez
Jared Lantzman
Catherine Bradis
Catina Smith
Johnny Simon
Sharmaine Browne-Daniel
Lucy Cena
Jean Nalepa
John Haney, Jr.
Emelda Watkins
Andrew Brookes

**Schedule 2**

**Schedule of Parties-In-Interest
that Benesch, Friedlander, Coplan & Aronoff, LLP
Currently Represents and/or Has Formerly Represented**[1]

| **Interested Party** | **Relationship to Debtors** | **Description of Relationship** |
|---|---|---|
| HCE LLC | Non-Debtor Subsidiaries | Benesch represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Bridgestone/Firestone Inc. | Top 50 Unsecured Creditors, Significant Vendors of the Debtors | Benesch represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Comdata | Top 50 Unsecured Creditors, Significant Vendors of the Debtors, Significant Contract/Lase Counterparties to the Debtors | Benesch represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Dent Wizard International Corp. | Top 50 Unsecured Creditors, Significant Contract/Lease Counterparties to the Debtors | Benesch represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Teradata Operations Inc. | Top 50 Unsecured Creditors | Benesch represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| U.S. Bank Promissory Notes, U.S. Bank | Top 50 Unsecured Creditors, Significant Depository Banks | Benesch represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |

---

[1] Fees collected from each of the parties identified in this schedule comprised less than 1.0% of Benesch's revenues for the period January 2018 through May 2020, except for Cisco Systems Inc. (1.87% of the Benesch revenues in 2019, and 2.21% of the Firm's revenue from May 2019 to May 2020).  Benesch believes that its representation of the parties listed herein has not and does not affect its representation of the Committee.

| **Interested Party** | **Relationship to Debtors** | **Description of Relationship** |
|---|---|---|
| HSBC France | Significant Lenders, Trustees/Agents,/Other Known Bondholders, Etc. | Benesch represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Citizens Bank | Significant Depository Banks, Significant Vendors of the Debtors | Benesch represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Credit Suisse First Boston NY | Significant Depository Banks | Benesch represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Fidelity Investments | Significant Depository Banks | Benesch has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Fifth Third Bank | Significant Depository Banks | Benesch represents the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| J.P. Morgan Chase Bank, J.P. Morgan Chase Bank, N.A. Amsterdam, JP Morgan Chase Bank (Canada), JP Morgan Chase Bank Netherlands | Significant Depository Banks, Significant Customers of the Debtors | Benesch represents the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Key Bank | Significant Depository Banks | Benesch represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| PNC Bank | Significant Depository Banks | Benesch represents and/or has represented the interested parties or an affiliated entity of the interested parties in matters unrelated to the Debtors' Chapter 11 Cases |
| U.S. Bank | Significant Depository Banks | Benesch represents and/or has represented the interested parties or an affiliated entity of the interested parties in matters unrelated to the Debtors' Chapter 11 Cases |

| Interested Party | Relationship to Debtors | Description of Relationship |
|---|---|---|
| Wells Fargo Bank | Significant Lenders, Trustees/Agents,/Other Known Bondholders, Etc., Significant Depository Banks, Significant Vendors of the Debtors, Significant Customers of the Debtors | Benesch represents and/or has represented the interested parties or an affiliated entity of the interested parties in matters unrelated to the Debtors' Chapter 11 Cases |
| American Tire Distributions - ATD | Significant Vendors of the Debtors, Significant Contract/Lease Counterparties to the Debtors | Benesch represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Mercedes-Benz Leasing Gmbh | Significant Vendors of the Debtors | Benesch represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Oracle America Inc. | Significant Vendors of the Debtors, Significant Contract/Lease Counterparties to the Debtors, Significant Customers of the Debtors | Benesch represents and/or has represented the interested parties or an affiliated entity of the interested parties in matters unrelated to the Debtors' Chapter 11 Cases |
| Managed Labor Solutions LLC | Significant Contract/Lease Counterparties to the Debtors | Benesch represents the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| National Carwash Solutions Inc. | Significant Contract/Lease Counterparties to the Debtors | Benesch represents the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Berkshire Hathaway | Significant Customers of the Debtor | Benesch represents entities related to the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Cisco Systems Inc. | Significant Customers of the Debtors | Benesch represents the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Eaton Corp. | Significant Customers of the Debtors | Benesch represents and/or has represented the interested parties or an affiliated entity of the |

| Interested Party | Relationship to Debtors | Description of Relationship |
|---|---|---|
| | | interested parties in matters unrelated to the Debtors' Chapter 11 Cases |
| General Electric Company | Significant Customers of the Debtors | Benesch represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Robert Bosch Corp. | Significant Customers of the Debtors | Benesch represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Sodexo Operations LLC | Significant Customers of the Debtors | Benesch represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| University of California | Significant Customers of the Debtors | Benesch represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| AXIS Insurance Company | Significant Insurers | Benesch represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Continental Casualty Company | Significant Insurers | Benesch represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Hartford | Significant Insurers | Benesch represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Liberty Mutual Property | Significant Insurers | Benesch represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Zurich American Insurance Company | Significant Insurers | Benesch represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |

| **Interested Party** | **Relationship to Debtors** | **Description of Relationship** |
|---|---|---|
| McGuire Woods | Ordinary Course Professional | Benesch represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |