### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE HERTZ CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-11218 (MFW)<br><br>(Jointly Administered)<br><br>Hearing Date: August 12, 2020, at 10:30 a.m. (ET)<br>Obj. Deadline: August 5, 2020, at 4:00 p.m. (ET) |

### NOTICE OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO RETAIN AND EMPLOY BERKELEY RESEARCH GROUP, LLC, AS FINANCIAL ADVISOR NUNC PRO TUNC TO JUNE 15, 2020

**PLEASE TAKE NOTICE** that on July 22, 2020, the Official Committee of Unsecured Creditors (the "**Committee**"), appointed in the above-captioned chapter 11 cases of the above-captioned debtors (collectively, the "**Debtors**"), filed the *Application for Entry of an Order Authorizing the Official Committee of Unsecured Creditors to Retain and Employ Berkeley Research Group, LLC, as Financial Advisor Nunc Pro Tunc to June 15, 2020* (the "**Application**") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Court**"). A copy of the Application is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Application must be in writing and filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon the undersigned, so as to be received on or before **4:00 p.m., prevailing Eastern Time, on August 5, 2020.**

---

[1] The last four digits of The Hertz Corporation's tax identification number are 8568. The location of the debtors' service address is 8501 Williams Road, Estero, FL 33928. Due to the large number of debtors in these chapter 11 cases, for which joint administration for procedural purposes has been approved, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at https://restructuring.primeclerk.com/hertz.

13646724

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT IF AN OBJECTION IS PROPERLY FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, A HEARING WILL BE HELD ON **AUGUST 12, 2020, AT 10:30 A.M. PREVAILING EASTERN TIME,** BEFORE THE HONORABLE MARY F. WALRATH, UNITED STATES BANKRUPTCY JUDGE FOR THE DISTRICT OF DELAWARE.  ONLY OBJECTIONS MADE IN WRITING AND TIMELY FILED WILL BE CONSIDERED BY THE BANKRUPTCY COURT AT SUCH HEARING.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: July 22, 2020<br>Wilmington, Delaware | BENESCH, FRIEDLANDER, COPLAN<br>   & ARONOFF LLP<br><br>      */s/ Jennifer R. Hoover*<br>Jennifer R. Hoover (No. 5111)<br>Kevin M. Capuzzi (No. 5462)<br>John C. Gentile (No. 6159)<br>1313 North Market Street, Suite 1201<br>Wilmington, Delaware 19801<br>Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012<br>Email: jhoover@beneschlaw.com<br>       kcapuzzi@beneschlaw.com<br>       jgentile@beneschlaw.com<br><br>-and-<br><br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>Thomas Moers Mayer (admitted *pro hac vice*)<br>Amy Caton (admitted *pro hac vice*)<br>Daniel M. Eggermann (admitted *pro hac vice*)<br>Alice J. Byowitz (admitted *pro hac vice*)<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000<br>Email: tmayer@kramerlevin.com<br>       acaton@kramerlevin.com<br>       deggermann@kramerlevin.com<br>       abyowitz@kramerlevin.com<br><br>*Proposed Counsel for the Official Committee of Unsecured Creditors* |