## EXHIBIT C

**LaPuma Declaration**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------- X
                                                                )
In re:                                                          )    Chapter 11
                                                                )
The Hertz Corporation, *et al.,*[1]                             )    Case No. 20-11218 (MFW)
                                                                )
                                                                )
Debtors.                                                        )    (Jointly Administered)
                                                                )    **Hearing Date: August 12, 2020, at 10:30**
                                                                     **a.m. (ET)**
-------------------------------------------------------------- X    **Objection Deadline: August 5, 2020 at**
                                                                     **4:00 p.m. (ET)**

**DECLARATION OF ELIZABETH LAPUMA IN**
**SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS OF THE HERTZ CORPORATION, ET AL., FOR ORDER:**
**AUTHORIZING EMPLOYMENT AND RETENTION OF UBS SECURITIES LLC AS**
**INVESTMENT BANKER *NUNC PRO TUNC* TO JUNE 17, 2020**

Elizabeth LaPuma, makes this declaration under 28 U.S.C. § 1746, and states the following:

        1.      I am a Managing Director at UBS Securities LLC ("**UBS**") and am duly

authorized to make this declaration (the "**Declaration**").  I make this Declaration on behalf of

UBS.

        2.      I submit this Declaration in support of the application (the "**Application**")[2]

of the Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned

debtors and debtors in possession (the "**Debtors**") for entry of an order authorizing the retention

and employment of UBS as investment banker to the Committee, *nunc pro tunc* to June 17, 2020

---

[1]        The last four digits of The Hertz Corporation's tax identification number are 8568.  The location of the debtors' service address is 8501 Williams Road, Estero, FL 33928.  Due to the large number of debtors in these chapter 11 cases, for which joint administration for procedural purposes has been requested, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at https://restructuring.primeclerk.com/hertz.

[2]        Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

(the "**Engagement**").  The Application seeks an order authorizing the Committee's retention and

employment of UBS as investment banker on the terms and conditions set forth in the Engagement

Letter attached to the Application as **Exhibit B**, as modified by the proposed order annexed to the

Application.  I submit this Declaration in compliance with sections 328 and 1103(a) of the

Bankruptcy Code and to provide the disclosure required under Rules 2014(a) and 2016 of the

Bankruptcy Rules and Rules 2014-1 and 2016-2 of the Local Rules.

3.      Unless otherwise stated in this Declaration, and based on inquiries of UBS

deal team members working on the Engagement, I have personal knowledge of the facts as set

forth herein.  To the extent that any information disclosed herein requires subsequent amendment

and/or modification, UBS will use reasonable efforts to file a supplemental declaration reflecting

such amended and/or modified information.

4.      To the best of my knowledge, information and belief, UBS: (a) is a

"disinterested person" within the meaning of section 101(14) of the Bankruptcy Code; (b) does

not hold or represent an interest materially adverse to the Debtors, their creditors, or their

shareholders with respect to the matters for which UBS is to be employed; and (c) has no

connection to the Debtors, their creditors, shareholders, or related parties herein except as

disclosed in this Declaration.

5.      UBS has undertaken an internal search to determine whether UBS has any

conflicts or other relationships that might cause it not to be eligible for employment by the

Committee in these Chapter 11 Cases.  In connection with its proposed retention by the Committee

in these Chapter 11 Cases, UBS obtained from the Debtors and/or their representatives the names

of individuals and entities that may be parties in interest in these Chapter 11 Cases and certain

additional parties that had filed a notice of appearance in the Chapter 11 Cases prior to July 1,

2020 (the "**Potential Parties in Interest**"), which parties are listed on **Schedule 1** attached hereto. UBS then compared the names of the Potential Parties in Interest with the names of entities for which UBS and/or UBS Investment Bank provided services in the last two years or currently hold any debt or equity or other significant relationships (the "**Internal Review**").

6.    Based on the foregoing inquiry, to the best of my knowledge and belief, UBS' and UBS Investment Bank's representation of the Potential Parties in Interest was or is only on matters that are unrelated to the Debtors and these Chapter 11 Cases.  In particular, to the best of my knowledge, information, and belief, UBS is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, in that UBS and its professionals:

a.    are not creditors or insiders of the Debtors;

b.    have not been, within three years before the date of this declaration, a director, officer, or employee of the Debtors; and

c.    have certain relationships with certain of the Debtors' creditors, other parties in interest and other professionals in connection with unrelated matters, but have not provided services to any such creditor, party or professional in connection with matters relating to the Debtors or these Chapter 11 Cases.

7.    Neither I nor any of the UBS professionals who will provide services for the Committee is related to any Judge of this Court, the U.S. Trustee, or Assistant U.S. Trustee for this District, or the U.S. Trustee trial attorney assigned to these Chapter 11 Cases.

8.    In connection with the Internal Review, UBS Investment Bank identified a small subset of Potential Parties in Interest (or one or more of their affiliates, as the case may be) that UBS or the UBS Investment Bank (i) provided services to within the last two years or is currently providing services to, in each case wholly unrelated to the Debtors and these Chapter 11 Cases or (ii) holds equity interests in such Potential Party In Interest (collectively, the "**UBS**

**Connections**"). The UBS Connections are noted by an asterisk on Schedule 1.    The revenue generated from the UBS Connections on an individual basis over the past two years is less than 1% of UBS Investment Bank's total revenue over such two-year time period.    UBS' equity ownership in any Potential Party in Interest is less than 1% of such Party in Interest equity holding with the exception of 2 non-debtor and non-debtor affiliated public companies where UBS holds less than 3%[3].

