IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE HERTZ CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-11218 (MFW)<br><br>(Jointly Administered)<br><br>Hearing Date: August 12, 2020, at 10:30 a.m. (ET)<br>Obj. Deadline: August 5, 2020, at 4:00 p.m. (ET) |

**NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE HERTZ CORPORATION, ET AL., FOR ENTRY OF AN ORDER (I) AUTHORIZING EMPLOYMENT AND RETENTION OF UBS SECURITIES LLC AS INVESTMENT BANKER NUNC PRO TUNC TO JUNE 17, 2020 AND (II) WAIVING COMPLIANCE WITH CERTAIN REQUIREMENTS OF LOCAL RULE 2016-2**

**PLEASE TAKE NOTICE** that on July 22, 2020, the Official Committee of Unsecured Creditors (the "**Committee**"), appointed in the above-captioned chapter 11 cases of the above-captioned debtors (collectively, the "**Debtors**"), filed the *Application of the Official Committee of Unsecured Creditors of the Hertz Corporation, et al., for Entry of an Order (I) Authorizing Employment and Retention of UBS Securities LLC as Investment Banker Nunc Pro Tunc to June 17, 2020 and (II) Waiving Compliance with Certain Requirements of Local Rule 2016-2* (the "**Application**") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Court**"). A copy of the Application is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Application must be in writing and filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor,

---

[1] The last four digits of The Hertz Corporation's tax identification number are 8568. The location of the debtors' service address is 8501 Williams Road, Estero, FL 33928. Due to the large number of debtors in these chapter 11 cases, for which joint administration for procedural purposes has been approved, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at https://restructuring.primeclerk.com/hertz.

Wilmington, Delaware 19801, and served upon the undersigned, so as to be received on or before **4:00 p.m., prevailing Eastern Time, on August 5, 2020.**

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT IF AN OBJECTION IS PROPERLY FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, A HEARING WILL BE HELD ON **AUGUST 12, 2020, AT 10:30 A.M. PREVAILING EASTERN TIME,** BEFORE THE HONORABLE MARY F. WALRATH, UNITED STATES BANKRUPTCY JUDGE FOR THE DISTRICT OF DELAWARE.  ONLY OBJECTIONS MADE IN WRITING AND TIMELY FILED WILL BE CONSIDERED BY THE BANKRUPTCY COURT AT SUCH HEARING.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: July 22, 2020<br>Wilmington, Delaware | BENESCH, FRIEDLANDER, COPLAN<br>   & ARONOFF LLP |

*/s/ Jennifer R. Hoover*
Jennifer R. Hoover (No. 5111)
Kevin M. Capuzzi (No. 5462)
John C. Gentile (No. 6159)
1313 North Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: jhoover@beneschlaw.com
      kcapuzzi@beneschlaw.com
      jgentile@beneschlaw.com

-and-

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer (admitted *pro hac vice*)
Amy Caton (admitted *pro hac vice*)
Daniel M. Eggermann (admitted *pro hac vice*)
Alice J. Byowitz (admitted *pro hac vice*)
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
Email: tmayer@kramerlevin.com
      acaton@kramerlevin.com
      deggermann@kramerlevin.com
      abyowitz@kramerlevin.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*