# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| The Hertz Corporation, *et al.*,[1] | Case No. 20-11218 (MFW) |
| Debtors. | (Jointly Administered) |

## DECLARATION OF DISINTERESTEDNESS OF SOLOMON AND SOLOMON PC PURSUANT TO THE ORDER AUTHORIZING THE DEBTORS TO EMPLOY PROFESSIONALS <u>USED IN THE ORDINARY COURSE OF BUSINESS</u>

I, Julie B. Solomon, declare under penalty of perjury:

1. I am the President of Solomon and Solomon PC (the "**Firm**"), which maintains offices at 1 Columbia Circle Albany NY 12203.

2. This Declaration is submitted in connection with an order of the United States Bankruptcy Court for the District of Delaware, entered on June 24, 2020 [D.I.547] (the "**Order**"), authorizing The Hertz Corporation and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**") to retain certain professionals in the ordinary course of business ("**Ordinary Course Professionals**") during the pendency of the Debtors' above-referenced chapter 11 cases (the "**Chapter 11 Cases**").

3. The Debtors have requested that the Firm provide debt collection and litigation to the Debtors during the course of these Chapter 11 Cases, and the Firm has agreed.

---

[1] The last four digits of The Hertz Corporation's tax identification number are 8568. The location of the debtors' service address is 8501 Williams Road, Estero, FL 33928. Due to the large number of debtors in these chapter 11 cases, for which joint administration for procedural purposes has been requested, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at https://restructuring.primeclerk.com/hertz.

4. Prior to May 22, 2020 (the "**Petition Date**"), when the Debtors filed the petitions that initiated the Chapter 11 Cases, the Firm did represent and advise the Debtors as to debt collection.

5. The Firm, through me and other attorneys of the Firm, has provided and/or plans to provide the following services to the Debtors from and after the Petition Date: Debt Collection and Litigation to recover monies due the Debtors under rental agreements.

6. The Firm's current customary rates, subject to change from time to time, range from 18% to 33.33% of sums collected. In the normal course of its business, the Firm revises its regular rates on 2nd of January each year and requests that, effective January 2nd, 2021, the aforementioned rates be revised which will be in effect at that time.

7. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c) and other applicable law.

8. The Debtors owe the Firm approximately $27,514.00 for prepetition services rendered, the payment of which is subject to limitations contained in the Bankruptcy Code.

9. The Firm holds a retainer in the amount of $0 that will only be applied to services performed by the Firm on behalf of the Debtors after the Petition Date.

10. As of the Petition Date, the Firm was not party to an agreement for indemnification with certain of the Debtors. Neither I or the Firm thereof, has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

11. To the best of my knowledge, information, and belief, formed after due inquiry, neither I nor the Firm thereof, has any connection with the Debtors or currently

represents any of their creditors, other parties in interest, the United States Trustee, or any person employed by the United States Trustee with respect to the matters upon which it is to be engaged, and the Firm does not, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, hold or represent any interest adverse to the Debtors, their estates, or any class of creditors or equity security holders.

12. The Firm may, now or in the future, provide services to certain creditors of the Debtors or other parties in matters unrelated to the Debtors, but in this regard, the Firm's work for these clients will not include the provision of services on any matters relating to these Chapter 11 Cases.

13. Neither I nor any professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

14. If, at any time during the period of its employment, the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: July 22, 2020

Julie B. Solomon

Digitally signed by: Julie B. Solomon
DN: CN = Julie B. Solomon email = jsolomon@solomonpc.com C = US O = Solomon and Solomon PC
Date: 2020.07.22 08:14:13 -05'00'

3