# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>The Hertz Corporation, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-11218<br><br>(Jointly Administered)<br><br>**Re: Docket No. 1107 & 1108** |

**ORDER GRANTING MOTION TO SHORTEN NOTICE PERIOD
WITH RESPECT TO DEBTORS' MOTION FOR AN ORDER, PURSUANT TO
SECTIONS 363 AND 105 OF THE BANKRUPTCY CODE (I) APPROVING AND
AUTHORIZING COMPLETION OF THE SALE CONTEMPLATED IN THE
PREPETITION SALE AGREEMENT FOR THE SALE OF CERTAIN REAL
PROPERTY; AND (II) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "**Motion to Shorten**")[2] of the Debtors for entry of an order (this "**Order**") pursuant to pursuant to sections 105(a) and 6007(a) of the Bankruptcy Code, Bankruptcy Rule 9006, and Local Rules 9006-1(c) and (e) (i) shortening notice on the Sale Motion, (ii) setting the Sale Motion to be heard before the United States Bankruptcy Court for the District of Delaware (the "**Court**") at the omnibus hearing scheduled for September 9, 2020 at 10:30 a.m. (prevailing Eastern Time) (the "**Hearing**"), (iii) setting the deadline to file objections, if any, to the Sale Motion as September 3, 2020 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**"), and (iv) granting such other and further relief as the Court deems just and proper; and the Court having found that it has jurisdiction to consider the Motion to Shorten and

---

[1] The last four digits of The Hertz Corporation's tax identification number are 8568. The location of the debtors' service address is 8501 Williams Road, Estero, FL 33928. Due to the large number of debtors in these chapter 11 cases, which are jointly administered for procedural purposes, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at https://restructuring.primeclerk.com/hertz.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten.

RLF1 23896315v.1

the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012 (Sleet, C.J.); and consideration of the Motion to Shorten and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due, sufficient, and proper notice of the Motion to Shorten having been provided under the circumstances and in accordance with the Bankruptcy Rules and the Local Rules, and it appearing that no other or further notice need be provided; and the Court having found cause for the relief requested in the Motion to Shorten pursuant to Local Rule 9006-1(e); and the Court having found and determined that the relief sought in the Motion to Shorten is in the best interests of the Debtors, their estates, their creditors, their stakeholders, and all other parties-in-interest, and that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED as set forth herein.

2. The Sale Motion will be considered at the hearing scheduled before the Court on September 9, 2020 at 10:30 a.m. (prevailing Eastern Time).

3. Responses and objections, if any, to the Sale Motion shall be filed by September 3, 2020 at 4:00 p.m. (prevailing Eastern Time).

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: August 21st, 2020**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

RLF1 23896315v.1