# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>The Hertz Corporation, *et al.*,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-11218 (MFW)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 1123** |

## ORDER APPROVING STIPULATION REGARDING ABARCA MOTION TO LIFT AUTOMATIC STAY

The Court having considered the Stipulation Regarding Abarca Motion to Lift Automatic Stay, a copy of which is attached hereto as Exhibit 1 (the "Stipulation"), and the Court having determined that good cause exists for approval of the Stipulation,

IT IS HEREBY ORDERED that:

1. The Stipulation is approved in its entirety.

2. This Court retains jurisdiction over any and all matters arising from or related to the implementation or interpretation of the Stipulation or this Order.

**Dated: September 24th, 2020**
**Wilmington, Delaware**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**MARY F. WALRATH**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES BANKRUPTCY JUDGE**

RLF1 24039701v.1