# Court Conference

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Mary F. Walrath

Calendar Date: 12/16/2020
Calendar Time: 10:30 AM ET

#4

Amended Calendar Dec 16 2020 7:42AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | The Hertz Corporation | 20-11218 | Hearing | 11008487 | Derek C. Abbott | (302) 658-9200 ext. | Morris, Nichols, Arsht & Tunnell, LLP | Interested Party, Barclays Bank PLC / LIVE |
| | | The Hertz Corporation | 20-11218 | Hearing | 11005210 | Justin Alberto | (302) 651-2006 ext. | Cole Schotz P.C. | Interested Party, Cole Schotz P.C. / LIVE |
| | | The Hertz Corporation | 20-11218 | Hearing | 11005798 | Elihu E. Allinson | (302) 428-8191 ext. | Sullivan Hazeltine Allinson, LLC | Creditor, Rojas and Ortiz / LIVE |
| | | The Hertz Corporation | 20-11218 | Hearing | 10835771 | Upton Au | (302) 981-2022 ext. 3742 | Arnold & Porter Kaye Scholer LLP | Interested Party, Ad Hoc Group of Term Loan Lenders / LISTEN ONLY |
| | | The Hertz Corporation | 20-11218 | Hearing | 10997284 | Rose Bagley | (212) 715-9511 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Offical Committee of Unsecured Creditors / LISTEN ONLY |
| | | The Hertz Corporation | 20-11218 | Hearing | 11004942 | Nicholas Baker | (212) 455-2032 ext. | Simpson Thacher & Bartlett LLP | Third Party, JP Morgan / LISTEN ONLY |
| | | The Hertz Corporation | 20-11218 | Hearing | 10958038 | Natan Bane | (212) 225-2081 ext. | Cleary Gottlieb Steen & Hamilton LLP | Interested Party, Cleary Gottlieb / LISTEN ONLY |
| | | The Hertz Corporation | 20-11218 | Hearing | 10997377 | Tony Baratta | (212) 841-3000 ext. | BNP Paribas | Representing, BNP Paribas / LISTEN ONLY |
| | | The Hertz Corporation | 20-11218 | Hearing | 10842408 | Lucas Barrett | (212) 836-8650 ext. 3742 | Arnold & Porter Kaye Scholer LLP | Interested Party, Ad Hoc Group of Term Loan Lenders / LISTEN ONLY |
| | | The Hertz Corporation | 20-11218 | Hearing | 11008728 | Steven Bierman | (212) 839-5300 ext. | Sidley Austin LLP | Representing, Freedom Acquirer LLC / LIVE |
| | | The Hertz Corporation | 20-11218 | Hearing | 11004607 | Mark D. Bloom | (305) 789-8900 ext. | Baker & McKenzie LLP | Interested Party, Baker & McKenzie / LISTEN ONLY |
| | | The Hertz Corporation | 20-11218 | Hearing | 11007678 | Matthew C. Brown | (305) 995-5250 ext. | White & Case LLP | Debtor, The Hertz Corporation / LIVE |
| | | The Hertz Corporation | 20-11218 | Hearing | 11004287 | Beth Brownstein | (212) 457-5415 ext. | Arent Fox LLP | Creditor, BOKF, N.A. / LIVE |
| | | The Hertz Corporation | 20-11218 | Hearing | 11001830 | Alice Byowitz | (212) 715-9100 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

| Case | Type | Case Name | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| 20-11218 | Hearing | The Hertz Corporation | 10798689 | Kevin M. Capuzzi | (302) 442-7063 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Interested Party, Official Committee of Unsecured Creditors / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 11008821 | Adam Chud | (302) 571-6600 ext. | BNP Paridas | Interested Party, Adam Chud / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 10997471 | Dabin Chung | (212) 506-2500 ext. | Mayer Brown LLP | Interested Party, Barclay's Bank PLC / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 11008155 | Mark D. Collins | (302) 651-7531 ext. | Richards, Layton & Finger, P.A. | Debtor, The Hertz Corporation / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 11007692 | Aaron E. Colodny | (213) 620-7706 ext. | White & Case LLP | Debtor, The Hertz Corporation / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 11007470 | Danielle Corn | (212) 506-2500 ext. | Mayer Brown LLP | Representing, Barclays Bank PLC / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 10835762 | Sean Corrado | (212) 836-8650 ext. 3742 | Arnold & Porter Kaye Scholer LLP | Interested Party, Ad Hoc Group of Term Loan Lenders / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 11006941 | William E. Curtin | (212) 839-6745 ext. | Sidley Austin LLP | Representing, Freedom Acquirer LLC / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 11008190 | Christopher M De Lillo | (302) 651-7687 ext. | Richards, Layton & Finger, P.A. | Debtor, The Hertz Corporation / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 11007079 | Kenneth Deneau | (646) 445-6534 ext. | Kenneth Deneau | Creditor, Aurelius Capital / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 11009719 | William Derrough | (212) 883-3830 ext. | Moelis & Company | Debtor, The Hertz Corporation / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 11008110 | Jason DiBattista | (212) 205-8553 ext. | LevFin Insights | Interested Party, LevFin Insights / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 11006114 | Malak S. Doss | (302) 571-6706 ext. | Young, Conaway Stargatt & Taylor, LLP | Interested Party, Ad Hoc Noteholder Group / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 11007379 | Kevin M. Eckhardt | (646) 862-6386 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 11008745 | Christopher Edson | (212) 822-0464 ext. | Apollo Global Management, LLC | Representing, Freedom Acquirer LLC / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 10879405 | Andrew J Entwistle | (512) 710-5960 ext. | Entwistle & Cappucci LLP | Creditor, Gabelli and Company / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 11001768 | Maja Z. Fink | (212) 836-7131 ext. 3742 | Arnold & Porter Kaye Scholer LLP | Representing, Ad Hoc Group of Term Loan Lenders / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 11004074 | M. David Galainena | (239) 301-7600 ext. | The Hertz Corporation | Debtor, The Hertz Corporation / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 11006410 | Blake A Gansborg | (303) 583-9900 ext. | Nelson Mullins Riley & Scarborough LLP | Interested Party, FCA U.S. LLC / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| The Hertz Corporation | 20-11218 | Hearing | 10835813 | Bradley Geer | (612) 215-2249 ext. | Houlihan Lokey | Interested Party, Ad Hoc Group of Term Loan Lenders / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10920011 | Peta Gordon | (212) 836-7817 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, Ad Hoc Group of Term Loan Lenders / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11007685 | Ronald Gorsich | (213) 620-7769 ext. | White & Case LLP | Debtor, The Hertz Corporation / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11005397 | Eric Grey | (201) 600-5512 ext. | Eric Grey | Other Prof., Self – financial analyst / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 11001832 | Natan Hamerman | (212) 715-7756 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Offical Committee / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11008573 | Christopher Harris | (212) 906-1880 ext. | Latham & Watkins LLP | Interested Party, Barclays Bank, PLC / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 10835752 | Daniel J. Hartnett | (312) 583-2380 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, Ad Hoc Group of Term Loan Lenders / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 11009593 | Shafaq Hasan | (212) 839-5300 ext. | Sidley Austin LLP | Interested Party, Freedom Acquirer LLC / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 11008177 | Brett M. Haywood | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Debtor, The Hertz Corporation / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11005961 | Mark F. Hebbeln | (213) 972-4500 ext. | Foley & Lardner LLP | Trustee, Wells Fargo Bank / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11008069 | Samuel Hershey | (914) 582-1628 ext. | White & Case LLP | Debtor, The Hertz Corporation / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 10911846 | Jennifer Hoover | (302) 442-7006 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Interested Party, Committee of unsecured creditors / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 10978423 | Vladimir Jelisavcic | (212) 259-4305 ext. | Cherokee Debt Acquisition | Interested Party, Vladimir Jelisavcic / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10842894 | William M. Jones | (917) 