**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE HERTZ CORPORATION, *et al.*, | ) | Case No. 20-11218 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

   Pursuant to Local Rule 9010-1 and the certification below, the undersigned counsel moves for the admission *pro hac vice* of Gregory F. Pesce of Kirkland & Ellis LLP to represent the Ad Hoc Group of certain unaffiliated holders of the 4.125 % Senior Notes due October 2021 and the 5.50% Senior Notes due March 2023 in the above-captioned matter.

Dated: December 16, 2020

      */s/ Laura Davis Jones*
      Laura Davis Jones (DE Bar No. 2436)
      Pachulski Stang Ziehl & Jones LLP
      919 North Market Street, 17th Floor, P. O. Box 8705
      Wilmington, DE  19899-8705 (Courier 19801)
      Email: ljones@pszjlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

   Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: December 16, 2020

      */s/ Gregory F. Pesce*
      Gregory F. Pesce, Esquire
      KIRKLAND & ELLIS LLP
      KIRKLAND & ELLIS INTERNATIONAL LLP
      300 North LaSalle Street
      Chicago, Illinois 60654
      Email: gregory.pesce@kirkland.com

## ORDER GRANTING MOTION

   IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: December 16th, 2020
Wilmington, Delaware

        **MARY F. WALRATH**
        **UNITED STATES BANKRUPTCY JUDGE**