# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| The Hertz Corporation, *et al.*,[1] | Case No. 20-11218 (MFW) |
| Debtors. | (Jointly Administered) |

*AMENDED*[2] **NOTICE OF AGENDA FOR TELEPHONIC AND VIDEO HEARING SCHEDULED FOR DECEMBER 28, 2020 AT 3:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE MARY F. WALRATH, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**[3]

---

**THIS HEARING WILL BE HELD TELEPHONICALLY AND BY VIDEO.**

**ALL PARTIES WISHING TO APPEAR MUST DO SO TELEPHONICALLY BY DECEMBER 23, 2020 BY NOON. ONLY THOSE PARTIES THAT WILL BE ADDRESSING THE COURT SHOULD APPEAR BY ZOOM AND COURTCALL.**

**PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**

**TO APPEAR BY VIDEO CONFERENCE,
PARTIES SHOULD USE THE FOLLOWING INFORMATION:
JOIN ZOOMGOV HEARING: https://debuscourts.zoomgov.com/j/1600032411**

**Meeting ID: 160 003 2411; Passcode: 677957**

---

[1] The last four digits of The Hertz Corporation's tax identification number are 8568. The location of the debtors' service address is 8501 Williams Road, Estero, FL 33928. Due to the large number of debtors in these chapter 11 cases, which are jointly administered for procedural purposes, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at https://restructuring.primeclerk.com/hertz.

[2] **Amended items appear in bold.**

[3] All motions and other pleadings referenced herein are available online at the following address: https://restructuring.primeclerk.com/hertz.

RLF1 24521900v.1

**I.     MATTER GOING FORWARD:**

1. Debtors' Supplemental Application for Entry of an Order (i) Authorizing and Approving Amendment to the Retention and Employment of Moelis & Company LLC as Investment Banker to the Debtors and (ii) Granting Related Relief [Docket No. 1955 – filed November 25, 2020]

    Objection/Response Deadline:    December 9, 2020 at 4:00 p.m. (ET); extended by agreement for the Office of the United States Trustee for the District of Delaware to December 11, 2020 at 4:00 p.m. (ET)

    Objections/Responses Received:

    A.   Objection of the United States Trustee to Debtors' Supplemental Application for Entry of an Order (i) Authorizing and Approving an Amendment to the Retention and Employment of Moelis & Company LLC as Investment Banker to the Debtors and (ii) Granting Related Relief [Docket No. 2080 – filed December 11, 2020]

    Related Documents:

    i.   Order (i) Authorizing the Retention and Employment of Moelis & Company LLC as Investment Banker to the Debtors *Nunc Pro Tunc* to the Petition Date and Waiving Certain Information Requirements Pursuant to Local Rule 2016-2, and (ii) Granting Related Relief [Docket No. 856 - entered July 30, 2020]

    ii.  Debtors' Reply in Support of Their Supplemental Application for Entry of an Order (i) Authorizing and Approving an Amendment to the Retention and Employment of Moelis & Company LLC as Investment Banker to the Debtors and (ii) Granting Related Relief [Docket No. 2166 - filed December 18, 2020]

        a.   Debtors' Motion for Leave to File Debtors' Reply in Support of Their Supplemental Application for Entry of an Order (i) Authorizing and Approving an Amendment to the Retention and Employment of Moelis & Company LLC as Investment Banker to the Debtors and (ii) Granting Related Relief [Docket No. 2167 - filed December 18, 2020]

    iii. Re-Notice of Hearing [Docket No. 2210 – filed December 21, 2020]

    iv.  **Declaration of Paul E. Stone in Support of Debtors' Supplemental Application for Entry of an Order (i) Authorizing and Approving an Amendment to the Retention and Employment of Moelis & Company LLC as Investment Banker to the Debtors and (ii) Granting Related Relief [Docket No. 2271 – filed December 23, 2020]**

<u>Witness Information</u>:

i. William Q. Derrough, a Managing Director and Global Co-Head of Recapitalization & Restructuring of Moelis & Company LLC, will be available to testify by video from Brooklyn, NY.

ii. M. David Galainena, Executive Vice President, General Counsel and Secretary of The Hertz Corporation, will be available to testify by video from Estero, FL.

<u>Status</u>: The hearing on this matter will go forward. The Debtors are evaluating witness availability and any such changes will be reflected in an amended agenda.

Dated: December 23, 2020

*/s/ Brett M. Haywood*

| **RICHARDS, LAYTON & FINGER, P.A.** | **WHITE & CASE LLP** |
|---|---|
| Mark D. Collins (No. 2981) | Thomas E Lauria (admitted *pro hac vice*) |
| Robert J. Stearn, Jr. (No. 2915) | Matthew C. Brown (admitted *pro hac vice*) |
| John H. Knight (No. 3848) | 200 South Biscayne Boulevard, Suite 4900 |
| Brett M. Haywood (No. 6166) | Miami, FL 33131 |
| Christopher M. De Lillo (No. 6355) | Telephone: (305) 371-2700 |
| J. Zachary Noble (No. 6689) | tlauria@whitecase.com |
| One Rodney Square | mbrown@whitecase.com |
| 920 N. King Street | |
| Wilmington, DE 19801 | J. Christopher Shore (admitted *pro hac vice*) |
| Telephone: (302) 651-7700 | David M. Turetsky (admitted *pro hac vice*) |
| Facsimile: (302) 651-7701 | Andrea Amulic (admitted *pro hac vice*) |
| collins@rlf.com | 1221 Avenue of the Americas |
| stearn@rlf.com | New York, NY 10020 |
| knight@rlf.com | Telephone: (212) 819-8200 |
| haywood@rlf.com | cshore@whitecase.com |
| delillo@rlf.com | david.turetsky@whitecase.com |
| noble@rlf.com | andrea.amulic@whitecase.com |
| | |
| —and— | Jason N. Zakia (admitted *pro hac vice*) |
| | 111 South Wacker Drive |
| | Chicago, IL 60606 |
| | Telephone: (312) 881-5400 |
| | jzakia@whitecase.com |
| | |
| | Ronald K. Gorsich (admitted *pro hac vice*) |
| | Aaron Colodny (admitted *pro hac vice*) |
| | Andrew Mackintosh (admitted *pro hac vice*) |
| | Doah Kim (admitted *pro hac vice*) |
| | 555 South Flower Street, Suite 2700 |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 620-7700 |
| | rgorsich@whitecase.com |
| | aaron.colodny@whitecase.com |
| | amackintosh@whitecase.com |
| | doah.kim@whitecase.com |

*Co-Counsel to the Debtors and Debtors-in-Possession*