# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>The Hertz Corporation, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-11218 (MFW)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 1458** |

## ORDER APPROVING STIPULATION EXTENDING DEADLINE TO ASSUME OR REJECT CERTAIN NON-RESIDENTIAL REAL PROPERTY LEASES UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

Upon consideration of the stipulation attached hereto as **Exhibit A** (the "**Stipulation**"), between the Lessee and Lessor (collectively, the "**Parties**"), pursuant to section 365(d)(4) of the Bankruptcy Code, for authorization to extend the time to assume or reject the Lease,[2] all as more fully set forth in the Stipulation; and the Court having jurisdiction to consider the Stipulation and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Stipulation and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the relief being in the best interests of the Debtors, their estates and their creditors;

IT IS HEREBY ORDERED THAT

1. The Stipulation is hereby approved.

---

[1] The last four digits of The Hertz Corporation's tax identification number are 8568. The location of the debtors' service address is 8501 Williams Road, Estero, FL 33928. Due to the large number of debtors in these chapter 11 cases, which are jointly administered for procedural purposes, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at https://restructuring.primeclerk.com/hertz.

[2] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Stipulation.

AMERICAS 105689989
RLF1 24521364v.1

2. The Stipulation shall be effective *nunc pro tunc* to December 21, 2020.

3. This Court retains jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

**Dated: December 28th, 2020**
**Wilmington, Delaware**

*[signature]*
**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

RLF1 24521364v.1