**Exhibit A**

**Stipulation**

AMERICAS 105689989
RLF1 24521364v.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>The Hertz Corporation, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-11218 (MFW)<br><br>(Jointly Administered) |

**STIPULATION EXTENDING THE TIME PERIOD WITHIN WHICH THE DEBTORS MAY ASSUME OR REJECT AN UNEXPIRED LEASE OF <u>NON-RESIDENTIAL REAL PROPERTY</u>**

The Hertz Corporation and certain of its subsidiaries, debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "**Debtors**") hereby stipulate (the "**Stipulation**") as follows:

**RECITALS**

**WHEREAS**, on May 22, 2020 (the "**Petition Date**"), the Debtors each filed a voluntary petition in this Court for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). The Debtors' chapter 11 cases are being jointly administered for procedural purposes only pursuant to an order of this Court [Docket No. 182];

**WHEREAS**, the Debtors continue to manage and operate their businesses as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code;

**WHEREAS**, Austin CONRAC, LLC (the "**Lessor**") and The Hertz Corporation (the "**Lessee**,") entered into an agreement whereby the Lessor agreed to lease to the Lessee certain non-

---

[1] The last four digits of The Hertz Corporation's tax identification number are 8568. The location of the debtors' service address is 8501 Williams Road, Estero, FL 33928. Due to the large number of debtors in these chapter 11 cases, which are jointly administered for procedural purposes, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.primeclerk.com/hertz.

residential real property located at Austin-Bergstrom International Airport to be used in connection with the Debtors' operations (the "**Lease**");[2]

**WHEREAS**, on October 8, 2020, the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") entered that certain *Order Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [D.I. 1458], thereby extending the period within which the Debtors must assume or reject unexpired leases of non-residential real property to and through December 21, 2020;

**WHEREAS**, the Lessee have requested, and the Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of the Bankruptcy Code; and

**WHEREAS**, the Parties desire to memorialize their agreement in this Stipulation.

## AGREEMENT

1. The foregoing Recitals are true and correct and are incorporated herein by reference.

2. Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period during which the Debtors may assume or reject the Lease is hereby extended through and including the earlier of (a) the effective date of a chapter 11 plan for the Debtors and (b) March 22, 2021 (the "**Extension Date**") without prejudice to the right of the Debtors to assume or reject the Lease prior to the Extension Date, or to request additional extensions of time within which to assume or reject the Lease pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code.

---

[2] Nothing in this stipulation shall be construed as an admission that any particular agreement between the Lessor and the Lessee is a lease for non-residential real property.

3.     This Stipulation shall be effective and enforceable *nunc pro tunc* to December 21, 2020 upon its entry and shall be binding upon (a) the Debtors; (b) any liquidating trustee, plan trustee, plan administrator, distribution agent and/or any other responsible person appointed pursuant to any chapter 11 plan confirmed in these cases; (c) any chapter 11 trustee appointed in these cases; and/or (d) any chapter 7 trustee appointed or elected in these cases.

In witness whereof, the Parties have caused this Stipulation to be executed in counterparts, all as of the date hereof.

Dated: December 20, 2020

**The Hertz Corporation, as Lessee**

By: *[signature]*

**WHITE & CASE LLP**

Ronald K. Gorsich
rgorsich@whitecase.com

*Counsel to the Debtors and Debtors-in-Possession*

**Austin CONRAC, LLC, as Lessor**

By: *[signature]*

Name: Marshall A. Fein
Title: Chief Operating Officer