# Court Conference

**U.S. Bankruptcy Court-District of Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Mary F. Walrath**
**#4**

Calendar Date: 12/28/2020
Calendar Time: 03:00 PM ET

Amended Calendar  Dec 28 2020 10:57AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | The Hertz Corporation | 20-11218 | Hearing | 11017656 | Derek C. Abbott | (302) 658-9200 ext. | Morris, Nichols, Arsht & Tunnell, LLP | Interested Party, Barclays Bank PLC / LIVE |
| | | The Hertz Corporation | 20-11218 | Hearing | 11017668 | Justin Alberto | (302) 651-2006 ext. | Cole Schotz P.C. | Interested Party, Cole Schotz P.C. / LIVE |
| | | The Hertz Corporation | 20-11218 | Hearing | 11017411 | Upton Au | (302) 981-2022 ext. 3742 | Arnold & Porter Kaye Scholer LLP | Interested Party, Ad Hoc Group of Term Loan Lenders / LISTEN ONLY |
| | | The Hertz Corporation | 20-11218 | Hearing | 11017716 | Rose Bagley | (212) 715-9511 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Offical Committee of Unsecured Creditors / LISTEN ONLY |
| | | The Hertz Corporation | 20-11218 | Hearing | 11017407 | Lucas Barrett | (212) 836-8650 ext. 3742 | Arnold & Porter Kaye Scholer LLP | Interested Party, Ad Hoc Group of Term Loan Lenders / LISTEN ONLY |
| | | The Hertz Corporation | 20-11218 | Hearing | 11020604 | Ezra Berman | (212) 883-3800 ext. | Moelis & Company | Debtor, The Hertz Corporation / LISTEN ONLY |
| | | The Hertz Corporation | 20-11218 | Hearing | 11021012 | John Brennan | (212) 728-3593 ext. | Willkie Farr & Gallagher LLP | Interested Party, Ad Hoc Noteholders Group / LISTEN ONLY |
| | | The Hertz Corporation | 20-11218 | Hearing | 11020677 | Beth Brownstein | (212) 457-5415 ext. | Arent Fox LLP | Creditor, BOKF / LISTEN ONLY |
| | | The Hertz Corporation | 20-11218 | Hearing | 11017722 | Alice Byowitz | (212) 715-9100 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | The Hertz Corporation | 20-11218 | Hearing | 11017371 | Kevin M. Capuzzi | (302) 442-7063 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Interested Party, Official Committee of Unsecured Creditors / LIVE |
| | | The Hertz Corporation | 20-11218 | Hearing | 11018525 | Patrick Chen | (212) 872-7436 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, Ad Hoc Second Lien Group / LISTEN ONLY |
| | | The Hertz Corporation | 20-11218 | Hearing | 11016359 | Mark D. Collins | (302) 651-7531 ext. | Richards, Layton & Finger, P.A. | Debtor, The Hertz Corporation / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| The Hertz Corporation | 20-11218 | Hearing | 11017427 | Sean Corrado | (212) 836-8650 ext. 3742 | Arnold & Porter Kaye Scholer LLP | Interested Party, Ad Hoc Group of Term Loan Lenders / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 11016363 | Christopher M De Lillo | (302) 651-7687 ext. | Richards, Layton & Finger, P.A. | Debtor, The Hertz Corporation / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11017690 | David Dean | (302) 651-2012 ext. | Cole Schotz P.C. | Interested Party, Ad Hoc Group / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11016532 | William Derrough | (212) 883-3830 ext. | Moelis & Company | Debtor, The Hertz Corporation / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11018790 | Kevin M. Eckhardt | (646) 862-6386 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 11017425 | Maja Z. Fink | (212) 836-7131 ext. 3742 | Arnold & Porter Kaye Scholer LLP | Representing, Ad Hoc Group of Term Loan Lenders / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11020991 | Daniel I Forman | (212) 728-8196 ext. | Willkie Farr & Gallagher LLP | Interested Party, The Ad Hoc Noteholder Group / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11016540 | M. David Galainena | (239) 301-7600 ext. | The Hertz Corporation | Debtor, The Hertz Corporation / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 11018031 | M. David Galainena | (239) 301-7600 ext. | The Hertz Corporation | Debtor, The Hertz Corporation / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 11017426 | Peta Gordon | (212) 836-7817 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, Ad Hoc Group of Term Loan Lenders / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11016367 | Ronald Gorsich | (213) 620-7769 ext. | White & Case LLP | Debtor, The Hertz Corporation / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11016553 | Jerry Hall | (212) 940-6446 ext. | Katten Muchin Rosenman LLP | Bankruptcy Counsel, Hawaii DOT - Airports Division / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 11016531 | Sarah Harnett | (212) 373-3629 ext. | Paul Weiss Rifkind Wharton & Garrison | Debtor, The Hertz Corporation / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11017404 | Daniel J. Hartnett | (312) 583-2380 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, Ad Hoc Group of Term Loan Lenders / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 11016373 | Brett M. Haywood | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Debtor, The Hertz Corporation / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11017644 | Mark F. Hebbeln | (213) 972-4500 ext. | Foley & Lardner LLP | Trustee, Wells Fargo Bank / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11017421 | James Herschlein | (212) 836-8655 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, Ad Hoc Group of Term Loan Lenders / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11016385 | Samuel Hershey | (914) 582-1628 ext. | White & Case LLP | Debtor, The Hertz Corporation / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11017369 | Jennifer Hoover | (302) 442-7006 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Interested Party, Committee of unsecured creditors / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| The Hertz Corporation | 20-11218 | Hearing | 11018795 | Vladimir Jelisavcic | | Cherokee Debt Acquisition | Interested Party, Vladimir Jelisavcic / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 11020657 | Brya M. Keilson | (302) 888-6959 ext. | Morris James LLP | Creditor, BOKF / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11020607 | Barak Klein | (212) 883-3800 ext. | Moelis & Company | Debtor, The Hertz Corporation / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 11016459 | John Knight | (302) 651-7886 ext. | Richards, Layton & Finger, P.A. | Debtor, The Hertz Corporation / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11016476 | Alan Kornberg | (212) 373-3209 ext. | Paul Weiss Rifkind Wharton & Garrison | Debtor, The Hertz Corporation / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11016478 | Thomas Lauria | (212) 819-8200 ext. | White & Case LLP | Debtor, The Hertz Corporation / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11016487 | Andrew Lerner | (212) 373-3360 ext. | Paul Weiss Rifkin Wharton & Garrison LLP | Interested Party, Andrew Lerner / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11016480 | Michael G. Linn | (415) 421-2132 ext. | Farallon Capital Management | Interested Party, we are representing ourselves / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 11017414 | Brian J. Lohan | (312) 583-2403 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, Ad Hoc Group of Term Loan Lenders / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11016506 | Andrew Mackintosh | (213) 620-7812 ext. | White & Case LLP | Debtor, The Hertz Corporation / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11017727 | Thomas Moers Mayer | (212) 715-9169 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11017419 | Michael Messersmith | (312) 583-2374 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, Ad Hoc Group of Term Loan Lenders / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11018026 | Livy Mezei | (212) 819-8200 ext. | White & Case LLP | Debtor, The Hertz Corporation / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 11019985 | Eric Moats | (302) 351-9486 ext. 486 | Morris, Nichols, Arsht & Tunnell, LLP | Interested Party, Barclays Bank, PLC / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 11020663 | Eric J. Monzo | (302) 888-5848 ext. | Morris James LLP | Creditor, BOKF, N.A. / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11020577 | Edmon Morton | (302) 571-6637 ext. | Young, Conaway Stargatt & Taylor, LLP | Interested Party, Ad Hoc Noteholder Group / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 11020967 | Joseph M. Mulvihill | (302) 571-6600 ext. | Young, Conaway Stargatt & Taylor, LLP | Interested Party, The Ad Hoc Noteholder Group / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11018785 | Kerri K. Mumford | (302) 467-4414 ext. | Landis Rath & Cobb LLP | Interested Party, Deutsche Bank / LIVE |

