# Exhibit A

# Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>The Hertz Corporation, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-11218 (MFW)<br><br>(Jointly Administered)<br><br>**Re: Docket No.** |

## ORDER SUSTAINING DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CERTAIN INSUFFICIENT DOCUMENTATION CLAIMS

Upon the *Debtors' Twelfth Omnibus (Non-Substantive) Objection to Certain Insufficient Documentation Claims* (the "**Objection**"),[2] of the debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Bankruptcy Code sections 105 and 502, Bankruptcy Rule 3007, and Local Rule 3007-1; and the Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated as of February 29, 2012; and consideration of the Objection and the relief requested therein being a core proceeding in accordance with 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Objection being adequate and appropriate under the

---

[1] The last four digits of The Hertz Corporation's tax identification number are 8568. The location of the Debtors' service address is 8501 Williams Road, Estero, FL 33928. Due to the large number of debtors in these chapter 11 cases, which are jointly administered for procedural purposes, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.primeclerk.com/hertz.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

particular circumstances; and the Court having considered the Martin Declaration and found and determined that the relief sought in the Objection is in the best interests of the Debtors, the Debtors' estates and creditors, and other parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Objection is sustained as provided herein.

2. Any Response to the Objection not otherwise withdrawn, resolved, or adjourned is overruled on the merits.

3. Each Insufficient Documentation Claim identified on **Schedule 1** hereto is disallowed and expunged in its entirety.

4. The objection by the Debtors to the Insufficient Documentation Claims, as addressed in the Objection and the schedules hereto, constitutes a separate contested matter with respect to each such claim, as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1. This Order shall be deemed a separate Order with respect to each Insufficient Documentation Claim.

5. Any stay of this Order pending appeal by any holder of an Insufficient Documentation Claim or any other party with an interest in such claims that are subject to this Order shall only apply to the contested matter which involves such party and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters arising from the Objection or this Order.

AMERICAS 106291683
RLF1 24969731v.1

6. The Debtors, Prime Clerk, and the Clerk of this Court are authorized to modify the official Claims Register for these Chapter 11 Cases in compliance with the terms of this Order and to take all steps necessary or appropriate to carry out the relief granted in this Order.

7. Nothing in this Order or the Objection is intended or shall be construed as a waiver of any of the rights the Debtors may have to enforce rights of setoff against the claimants.

8. Nothing in the Objection or this Order, nor any actions or payments made by the Debtors pursuant to this Order, shall be construed as: (a) an admission as to the amount of, basis for, or validity of any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Order; (e) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (f) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

9. This Order is immediately effective and enforceable.

10. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

AMERICAS 106291683
RLF1 24969731v.1

# Schedule 1

**Insufficient Documentation Claims**

**The Hertz Corporation,** *et al.*
Schedule 1 to Twelfth Omnibus (Non-Substantive) Objection to Claims with Insufficient Documentation

| # | Name of Claimant | Disallowed Claim ||||  Reason For Disallowance |
|---|---|---|---|---|---|---|
| | | Date Claim Filed | Claim Number | Debtor Name | Claim Amount[1] | |
| 1 | ANDERSON, FELICIA E<br>10109 KNOLLCREST DR<br>SAINT LOUIS, MO 63136 | 9/28/2020 | 4615 | Hertz Car Sales LLC | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>10,000.00 (U)<br>$10,000.00 (T) | Claim No. 4615 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 2 | BELLINI, MATTEO GABRIEL<br>VIA LINOLEUM 1A<br>GIUBASCO 6512<br>SWITZERLAND | 11/9/2020 | 13692 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>200.00 (P)<br>0.00 (U)<br>$200.00 (T) | Claim No. 13692 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 3 | BENSON JR, DONALD<br>2913 RITCHIE AVE<br>SPARROWS POINT, MD 21219 | 10/5/2020 | 5362 | The Hertz Corporation | $11,995.00 (S)<br>0.00 (A)<br>3,025.00 (P)<br>0.00 (U)<br>$15,020.00 (T) | Claim No. 5362 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 4 | BLACK, MARY ANN<br>1550 RIMPAU AVE #158<br>CORONA, CA 92881 | 10/2/2020 | 5131 | Hertz Car Sales LLC | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>Unliquidated (U)<br>Unliquidated (T) | Claim No. 5131 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 5 | BOUTWELL & ASSOCIATES,LLC<br>BOUTWELL & ASSOCIATES,LLC<br>2280 SATELLITE BLVD, BLDG.B<br>DULUTH, GA 30097 | 9/29/2020 | 4734 | The Hertz Corporation | $5,931.18 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$5,931.18 (T) | Claim No. 4734 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 6 | BRAGG, MARY<br>8139 FERGUSON RD<br>DALLAS, TX 75228 | 10/12/2020 | 6266 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>Unliquidated (U)<br>Unliquidated (T) | Claim No. 6266 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 7 | BULKIN, MARGARET KATHRYN<br>20059 FAIRWAY CT<br>WOODBRIDGE, CA 95258 | 10/1/2020 | 5029 | The Hertz Corporation | $10,000.00 (S)<br>0.00 (A)<br>0.00 (P)<br>500.00 (U)<br>$10,500.00 (T) | Claim No. 5029 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |

