<u>Exhibit A</u>

**Plan**

**[Filed at Docket No. 3598]**