<u>Exhibit B</u>

**List of Debtors**

AMERICAS 107036903

**LIST OF DEBTORS**

1. The Hertz Corporation
2. Hertz Global Holdings, Inc.
3. Thrifty Rent-A-Car System, LLC
4. Thrifty, LLC
5. Dollar Thrifty Automotive Group, Inc.
6. Firefly Rent A Car LLC
7. CMGC Canada Acquisition ULC
8. Hertz Aircraft, LLC
9. Dollar Rent A Car, Inc.
10. Dollar Thrifty Automotive Group Canada Inc.
11. Donlen Corporation
12. Donlen FSHCO Company
13. Hertz Canada Limited
14. Donlen Mobility Solutions, Inc.
15. DTG Canada Corp.
16. DTG Operations, Inc.
17. Hertz Car Sales LLC
18. DTG Supply, LLC
19. Hertz Global Services Corporation
20. Hertz Local Edition Corp.
21. Hertz Local Edition Transporting, Inc.
22. Donlen Fleet Leasing Ltd.
23. Hertz System, Inc.
24. Smartz Vehicle Rental Corporation
25. Thrifty Car Sales, Inc.
26. Hertz Technologies, Inc.
27. TRAC Asia Pacific, Inc.
28. Hertz Transporting, Inc.
29. Rental Car Group Company, LLC
30. Rental Car Intermediate Holdings, LLC