<u>Exhibit C</u>

**Debtors' Organizational Structure**

AMERICAS 107036903

# Hertz Global Holdings, Inc. and Its Debtor and Non-Debtor Affiliates

[Organizational chart showing Hertz Global Holdings, Inc. (DE)[R] at top, with subsidiary Rental Car Intermediate Holdings, LLC (DE), then The Hertz Corporation (DE), branching into numerous debtor and non-debtor affiliates worldwide.]

Top-level entities under The Hertz Corporation (DE):
- HVF II GP Corp (DE)
- Hertz Transporting, Inc. (DE)
- Hertz Aircraft, LLC (DE)
- Firefly Rent A Car LLC (DE)
- Hertz Vehicle Sales Corporation (DE)
- Navigation Solutions LLC (DE)
- Donlen Corporation (Illinois)
- Hertz Technologies, Inc. (DE)
- Executive Ventures Ltd. (DE)
- Hertz Car Sales LLC (DE)
- Hertz Corp. Ctr. Prop. Owners' Ass'n, Inc. (Florida)[N]
- Hertz System, Inc. (DE)
- HIRE (Bermuda) Limited
- Hertz International Ltd. (DE)
- Smartz Vehicle Rental Corporation (DE)
- Hertz Dealership One LLC (DE)
- Hertz Funding Corp. (DE)
- Hertz Vehicle Financing LLC (DE)
- Hertz General Interest LLC (DE)
- Hertz Vehicle Interim Financing, LLC (DE)
- Hertz Global Services Corporation (DE)
- Hertz Local Edition Corp. (DE)
- Rental Car Group Company, LLC (DE)

Second-level:
- Hertz Vehicle Financing II LP (DE)[E]
- Donlen FSHCO Company (DE)
- Donlen Mobility Solutions, Inc. (Illinois)
- Hertz Vehicles LLC (DE)
- Hertz Local Edition Transporting, Inc. (DE)
- Dollar Thrifty Automotive Group, Inc. (DE)

Third-level (under Donlen / Hertz International Ltd.):
- Donlen Fleet Leasing, Ltd. (Canada)
- Hertz Claim Management S.L. (Spain)
- Dan Ryan Car Rentals Limited (Ireland)[O]
- Hertz New Zealand Holdings Limited
- Hertz Asia Pacific Pte. Ltd (Singapore)
- Hertz Asia Pacific (Japan), Ltd
- Hertz NL Holdings, Inc. (DE)
- Hertz Holdings Netherlands BV (Netherlands)
- Hertz Do Brazil Ltda. (Brazil)[P]
- Hertz Puerto Rico Holdings, Inc. (Puerto Rico)
- Hertz Investments Ltd. (DE)

Fourth-level:
- Tourism Enterprises Limited (New Zealand)
- Hertz New Zealand Limited (New Zealand)
- Puerto Ricancars, Inc. (Puerto Rico)

Fifth-level (Hertz Holdings Netherlands BV branch):
- International Fleet Financing No. 2 BV (Netherlands)
- Hertz International Treasury Ltd (Ireland)
- Hertz France SAS (France)
- Hertz International RE Limited (Ireland)
- Apex Processing Limited (Ireland)
- Hertz Asia Pacific Korea Ltd.
- Hertz Car Rental Consulting (Shanghai) Co. Ltd (China)
- Hertz Investment (Holdings) Pty. Limited (Australia)
- Hertz Fleet Limited (Ireland)
- Hertz Finance Centre Limited (Ireland)
- Hertz Luxembourg S.a.r.l. (Luxembourg)
- Hertz Belgium B.V. (Belgium)
- Hertz Italiana S.r.l.
- Stuurgroep Holland B.V. (Netherlands)
- Hertz Claim Management B.V.B.A. (Belgium)
- Hertz Claim Management B.V. (Netherlands)
- CMGC Canada Acquisition ULC (Canada)
- Hertz Autopujcovna s.r.o. (C. Republic)
- Hertz Management Services Sarl. (Switzerland)
- Hertz Europe Service Centre Limited (Ireland)
- Hertz Holdings III UK Limited (U.K.)
- Hertz de Espana S.L. (Spain)

Sixth-level:
- FCT Yellow Car (France)[Q]
- Probus Insurance Company Europe DAC (Ireland)
- Hertz Australia Pty. Limited (Australia)
- Hertz Claim Management S.r.l. (Italy)
- Hertz Fleet (ITALIANA) S.r.l. (Italy)[A]
- Van Wijk Beheer B.V. (Netherlands)
- Hertz Automobielen Nederland B.V.
- Stuurgroep Fleet (Netherlands) BV
- Hertz Canada Limited
- Hertz Autopozicovna s.r.o. (Slovakia)
- Hertz (U.K.) Limited
- Hertz Claim Management Limited (U.K.)
- Hertz UK Receivables Ltd (U.K.)