9.      Also, UBS Investment Bank may have provided or received services, is currently providing or receiving services, or in the future may provide or receive services to or from mutual clients and law firms, financial advisors, accounting firms, and other professionals that are Potential Parties in Interest or may become parties in interest, all in matters unrelated to these Chapter 11 Cases.  In addition, UBS Investment Bank may have provided services, is currently providing services or in the future may provide services to persons who are creditors, vendors, suppliers, landlords, taxing authorities, insurance companies, utility providers or shareholders of the Debtors, otherwise have a business relationship with the Debtors, or who are competitors or customers of the Debtors.  Potential Parties in Interest, persons that may become parties in interest in these cases, and persons that have business relationships with the Debtors, are competitors of the Debtors, or that are customers of the Debtors may be: (a) parties in interest in other bankruptcy cases where UBS or UBS Investment Bank is acting as investment banker or financial advisor to the debtors or to other parties in interest therein; or (b) affiliates of or creditors of persons who UBS or UBS Investment Bank may have provided services, is currently providing services or in the future may provide services.  In the ordinary course of its business, UBS Investment Bank may also purchase services or products from and/or have other non-investment

---

[3]      UBS will provide the identity of the 2 public companies upon request on a confidential basis.

banking relationships with Potential Parties in Interest, including landlords, taxing authorities, vendors, competitors, insurance companies and utility providers and other persons that are or may become parties in interest in these Chapter 11 Cases.

10.    The Internal Review included a review of the 199 individual names[4] that were included as Potential Parties in Interest.  In particular, UBS notes that many of the Debtors' current and former Directors are also directors, officers or have relationships with other corporate entities that UBS may have represented in the past or may be currently providing services unrelated to Debtors or these Chapter 11 Cases. However, the Internal Review of these individuals did not reveal information that UBS believes would impact its representation of the Committee or result in UBS not being a "disinterested person" for purposes of these Chapter 11 Cases.

11.    Given the size of UBS Investment Bank and the breadth of UBS Investment Bank's client base, it is possible that UBS Investment Bank may now or in the future be retained by one or more of the Potential Parties in Interest in matters unrelated to the Debtors and these Chapter 11 Cases.  In particular, among other things, UBS Investment Bank may have relationships with persons who are beneficial owners of Potential Parties in Interest and persons whose beneficial owners include Potential Parties in Interest or persons who otherwise have relationships with Potential Parties in Interest.   Moreover, UBS Investment Bank's employees may have relationships with Potential Parties in Interest, persons that may become parties in interest in these cases, and/or persons that have business relationships with the Debtors, are competitors of the Debtors, or that are customers of the Debtors.  Finally, UBS and UBS Investment Bank employ thousands of employees.  It is possible that certain UBS and/or UBS Investment Bank employees

---

[4]    Only individual names were included on the Potential Parties in Interest list and no other client identifying information such as a social security number or personal address.  Accordingly, the Internal Review may have generated false positive results.  Further, UBS may represent clients or receives services from corporate entities that are owned or controlled by such individuals but not related to the Debtors or the Chapter 11 Cases.

hold securities of the Debtors or interests in mutual funds or other investment vehicles that may own the Debtors' securities. However, none of the UBS employees working on this engagement own any debt or equity interests in the Debtors (other than indirectly through mutual funds, ETFs or similar investment vehicles that are professionally managed and invest in a range of securities).

12.    UBS Investment Bank also has wealth and asset management affiliates (collectively, "**UBS Wealth and Asset Management Divisions**") that are part of the UBS Group and are indirectly owned by UBS AG. The UBS Wealth and Asset Management Divisions are operated as a separate and distinct business groups and are separated from UBS Investment Bank. UBS Investment Bank has in place compliance procedures to ensure that no confidential or non-public information concerning the Debtors has been or will be available to any employees of UBS Wealth and Asset Management Divisions. In addition, no employees of UBS Wealth and Asset Management Divisions will work on these Chapter 11 Cases, and UBS employees working on these Chapter 11 Cases have no involvement in the investment or other business decisions of UBS Wealth and Asset Management Divisions. As part of their regular business operations, UBS Wealth and Asset Management Divisions may hold investment positions, act as investment advisor for, or trade securities (including in discretionary client accounts and through the operation of hedge funds and mutual funds) on behalf of Potential Parties in Interest in these Chapter 11 Cases. Some of these UBS Wealth and Asset Management Divisions accounts and funds may have held, may now hold or may in the future hold debt or equity securities of the Debtors or the Debtors' creditors, equity holders, or other parties in interest in these cases, for the benefit of UBS Wealth and Asset Management Divisions' clients or customers. Additionally, the Debtors, creditors, equity holders, or other parties in interest in these Chapter 11 Cases, and UBS or its affiliates, managing directors, and employees, may be investors in investment funds that are managed by

UBS Wealth and Asset Management Divisions.  However, based on the separate legal entities, business separation and compliance information barriers referred to above, I do not believe that the activities of UBS Wealth and Asset Management Divisions constitute a conflict of interest that would disqualify UBS from providing the services described in the Engagement Letter.

13.     In addition, in the ordinary course of its business as a global securities trading firm, UBS Investment Bank has a trading desk (the "**Trading Desk**") that may be involved in transactions with Potential Parties in Interest.  For the reasons described below, none of these relationships constitutes an interest adverse to the Debtors' estates.  Specifically:

a.     The Trading Desk regularly engages in trading securities (for purposes hereof, including loans).  These trades may include trades of securities of Potential Parties in Interest and/or trades with Potential Parties in Interest for the account of UBS, its affiliates or its customers (including Potential Parties in Interest);

b.     The Trading Desk may also purchase indexes, portfolios or baskets of securities which may include securities of the Debtors (not to exceed 10% of such index, portfolio or basket) for the account of UBS, its affiliates or its customers;

c.     The Trading Desk has purchased and may continue to purchase securities issued by entities that have invested directly or indirectly in pools of mortgages, which pools include mortgages on properties of Debtors or non-Debtor affiliates, for the account of UBS, its affiliates or its customers.

14.     As discussed below, these activities are subject to the Information Barrier Procedures (as defined below).  Further, in connection with the Internal Review, as of the Petition Date, UBS Investment Bank does not own a proprietary interest in any debt or equity securities of the Debtors.