286-5918 ext. | Apollo Global Management, LLC | Interested Party, Ad Hoc Group of Term Loan Lenders / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 11008470 | Jonathan Kaye | (212) 883-3540 ext. | Moelis & Company | Debtor, The Hertz Corporation / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11004587 | Paul J. Keenan, Jr. | (305) 789-8976 ext. | Baker & McKenzie LLP | Interested Party, Baker & McKenzie / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 11004280 | Brya M. Keilson | (302) 888-6959 ext. | Morris James LLP | Creditor, BOKF, N.A. / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 10997469 | Amy Kirschner | (212) 841-3000 ext. | BNP Paribas | Representing, BNP Paribas / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 11008170 | John Knight | (302) 651-7886 ext. | Richards, Layton & Finger, P.A. | Debtor, The Hertz Corporation / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| The Hertz Corporation | 20-11218 | Hearing | 10842875 | Christopher Lahoud | Apollo Global Management, LLC | (212) 515-3200 ext. | Interested Party, Ad Hoc Group of Term Loan Lenders / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 11007698 | Laurent Lantonnois | White & Case LLP | (212) 819-8200 ext. | Debtor, The Hertz Corporation / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11007652 | Thomas Lauria | White & Case LLP | (212) 819-8200 ext. | Debtor, The Hertz Corporation / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11004567 | Soogy Lee | Simpson Thacher & Bartlett LLP | (212) 455-2763 ext. | Third Party, JP Morgan Chase Bank / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10997379 | Michael Lefkowitz | BNP Paribas | (212) 841-3000 ext. | Representing, BNP Paribas / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 11009420 | Andrew Lerner | Paul Weiss Rifkin Wharton & Garrison LLP | (212) 373-3360 ext. | Interested Party, Andrew Lerner / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10775349 | Michael G. Linn | Farallon Capital Management | (415) 421-2132 ext. | Interested Party, we are representing ourselves / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10796632 | Brian J. Lohan | Arnold & Porter Kaye Scholer LLP | (312) 583-2403 ext. | Interested Party, Ad Hoc Group of Term Loan Lenders / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11008111 | Andrew Mackintosh | White & Case LLP | (213) 620-7812 ext. | Debtor, The Hertz Corporation / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11008987 | John H. Maddock III | McGuireWoods | (804) 775-1178 ext. | Creditor, Bank of America Leasing and Capital LLC / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 11006929 | R. Stephen McNeill | Potter Anderson & Corroon LLP | (302) 984-6171 ext. | Representing, Freedom Acquirer LLC / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 10804493 | Michael Messersmith | Arnold & Porter Kaye Scholer LLP | (312) 583-2374 ext. | Interested Party, Ad Hoc Group of Term Loan Lenders / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11004071 | Livy Mezei | White & Case LLP | (212) 819-8200 ext. | Debtor, The Hertz Corporation / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 11004602 | Jonathan Mitnick | Simpson Thacher & Bartlett LLP | (212) 455-4946 ext. | Third Party, JP Morgan Chase Bank / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 11008528 | Eric Moats | Morris, Nichols, Arsht & Tunnell, LLP | (302) 351-9486 ext. 486 | Interested Party, Barclays Bank, PLC / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 11004414 | Eric J. Monzo | Morris James LLP | (302) 888-5848 ext. | Creditor, BOKF, N.A. / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11005952 | Edmon Morton | Young, Conaway Stargatt & Taylor, LLP | (302) 571-6637 ext. | Interested Party, Ad Hoc Noteholder Group / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11005998 | Joseph M. Mulvihill | Young, Conaway Stargatt & Taylor, LLP | (302) 571-6600 ext. | Interested Party, The Ad Hoc Noteholder Group / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11007096 | Kerri K. Mumford | Landis Rath & Cobb LLP | (302) 467-4414 ext. | Interested Party, Deutsche Bank / LIVE |