| Case | Type | Debtor | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| 20-11218 | Hearing | The Hertz Corporation | 11020553 | Cullen Murphy | (212) 883-4238 ext. | Moelis & Company | Debtor, The Hertz Corporation / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 11018982 | Brett Neve | (212) 906-4587 ext. | Latham & Watkins LLP | Interested Party, Barclays Bank, PLC / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 11016546 | J. Zachary Noble | (302) 651-7510 ext. | Richards, Layton & Finger, P.A. | Debtor, The Hertz Corporation / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 11020505 | Ryan Olson | (212) 450-3274 ext. | Davis Polk & Wardwell LLP | Interested Party, Deutsche Bank AG / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 11018781 | Arik Preis | (212) 872-1000 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, Adhoc Group of 2nd Lein Note Holders / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 11020587 | Andrew R. Remming | (302) 658-9200 ext. | Morris, Nichols, Arsht & Tunnell, LLP | Interested Party, Barclays Bank PLC / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 11017880 | Linda Richenderfer | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Linda Richenderfer / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 11020574 | Erin Ryan | (212) 728-8000 ext. 8638 | Willkie Farr & Gallagher LLP | Interested Party, Ad Hoc Noteholders Group / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 11017417 | Michael Solow | (212) 836-7203 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, Ad Hoc Group of Term Loan Lenders / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 11020974 | Mark Stancil | (202) 303-1133 ext. | Willkie Farr & Gallagher LLP | Interested Party, Ad Hoc Noteholder Group / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 11017402 | David B. Stratton | (302) 777-6566 ext. | Troutman Pepper LLP | Interested Party, Ad Hoc Group of Term Loan Lenders / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 11020979 | Rachel Strickland | (212) 728-8000 ext. | Willkie Farr & Gallagher LLP | Interested Party, The Ad Hoc Noteholder Group / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 11020975 | Mitchell E. Sussman | (646) 616-3037 ext. | Cowen and Company LLC | Interested Party, Cowen and Company LLC / LISTEN ONLY |
| 20-11218 | Hearing | The Hertz Corporation | 11016517 | David M. Turetsky | (212) 819-8904 ext. | White & Case LLP | Debtor, The Hertz Corporation / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 11020613 | Jonathan M. Wagner | (212) 715-9393 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 11020828 | Gregory W. Werkheiser | (302) 442-7075 ext. | Benesch Friedlander Coplan & Aronoff, LLP | Representing, Committee / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 11016526 | Julia Wood | (212) 373-3029 ext. | Paul Weiss Rifkind Wharton & Garrison | Debtor, The Hertz Corporation / LIVE |
| 20-11218 | Hearing | The Hertz Corporation | 11020533 | Becky A. Yerak | (312) 543-1306 ext. | Wall Street Journal | Media, Wall Street Journal / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| The Hertz Corporation | 20-11218 | Hearing | 11018988 | Alexandra Zablocki | (212) 906-1795 ext. | Latham & Watkins LLP | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| The Hertz Corporation | 20-11218 | Hearing | 11017438 | Jason N. Zakia | (305) 995-5259 ext. | White & Case LLP | Debtor, The Hertz Corporation / LIVE |
| The Hertz Corporation | 20-11218 | Hearing | 11018783 | Kevin Zuzolo | (212) 872-7471 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, Adhoc Group of 2nd Lein Note Holders / LIVE |