**Notes:**
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total.

**The Hertz Corporation,** *et al.*
Schedule 1 to Twelfth Omnibus (Non-Substantive) Objection to Claims with Insufficient Documentation

| | | Disallowed Claim | | | | |
|---|---|---|---|---|---|---|
| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount[1] | Reason For Disallowance |
| 8 | BULLARD, OSCAR<br>7642 SOUTH MERRILL AVENUE<br>CHICAGO, IL 60649 | 9/30/2020 | 4688 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>9,000.00 (U)<br>$9,000.00 (T) | Claim No. 4688 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 9 | C&S TOWING, INC<br>245 SOUTH JACKSON AVE<br>LEBANON, MO 65536 | 5/29/2020 | 117 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>902.20 (U)<br>$902.20 (T) | Claim No. 117 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 10 | CHON, BRIAN<br>2461 PASEO CIRCULO<br>TUSTIN, CA 92782 | 10/13/2020 | 6536 | Hertz Car Sales LLC | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>4,800.00 (U)<br>$4,800.00 (T) | Claim No. 6536 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 11 | CHRIS NGO<br>H&P LAW<br>8950 W. TROPICANA AVE, SUITE 1<br>LAS VEGAS, NV 89147 | 9/22/2020 | 4397 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>650,000.00 (U)<br>$650,000.00 (T) | Claim No. 4397 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 12 | CLARK, LEE<br>11809 AINSWORTH ST<br>LOS ANGELES, CA 90044 | 10/27/2020 | 13263 | Hertz Car Sales LLC | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>20,000.00 (U)<br>$20,000.00 (T) | Claim No. 13263 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 13 | COMBS, BEATRICE<br>915 WEST FOOTHILL BLVD<br>CLAREMONT, CA 91711 | 10/27/2020 | 13316 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>3,025.00 (P)<br>0.00 (U)<br>$3,025.00 (T) | Claim No. 13316 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 14 | COOPER, DIONISIO<br>12196 CHARDONNAY ST<br>SAN DIEGO, CA 92131 | 9/28/2020 | 4649 | Hertz Car Sales LLC | $20,828.69 (S)<br>20,828.69 (A)<br>0.00 (P)<br>0.00 (U)<br>$41,657.38 (T) | Claim No. 4649 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |

**Notes:**
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total.

**The Hertz Corporation,** *et al.*
Schedule 1 to Twelfth Omnibus (Non-Substantive) Objection to Claims with Insufficient Documentation

| # | Name of Claimant | Disallowed Claim ||||  Reason For Disallowance |
|---|---|---|---|---|---|---|
| | | Date Claim Filed | Claim Number | Debtor Name | Claim Amount[1] | |
| 15 | CORRALES, MAYRA L<br>575 FLOWER ST APT G<br>CHULA VISTA, CA 91910 | 11/6/2020 | 13609 | Hertz Car Sales LLC | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>Unliquidated (U)<br>Unliquidated (T) | Claim No. 13609 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 16 | COURTESY AUTOMOTIVE<br>ATTN: AMBER CASTILLE<br>1345 EVANGELINE THRUWAY<br>BROUSSARD, LA 70518 | 8/12/2020 | 3281 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>495.89 (U)<br>$495.89 (T) | Claim No. 3281 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 17 | DAN NEWLIN INJURY ATTORNEYS O/B/O HARRIS TYRELL JR.<br>SHEENA MURRAY, ESQ.<br>7335 W. SAND LAKE RD, STE 300<br>ORLANDO, FL 32819 | 10/21/2020 | 10740 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>10,000.00 (U)<br>$10,000.00 (T) | Claim No. 10740 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 18 | DANIEL DENNIS<br>237 W MANNING<br>OTTUMWA, IA 52501 | 10/16/2020 | 7217 | The Hertz Corporation | $5,200.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$5,200.00 (T) | Claim No. 7217 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 19 | DAVIS, ERIC<br>LAW OFFICE OF MARK E SALOMONE<br>175 STATE STREET SUITE 200<br>SPRING FIELD, MA 01103 | 10/16/2020 | 8625 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>10,000.00 (U)<br>$10,000.00 (T) | Claim No. 8625 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 20 | DAVIS, KESSEL L<br>455 S CAMPUS AVE K<br>UPLAND, CA 91786 | 10/22/2020 | 13215 | Hertz Car Sales LLC | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>Unliquidated (U)<br>Unliquidated (T) | Claim No. 13215 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 21 | DORSAINVIL, MARIE<br>130 NW 42 ST<br>MIAMI, FL 33127 | 10/26/2020 | 12697 | Thrifty Car Sales, Inc. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>Unliquidated (U)<br>Unliquidated (T) | Claim No. 12697 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |

**Notes:**
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total.

**The Hertz Corporation,** *et al.*
Schedule 1 to Twelfth Omnibus (Non-Substantive) Objection to Claims with Insufficient Documentation

| # | Name of Claimant | Disallowed Claim | | | | Reason For Disallowance |
|---|---|---|---|---|---|---|
| | | Date Claim Filed | Claim Number | Debtor Name | Claim Amount[1] | |
| 22 | ELMARAGHI, EMAD<br>3436 EAST GREEN ST<br>PASADENA, CA 91107 | 10/5/2020 | 5480 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>5,286.23 (U)<br>$5,286.23 (T) | Claim No. 5480 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 23 | ERRIE, YVEMATHE<br>GREENSTEIN & MILBAUER LLP<br>1825 PARK AVENUE, 9TH FL<br>NEW YORK, NY 10035 | 6/15/2020 | 1196 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>500,000.00 (U)<br>$500,000.00 (T) | Claim No. 1196 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 24 | ESHARETURI, BLEST<br>2800 HEATH AVENUE APT 6D<br>BRONX, NY 10463 | 6/2/2020 | 154 | Hertz Global Holdings, Inc. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>13,650.00 (U)<br>$13,650.00 (T) | Claim No. 154 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 25 | ESTRADA, MARTHA C<br>2145 W. 235TH PLACE<br>TORRANCE, CA 90501 | 10/5/2020 | 5176 | The Hertz Corporation | $6,000.00 (S)<br>0.00 (A)<br>Unliquidated (P)<br>0.00 (U)<br>$6,000.00 (T) | Claim No. 5176 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 26 | EXACTECH, INC.<br>2320 NW 66TH CT.<br>GAINESVILLE, FL 32653 | 10/12/2020 | 6077 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>3,000.00 (U)<br>$3,000.00 (T) | Claim No. 6077 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 27 | FITZGERALD, MELISSA<br>1690 LOMA AVE.<br>LONG BEACH, CA 90804 | 10/2/2020 | 5091 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>188.75 (U)<br>$188.75 (T) | Claim No. 5091 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 28 | GARSUTA, JESSIE<br>803 LYONIA DR<br>GALT, CA 95632 | 10/19/2020 | 8939 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>Unliquidated (U)<br>Unliquidated (T) | Claim No. 8939 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |

**Notes:**
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total.

**The Hertz Corporation,** *et al.*
Schedule 1 to Twelfth Omnibus (Non-Substantive) Objection to Claims with Insufficient Documentation

| | | Disallowed Claim | | | | |
|---|---|---|---|---|---|---|
| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount[1] | Reason For Disallowance |
| 29 | GATON, CARLA<br>REBECCA KAY SAPP LAW FIRM, LLC<br>4760 LAWRECEVILLE HIGHWAY<br>SUITE D-1<br>LILBURN, GA 30047 | 10/21/2020 | 11562 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>1,000,000.00 (U)<br>$1,000,000.00 (T) | Claim No. 11562 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 30 | GAUTHIER, MELISSA<br>JAMES YOUNG<br>76 S. LAURA STREET, SUITE 1100<br>JACKSONVILLE, FL 32202 | 10/20/2020 | 11996 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>Unliquidated (U)<br>Unliquidated (T) | Claim No. 11996 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 31 | GONZALEZ JR., JOSE LUZ<br>365 HALF MOON LN #2<br>DALY CITY, CA 94015 | 10/19/2020 | 8588 | Hertz Car Sales LLC | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>Unliquidated (U)<br>Unliquidated (T) | Claim No. 8588 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 32 | GOROKHOVSKY, VADIM<br>12648 EMELITA ST.<br>VALLEY VILLAGE, CA 91607 | 9/22/2020 | 4167 | Hertz Global Holdings, Inc. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>1,040.00 (U)<br>$1,040.00 (T) | Claim No. 4167 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 33 | GRAEBER, JAMES<br>EGLET ADAMS<br>400 SOUTH 7TH STREET, SUITE #400<br>LAS VEGAS, NV 89101 | 6/30/2020 | 1904 | Hertz Global Holdings, Inc. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>682,000.00 (U)<br>$682,000.00 (T) | Claim No. 1904 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 34 | GRANT, TIMOTHY<br>JAMES YOUNG<br>76 S. LAURA STREET, SUITE 1100<br>JACKSONVILLE, FL 32202 | 10/20/2020 | 12059 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>Unliquidated (U)<br>Unliquidated (T) | Claim No. 12059 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 35 | GUINAN, THOMAS J.<br>JASON GRUNDORF<br>7335 W. SAND LAKE RD., STE. 300<br>ORLANDO, FL 32820 | 10/23/2020 | 12608 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>1,000,000.00 (U)<br>$1,000,000.00 (T) | Claim No. 12608 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |

**Notes:**
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total.

**The Hertz Corporation,** *et al.*
Schedule 1 to Twelfth Omnibus (Non-Substantive) Objection to Claims with Insufficient Documentation

| | | **Disallowed Claim** | | | | |
|---|---|---|---|---|---|---|
| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount[1] | Reason For Disallowance |
| 36 | HAKAMIAN, ARASH PJ<br>MICHAEL KHODABASHKH, ESQ.<br>LAW OFFICE OF LEE ARTER<br>3701 WILSHIRE BOULEVARD, STE. 535<br>LOS ANGELES, CA 90010 | 6/23/2020 | 1596 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>1,000,000.00 (U)<br>$1,000,000.00 (T) | Claim No. 1596 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 37 | HAWTHORNE, JASON<br>6634 BELLVIEW PINES RD.<br>PENSACOLA, FL 32526 | 9/14/2020 | 4029 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>Unliquidated (U)<br>Unliquidated (T) | Claim No. 4029 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 38 | HAZEL WELLS<br>1809 WATLING DR<br>MARRERO, LA 70072 | 10/19/2020 | 10583 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>1,800.00 (U)<br>$1,800.00 (T) | Claim No. 10583 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 39 | HENRY, DALE<br>1877 ROSANNE STREET<br>JACKSONVILLE, FL 32208 | 7/3/2020 | 2067 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>20,000.00 (U)<br>$20,000.00 (T) | Claim No. 2067 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 40 | HIBBS, WARREN<br>5319 STAGECOACH HILL<br>MOUNTAIN RANCH, CA 95246 | 10/27/2020 | 13287 | Hertz Car Sales LLC | $44,856.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$44,856.00 (T) | Claim No. 13287 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 41 | HUANG, WEN HSIANG<br>5968 ATHLONE STREET<br>VANCOUVER, BC V6M3A4 | 10/8/2020 | 5978 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>300,000.00 (U)<br>$300,000.00 (T) | Claim No. 5978 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 42 | ISRAEL, CHAD<br>723 PARK AVE<br>NAPLES, FL 34110 | 6/22/2020 | 1524 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>250,000.00 (P)<br>0.00 (U)<br>$250,000.00 (T) | Claim No. 1524 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |

**Notes:**
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total.

**The Hertz Corporation,** *et al.*
Schedule 1 to Twelfth Omnibus (Non-Substantive) Objection to Claims with Insufficient Documentation

| # | Name of Claimant | Disallowed Claim ||||Reason For Disallowance |
|---|---|---|---|---|---|---|
| | | Date Claim Filed | Claim Number | Debtor Name | Claim Amount[1] | |
| 43 | ISRAEL, CHAD ROBERT<br>723 PARK AVE<br>NAPLES, FL 34110 | 10/19/2020 | 10026 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>190,000.00 (P)<br>3,000.00 (U)<br>$193,000.00 (T) | Claim No. 10026 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 44 | IVETTE A SPEIR<br>3056 CASTRO VALLEY BLVD 111<br>CASTRO VALLEY, CA 94546 | 10/13/2020 | 6883 | Hertz Car Sales LLC | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>1,000.00 (U)<br>$1,000.00 (T) | Claim No. 6883 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 45 | JACKSON, JEFFREY<br>2337 N SMEDLEY ST<br>PHILADELPHIA, PA 19132 | 10/21/2020 | 12108 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>3,500.00 (U)<br>$3,500.00 (T) | Claim No. 12108 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 46 | JESUS DEL VALLE MEDINA MARIN<br>2761 SW 120TH TER<br>MIRAMAR, FL 33025 | 6/18/2020 | 1421 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>30,000.00 (U)<br>$30,000.00 (T) | Claim No. 1421 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 47 | JOSEPH VINCENT LUDOVICO<br>29118 BLUESTONE DR<br>MENIFEE, CA 92584 | 10/26/2020 | 13178 | The Hertz Corporation | $8,874.97 (S)<br>0.00 (A)<br>3,000.00 (P)<br>122.41 (U)<br>$11,997.38 (T) | Claim No. 13178 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 48 | LA SORSA & BENEVENTANO<br>3 BARKER AVENUE<br>WHITE PLAINS, NY 10607 | 10/21/2020 | 11542 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>250,000.00 (U)<br>$250,000.00 (T) | Claim No. 11542 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 49 | LAW OFFICE OF VEL BELUSHIN PC<br>1712 KINGS HIGHWAY<br>SUITE 2<br>BROOKLYN, NY 11229 | 10/15/2020 | 7061 | The Hertz Corporation | $1,000,000.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$1,000,000.00 (T) | Claim No. 7061 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |

**Notes:**
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total.

**The Hertz Corporation,** *et al.*
Schedule 1 to Twelfth Omnibus (Non-Substantive) Objection to Claims with Insufficient Documentation

| # | Name of Claimant | Disallowed Claim | | | | Reason For Disallowance |
|---|---|---|---|---|---|---|
| | | Date Claim Filed | Claim Number | Debtor Name | Claim Amount[1] | |
| 50 | LAW OFFICES OF DAVID I FUCHS, PA AS ATTORNEY FOR CREDITOR SHENEKA JONES<br>8 SE 8TH STREET<br>FORT LAUDERDALE, FL 33316 | 10/8/2020 | 5916 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>10,000.00 (U)<br>$10,000.00 (T) | Claim No. 5916 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 51 | LEPOSKI, ROBERT T<br>253 HARRISON AVE<br>GLENSIDE, PA 19038 | 10/21/2020 | 11716 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>Unliquidated (U)<br>Unliquidated (T) | Claim No. 11716 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 52 | LERARD, WILNER<br>425 NORTHWEST 130TH STREET<br>NORTH MIAMI, FL 33168 | 10/23/2020 | 12708 | The Hertz Corporation | $35,000.00 (S)<br>35,000.00 (A)<br>35,000.00 (P)<br>0.00 (U)<br>$105,000.00 (T) | Claim No. 12708 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 53 | LINARES, MARYLIN<br>RUBENSTEIN LAW P.A.<br>9130 S DADELAND BLVD SUITE PH<br>MIAMI, FL 33156 | 10/21/2020 | 11631 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>500,000.00 (U)<br>$500,000.00 (T) | Claim No. 11631 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 54 | LSM LOGISTICS LLC<br>ATTN: GENERAL COUNSEL<br>2718 CARRIAGE LN<br>FLORENCE, SC 29505 | 10/20/2020 | 9066 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>Unliquidated (U)<br>Unliquidated (T) | Claim No. 9066 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 55 | MANNESTO, GREGORY<br>41 NORWICH ST.<br>CONCORD, NH 03301 | 9/30/2020 | 4802 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>15,000.00 (U)<br>$15,000.00 (T) | Claim No. 4802 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 56 | MARIO'S AUTO BODY, INC.<br>977 BROADWAY<br>REVERE, MA 02151 | 7/19/2020 | 2712 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>20,000.00 (U)<br>$20,000.00 (T) | Claim No. 2712 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |

**Notes:**
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total.

**The Hertz Corporation,** *et al.*
Schedule 1 to Twelfth Omnibus (Non-Substantive) Objection to Claims with Insufficient Documentation

| # | Name of Claimant | Disallowed Claim | | | | Reason For Disallowance |
|---|---|---|---|---|---|---|
| | | Date Claim Filed | Claim Number | Debtor Name | Claim Amount[1] | |
| 57 | MARTIN, VERONICA<br>WEST COAST TRIAL LAWYERS<br>350 S. GRAND AVENUE<br>LOS ANGELES, CA 90071 | 11/6/2020 | 13608 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>150,000.00 (U)<br>$150,000.00 (T) | Claim No. 13608 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 58 | MCFARLAND, THOMAS<br>8601 COLLETT AVE<br>NORTH HILLS, CA 91343 | 10/21/2020 | 10564 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>Unliquidated (U)<br>Unliquidated (T) | Claim No. 10564 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 59 | MICHELLE MAURICE OR BRIANNA RABORN<br>44757 SANCREEK RD<br>SAVOW VALLEY, CA 93675 | 10/2/2020 | 5129 | Hertz Car Sales LLC | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>Unliquidated (U)<br>Unliquidated (T) | Claim No. 5129 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 60 | MIDPOINT CHEVROLET<br>17801 VIRGIL GOODE HWY<br>ROCKY MOUNT, VA 24151 | 8/6/2020 | 3140 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>462.72 (U)<br>$462.72 (T) | Claim No. 3140 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 61 | MILLER SERVICE ENTERPRISES LLC<br>105 N. 8TH AVE<br>STROUD, OK 74079 | 6/8/2020 | 1134 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>151.46 (U)<br>$151.46 (T) | Claim No. 1134 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 62 | MOLINA, OMAR<br>OUTTEN & GOLDEN, LLP<br>LAURA IRIS MATTE<br>1 CALIFORNIA ST, 12TH FL<br>SAN FRANCISCO, CA 94111 | 10/21/2020 | 14442 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>10,450.00 (U)<br>$10,450.00 (T) | Claim No. 14442 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 63 | MOORER, JASON<br>2039 PANOLA WAY CT.<br>LITHONIA, GA 30058 | 10/2/2020 | 4709 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>1,200.00 (U)<br>$1,200.00 (T) | Claim No. 4709 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |

**Notes:**
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total.

**The Hertz Corporation,** *et al.*
Schedule 1 to Twelfth Omnibus (Non-Substantive) Objection to Claims with Insufficient Documentation

| # | Name of Claimant | Disallowed Claim ||||  Reason For Disallowance |
|---|---|---|---|---|---|---|
| | | Date Claim Filed | Claim Number | Debtor Name | Claim Amount[1] | |
| 64 | NEAL, PETER AFTON<br>5536 MARCONI AVE APT 223<br>CARMICHAEL, CA 95608 | 10/13/2020 | 6565 | Hertz Car Sales LLC | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 6565 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 65 | NEWBORN, TRINISE<br>5025 E PCH 336<br>LONG BEACH, CA 90804 | 10/27/2020 | 13248 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>Unliquidated (U)<br>Unliquidated (T) | Claim No. 13248 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 66 | NICKERBERRY, CHARLES<br>15010 JERALDO CT.<br>VICTORVILLE, CA 92394 | 10/22/2020 | 9457 | Hertz Car Sales LLC | $7,975.67 (S)<br>0.00 (A)<br>0.00 (P)<br>8,975.55 (U)<br>$16,951.22 (T) | Claim No. 9457 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 67 | NONGYAO OR ANTHONY MUNOZ<br>22301 SCARLET SAGE WAY<br>MORENO VALLEY, CA 92557 | 10/27/2020 | 13249 | Hertz Car Sales LLC | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$0.00 (T) | Claim No. 13249 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 68 | OLIVEIRA, MAURO<br>739 ASBURY AVE<br>OCEAN CITY, NJ 08226 | 10/2/2020 | 5137 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>25,000.00 (U)<br>$25,000.00 (T) | Claim No. 5137 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 69 | ONE STOP GOODYEAR<br>99 JEFF DAVIS<br>LONG BEACH, MS 39560 | 12/10/2020 | 14366 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>69.12 (U)<br>$69.12 (T) | Claim No. 14366 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 70 | OWENS, TONI<br>6130 WHITE FEATHER LANE<br>CHARLOTTE, NC 28214 | 10/27/2020 | 13317 | Hertz Car Sales LLC | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>Unliquidated (U)<br>Unliquidated (T) | Claim No. 13317 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |

**Notes:**
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total.

**The Hertz Corporation,** *et al.*
Schedule 1 to Twelfth Omnibus (Non-Substantive) Objection to Claims with Insufficient Documentation

| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount[1] | | Reason For Disallowance |
|---|---|---|---|---|---|---|---|
| 71 | PAUL TEITLER<br>75 05113 ST 6P<br>FOREST HILLS, NY 11375 | 10/5/2020 | 5455 | The Hertz Corporation | $0.00<br>0.00<br>0.00<br>2,000.00<br>$2,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim No. 5455 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 72 | PHILIP MCCORMICK<br>2360 WILL CARLETON<br>FLATROCK, MI 48134 | 10/16/2020 | 7251 | The Hertz Corporation | $0.00<br>0.00<br>0.00<br>Unliquidated<br>Unliquidated | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim No. 7251 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 73 | PORTLAND BACKSMITH CHIRO<br>2403 NW THURMAN ST.<br>PORTLAND, OR 97210 | 10/20/2020 | 9283 | The Hertz Corporation | $0.00<br>0.00<br>0.00<br>11,318.68<br>$11,318.68 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim No. 9283 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 74 | REEVES, KEYSHONNA SHA`RON<br>KEYSHONNA REEVES<br>3437 W 12TH PL<br>CHICAGO, IL 60623 | 9/30/2020 | 4885 | The Hertz Corporation | $0.00<br>0.00<br>0.00<br>10,000.00<br>$10,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim No. 4885 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 75 | REEVES, ROGER D<br>PO BOX 97<br>MONTGOMERY, LA 71454 | 11/15/2020 | 13818 | The Hertz Corporation | $10,000.00<br>0.00<br>0.00<br>0.00<br>$10,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim No. 13818 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 76 | RICHARD PARRIS<br>2555 CHIMNEY HILL PL<br>AUSTELL, GA 30106 | 10/14/2020 | 6926 | The Hertz Corporation | $6,453.54<br>0.00<br>0.00<br>0.00<br>$6,453.54 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim No. 6926 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 77 | RODRIGUEZ, CLAUDIO<br>76 S. LAURA STREET<br>SUITE 1100<br>JACKSONVILLE, FL 32202 | 10/20/2020 | 11981 | The Hertz Corporation | $0.00<br>0.00<br>0.00<br>Unliquidated<br>Unliquidated | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Claim No. 11981 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |

**Notes:**
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total.

**The Hertz Corporation,** *et al.*
Schedule 1 to Twelfth Omnibus (Non-Substantive) Objection to Claims with Insufficient Documentation

| | | Disallowed Claim | | | | |
|---|---|---|---|---|---|---|
| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount[1] | Reason For Disallowance |
| 78 | RODRIGUEZ, HECTOR<br>505 E CHALYNN CIRCLE<br>ORANGE, CA 92866 | 9/28/2020 | 4540 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>3,025.00 (P)<br>0.00 (U)<br>$3,025.00 (T) | Claim No. 4540 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 79 | RODRIGUEZ, MADELINE<br>JAMES YOUNG<br>76 S. LAURA STREET, SUITE 1100<br>JACKSONVILLE, FL 32202 | 10/20/2020 | 11756 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>Unliquidated (U)<br>Unliquidated (T) | Claim No. 11756 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 80 | ROGER DALE REEVES & CATHERINE REEVES<br>PO BOX 97<br>MONTGOMERY, LA 71454 | 11/13/2020 | 13773 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>10,000.00 (U)<br>$10,000.00 (T) | Claim No. 13773 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 81 | ROSE M MOREFIELD<br>6420 CRAIGHURST DR<br>NORTH HIGHLANDS, CA 95660 | 10/19/2020 | 9275 | Hertz Car Sales LLC | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>Unliquidated (U)<br>Unliquidated (T) | Claim No. 9275 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 82 | RUSH, NIESHA<br>102 NEWBELL RD APT T12<br>COLUMBUS, MS 39705 | 10/13/2020 | 6390 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>6,200.00 (P)<br>0.00 (U)<br>$6,200.00 (T) | Claim No. 6390 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 83 | SALDIVAR JR, ABEL<br>1987 QUAKER RIDGE CT<br>STOCKTON, CA 95206 | 10/19/2020 | 9958 | Hertz Car Sales LLC | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>9,999.00 (U)<br>$9,999.00 (T) | Claim No. 9958 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 84 | SECOND LOOK INC<br>360 MOTOR PARKWAY<br>SUITE 500<br>HAUPPAUGE, NY 11788 | 10/20/2020 | 9913 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>10,870.01 (U)<br>$10,870.01 (T) | Claim No. 9913 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |

**Notes:**
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total.

**The Hertz Corporation,** *et al.*
Schedule 1 to Twelfth Omnibus (Non-Substantive) Objection to Claims with Insufficient Documentation

| # | Name of Claimant | Disallowed Claim | | | | Reason For Disallowance |
|---|---|---|---|---|---|---|
| | | Date Claim Filed | Claim Number | Debtor Name | Claim Amount[1] | |
| 85 | SERENIA<br>72 AVENUE EDOUARD VAILLANT<br>BOULOGNE, FR 92100<br>FRANCE | 10/21/2020 | 11070 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>100,000.00 (U)<br>$100,000.00 (T) | Claim No. 11070 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 86 | SERPENTINI CHEVY<br>140 WEST AVE<br>TALLMADGE, OH 44278 | 9/24/2020 | 4428 | Thrifty Rent-A-Car System, LLC | $802.69 (S)<br>0.00 (A)<br>0.00 (P)<br>0.00 (U)<br>$802.69 (T) | Claim No. 4428 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 87 | SOLOMON, ERIC<br>4170 MAIN STREET, SUITE B316<br>QUEENS, NY 11355 | 10/6/2020 | 5503 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>295,000.00 (U)<br>$295,000.00 (T) | Claim No. 5503 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 88 | STERLING AUTOMOTIVE GROUP, INC.<br>STERLING KIA<br>P O BOX 62570<br>LAFAYETTE, LA 70596 | 12/31/2020 | 14588 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>1,172.97 (U)<br>$1,172.97 (T) | Claim No. 14588 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 89 | STOVALL JR, TERRELL D.<br>7127 S. HARVARD<br>CHICAGO, IL 60621 | 10/21/2020 | 10659 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>300.00 (P)<br>14,700.00 (U)<br>$15,000.00 (T) | Claim No. 10659 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 90 | SWEENEY, JONATHAN PATRICK<br>604 GELLERT BLVD<br>DALY CITY, CA 94015 | 10/2/2020 | 5347 | Hertz Car Sales LLC | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>Unliquidated (U)<br>Unliquidated (T) | Claim No. 5347 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 91 | SWIRE PACIFIC HOLDINGS, INC<br>12634 S 265 W<br>DRAPER, UT 84020 | 10/5/2020 | 5492 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>2,864.29 (U)<br>$2,864.29 (T) | Claim No. 5492 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |

**Notes:**
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total.

**The Hertz Corporation,** *et al.*
Schedule 1 to Twelfth Omnibus (Non-Substantive) Objection to Claims with Insufficient Documentation

| | | Disallowed Claim | | | | |
|---|---|---|---|---|---|---|
| # | Name of Claimant | Date Claim Filed | Claim Number | Debtor Name | Claim Amount[1] | Reason For Disallowance |
| 92 | TACHIBANA, LATOYA KATISHA<br>1307 KUAHAKA ST B<br>PEARL CITY, HI 96782 | 10/20/2020 | 9270 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>6,142.30 (P)<br>0.00 (U)<br>$6,142.30 (T) | Claim No. 9270 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 93 | TALON, MARY BETH<br>JUSTICE LAW<br>8551 W SUNRISE BLVD. #300<br>PLANTATION, FL 33322 | 10/21/2020 | 11234 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>250,000.00 (U)<br>$250,000.00 (T) | Claim No. 11234 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 94 | THE LEGAL SOLUTION GROUP, LLC<br>10250 HALLS FERRY ROAD<br>ST. LOUIS, MO 63136 | 10/20/2020 | 10474 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>1,000,000.00 (U)<br>$1,000,000.00 (T) | Claim No. 10474 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 95 | TIEZE, MILENE<br>1266 THOMAS AVE.<br>SAN DIEGO, CA 92109 | 10/13/2020 | 6471 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>11,596.84 (U)<br>$11,596.84 (T) | Claim No. 6471 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 96 | VANG, PAKOU<br>1905 E. HARVEY APT 101<br>FRESNO, CA 93701 | 10/21/2020 | 10758 | Hertz Car Sales LLC | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>17,920.08 (U)<br>$17,920.08 (T) | Claim No. 10758 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 97 | VASQUEZ, JACQUELINE<br>5575 IMPERIA LANE<br>CLAY, NY 13041 | 10/1/2020 | 5050 | The Hertz Corporation | $2,000.00 (S)<br>Unliquidated (A)<br>3,025.00 (P)<br>0.00 (U)<br>$5,025.00 (T) | Claim No. 5050 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 98 | VIRGINIA MEISTER<br>4222 NORTH ASHLAND BLVD<br>CHICAGO, IL 60613 | 10/19/2020 | 10718 | Dollar Rent A Car, Inc. | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>2,200.00 (U)<br>$2,200.00 (T) | Claim No. 10718 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |

**Notes:**
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total.

**The Hertz Corporation,** *et al.*
Schedule 1 to Twelfth Omnibus (Non-Substantive) Objection to Claims with Insufficient Documentation

| # | Name of Claimant | Disallowed Claim | | | | Reason For Disallowance |
|---|---|---|---|---|---|---|
| | | Date Claim Filed | Claim Number | Debtor Name | Claim Amount[1] | |
| 99 | WATSON, ALAN<br>1459 STERLING PL<br>APT #13<br>BROOKLYN, NY 11213 | 10/20/2020 | 8649 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>3,000.00 (U)<br>$3,000.00 (T) | Claim No. 8649 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 100 | WILCOX, CATHERINE<br>6221 FORGET ME NOT COMMON<br>LIVERMORE, CA 94551 | 9/25/2020 | 4507 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>Unliquidated (U)<br>Unliquidated (T) | Claim No. 4507 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |
| 101 | WOODS, DAVID<br>5425 HUDGINS RD #2<br>MEMPHIS, TN 38116 | 10/15/2020 | 6836 | The Hertz Corporation | $0.00 (S)<br>0.00 (A)<br>0.00 (P)<br>Unliquidated (U)<br>Unliquidated (T) | Claim No. 6836 does not include or attach sufficient documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records do not reflect any basis for the claim on behalf of this claimant. |

**Notes:**
[1] S = Secured; A = Administrative; P = Priority; U = Unsecured; T = Total.