Seventh-level:
- Hertz Monaco SAM
- Hertz Claim Management GmbH (Germany)
- Hertz Autovermietung GmbH (Germany)
- RAC Finance, SAS (France)[H]
- Eileo SAS (France)
- Hertz Claim Management S.A.S. (France)
- ACE Rentals Cars Pty. Ltd (Australia)
- HA Lease Pty. Ltd. (Australia)
- Hertz Note Issuer Pty. Ltd. (Australia)
- Hertz Superannuation Pty. Ltd. (Australia)
- Hertz Asia Pacific Pty. Ltd. (Australia)
- HA Fleet Pty. Ltd. (Australia)
- Van Wijk European Car-Rental Serv. BV
- HC Limited Partnership (Canada)[C]
- Hertz Canada Finance Co., Ltd. (Canada)
- 3216173 Nova Scotia Company (Canada)
- HC (N.S.) Company (Canada)[L]
- Hertz Accident Support Ltd. (U.K.)[K]
- Daimler Hire Limited (U.K.)
- Hertz Europe Limited (U.K.)
- Hertz Vehicle Financing U.K. Limited (U.K.)
- DTG Operations, Inc. (Oklahoma)
- Dollar Rent A Car, Inc. (Oklahoma)
- Thrifty, LLC (Oklahoma)
- Rental Car Finance LLC (Oklahoma)

Eighth-level:
- HC Vehicles Partnership (DE)[B]
- DTG Supply, LLC (Oklahoma)
- Thrifty Car Sales, Inc. (Oklahoma)
- Thrifty Insurance Agency, Inc. (Arkansas)
- Thrifty Rent-A-Car System, LLC (Oklahoma)

Ninth-level:
- HCE Limited Partnership (Canada)[D]
- Trac Asia Pacific, Inc. (UAE) (Oklahoma)
- Dollar Thrifty Automotive Group Canada Inc. (Canada)

Tenth-level:
- 2240919 Ontario, Inc. (Canada)
- 2232560 Ontario, Inc. (Canada)
- TCL Funding LP (Canada)[G]
- DTG Canada Corp. (Canada)

Eleventh-level:
- DTGC Car Rental, LP (Canada)[F]

### Footnotes

A: 51% Hertz Italiana S.r.L.; 49% HHNBV
B: 50% HC Limited Partnership (LP); 49.95% Hertz Canada Limited (LP); 0.05% Hertz Canada (N.S.) Company (GP)
C: 98% Hertz Canada Limited (LP); 1% Hertz Canada (N.S.) Company (GP); 1% 3216173 Nova Scotia Company (GP)
D: 99.999990%% HC Vehicle Partnership (LP); 0.0000048% each - Hertz Canada Limited (LP) and Hertz Canada (N.S.) Company (GP)
E: 99.9% THC; 0.1% HVF GP II
F: 99.999% TCL Funding LP (LP); 0.001% 2232560 Ontario Inc. (GP)
G: 99.99% DTAG Canada Inc. (GP); 0.01% 2240919 Ontario Inc. (LP)
H: 1 share held by The Hertz Funding France Trust (Hertz France SAS:  99.972973%; Hertz Funding France Trust:  0.027027%)
J:   [Reserved]
K: f/k/a CCL Vehicle Rentals, Ltd.
L: f/k/a 3198872 Nova Scotia Company
M: 99.9% Hertz International Ltd. (LP); 0.1% Hertz NL Holdings, Inc. (GP)
N: Nonprofit entity under FL law serving as association governing plots of land owned in Estero
O: 50% HIL; 50% THC
P: THC owns 2 shares of Hertz do Brazil
Q: FCT is a French SA licensed as a portfolio management company and is not owned by Hertz (part of French ABS)
R: f/k/a Hertz Rental Car Holding Company, Inc.

**Key**
- Debtor Entity (blue outline)
- Non-Debtor Affiliate

106549845 v3