15.     As part of its regular business operations, the Trading Desk may trade securities or other instruments of the Debtors on behalf of third parties (some of whom may be Potential Parties in Interest in these Chapter 11 Cases).  UBS may also trade securities and other

instruments of the Potential Parties in Interest on behalf of itself and/or its affiliates or third parties. UBS also engages in certain types of market-making activities and, in connection therewith, may hold securities and instruments of the Debtors (and/or the Potential Parties in Interest) in order to facilitate the purchase and/or sale of such securities and instruments by clients who wish to engage in trade of such securities and instruments.  In connection therewith, UBS may temporarily hold long and short position in such securities and instruments until trades are consummated with the clients.  The Trading Desk and any and all such trading operations and market-making activities are separated from other areas of the UBS Investment Bank, including employees in the restructuring group and all investment banking professionals working on these Chapter 11 Cases, pursuant to the Information Barrier Procedures (described below), and no UBS professionals providing services to the Debtors will be involved in such trading operations and market-making activities in any capacity.

16.      As previously disclosed herein, UBS and UBS Investment Bank operate independently from the UBS Wealth and Asset Management Divisions and in compliance with rigorous internal policies, barriers and compliance procedures, UBS and the UBS Investment Bank and the deal team members working on the Engagement do not have any control, and may not access any information, regarding any holdings that UBS Wealth and Asset Management Divisions and the Trading Desk (as defined below), may have in the Debtors' debt or equity whether held on a proprietary or client facilitation basis.  Although certain employees of UBS, UBS Investment Bank, UBS Wealth and Asset Management Divisions and the Trading Desk are physically located at UBS' US Headquarters at 1285 Avenue of the Americas in New York[5], the employees are

---

[5]      Due to the Covid-19 pandemic, almost all of the employees working at the US Headquarters have been working remotely since March 2020.  UBS' Information Barriers and Procedures have been modified or augmented to address remote employees and compliance with such Information Barriers and Procedures continues to be actively monitored and enforced by compliance teams and control room groups.

separated by physical barriers, include different building floors.  In addition, building areas are restricted by individual security access rights that is separately monitored and enforced by UBS' internal security department and compliance teams.

17.     The Internal Review confirmed that as of the date of this Declaration, UBS Securities LLC does not hold any proprietary interest in any debt or equity of the Debtors, however, UBS Securities LLC, in the ordinary course of business may have in the past and may currently be nominally listed as a noteholder or equity holder, for the benefit of a client.  Any such holdings are subject to UBS' internal policies, including information barriers as discussed below. Specifically, the deal team working on the Engagement are boxed and separated from any UBS Securities LLC employee that may be acting on behalf or at the direction of a client with respect to such debt or securities.

18.     Pursuant to UBS' information barrier policies and procedures (the "**Information Barrier Procedures**"), UBS has established and will maintain the following internal procedures (subject to the next paragraph of this Declaration): (i) UBS professionals, including those advising the Committee, have received training with respect to the Information Barrier Procedures and are required to certify annually that they are aware of and will comply with such procedures; (ii) the UBS professionals advising the Committee in these Chapter 11 Cases will not directly or indirectly share any non-public information generated by, received from, or relating to the Debtors or these Chapter 11 Cases with any other employees, representatives, or agents of UBS, except on a strictly confidential basis with other UBS employees, representatives, or agents who need to know such information for purposes of advising the Debtors, (iii) UBS professionals advising the Debtors in these Chapter 11 Cases will not receive any information regarding UBS' trading in securities in advance of the execution of such trades; (iv) the UBS compliance

department reviews UBS' trades to determine if there is any reason to believe that such trades were not made in compliance with the Information Barrier Procedures and maintains records of such reviews; (v) the management team of UBS' investment banking department monitors (in consultation with the compliance department) a sampling of e-mails of professionals in the department (including those professionals advising the Debtors in these Chapter 11 Cases) to prevent unauthorized disclosure of information through electronic means from professionals in the investment banking department to professionals in the UBS business units engaged in trading activities; (vi) UBS professionals advising the Committee in these Chapter 11 Cases work on building floors that are physically separated with monitored security access from the Trading Desk and other business units engaged in trading activities; (vii) UBS professionals involved in UBS' trading activities will be unable to access the computer files and documents created and prepared by those professionals involved in these Chapter 11 Cases; and (viii) UBS will immediately inform counsel for the Committee, counsel for the Debtors and the United States Trustee in writing if such procedures are breached in connection with these Chapter 11 Cases.

19. Notwithstanding the foregoing, the UBS professionals advising the Committee in these Chapter 11 Cases may share information with (i) senior management of UBS who, due to their duties and responsibilities, have a legitimate need to know such information, provided that such individuals (a) otherwise comply with the procedures described in the previous paragraph of this Declaration and (b) use such information only in connection with their senior managerial responsibilities; (ii) regulatory authorities; and (iii) legal, compliance, internal audit, and other internal control functions within UBS that need to know such information for purposes of carrying out their control functions.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 22, 2020

*/s/ Elizabeth LaPuma*
Elizabeth LaPuma
UBS Securities LLC

## Schedule 1

## POTENTIAL PARTIES IN INTEREST

# SCHEDULE 1(a)
## Debtors

CMGC Canada Acquisition ULC
Dollar Rent A Car, Inc.
Dollar Thrifty Automotive Group Canada Inc.
Dollar Thrifty Automotive Group, Inc.
Donlen Corporation
Donlen Fleet Leasing, Ltd.
Donlen FSHCO Company
Donlen Mobility Solutions, Inc.
DTG Canada Corp.
DTG Operations, Inc.
DTG Supply, LLC
Firefly Rent A Car LLC
Hertz Aircraft, LLC
Hertz Canada Limited
Hertz Car Sales LLC
Hertz Global Holdings, Inc.
Hertz Global Services Corporation
Hertz Local Edition Corp.
Hertz Local Edition Transporting, Inc.
Hertz System, Inc.
Hertz Technologies, Inc.
Hertz Transporting, Inc.
Rental Car Group Company, LLC
Rental Car Intermediate Holdings, LLC
Smartz Vehicle Rental Corporation
The Hertz Corporation
Thrifty Car Sales, Inc.
Thrifty Rent-A-Car System, LLC
Thrifty, LLC
TRAC Asia Pacific, Inc.