| Case | Type | Debtor | ID | Name | Phone | Firm | Role |
|---|---|---|---|---|---|---|---|
| 20-11218 | Hearing | The Hertz Corporation | 11008559 | Brett Neve | (212) 906-4587 ext. | Latham & Watkins LLP | Interested Party, Barclays Bank, PLC / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 11008236 | J. Zachary Noble | (302) 651-7510 ext. | Richards, Layton & Finger, P.A. | Debtor, The Hertz Corporation / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 11005620 | Ryan Olson | (212) 450-3274 ext. | Davis Polk & Wardwell LLP | Interested Party, Deutsche Bank AG / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 11009724 | Sean O'Neal | (212) 225-2773 ext. | Cleary Gottlieb Steen & Hamilton LLP | Creditor, Goldman Sachs / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 10997390 | Jeffrey Orr | (212) 841-3258 ext. | BNP Paribas | Representing, BNP Paribas / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 10835859 | Adam J. Panken | (952) 820-5724 ext. | Houlihan Lokey | Interested Party, Member of The Ad Hoc Group of Term Loan Lenders / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 11005866 | Ann Pille | (312) 207-3870 ext. | Reed Smith LLP | Creditor, Wells Fargo Equipment Finance Company / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 11004759 | Thomas A. Pitta | (212) 238-3148 ext. | Emmet, Marvin & Martin, LLP | Creditor, The Bank of New York Mellon Trust Company / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 10879951 | Joshua Porter | (212) 894-7200 ext. | Entwistle & Capucci LLP | Creditor, Gamco Investors Inc. / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 11004845 | Arik Preis | (212) 872-1000 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, Adhoc Group of 2nd Lein Note Holders / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 11008797 | Gregory Pryor | (212) 819-8389 ext. | White & Case LLP | Debtor, The Hertz Corporation / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 11004558 | Omid Rahnama | (212) 373-3000 ext. | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Apollo / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 11006039 | Jeff Raithel | (310) 689-8310 ext. | Ducera Partners, LLC | Interested Party, Ad Hoc Noteholder Group / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 11008549 | Adam S. Ravin | (212) 906-1614 ext. | Latham & Watkins LLP | Creditor, Barclays Bank, PLC / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 11005880 | Patricia Redmond | (305) 789-3553 ext. | Stearns Weaver Miller Weissler Alhadeff & Siterson, PA | Interested Party, AA Baker Group Ltd. / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 11008382 | Andrew R. Remming | (302) 658-9200 ext. | Morris, Nichols, Arsht & Tunnell, LLP | Interested Party, Barclays Bank PLC / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 11006875 | Linda Richenderfer | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Linda Richenderfer / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 11005892 | David Rosenzweig | (212) 318-3035 ext. | Norton Rose Fulbright US LLP | Creditor, AT&T Corp. / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| The Hertz Corporation | 20-11218 | Hearing | 11006938 | Allison E. Ross Stromberg | (312) 853-0497 ext. | Sidley Austin LLP | Representing, Freedom Acquirer LLC / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11006083 | Erin Ryan | (212) 728-8000 ext. 8638 | Willkie Farr & Gallagher LLP | Interested Party, Ad Hoc Noteholders Group / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 11006924 | Jeremy W. Ryan | (302) 984-6108 ext. | Potter Anderson & Corroon LLP | Representing, Freedom Acquirer LLC / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 10983275 | Mark A. Salzberg | (202) 457-5242 ext. | Squire Patton Boggs (US), LLP | Interested Party, American Traffic Solutions Consolidated, LLC / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 11007620 | Lucas Schneider | (303) 376-8414 ext. | Stinson LLP | Creditor, State Farm Mutual Automobile