# SCHEDULE 1(b)
## Non-Debtor Subsidiaries

2232560 Ontario Inc.
2240919 Ontario Inc.
3216173 Nova Scotia Company
Ace Tourist Rentals (Aus) Pty Limited
Apex Processing Limited
Association, Inc.
Daimler Hire Limited
Dan Ryan Car Rentals Limited
DNRS II LLC
DNRS LLC
Donlen Canada Fleet Funding Corporation
Donlen Canada Fleet Funding LP
Donlen Trust
DTGC Car Rental L.P.
EILEO SAS
Executive Ventures, Ltd.
HA Fleet Pty Ltd.
HA Lease Pty. Ltd.
HC Limited Partnership
HCE Limited Partnership
Hertz (U.K.) Limited
Hertz Accident Support Ltd.
Hertz Asia Pacific (Japan), Ltd.
Hertz Asia Pacific Korea Ltd
Hertz Asia Pacific Pte. Ltd.
Hertz Asia Pacific Pty. Ltd.
Hertz Australia Pty. Limited
Hertz Automobielen Nederland B.V.
Hertz Autopozicovna s.r.o.
Hertz Autopujcovna s.r.o.
Hertz Autovermietung GmbH
Hertz Belgium b.v.b.a.
Hertz Canada (N.S.) Company
Hertz Canada Finance Co., Ltd.
Hertz Canada Vehicles Partnership
Hertz Car Rental Consulting (Shanghai) Co. Ltd.
Hertz Claim Management B.V.
Hertz Claim Management bvba
Hertz Claim Management GmbH
Hertz Claim Management Limited
Hertz Claim Management S.r.l.
Hertz Claim Management SAS

Hertz Claim Management SL
Hertz Corporate Center Property Owners'
Hertz de Espana, S.L.
Hertz Dealership One LLC
Hertz Do Brasil Ltda.
Hertz Europe Limited
Hertz Europe Service Centre Limited
Hertz Finance Centre Limited
Hertz Fleet (Italiana) SrL
Hertz Fleet Lease Funding Corp.
Hertz Fleet Lease Funding LP
Hertz Fleet Limited
Hertz France S.A.S.
Hertz Funding Corp.
Hertz General Interest LLC
Hertz Holdings III UK Limited
Hertz Holdings Netherlands B.V.
Hertz International RE Limited
Hertz International Treasury Limited
Hertz International, Ltd.
Hertz Investment (Holdings) Pty. Limited
Hertz Investments, Ltd.
Hertz Italiana SrL
Hertz Luxembourg, S.à.r.l.
Hertz Management Services Sarl
Hertz Monaco, S.A.M.
Hertz New Zealand Holdings Limited
Hertz New Zealand Limited
Hertz NL Holdings, Inc.
Hertz Note Issuer Pty. Ltd.
Hertz Puerto Rico Holdings Inc.
Hertz Superannuation Pty. Ltd.
Hertz UK Receivables Limited
Hertz Vehicle Financing II LP
Hertz Vehicle Financing LLC
Hertz Vehicle Financing U.K. Limited
Hertz Vehicle Sales Corporation
Hertz Vehicles LLC
HIRE (Bermuda) Limited
HVF II GP Corp.
International Fleet Financing No. 2 B.V.
Navigation Solutions, L.L.C.
Probus Insurance Company Europe DAC

Puerto Ricancars, Inc.
RAC Finance, SAS
Rental Car Finance LLC
Stuurgroep Fleet (Netherlands) B.V.
Stuurgroep Holdings C.V.
Stuurgroep Holland B.V.

TCL Funding Limited Partnership
Thrifty Insurance Agency, Inc.
Tourism Enterprises Ltd*
Van Wijk Beheer B.V.
Van Wijk European Car Rental Service B.V.

**SCHEDULE 1(c)**
**Current Directors and Officers**

Anindita Mukherjee
Daniel A Ninivaggi
David A. Barnes
Frederic Deschamps
Henry R. Keizer
Jamere Jackson
Jodi J. Allen
Angela Brav
Tom Callahan
Kevin M. Sheehan
Leslie Hunziker
M. David Galainena
Murali Kuppuswamy
Opal G. Perry
Bob Stuart
Paul Stone
Richard E. Esper
Scott Massengill
Sung H. Cho
Vincent J. Intrieri

## SCHEDULE 1(d)
### Certain Former Directors and Officers

Brian P. MacDonald
Carolyn N. Everson
Debra J. Kelly-Ennis
John P. Tague
Carl T. Berquist
Michael J. Durham
Kathryn V. Marinello
Linda Fayne Levinson
Matthew E. Jauchius
Murali Kuppuswamy
Narasimhan B. Srinivasan
Richard J. Frecker
Robin C. Kramer
Thomas C. Kennedy
Thomas J. Sabatino
Richard D. Broome
Tyler A. Best
David G. Trimm

## SCHEDULE 1(e)
### Current or Known Recent 5% + Shareholders

BlackRock, Inc.*
Dimensional Fund Advisors L.P.*
GAMCO Investors, Inc.*
Icahn Capital LP*
PAR Capital Management, Inc.
Renaissance Technologies Corp.
The Vanguard Group, Inc.

## SCHEDULE 1(f)
### Top 50 Unsecured Creditors

5.500% Senior Notes Due October 2024
6.000% Senior Notes Due January 2028
6.250% Senior Notes Due October 2022
7.125% Senior Notes Due August 2026
AAA
Allied Universal Security Services*
American Express*
AT&T*
ATS Processing Services
Autonation Shared Service Center
Bridgestone/Firestone Inc*
Buildrite Construction Corp
Car Trawler
City and County of San Francisco
City of Chicago*
COMDATA*
Dealer Dot Com
Deloitte
Dent Wizard International Corp
Dueck Richmond
Expedia*
Fines Ford
Gerber National Claim Services LLC
Goldman Sachs Mortgage Co., as lender and administrative agent*
Greater Orlando Avi Auth

Greater Orlando Aviation Auth
Hotwire
IBM Corporation*
Infor (US) Inc.*
JM & A Group Inc
Lane Valente
Lyft*
MAACO Franchising Corporate LLC
Massachusetts Port Authority*
Nissan*
Nissan CN
Pep Boys
Platepass LLC
Pros Revenue Management
Safelite Fulfillment Inc
Sirius XM Radio Inc*
Southwest Airlines*
Telus International Us Corp*
Teradata Operations Inc.*
Travel Jigsaw
Travelport LP C O Bank of America Lockbox*
United Airlines*
US Bank Promissory Notes*
VXI Global Solutions
Wayne County