Insurance Company / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10997482 | Sean T Scott | (312) 701-8310 ext. | Mayer Brown LLP | Interested Party, Barclay's Bank PLC / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 11007664 | J. Christopher Shore | (212) 819-8394 ext. | White & Case LLP | Debtor, The Hertz Corporation / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11004292 | Andrew I Silfen | (212) 484-3903 ext. | Arent Fox LLP | Creditor, BOKF, N.A. / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11009542 | Eric Smith | (303) 825-7000 ext. | Kaplan, Kirsch & Rockwell LLP | Creditor, Airport Consortium (20 Airports) / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10796604 | Michael Solow | (212) 836-7203 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, Ad Hoc Group of Term Loan Lenders / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11006023 | Mark Stancil | (202) 303-1133 ext. | Willkie Farr & Gallagher LLP | Interested Party, Ad Hoc Noteholder Group / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 10796639 | David B. Stratton | (302) 777-6566 ext. | Troutman Pepper LLP | Interested Party, Ad Hoc Group of Term Loan Lenders / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11006009 | Rachel Strickland | (212) 728-8000 ext. | Willkie Farr & Gallagher LLP | Interested Party, The Ad Hoc Noteholder Group / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11008127 | RJ Szuba | (213) 620-7702 ext. | White & Case LLP | Debtor, The Hertz Corporation / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 10835797 | Enoch Tieu | (651) 200-1482 ext. | Houlihan Lokey | Interested Party, The Ad Hoc Group of Term Loan Lenders / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 10835824 | Daniel Tobin | (952) 428-9777 ext. | Houlihan Lokey | Interested Party, The Ad Hoc Noteholder Group / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11004295 | Jackson Toof | (202) 828-3472 ext. | Arent Fox LLP | Interested Party, Ad Hoc Group of Term Loan Lenders / LISTEN ONLY |
| | | | | | | | Creditor, BOKF, N.A. / LIVE |

| Case | Type | ID | Name | Phone | Firm | Party / Role |
|---|---|---|---|---|---|---|
| 20-11218 | Hearing | 10997475 | Brian Trust | (212) 506-2570 ext. | Mayer Brown LLP | Interested Party, Barclay's Bank PLC / LIVE |
| 20-11218 | Hearing | 11007669 | David M. Turetsky | (212) 819-8904 ext. | White & Case LLP | Debtor, The Hertz Corporation / LIVE |
| 20-11218 | Hearing | 11006933 | Dennis Twomey | (312) 853-7438 ext. 00 | Sidley Austin LLP | Representing, Freedom Acquirer LLC / LIVE |
| 20-11218 | Hearing | 11008543 | Suzzanne S. Uhland | (212) 906-4587 ext. | Latham & Watkins LLP | Interested Party, Barclays Bank, PLC / LIVE |
| 20-11218 | Hearing | 11005150 | Margaret Vesper | (302) 252-4432 ext. | Ballard Spahr LLP | Interested Party, Ballard Spahr LLP / LISTEN ONLY |
| 20-11218 | Hearing | 11008085 | Cecelia Walker | (305) 995-5211 ext. | White & Case LLP | Debtor, The Hertz Corporation / LIVE |
| 20-11218 | Hearing | 11008575 | Heather Waller | (312) 876-7678 ext. | Latham & Watkins LLP | Interested Party, Barchlays Bank, PLC / LIVE |
| 20-11218 | Hearing | 11009763 | Jeffrey C. Wisler | (302) 888-6258 ext. | Connolly Gallagher LLP | Creditor, LKQ Corporation / LISTEN ONLY |
| 20-11218 | Hearing | 11008524 | Alexandra Zablocki | (212) 906-1795 ext. | Latham & Watkins LLP | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| 20-11218 | Hearing | 11007687 | Jason N. Zakia | (305) 995-5259 ext. | White & Case LLP | Debtor, The Hertz Corporation / LIVE |
| 20-11218 | Hearing | 10997484 | Richard G. Ziegler | (312) 701-7894 ext. | Mayer Brown LLP | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| 20-11218 | Hearing | 11004823 | Kevin Zuzolo | (212) 872-7471 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, Adhoc Group of 2nd Lein Note Holders / LIVE |
| 20-11218 (20-5084 2) | Hearing | 11007485 | Jessica Goudreault | (603) 793-8309 ext. | Akin Gump Strauss Hauer & Feld LLP | Bankruptcy Counsel, Ad Hoc Second Lien Group / LISTEN ONLY |

The Hertz Corporation (all rows)