## SCHEDULE 1(g)
### Significant Lenders/Trustees/Agents/Other Known Debtholders/etc.

Barclays*
BOKF, NA
Barclays Bank PLC*
BNP Paribas*
BNP Paribas Trust Corporation UK Limited*
BNY Trust Company of Canada
Citibank N.A.*
Credit Agricole*
Credit Agricole Corporate and Investment Bank*
Deutsche Bank*
Deutsche Bank AG, London Branch*
Deutsche Bank Luxembourg S.A.*
Goldman Sachs Mortgage Company
Goldman Sachs Mortgage Company
Gresham Receivables
HSBC France*
Irish Ring
King Street Funding Trust (Bank of Nova Scotia)*
KPMG LLP
Lloyds*
Lombard North Central PLC
Magenta Capital Corporation
Matchpoint Finance
National Australia Bank*
Natixis*
P.T. Limited
RBC, London Branch
Ridge Trust (Bank of Montreal)
Royal Bank of Canada, Sydney Branch*
Sheffield Receivables
The Bank of New York Mellon Trust Company, N.A.*
Wells Fargo Bank, National Association*
Westpac Banking Corporation*
Wilmington Trust, National Association

## SCHEDULE 1(h)
### Restructuring Advisors to Certain Creditors and Other Potential Parties in Interest

Akin Gump
Alix Partners
Ankura
Arnold Porter
Cleary Gottlieb
Clifford Chance
Davis Polk
Dentons
Duane Morris
Ducera
GLC Advisors & Co.
Houlihan Lokey*
King & Wood Mallesons
Kirkland
Latham
Luskin Stern & Eisler
Manier & Herod P.C.
Mayer Brown
Osler
Outten & Golden LLP
Ropes & Gray
Rothschild*
Saul Ewing
Shearman Sterling
Squire Patton Boggs
Stikeman
Wachtell, Lipton, Rosen & Katz
Willkie Farr

## SCHEDULE 1(i)
### Significant Depository Banks

Abn Amro Bank N.V.*
Banca Intesa Sanpaolo*
Banca Popolare Di Milano*
Banco Bilbao Vizcaya Argentaria SA*
Banco Popular de Puerto-Rico
Banco Santander SA*
Bank Banque et Caisse d'Epargne de l'Etat, Luxembourg*
Bank of America*
Bank of China*
Bank of Hawaii*
Bank of Ireland*
Bank of Montreal*
Bank of New York Mellon*
Bank of New Zealand*
Banque Europeenne Credit Mutuel
Barclays Bank PLC (UK)*
BB&T*
Blackrock Liquidity Funds*
BNP Paribas (France, Monaco)*
Citibank (Ireland, UK)*
Citibank Dubai*
Citibank-Puerto Rico*
Citizens Bank*
Credit Suisse First Boston-NY*
Czeskoslovenská Obchodní Banka a.s.
DBS Bank LTD*
Deutsche Bank AG (France, Germany, Belgium, UK, Netherlands, Luxembourg)*
Deutsche Bank Nederland N.V.*
Deutsche Bank Sociedad Anónima Española*
Deutsche Bank SpA*
Federated (investment)*

Fidelity Investments
Fifth Third Bank*
Harris Bank
HSBC Bank (China) Company Ltd, Shanghai Branch*
HSBC Treasury Fund*
Industrial and Commercial Bank*
ING Belgium SA/NV*
J.P. Morgan Chase Bank*
J.P. Morgan Chase Bank, N.A. Amsterdam*
JP Morgan Chase Bank (Canada)*
JP Morgan Chase Bank Netherlands*
Key Bank*
La Banque Postale*
Lloyds*
Mitsui sumitomo Bank*
Mizuho Bank*
PNC Bank*
POSTBANK
Regions Bank*
Slovenská Sporitlena a.s.
Societe Generale*
Standard Chartered*
SunTrust Bank*
Tatra Banka a.s.
TD Bank-USA*
Toronto Dominion Bank*
U.S. Bank*
Unicredit - Banca Di Roma*
Unicredit Bank Czech Republic a.s.
United Missouri Bank
Wells Fargo Bank*
Westpac Banking Corporation*

# SCHEDULE 1(j)
## Significant Vendors of the Debtors

767 Auto Leasing LLC
AAA
ADAC Autovermietung
Aena Aeropuertos, S.A.
Aeroport De Paris*
Afco Credit Corporation
Airport A P Mgr
Airport Revenue Fund
Ally Financial*
Amadeus IT Group SA*
American Express*
American Express CPC Remittance
Processing*
American Tire Distributions-ATD*
Archimedes LLC
Artefact Marketing Engineering UK Limited
ARWE Car Rental Service GmbH
AT&T*
Autonation Shared Service Center
BAA Business Sup Centre Ltd (Lhr)
BCA Fleet Solutions Limited
Bridgestone/Firestone Inc*
Broward Co Aviation Dept Ft Lauder
Hwood
Buildrite Construction Corp
Byers Car Rentals LLC
C3/CustomerContactChannels Inc
Carco Carriage Corporation
Cass Information Systems Inc*
Citibank*
Citizens Bank National Association*
City and County of Denver Co
City and County of San Francisco
City of Atlanta
City of Chicago*
City of Los Angeles
City of Philadelphia
City of Phoenix
City of San Jose
Clark County Dept Of Aviation N Las
Vegas
Collector General
COMDATA*

Crossmedia Inc
Dade County Aviation Dept Mdad Finance
Division
Dealer Dot Com
Deloitte Consulting LLP
Dent Ology
DFW International Airport
EDS Service Solutions LLC
Expedia.Com Travel*
Ford Bank GmbH
Frontline Technology Solutions*
GCA Services Group
Gerber National Claim Services LLC
Greater Orlando Avi Auth
Greater Orlando Aviation Auth
Hertz Fleet (Italiana) Srl
Hillsborough County Aviation Authority
Airport
IBM Corporation*
Infor (US) Inc*
IPC USA, INC
JM & A Group Inc
Lane Valente
Lyft Inc*
MAACO Franchising Corporate LLC
Managed Labor Solutions LLC
Manheim Credit And Collections
Marsh USA Inc*
Massachusetts Port Authority*
Mercedes-Benz Leasing Gmbh
Metro Washington AP Auth
Microsoft Corporation*
Mileage Plus Holdings LLC*
Minn St Paul Metro A P Comm
MVI Field Services LLC
Optiv Security Inc
Optumrx Inc
Oracle America Inc*
Overland West Inc
PEP BOYS
Platepass LLC
Port Authority of NY & NJ

Port Authority Of NY & NJ Newark Intl A
P Anc 350
Port of Portland
Port of Seattle
Raleigh Durham Airport Auth
Safelite Fulfillment Inc
Salesforce Com Inc*
Salt Lake City Corporation
San Diego County Reg A P Auth
Sintax Logistica S.A.
Sirius XM Radio Inc*
Southwest Airlines Co*

Southwest Airlines O A L Billing*
State of Hawaii Department of
Transportation
State of Hawaii Dept of Trans Honolulu Intl
The Sabre Group Inc*
Travelport LP C O Bank of America
Lockbox
TSD Massachusetts Business Trust
United Road Logistics
Wayne County
Wells Fargo Bank NA*
Western Conf of Teamsters Pension Trust

# SCHEDULE 1(k)
## Significant Contract/Lease Counterparties to the Debtors

AAA
Amadeus IT Group SA*
American Express*
American Tire Distributions-ATD
Applied Invention LLC
Archimedes LLC
AT&T*
Businessolver.Com Inc
C3/CustomerContactChannels Inc
Cass Information Systems Inc*
COMDATA*
Crossmedia Inc
Dealer Dot Com
Deloitte Consulting LLP
Dent Wizard International Corp
EDS Service Solutions LLC
Ernst And Young LLP
Fred Beans Parts
Frontline Technology Solutions*
GCA Services Group
Granite Telecommunications, LLC
IBM Corporation*
Imperial Supplies Holdings Inc
Infor (US) Inc*
IPC USA, Inc

Kairos Technologies Inc
Lane Valente
Lyft Inc*
MAACO Franchising Corporate LLC
Managed Labor Solutions LLC
Manheim Credit And Collections
Microsoft Corporation*
Mulesoft Inc
National Carwash Solutions Inc
Optiv Security Inc
Optumrx Inc
Oracle America Inc*
Pep Boys
PricewaterhouseCoopers LLP
Pros Revenue Management
RR Donnelley*
Safelite Fulfillment Inc
Salesforce Com Inc*
Sirius XM Radio Inc*
Southwest Airlines Co*
The Sabre Group Inc*
Truman Arnold Companies
TSD Massachusetts Business Trust
Verge Information Technologies Inc
VXI Global Solutions LLC

# SCHEDULE 1(l)
## Significant Customers of the Debtors

ABB Inc*
Accenture
ALU Nokia
Amgen Incorporated*
AT&T Services Inc*
Bank of America*
BASF Corporation*
Berkshire Hathaway*
Boston Scientific Corporation*
BP p.l.c.*
Cigna Corporate Services LLC*
Cisco Systems Inc*
Coca Cola Co The*
Cummins*
Deere & Co*
Deloitte Services LP
Delta Air Lines*
Eaton Corp*
EC Purchasing (ECP)
Ernst & Young LLP
FedEx Corporation*
General Electric Company*
IBM Corporation*
Intel Corporation*
IQVIA*
J.P. Morgan Chase*
Jacobs Collision Center
KPMG LLP
L3Harris Technologies Inc*
Marriott International*
McKesson*
McKinsey & Co Inc US
National Football League
NBC Universal Media
Oracle Corp*
Pfizer Inc*
Philips Health Tech North Amer
Premier Purchasing Partners
PriceWaterhouseCoopers (PWC)
Robert Bosch Corp*
Rockwell Automation*
SAP America Inc.*

Siemens Corp North America*
Sodexo Operations LLC*
Thermo Fisher Scientific*
TPG Global LLC*
United Airlines Inc*
United Healthcare Services Inc
University of California
Wells Fargo Bank NA*

# SCHEDULE 1(m)
## Significant Taxing Authorities

Bay Area Air Quality Mgmt Dsct
California Department of Tax And Fee Administration
City of Anaheima
City of Boston
City of Colorado Springs
City of Fremont Revenue Division
City of Kansas City Missouri
City of Los Angeles
City of Newark
City of Newport
City of North Miami Beach
City of Pueblo
City of San Jose
City of Santa Barbara
City of Warr Acres
Clark County Nv
Commonwealth of Virginia Department of State Police
County Director of Finance
Deloitte Tax LLP
Department of Licensing
Department of Toxic Substances Control
eCollect PA LLC
Fairfax County Circuit Court
General Service Administration
Georgia Department of Revenue

Gwinnett County*
Harris Galveston Subsidence District
Harrison And Duncan Pllc
Hawaii State Tax Collector
Illinois Secretary of State
Jefferson Parish Fire Dept
Joseph Lopinto III
Kuwait Ministry of Finance
Minister Of Finance - Bc
Minister Of Finance Bc
Nevada Department Of Motor Vehicles
New Jersey Motor Vehicle Commission
PCAOB
Rhode Island Interactive LLC
Secretario De Hacienda
Secretary of State Supply Distribution
South Coast AQMD
State of Alabama Office of State Treasurer
State of Idaho
State of Kentucky Treasurer
State Of Rhode Island And Providence Plantations
Town of Leesburg
Treasurer City of Pittsburgh
Treasurer State Of New Jersey Dept of The Treasury
Village of North Palm Beach

# SCHEDULE 1(n)
## Significant Insurers

ACE American Insurance Company
ACE American Insurance Company
ACE Fire Underwriters Insurance Company
ACE Property and Casualty Insurance
Company
AIG Europe S.A.
AIG Europe S.A. Sucursal En España
AIG Europe S.A., Netherlands Branch
AIG, Foreign Casualty*
Allianz Global Risks US Insurance
Company*
Allied World National Assurance Company
American Guarantee and Liability Insurance
Company
American International Group UK Limited
(AIG)*
Arch Insurance Company
Argonaut Insurance Company
Ascot Reinsurance Company Limited
AXIS Insurance Company
Beazley Insurance Company, Inc.
Berkley Professional Liability
Berkshire Hathaway Specialty Insurance
Chubb Insurance Company of Canada*
Continental Casualty Company
Cooperativa de Seguros Multiples
Cooperativa de Seguros Múltiples
Cooperativa De Seguros Multiples De PR
Endurance Assurance Corporation
Everest National Insurance Company
Freedom Specialty Insurance Company
Great American Insurance Company
Great American Spirit Ins. Company
Guardian Insurance Company
Hartford*
Hiscox Insurance Company Inc.*
Homesite Insurance Company
Illinois National Insurance Company
Indemnity Insurance Company Of North
America
Indian Harbor Insurance Company
ING*
Ironshore Indemnity Inc.
Liberty Mutual Property*

Lloyd's of London
Markel American Insurance Company*
Mutua de Seguros y Reaseguros
National Union Fire Insurance Company of
Pittsburgh, Pa.
National Union Fire Insurance Company of
Pittsburgh, Pa.
Navigators Specialty Insurance Company -
Non-Admitted
Old Republic Insurance Company*
Philadelphia
Probus Insurance Company Europe DAC
Probus Insurance Company Europe DAC /
FIATC
Probus Insurance Company Europe DAC /
Reale Mutua
RLI Insurance Company*
Starr Indemnity & Liability Company
State National Insurance Company, Inc.*
Travelers Casualty and Surety Company of
America*
U.S. Specialty*
United States Aircraft Insurance Group
XL Bermuda Ltd
XL Specialty Insurance Company
Zurich American Insurance Company*

# SCHEDULE 1(o)
## Significant Ordinary Course Professionals

Altus Business License LLC*
Anybill (Paypool)
Baker McKenzie
Deloitte LLP
Ernst and Young LLP
IMS ExpertServices
Allen Matkins
Mayer Brown
Herbert Beigel
Seyfarth Shaw
Ballard, Spahr - PA
Jenner & Block LLP
KPMG LLP
McCarthy Tetrault
Phelps Dunbar, LLP
McGuireWoods
Nixon Peabody LLP
Mike Cox Law Firm
Thompson Reuters
Dechert LLP
Orrick Herrington
PricewaterhouseCoopers (PWC)
Weil Gotshal
Winston & Strawn LLP

## SCHEDULE 1(p)
### Adversaries in Certain Material Litigation

Pedro Ramirez Jr. (individually and on behalf of himself and all others similarly situated)
Sheet Metal Workers Local Union 80 Pension Trust Fund
Westchester Teamsters Pension Fund
Jane Purnell
Mike Frissora
Elyse Douglas
John Jeffery Zimmerman
Scott Sider

## SCHEDULE 1(q)
### Debtors' Restructuring Professionals

FTI Consulting*
Kekst and Company
Deloitte LLP
Moelis & Company*
Prime Clerk
Richards Layton & Finger
White & Case

## SCHEDULE 1(r)
### U.S. Trustee, Judges, and Court Contacts for the District of Delaware

Chief Judge Christopher S. Sontchi
Judge John T. Dorsey
Judge Karen B. Owens
Judge Brendan L. Shannon
Judge Laurie Selber Silverstein
Judge Mary F. Walrath
Judge Ashely M. Chan
Cacia Batts
Catherine Farrell
Cheryl Szymanski
Claire Brady
Danielle Gadson
Jill Walker
Karen Strupczewski
Laura Haney Laurie Capp
Lora Johnson
Marquietta Lopez
Rachel Bello
Rachel Werkheiser
Robert Cavello
Sherry Scaruzzi
Una O'Boyle
Andrew R. Vara
T. Patrick Tinker
David Buchbinder
Linda Casey
Timothy J. Fox, Jr.
Benjamin Hackman
Jane Leamy
Hannah M. McCollum
Linda Richenderfer
Juliet Sarkessian
Richard Schepacarter
Rosa Sierra
Holly Dice
Jeffrey Heck
James R. O'Malley
Michael Panacio
Karen Starr

# SCHEDULE 1(s)
## Committee Members

American Automobile Association, Inc.
Emma Bradley
Janice Dawson
International Brotherhood of Teamsters
Pension Benefit Guaranty Corp.
Sirius XM Radio, Inc.*
Southwest Airlines Co.*
U.S. Bank*
Wells Fargo Bank*

## SCHEDULE 1(t)
### Ad Hoc Group Members

683 Capital Management
Aegon Asset Management
Aegon USA Investment Management, LLC
AIG Asset Management (U.S.), LLC
Alliance Bernstein*
Bank of America*
Barings LLC*
Capital Research and Management
Company
Columbia Management Investment
Advisers, LLC
D.E. Shaw Galvanic Portfolios, L.L.C.
Fir Tree Partners
Fort Washington Investment Advisors, Inc.
Invesco*
JP Morgan Asset Management*
Nomura Corporate Research and Asset
Management Inc.*
One William Street Capital Management,
L.P.
The Northwestern Mutual Life Insurance
Company
TD Asset Management*
Zinnia Perch, L.L.C
Jason Dawson
Wendellyn Moore
Bamidele Aiyekusibe
Mark Graham
Keith Fricke
Peter Lee
S. Sharma
La Tache Snell-Jones
Emma Bradley
Polat Kemal
Arlean Green
Hannah Ayoub
Nicole Stevens
Shontrell Higgs
Julius Burnside
Magalie Sterlin
Arthur Stepanyan
Howard Junious
Laketa Collins

Michelle Johnson
Brian Steinberg
Antwone Person
Michael Koss
Amanda Koss
Cheryl Young
Stephanie Keene
James Keene
Barbara Fernandez
Thomas John Channell
Michael Channell
Jessica Gurumendi
Roula Vangelis
Brent Williams
Nancy Cullen Smits
Ryan Smits
Henry B. Essick III
Jeffrey Bower
William Hawkins
Paul Alexander
Azaliyah Sanata
Jennifer Kennedy
Rondarius Holmes
Sharon Hopkins
Natashia Moore
Tyese Golden
Alisha Vinson
LaQuisha Freeman
Zariah Jackson
Joseph Miles
Dionne Woodson
Rose Epps
Tiffany Griffith
John Pearson
Zavier Thorton
Melissa Rochester
Anthony Rochester
Aliyah Rochester
Daniel Domini
Marcquise Farrell
George Cooper
Sheri Martine
Adrian Salazar

William McGovern
Claudio Rodriguez
Beth Grunfeld
Julie Goettl
Rose Mallery
Fred Goettl
Clara Gamazo
Roberto Cruz
Cameron Letch
Sharod King
Ana Reyes
Carolina Senior
Carlos Osuna
Max Osuna
Kathleen Rios
Nelson Soto Roman
Antonio Gamazo
Anika Porter
Leonard Pittman, II
Kennai Swinton
Latae Ward
Donovan Fletcher
Carolyn Simmons
Willie Henderson
Theodore Henderson
Timothy Clark
Cynthia Farley
Zena Johnson
Gregory Griffin
Marsha Gaughan
Annie Durrah
Latisha Daise
Gloria Calderon
Alfreda Lincoln
Ebony Hollimon
Kevin Klava
Gretchen Henkel
Moira Henkel
Eddie Young
John Crum
Kimberly Kelly
Laura Watkins
Bailey Watkins
Gloria Weltzbarker
John Steven Ward Piercey
De"Shany Benn

Sondra Crum
Gary Turner
Stephanie Denny
Deidra Ford
Christopher Rice
Kelvin Howard
Ferdinand D'Orville
Alice Townsend
Cynthia Johnson
Ryan Phillips
Carl Johnson
David Mower
Wyndell Penson
Integrative Physical Medicine Winter Haven a/a/o Syed Abu Nahid, MD
CFI a/a/o Syed Abu Nahid, MD
Kayth Sanchez
Akeem Glasgow
Jackie Berry
Victoria Majors
Kevin Davidson
Yvonne Stafort
Full Spine a/a/o Reginald Williams
Candace Hope
Jeniffer Lumpkins
Jay La Forest
Rimma Bergeron-Langlois
Laurie L. Nelson
Declan Clarke
Patrick J. Callanan
Jacqueline Yasurek
Victor Baez
Deborah Baez
Kip Jefferys
Christopher Smith
Florida Injury a/a/o Earl James
Kefah Khalaf
Wendy Bowes
Maria Martinez
Zoemarie Pastrana
Thomas Mcilree
Francis Ujlaki
Lana Ribeiro
Cintya Concha
Shyrel Green
Chen Chen

Kaylee Tanner
Rachel Ornstein
Health & Spine Medical Center a/a/o Diana Gutierrez
Tonya Stewart
Sean Grimm
Marianne Falasco
Wayne Larkin
Kenneth Henderson
Angela Henderson
Margarita Hernandez
Michael Anthony Cruz
Javaree Latimer
Lisa Catarina Fontes
Giovanni Irene
Darrell Agrella
Henry Villalobos
Joinel Cherival
Chiropractic Health Clinic a/a/o Carole Bess
Clarence Wheeler
Susan Trowbridge
Alexandrea Moore
Charisse Salmon
Dwight Swasey
Access Injury a/a/o Alfredo Rivera
Quentin Nichols
Zelda M. Johnson
Rosa Garcia de Gonzalez
Abderrahim Guzrou
Tori Polk
Madeline Rodriguez
Spine & Brain Neuro a/a/o Loretta Gilberry
David Hobby
Amber Bertrand
Franco Fusi
Jalen Bertrand
Carrie Pyles
Martha Moreira-Ferrell
Candace Montie
Jeff Ferrell
Bermann Desir
Chion Sen Fung Ramos
Vincent Galioto
First Health Chiro a/a/o Bruno Andolcetti
Jonathan Newman
Joseph Robinson

Christopher O'Neil
Shirley Mazza
James Mazza
Brett Richter
Davielle Stewart
Tony Thomas
Pamela Lucas
Jeff Brower
Alicia King
Brandon Bollenbach
Diane M. Ocasio Hernandez
Amy Boschen
Warren Boschen
Charles Paoli
Integrative Physical Medicine Winter Haven a/a/o Sandra Rubel
Joshua Streeter
Marcia Bryant
Integrative Physical Medicine Winter Haven a/a/o Jacquesta Jennings
Anthony Pereira
Yomaris Estrella Silverio
Mark Wallace
OneCare a/a/o Krystal Pendleton
OneCare a/a/o Krimsyn Valverde
Demi Herrera
Jennifer Davis
Charles Dunn
Sasheika Phillips
Daigran Bonner
Cynthia Clark
Cheryl Glazar
Martha Mejia
Rina Elias
Tracey Johnson
Darryl Dayson
Javonte Carter
Dionicio Cruz
Marjorie Mardy
Julia Nerstheimer
Sally Boerschel
Sabino Rivera
Adelina Colon
Erma Quick
SF Chiropractic Rehab Center, Inc. a/a/o Ae Kyoung Kim

Robert White
Marquise Worlds
James Adams
Miguel De La Cruz
Lisa De La Cruz
Ruben Martnes
Marygrace Campbell
Patricia Williams
William Schutt
James Pantages
Scott Sands
Dylan Sands
Robert McGrath
JoAnn Snider
Thomas Snider
Carline Louisjeune
Alexander Reviczky
Sabrina Dill
Louvena Cromartie
Barbara Muratore
Anthony Wilbanks
Augustine Helsel
Daniel Mora
Michael Clark
Jennifer Eno-Clark
Shantell Ford
Javoris Ford
JoAnn Nance
Anthony Fuentes
William Vansickle
Raheem Mobley
April Austin
Akia Greaux
Moheb Heinen
Theodore Kruger
Tania Alvarado Chavez
Fred Baird
Timothy Carney
Lemuel Martinez
Terrence O'Hora
Julia Cejas Perez
Jared Lantzman
Catherine Bradis
Catina Smith
Johnny Simon
Sharmaine Browne-Daniel

Lucy Cena
Jean Nalepa
John Haney, Jr.
Emelda Watkins
Andrew Brookes