IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| The Hertz Corporation, *et al.*,[1] | Case No. 20-11218 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF
PROOF OF CLAIM NO. 7155 FILED BY PRICELINE.COM LLC**

On or about October 15, 2020, Priceline.com LLC filed proof of claim number 7155 against Dollar Thrifty Automotive Group, Inc. (Case No. 20-11222), jointly administered with the above-captioned case. Priceline.com LLC hereby withdraws its claim.

Dated: April 16, 2021

PRICELINE.COM LLC

_____
Danny Andrews
VP Legal, Head of Commercial, Strategic &
Corporate Affairs
800 Connecticut Ave.
Norwalk, CT 06854
danny.andrews@priceline.com

---

[1] The last four digits of The Hertz Corporation's tax identification number are 8568. The location of the debtors' service address is 8501 Williams Road, Estero, FL 33928. Due to the large number of debtors in these chapter 11 cases, which are jointly administered for procedural purposes, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.primeclerk.com/hertz.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Blvd., 13ᵗʰ Fl., Los Angeles, CA 90067.**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 7155 FILED BY PRICELINE.COM LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 19, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| APRIL 19, 2021 | SOPHIA L. LEE | */s/Sophia L. Lee* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

In re: The Hertz Corporation, *et al*.
Case No. 20-11218

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

Derek C. Abbott on behalf of Defendant BOKF, NA
dabbott@mnat.com, meghan-leyh-4080@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Derek C. Abbott on behalf of Interested Party Barclays Bank PLC
dabbott@mnat.com, meghan-leyh-4080@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Chad Ahrens on behalf of Creditor Lawrence Wood
chad@smithalling.com

Justin R. Alberto on behalf of Creditor The Ad Hoc Group of Second Lien Noteholders
jalberto@coleschotz.com, pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Elihu Ezekiel Allinson, III on behalf of Creditor Daniel J. Ortiz and Paul W. Ortiz, individually and as co-personal representatives of the estates of Joan Ortiz a/k/a Joan T. Ortiz and Paul Ortiz
ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III on behalf of Creditor Leonardo Rivera Rojas
ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Elihu Ezekiel Allinson, III on behalf of Creditor Valeria Rivera Rojas
ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;hcoleman@sha-llc.com

Mary Lucille Anderson on behalf of Creditor City of Houston
mlucille.anderson@houstontx.gov

Jason Daniel Angelo on behalf of Creditor Signature Financial LLC
jangelo@reedsmith.com, glauer@reedsmith.com

Jason Daniel Angelo on behalf of Creditor TCF National Bank
jangelo@reedsmith.com, glauer@reedsmith.com

Jason Daniel Angelo on behalf of Creditor Wells Fargo Equipment Finance, LLC
jangelo@reedsmith.com, glauer@reedsmith.com

Jason Daniel Angelo on behalf of Creditor Winthrop Resources Corporation
jangelo@reedsmith.com, glauer@reedsmith.com

David Peter Ashton on behalf of Creditor The Port of Portland
David.Ashton@portofportland.com

Daniel K. Astin on behalf of Creditor Michael Williams
dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin on behalf of Defendant Alexandros Gider
dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin on behalf of Defendant Amanda Koss
dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin on behalf of Defendant Antwone Person
dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin on behalf of Defendant Arthur Stepanyan
dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin on behalf of Defendant Barbara Fernandez
dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin on behalf of Defendant Brent D. Williams, Sr.
dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin on behalf of Defendant Brian Steinberg
dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin on behalf of Defendant Cheryl Young
dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin on behalf of Defendant Christina Gider
dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin on behalf of Defendant Hannah Ayoub
dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin on behalf of Defendant Henry B. Essick III
dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin on behalf of Defendant Howard Junious
dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin on behalf of Defendant James Keene
dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin on behalf of Defendant Jessica Gurumendi
dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin on behalf of Defendant Julius Burnside
dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin on behalf of Defendant Laketa Collins
dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin on behalf of Defendant Magalie Sterlin
dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin on behalf of Defendant Michael Channell
dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin on behalf of Defendant Michael Koss
dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin on behalf of Defendant Michelle Johnson
dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin on behalf of Defendant Nancy Cullen-Smits
dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin on behalf of Defendant Nicole Stevens
dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin on behalf of Defendant Roula Vangelis on behalf of her minor children
dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin on behalf of Defendant Ryan Smits
dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin on behalf of Defendant Shontrell Higgs
dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin on behalf of Defendant Stephanie Keene
dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin on behalf of Defendant Thomas John Channell
dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin on behalf of Interested Party Brent Williams
dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin on behalf of Interested Party Hannah Ayoub
dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin on behalf of Interested Party Henry B. Essick, III
dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin on behalf of Interested Party Nancy Smits
dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin on behalf of Interested Party Roula Vangelis on behalf of her minor children
dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

Daniel K. Astin on behalf of Interested Party Ryan Smits
dastin@ciardilaw.com, wgouldsbury@ciardilaw.com

John T. Banks on behalf of Interested Party City of La Feria
jbanks@pbfcm.com

John T. Banks on behalf of Interested Party City of Weslaco
jbanks@pbfcm.com

John T. Banks on behalf of Interested Party Delta Lake Irrigation District
jbanks@pbfcm.com

John T. Banks on behalf of Interested Party La Joya Independent School District
jbanks@pbfcm.com

John T. Banks on behalf of Interested Party Weslaco Independent School District
jbanks@pbfcm.com

Richard A. Barkasy on behalf of Creditor Airport Consortium
rbarkasy@schnader.com

Richard A. Barkasy on behalf of Creditor Allegheny Airport Authority - Pittsburgh International Airport
rbarkasy@schnader.com

Richard A. Barkasy on behalf of Creditor Allegheny County Airport Authority
rbarkasy@schnader.com

Richard A. Barkasy on behalf of Creditor Broward County (Florida) - Ft. Lauderdale - Hollywood International Airport
rbarkasy@schnader.com

Richard A. Barkasy on behalf of Creditor City of Atlanta
rbarkasy@schnader.com

Richard A. Barkasy on behalf of Creditor New Orleans Aviation Board-Louis Armstrong New Orleans International Airport
rbarkasy@schnader.com

Juan Miguel Barragan on behalf of Creditor The Port Authority of New York and New Jersey
jbarragan@panynj.gov, panylit@panynj.gov

Joseph Charles Barsalona II on behalf of Interested Party Ad hoc Committee of Shareholders
jbarsalona@mnat.com, joseph--barsalona-5332@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Joseph Charles Barsalona II on behalf of Interested Party Glenn Agre Bergman & Fuentes LLP
jbarsalona@mnat.com, joseph--barsalona-5332@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Richard Michael Beck on behalf of Creditor Christopher Barbarevech, M.D. and Teresa Barbarevech
rbeck@klehr.com, lstanton@klehr.com

Michael Bell on behalf of Creditor Michigan Department of Treasury
Bellm1@michigan.gov, collinsm16@michigan.gov

Christopher R. Belmonte on behalf of Interested Party International Business Machines Corporation (IBM)
crbelmonte@duanemorris.com, pabosswick@duanemorris.com,nydocket@duanemorris.com,aesnow@duanemorris.com

Heather Berkowitz on behalf of Creditor ASM Capital SPV, L.P.
asmcapital@aol.com

Heather Berkowitz on behalf of Creditor ASM Capital X LLC
asmcapital@aol.com

Heather Berkowitz on behalf of Creditor ASM Capital XLLC
asmcapital@aol.com

Daniel B. Besikof on behalf of Creditor NTT America Solutions, Inc., f/k/a Dimension Data North America, Inc.
dbesikof@loeb.com, mjackson@loeb.com;gshi@loeb.com

Ian Connor Bifferato on behalf of Creditor Birmingham Airport Authority
cbifferato@tbf.legal, mstewart@tbf.legal

Ian Connor Bifferato on behalf of Creditor Claude Burgess
cbifferato@tbf.legal, mstewart@tbf.legal

Ian Connor Bifferato on behalf of Creditor Claude Shafer
cbifferato@tbf.legal, mstewart@tbf.legal

Ian Connor Bifferato on behalf of Creditor Harold Rolfe
cbifferato@tbf.legal, mstewart@tbf.legal

Ian Connor Bifferato on behalf of Creditor Irwin Pollack
cbifferato@tbf.legal, mstewart@tbf.legal

Ian Connor Bifferato on behalf of Creditor Joseph Nothwang

cbifferato@tbf.legal, mstewart@tbf.legal

Ian Connor Bifferato on behalf of Creditor Paul Siracusa
cbifferato@tbf.legal, mstewart@tbf.legal

Karen C. Bifferato on behalf of Creditor City of Charlotte/Charlotte Douglas International Airport
kbifferato@connollygallagher.com

Karen C. Bifferato on behalf of Creditor Nantucket Memorial Airport Commission
kbifferato@connollygallagher.com

Karen C. Bifferato on behalf of Creditor Stuart Street (Owner), LLC
kbifferato@connollygallagher.com

Karen C. Bifferato on behalf of Creditor Trinity Realty Limited Partnership II
kbifferato@connollygallagher.com

Karen C. Bifferato on behalf of Creditor Wayne County Airport Authority
kbifferato@connollygallagher.com

Jason Binford on behalf of Interested Party State of Texas
Jason.binford@oag.texas.gov

David E. Blabey, Jr. on behalf of Creditor Committee Official Committee of Unsecured Creditors of The Hertz Corporation, et al.
dblabey@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com

Scott E. Blakeley on behalf of Creditor Clorox Services Company
info@blakeleyllp.com, ecf@blakeleyllp.com

Frank Blechschmidt on behalf of Creditor Central States, Southeast and Southwest Areas Pension and Health and Welfare Funds
fblechsc@centralstatesfunds.org

John A Boyd on behalf of Creditor Marie Fritts
fednotice@tclaw.net

Marcus Joseph Bradley on behalf of Creditor Dean Reece
mbradley@bradleygrombacher.com, sboucher@bradleygrombacher.com

Erin N. Brady on behalf of Interested Party Scott Sider
enbrady@jonesday.com, cindy.mitchell@hoganlovells.com;tracy.southwell@hoganlovells.com

Morton R. Branzburg on behalf of Interested Party Knighthead Capital Management, LLC and Certares Opportunities LLC
mbranzburg@klehr.com, jtaylor@klehr.com

Melissa A. Brennan on behalf of Creditor New England Teamsters and Trucking Industry Pension Fund
mab@fczlaw.com, nadvady@fczlaw.com

Melissa A. Brennan on behalf of Creditor Teamsters Union 25 Health Services & Insurance Plan
mab@fczlaw.com, nadvady@fczlaw.com

Glenn A. Brown on behalf of Creditor Sasari Investments, LLC
glenn.brown@realworldlaw.com, tiana.royal@realworldlaw.com

Matthew C. Brown on behalf of Debtor The Hertz Corporation
mbrown@whitecase.com

Beth M. Brownstein on behalf of Defendant BOKF, NA
beth.brownstein@arentfox.com

Beth M. Brownstein on behalf of Interested Party BOKF, N.A. as Co-Note Collateral Agent
beth.brownstein@arentfox.com

Kate R. Buck on behalf of Creditor CMC Investments, Inc.
kbuck@mccarter.com

Kate R. Buck on behalf of Creditor Cassan Enterprises, Inc.
kbuck@mccarter.com

Kate R. Buck on behalf of Creditor Lyft, Inc.
kbuck@mccarter.com

Kate R. Buck on behalf of Creditor Todd Investment Company
kbuck@mccarter.com

Kate R. Buck on behalf of Creditor Annacene Bodden
kbuck@mccarter.com

Kate R. Buck on behalf of Creditor Patrick Dias
kbuck@mccarter.com

Kate R. Buck on behalf of Interested Party Patricia Monroe
kbuck@mccarter.com

Jason Boyd Burnett on behalf of Creditor City of Pensacola, Florida
jason.burnett@gray-robinson.com

Michael G. Busenkell on behalf of Creditor AT&T Corp., and its affiliates
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Creditor Aesop Funding Corp.
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Creditor Aesop Leasing Corp.
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Creditor Aesop Leasing Corp. II
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Creditor Aesop Leasing L.P.
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Creditor Avis Budget Car Rental, LLC
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Creditor Avis Budget Group, Inc.
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Creditor Avis Budget Rental Car Funding (Aesop) LLC
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Creditor Avis Car Sales, LLC
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Creditor Avis Rent A Car System, LLC
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Creditor Budget Rent A Car

System, Inc.
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Creditor PV Holding Corp.
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Creditor Payless Car Rental System, Inc.
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Creditor Payless Car Rental, Inc.
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Creditor Zipcar, Inc.
mbusenkell@gsbblaw.com

Michael G. Busenkell on behalf of Creditor Jessica Bowens
mbusenkell@gsbblaw.com

Nicholas Clark Buttino on behalf of Interested Party New York State Department of Environmental Conservation
nicholas.buttino@ag.ny.gov

Aaron R. Cahn on behalf of Creditor Xtivia Technologies, Inc
cahn@clm.com,
trivigno@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Kevin C. Calhoun on behalf of Creditor Oakland County Treasurer
kevin@lawyermich.com

Catherine M. Campbell on behalf of Creditor Teamsters Union 25 Health Services & Insurance Plan
cmc@fczlaw.com, nadvady@fczlaw.com

Steven L. Caponi on behalf of Creditor Port of Seattle
steven.caponi@klgates.com, alyssa.domorod@klgates.com

Steven L. Caponi on behalf of Interested Party U.S. Bank National Association
steven.caponi@klgates.com, alyssa.domorod@klgates.com

Kevin M. Capuzzi on behalf of Creditor Committee Official Committee of Unsecured Creditors of The Hertz Corporation, et al.
kcapuzzi@beneschlaw.com,
debankruptcy@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi on behalf of Plaintiff THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
kcapuzzi@beneschlaw.com,
debankruptcy@beneschlaw.com;lmolinaro@beneschlaw.com

Allison Carr on behalf of Creditor Commonwealth of Pennsylvania, Department of Revenue
acarr@attorneygeneral.gov

Cynthia L. Carroll on behalf of Creditor Delores M. King
Cynthia@CynthiaCarrollLaw.com,
CLCPACOURT@gmail.com,CynthiaLCarrollPA@jubileebk.net

Cynthia L. Carroll on behalf of Creditor Doyle Hughes
Cynthia@CynthiaCarrollLaw.com,
CLCPACOURT@gmail.com,CynthiaLCarrollPA@jubileebk.net

Cynthia L. Carroll on behalf of Creditor Holly Hughes
Cynthia@CynthiaCarrollLaw.com,
CLCPACOURT@gmail.com,CynthiaLCarrollPA@jubileebk.net

Cynthia L. Carroll on behalf of Creditor Kavius Harris
Cynthia@CynthiaCarrollLaw.com,
CLCPACOURT@gmail.com,CynthiaLCarrollPA@jubileebk.net

Marc Stephen Casarino on behalf of Creditor Cisco Systems Capital Corporation
casarinom@whiteandwilliams.com,
debankruptcy@whiteandwilliams.com

Marc Stephen Casarino on behalf of Creditor Tableau Software, LLC
casarinom@whiteandwilliams.com,
debankruptcy@whiteandwilliams.com

Marc Stephen Casarino on behalf of Creditor salesforce.com, Inc.
casarinom@whiteandwilliams.com,
debankruptcy@whiteandwilliams.com

William E. Chipman, Jr. on behalf of Interested Party AVRS
chipman@chipmanbrown.com,
dero@chipmanbrown.com;fusco@chipmanbrown.com

William E. Chipman, Jr. on behalf of Interested Party CDK Global LLC
chipman@chipmanbrown.com,
dero@chipmanbrown.com;fusco@chipmanbrown.com

William E. Chipman, Jr. on behalf of Interested Party Computerized Vehicle Registration
chipman@chipmanbrown.com,
dero@chipmanbrown.com;fusco@chipmanbrown.com

William E. Chipman, Jr. on behalf of Interested Party Fenton Texas LLC (Successor in Trust to Hardeman Family Joint Venture, Ltd.)
chipman@chipmanbrown.com,
dero@chipmanbrown.com;fusco@chipmanbrown.com

William E. Chipman, Jr. on behalf of Interested Party MomentFeed, Inc.
chipman@chipmanbrown.com,
dero@chipmanbrown.com;fusco@chipmanbrown.com

William E. Chipman, Jr. on behalf of Interested Party Jatindar Kapur
chipman@chipmanbrown.com,
dero@chipmanbrown.com;fusco@chipmanbrown.com

William E. Chipman, Jr. on behalf of Interested Party Jayson Abarca
chipman@chipmanbrown.com,
dero@chipmanbrown.com;fusco@chipmanbrown.com

William E. Chipman, Jr. on behalf of Interested Party Juan Abarca
chipman@chipmanbrown.com,
dero@chipmanbrown.com;fusco@chipmanbrown.com

William E. Chipman, Jr. on behalf of Interested Party Karen Abarca
chipman@chipmanbrown.com,
dero@chipmanbrown.com;fusco@chipmanbrown.com

William E. Chipman, Jr. on behalf of Interested Party Telma Gamez
chipman@chipmanbrown.com,
dero@chipmanbrown.com;fusco@chipmanbrown.com

Shawn M. Christianson on behalf of Creditor Oracle America, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

Jeffrey S Cianciulli on behalf of Creditor DD&J Properties, LLC
jcianciulli@weirpartners.com,
tpisano@weirpartners.com;slisko@weirpartners.com

Jeffrey S Cianciulli on behalf of Creditor GBL Enterprises, L.P.
jcianciulli@weirpartners.com,
tpisano@weirpartners.com;slisko@weirpartners.com

Jeffrey S Cianciulli on behalf of Creditor Lucca Investments, L.P.
jcianciulli@weirpartners.com,
tpisano@weirpartners.com;slisko@weirpartners.com

Eboney Cobb on behalf of Creditor Frisco ISD
ecobb@pbfcm.com,
rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com

Eboney Cobb on behalf of Creditor Grapevine-Colleyville ISD
ecobb@pbfcm.com,
rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com

Tiffany Strelow Cobb on behalf of Creditor Safelite Group and its related entities, including, without limitation, Safelite Fulfillment, Inc.
tscobb@vorys.com, mdwalkuski@vorys.com

Mark D. Collins on behalf of Debtor CMGC Canada Acquisition ULC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor DTG Canada Corp.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor DTG Operations, Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor DTG Supply, LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Dollar Rent A Car, Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Dollar Thrifty Automotive Group Canada Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Dollar Thrifty Automotive Group, Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Donlen Corporation
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Donlen FSHCO Company
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Donlen Fleet Leasing Ltd.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Donlen Mobility Solutions, Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Firefly Rent A Car LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Hertz Aircraft, LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Hertz Canada Limited
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Hertz Car Sales LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Hertz Global Holdings, Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Hertz Global Services Corporation
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Hertz Local Edition Corp.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Hertz Local Edition Transporting, Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Hertz System, Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Hertz Technologies, Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Hertz Transporting, Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Rental Car Group Company, LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Rental Car Intermediate Holdings, LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Smartz Vehicle Rental Corporation
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor TRAC Asia Pacific, Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor The Hertz Corporation
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Thrifty Car Sales, Inc.
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Thrifty Rent-A-Car System, LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Mark D. Collins on behalf of Debtor Thrifty, LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Michael E. Collins on behalf of Creditor Westchester Fire Insurance Company
mcollins@manierherod.com

Aaron Colodny on behalf of Debtor The Hertz Corporation
acolodny@whitecase.com

Kelly M. Conlan on behalf of Creditor Nantucket Memorial Airport Commission
kconlan@connollygallagher.com

David Conti on behalf of Creditor 150 Freeport Street Trust
dconti@dsglawllc.com

Scott D. Cousins on behalf of Interested Party Daniel Margulis
scott.cousins@cousins-law.com

Scott D. Cousins on behalf of Interested Party Daniel Ramirez
scott.cousins@cousins-law.com

Scott D. Cousins on behalf of Interested Party Emma Bradley
scott.cousins@cousins-law.com

Scott D. Cousins on behalf of Interested Party LaTonya Campbell
scott.cousins@cousins-law.com

Scott D. Cousins on behalf of Interested Party Mark Graham
scott.cousins@cousins-law.com

Scott D. Cousins on behalf of Interested Party Peter Lee
scott.cousins@cousins-law.com

Scott D. Cousins on behalf of Interested Party S Sharma
scott.cousins@cousins-law.com

Barbara Cowan on behalf of Creditor Rustico Siazon
barbara@theworkplaceadvocates.com

Gretchen A. Crawford on behalf of Creditor Oklahoma County Treasurer
grecra@oklahomacounty.org, tammik@oklahomacounty.org

Donna L. Culver on behalf of Defendant Barclay's Bank PLC
dculver@mnat.com, donna-culver-3354@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Donna L. Culver on behalf of Interested Party Barclays Bank PLC
dculver@mnat.com, donna-culver-3354@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

Walter H. Curchack on behalf of Interested Party Wilmington Trust, National Association, as Indenture Trustee
wcurchack@loeb.com, nybkdocket@loeb.com;vrubinstein@loeb.com;ljurich@loeb.com;mjackson@loeb.com

William E. Curtin on behalf of Interested Party Freedom Acquirer LLC
wcurtin@sidley.com

John W. Cutchin on behalf of Creditor Heidi Freeman and Accident & Health Intl. Underwriting Pty., Ltd.
jcutchin@san.rr.com

Sally K. Daugherty on behalf of Creditor JM&A Group
sdaugherty@cohenseglias.com, nwilcher@cohenseglias.com

George A Davis on behalf of Interested Party Barclays Bank PLC
george.davis@lw.com

Christopher Michael De Lillo on behalf of Debtor DTG Canada Corp.
delillo@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Christopher Michael De Lillo on behalf of Debtor DTG Operations, Inc.
delillo@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Christopher Michael De Lillo on behalf of Debtor DTG Supply, LLC
delillo@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Christopher Michael De Lillo on behalf of Debtor Donlen Corporation
delillo@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Christopher Michael De Lillo on behalf of Debtor Donlen FSHCO Company
delillo@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Christopher Michael De Lillo on behalf of Debtor Donlen Mobility Solutions, Inc.
delillo@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Christopher Michael De Lillo on behalf of Debtor Hertz Canada Limited
delillo@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Christopher Michael De Lillo on behalf of Debtor Hertz Car Sales LLC
delillo@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Christopher Michael De Lillo on behalf of Debtor Hertz Global Services Corporation
delillo@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Christopher Michael De Lillo on behalf of Debtor Hertz Local Edition Corp.
delillo@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Christopher Michael De Lillo on behalf of Debtor The Hertz Corporation
delillo@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Christopher Michael De Lillo on behalf of Plaintiff The Hertz Corporation, et al.
delillo@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

G. David Dean on behalf of Creditor The Ad Hoc Group of Second Lien Noteholders
ddean@coleschotz.com, pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

John M. Debbeler on behalf of Creditor First Transit, Inc.
mdebbeler@graydon.law

Robert J. Dehney on behalf of Interested Party Ad hoc Committee of Shareholders
rdehney@mnat.com, meghan-leyh-4080@ecf.pacerpro.com;robert-dehney-4464@ecf.pacerpro.com;vicky-oneill-3221@ecf.pacerpro.com

John D. Demmy on behalf of Creditor David Benjamin, Cliff Booton, Ryan Brown, Howard Cerini, Carl Corley, Jim Cullen, John A. Cunningham, Randy Denham, Dale Duff, Tracy Fettig, Jim Foytik,

Robert Gardill, Jolene Gardill, Davis Hardy, An
john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy on behalf of Creditor FACT, Inc.
john.demmy@saul.com, robyn.warren@saul.com

John D. Demmy on behalf of Creditor Retired Executive Group of certain former executives of The Hertz Corporation
john.demmy@saul.com, robyn.warren@saul.com

Mark L. Desgrosseilliers on behalf of Interested Party ATS Processing Services, LLC
desgross@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com

Mark L. Desgrosseilliers on behalf of Interested Party American Traffic Solutions Consolidated, LLC
desgross@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com

R. Grant Dick, IV on behalf of Interested Party Advantage Rentals, LLC
gdick@coochtaylor.com

John P. Dillman on behalf of Creditor Angelina County
houston_bankruptcy@publicans.com

John P. Dillman on behalf of Creditor Cypress-Fairbanks ISD
houston_bankruptcy@publicans.com

John P. Dillman on behalf of Creditor Fort Bend County
houston_bankruptcy@publicans.com

John P. Dillman on behalf of Creditor Galveston County
houston_bankruptcy@publicans.com

John P. Dillman on behalf of Creditor Harris Co WCID #21
houston_bankruptcy@publicans.com

John P. Dillman on behalf of Creditor Harris County
houston_bankruptcy@publicans.com

John P. Dillman on behalf of Creditor Jefferson County
houston_bankruptcy@publicans.com

John P. Dillman on behalf of Creditor Liberty County
houston_bankruptcy@publicans.com

John P. Dillman on behalf of Creditor Matagorda County
houston_bankruptcy@publicans.com

John P. Dillman on behalf of Creditor Montgomery County
houston_bankruptcy@publicans.com

John P. Dillman on behalf of Creditor Polk County
houston_bankruptcy@publicans.com

Karen B. Dine on behalf of Interested Party State of Hawaii and all of its Departments thereunder
karen.dine@kattenlaw.com, nyc.bknotices@kattenlaw.com

Jeffrey Dito on behalf of Creditor 1650 Bayshore Highway, LLC, a California limited liability company
jdito@valinoti-dito.com

Caroline R. Djang on behalf of Creditor Port of Oakland
caroline.djang@bbklaw.com, laurie.verstegen@bbklaw.com

Brenna Anne Dolphin on behalf of Creditor TSD Rental, LLC
bdolphin@polsinelli.com, lsuprum@polsinelli.com

Heather L. Donald on behalf of Creditor State of Michigan, Department of Treasury
donaldh@michigan.gov

Amish R. Doshi on behalf of Creditor Oracle America, Inc.
amish@doshilegal.com

Kristi JoLynn Doughty on behalf of Creditor City of Atlanta
kdoughty@schnader.com

Kristi JoLynn Doughty on behalf of Creditor City of Boise City, Idaho
kdoughty@schnader.com

Ronald J. Drescher on behalf of Creditor Dhiren Naik
ecfdrescherlaw@gmail.com, 284@notices.nextchapterbk.com,ron@clegolftour.com

Ronald J. Drescher on behalf of Creditor Pamela Miranda
ecfdrescherlaw@gmail.com, 284@notices.nextchapterbk.com,ron@clegolftour.com

Mark W. Eckard on behalf of Creditor Accenture LLP
meckard@reedsmith.com

Jamie Lynne Edmonson on behalf of Creditor Horne, Johneisha and Raynette
jedmonson@rc.com, lshaw@rc.com

Daniel M. Eggermann on behalf of Creditor Committee Official Committee of Unsecured Creditors of The Hertz Corporation, et al.
deggermann@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com

Daniel M. Eggermann on behalf of Plaintiff THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
deggermann@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com

Weston T. Eguchi on behalf of Interested Party Ad Hoc Noteholder Group
weguchi@willkie.com

Herbert Ehrlich on behalf of Creditor EP SIMANA, L.P.
herbert@ehrlichlawfirm.com

John D Elrod on behalf of Creditor Cox Automotive Inc
elrodj@gtlaw.com, fieldss@gtlaw.com

Courtney A. Emerson on behalf of Creditor Buildrite Construction Corp
cemerson@foxrothschild.com, slynch@foxrothschild.com;ahrycak@foxrothschild.com

Richard W. Engel, Jr. on behalf of Creditor City of St. Louis, Missouri
rengel@atllp.com, bvogt@atllp.com

Margaret Fleming England on behalf of Creditor Jessica Cajka
mengland@gsbblaw.com

Margaret Fleming England on behalf of Creditor Jessica Cajka
mengland@gsbblaw.com

Margaret Fleming England on behalf of Creditor Kayla Edwards
mengland@gsbblaw.com

Andrew J. Entwistle on behalf of Stockholder GAMCO Investors, Inc. and its affiliates
aentwistle@entwistle-law.com

Michael Seth Etkin on behalf of Creditor James Dean Mitton
metkin@lowenstein.com

Justin Cory Falgowski on behalf of Creditor Ricoh USA, Inc.
jfalgowski@burr.com

Michael Falick on behalf of Creditor SignAd, Ltd.
mfalick@rothfelderfalick.com

Brian E Farnan on behalf of Interested Party Enrico Moretti
bfarnan@farnanlaw.com, tfarnan@farnanlaw.com

Brian E Farnan on behalf of Stockholder GAMCO Investors, Inc. and its affiliates
bfarnan@farnanlaw.com, tfarnan@farnanlaw.com

Michael J. Farnan on behalf of Interested Party Enrico Moretti
mfarnan@farnanlaw.com, tfarnan@farnanlaw.com

Michael J. Farnan on behalf of Stockholder GAMCO Investors, Inc. and its affiliates
mfarnan@farnanlaw.com, tfarnan@farnanlaw.com

Erin R Fay on behalf of Interested Party Wilmington Trust SP Services (London) Limited
efay@bayardlaw.com, kmccloskey@bayardlaw.com

Mark E. Felger Esq. on behalf of Other Prof. Moelis & Company LLC
mfelger@cozen.com,
kcallahan@cozen.com;sshidner@cozen.com;mark-felger-2433@ecf.pacerpro.com

J. Michael Fields on behalf of Creditor HJB Ventures, LLC
jmf@wardandsmith.com,
DocketCR@wardandsmith.com;nsf@wardandsmith.com;blh@wardandsmith.com;JSCotten@wardandsmith.com

John D. Fiero on behalf of Interested Party Ad Hoc Committee of Litigation Creditors
jfiero@pszjlaw.com, ocarpio@pszjlaw.com

J.Brian Fletcher on behalf of Creditor City and County of San Francisco, acting by and through the San Francisco Airport Commission
jbfletcher@ofjlaw.com,
mschlabaugh@ofjlaw.com;bmoss@ofjlaw.com

Daniel Forman on behalf of Interested Party Ad Hoc Noteholder Group
dforman@willkie.com, dforman@willkie.com

Thomas Joseph Francella, Jr. on behalf of Interested Party Alan Weiner
TFrancella@cozen.com,
kcallahan@cozen.com;sshidner@cozen.com;thomas-francella-6506@ecf.pacerpro.com

Jerome Bennett Friedman on behalf of Interested Party Jayson Abarca
jfriedman@flg-law.com, msobkowiak@flg-law.com;cllosa@flg-law.com

Jerome Bennett Friedman on behalf of Interested Party Juan Abarca
jfriedman@flg-law.com, msobkowiak@flg-law.com;cllosa@flg-law.com

Jerome Bennett Friedman on behalf of Interested Party Karen Abarca
jfriedman@flg-law.com, msobkowiak@flg-law.com;cllosa@flg-law.com

Jerome Bennett Friedman on behalf of Interested Party Telma Gamez
jfriedman@flg-law.com, msobkowiak@flg-law.com;cllosa@flg-law.com

Nicole M Fulfree on behalf of Creditor James Dean Mitton
nfulfree@lowenstein.com

AnnElyse Scarlett Gains on behalf of Interested Party Knighthead Capital Management, LLC and Certares Opportunities LLC
annelyse.gains@kirkland.com

Gregg M. Galardi on behalf of Creditor Bank of Montreal
gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com

Gregg M. Galardi on behalf of Creditor The Bank of Nova Scotia
gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com

Mark Steven Gamell on behalf of Interested Party Liberty Mutual Insurance Company and its affiliates
mgamell@tlggr.com

Mark Steven Gamell on behalf of Interested Party Zurich American Insurance Company and its affiliates
mgamell@tlggr.com

Michael J. Gearin on behalf of Creditor Port of Seattle
michael.gearin@klgates.com, bankruptcyecf@klgates.com

Sara J. Geenen on behalf of Interested Party International Brotherhood of Teamsters & affiliated Locals (Teamsters)
sjg@previant.com, cmw@previant.com

John C Gentile on behalf of Creditor Committee Official Committee of Unsecured Creditors of The Hertz Corporation, et al.
jgentile@beneschlaw.com,
debankruptcy@beneschlaw.com;lmolinaro@beneschlaw.com

David William Giattino on behalf of Creditor Jeffrey Brower, and All Personal Injury Claimants
dwg@stevenslee.com

Jason A. Gibson on behalf of Interested Party Liberty Mutual Insurance Company and its affiliates
gibson@teamrosner.com

Jason A. Gibson on behalf of Interested Party Zurich American Insurance Company and its affiliates
gibson@teamrosner.com

Steven A. Ginther on behalf of Creditor Missouri Department of Revenue
deecf@dor.mo.gov

Alessandra Glorioso on behalf of Creditor Wells Fargo Bank, N.A., as Indenture Trustee

glorioso.alessandra@dorsey.com

Matthew Goeller on behalf of Creditor Port of Seattle
matthew.goeller@klgates.com, alyssa.domorod@klgates.com

Adam J. Goldberg on behalf of Interested Party Barclays Bank PLC
adam.goldberg@lw.com

Irve J. Goldman on behalf of Creditor Connecticut Airport Authority
igoldman@pullcom.com

Israel Goldowitz on behalf of Creditor Claude Burgess
igoldowitz@wagnerlawgroup.com, efile@pbgc.gov

Israel Goldowitz on behalf of Creditor Claude Shafer
igoldowitz@wagnerlawgroup.com, efile@pbgc.gov

Israel Goldowitz on behalf of Creditor Harold Rolfe
igoldowitz@wagnerlawgroup.com, efile@pbgc.gov

Israel Goldowitz on behalf of Creditor Irwin Pollack
igoldowitz@wagnerlawgroup.com, efile@pbgc.gov

Israel Goldowitz on behalf of Creditor Joseph Nothwang
igoldowitz@wagnerlawgroup.com, efile@pbgc.gov

Israel Goldowitz on behalf of Creditor Paul Siracusa
igoldowitz@wagnerlawgroup.com, efile@pbgc.gov

Joseph Grey on behalf of Creditor Comdata Inc.
jgrey@crosslaw.com, smacdonald@crosslaw.com

Joseph Grey on behalf of Creditor EELJ-Vista Partnership
jgrey@crosslaw.com, smacdonald@crosslaw.com

Joseph Grey on behalf of Creditor Nissan North America, Inc.
jgrey@crosslaw.com, smacdonald@crosslaw.com

E. Philip Groben on behalf of Creditor Deere and Company
pgroben@gcklegal.com

Victoria A. Guilfoyle on behalf of Creditor Bank of Montreal
guilfoyle@blankrome.com

Victoria A. Guilfoyle on behalf of Creditor Infor (US), Inc.
guilfoyle@blankrome.com

Victoria A. Guilfoyle on behalf of Creditor The Bank of Nova Scotia
guilfoyle@blankrome.com

Kurt F. Gwynne on behalf of Creditor Wells Fargo Equipment Finance, Inc.
kgwynne@reedsmith.com, llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kurt F. Gwynne on behalf of Creditor Wells Fargo Equipment Finance, LLC
kgwynne@reedsmith.com, llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Christopher M Hack on behalf of Creditor Kathryne Anne Kurth
ecf@krislovlaw.com

Christopher M Hack on behalf of Creditor Ronald G. DeNicolo, Jr.
ecf@krislovlaw.com

Emily Margaret Hahn on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR
ehahn@abernathy-law.com

Cameron Martin Halling on behalf of Creditor 222 West Sixth Street, LLC
cameron@hallingmeza.com, smcdonald@hallingmeza.com

Natan M. Hamerman on behalf of Creditor Committee Official Committee of Unsecured Creditors of The Hertz Corporation, et al.
nhamerman@kramerlevin.com, atigroup@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com

Natan M. Hamerman on behalf of Plaintiff THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
nhamerman@kramerlevin.com, atigroup@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com

James F Harker on behalf of Creditor JM&A Group
jharker@cohenseglias.com, sbruno@cohenseglias.com

James C. Harman on behalf of Creditor County of Orange
james.harman@coco.ocgov.com, simon.perng@coco.ocgov.com

Megan N. Harper on behalf of Creditor City of Philadelphia Department of Commerce Division of Aviation
megan.harper@phila.gov, karena.blaylock@phila.gov

Megan N. Harper on behalf of Creditor City of Philadelphia/School District of Philadelphia/Water Revenue Bureau/City of Philadelphia Department of Commerce Division of Aviation
megan.harper@phila.gov, karena.blaylock@phila.gov

Christopher H. Hart on behalf of Creditor Lyft, Inc.
chart@nutihart.com

Brett Michael Haywood on behalf of Attorney Richards, Layton & Finger, P.A.
haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood on behalf of Debtor CMGC Canada Acquisition ULC
haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood on behalf of Debtor DTG Canada Corp.
haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood on behalf of Debtor DTG Supply, LLC
haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood on behalf of Debtor Dollar Rent A Car, Inc.
haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood on behalf of Debtor Dollar Thrifty Automotive Group Canada Inc.
haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood on behalf of Debtor Dollar Thrifty Automotive Group, Inc.
haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood on behalf of Debtor Donlen Corporation
haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood on behalf of Debtor Donlen Fleet Leasing Ltd.
haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood on behalf of Debtor Donlen Mobility Solutions, Inc.
haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood on behalf of Debtor Firefly Rent A Car LLC
haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood on behalf of Debtor Hertz Aircraft, LLC
haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood on behalf of Debtor Hertz Car Sales LLC
haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood on behalf of Debtor Hertz Global Holdings, Inc.
haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood on behalf of Debtor Hertz Global Services Corporation
haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood on behalf of Debtor Hertz Local Edition Corp.
haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood on behalf of Debtor Hertz Local Edition Transporting, Inc.
haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood on behalf of Debtor Hertz Technologies, Inc.
haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood on behalf of Debtor Hertz Transporting, Inc.
haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood on behalf of Debtor Rental Car Group Company, LLC
haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood on behalf of Debtor Rental Car Intermediate Holdings, LLC
haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood on behalf of Debtor Smartz Vehicle Rental Corporation
haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood on behalf of Debtor TRAC Asia Pacific, Inc.
haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood on behalf of Debtor The Hertz Corporation
haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood on behalf of Debtor Thrifty Rent-A-Car System, LLC
haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

Brett Michael Haywood on behalf of Debtor Thrifty, LLC
haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

William A. Hazeltine on behalf of Creditor American Automobile Association, Inc.
Bankruptcy001@sha-llc.com

William A. Hazeltine on behalf of Creditor Dallas/Fort Worth International Airport Board
Bankruptcy001@sha-llc.com

William A. Hazeltine on behalf of Creditor Dallas/Fort Worth Public Facility Improvement Corporation
Bankruptcy001@sha-llc.com

Mark F. Hebbeln on behalf of Creditor Wells Fargo Bank, N.A., as Indenture Trustee
mhebbeln@foley.com, jsorrels@foley.com,opetukhova@foley.com

Samuel Paul Hershey on behalf of Debtor The Hertz Corporation
samuel.hershey@whitecase.com

R. Karl Hill on behalf of Creditor Scott Randolph
khill@svglaw.com, csnyder@svglaw.com,cwalters@svglaw.com

Adam Hiller on behalf of Creditor Brian J. Clark
ahiller@adamhillerlaw.com

Adam Hiller on behalf of Creditor Justin Carter
ahiller@adamhillerlaw.com

Adam Hiller on behalf of Creditor Rosendo Rios Lara
ahiller@adamhillerlaw.com

Adam Hiller on behalf of Creditor Yomaris Estrella Silverio
ahiller@adamhillerlaw.com

Adam Hiller on behalf of Interested Party Amy Leal (Medina), in her capacity as Personal Representative of the Estates of Jose C. Medina and Fernanda C. Medina
ahiller@adamhillerlaw.com

Adam Hiller on behalf of Interested Party Hilary Henry
ahiller@adamhillerlaw.com

Adam Hiller on behalf of Interested Party Marie Jane Wania
ahiller@adamhillerlaw.com

Adam Hiller on behalf of Interested Party Monica Leticia Vizcarra-Villegas
ahiller@adamhillerlaw.com

Adam Hiller on behalf of Interested Party Rebecca Bly-Thwreatt
ahiller@adamhillerlaw.com

James Andrew Hinds, Jr. on behalf of Creditor San Dimas Partners, LLC
jhinds@hindslawgroup.com, mduran@hindslawgroup.com

Jarret P. Hitchings on behalf of Creditor Canadian Imperial Bank of Commerce, New York Branch
jphitchings@duanemorris.com

Catherine E. Holzhauser on behalf of Interested Party Teamsters Local Union No. 150
cholzhauser@beesontayer.com, nmounir@beesontayer.com;akenney@beesontayer.com

Catherine E. Holzhauser on behalf of Interested Party Teamsters Local Union No. 431
cholzhauser@beesontayer.com, nmounir@beesontayer.com;akenney@beesontayer.com

Catherine E. Holzhauser on behalf of Interested Party Teamsters Local Union No. 665
cholzhauser@beesontayer.com, nmounir@beesontayer.com;akenney@beesontayer.com

Catherine E. Holzhauser on behalf of Interested Party Teamsters Local Union No. 853
cholzhauser@beesontayer.com, nmounir@beesontayer.com;akenney@beesontayer.com

Catherine E. Holzhauser on behalf of Interested Party Teamsters Local Union No. 856
cholzhauser@beesontayer.com, nmounir@beesontayer.com;akenney@beesontayer.com

Jennifer R. Hoover on behalf of Creditor Committee Official Committee of Unsecured Creditors of The Hertz Corporation, et al.
jhoover@beneschlaw.com, debankruptcy@beneschlaw.com;lmolinaro@beneschlaw.com

Jennifer R. Hoover on behalf of Defendant Barclay's Bank PLC
jhoover@beneschlaw.com, debankruptcy@beneschlaw.com;lmolinaro@beneschlaw.com

Jennifer R. Hoover on behalf of Plaintiff THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
jhoover@beneschlaw.com, debankruptcy@beneschlaw.com;lmolinaro@beneschlaw.com

Thomas M. Horan on behalf of Interested Party GSP Transportation, Inc.
thoran@cozen.com, sshidner@cozen.com;thomas-horan-3976@ecf.pacerpro.com

Thomas M. Horan on behalf of Interested Party U.S. Bank National Association
thoran@cozen.com, sshidner@cozen.com;thomas-horan-3976@ecf.pacerpro.com

James E. Huggett on behalf of Creditor Arlean Green, on behalf of herself and all others similarly-situated
jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com

Courtney J Hull on behalf of Creditor Texas Comptroller of Public Accounts
bk-chull@oag.texas.gov, sherri.simpson@oag.texas.gov

Nathaniel R. Hull on behalf of Creditor City of Charlotte/Charlotte Douglas International Airport
nhull@verrilldana.com, bankr@verrilldana.com

Nathaniel R. Hull on behalf of Creditor Nantucket Memorial Airport Commission
nhull@verrilldana.com, bankr@verrilldana.com

Joseph H. Huston, Jr. on behalf of Creditor Jeffrey Brower, and All Personal Injury Claimants
jhh@stevenslee.com

Megan Ix on behalf of Interested Party Structured Finance Association
mix@pwujlaw.com

Patrick A. Jackson on behalf of Creditor MTN Steering Committee
Patrick.jackson@faegredrinker.com, rokeysha.ramos@faegredrinker.com

Ericka Fredricks Johnson on behalf of Creditor Connecticut Airport Authority
Ericka.johnson@wbd-us.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com;Rachel.metzger@wbd-us.com

Laura Davis Jones on behalf of Interested Party Ad Hoc Group
ljones@pszjlaw.com, efile1@pszjlaw.com

Michael Joseph Joyce on behalf of Creditor 3535 Quebec Partners, LLC
mjoyce@mjlawoffices.com

Michael Joseph Joyce on behalf of Creditor Kingmill Pty., Ltd.
mjoyce@mjlawoffices.com

Michael Joseph Joyce on behalf of Creditor Motoka Rentals Limited
mjoyce@mjlawoffices.com

Michael Joseph Joyce on behalf of Creditor Emilia Torres Rodriguez
mjoyce@mjlawoffices.com

Michael Joseph Joyce on behalf of Creditor Emillia Torres Rodriguez
mjoyce@mjlawoffices.com

Michael Joseph Joyce on behalf of Creditor Gina Konopka
mjoyce@mjlawoffices.com

Michael Joseph Joyce on behalf of Creditor Torrence Mack
mjoyce@mjlawoffices.com

Nicholas F. Kajon on behalf of Creditor Jeffrey Brower, and All Personal Injury Claimants
nfk@stevenslee.com

Ann M. Kashishian on behalf of Creditor Amanda Phillips
amk@kashishianlaw.com

Ann M. Kashishian on behalf of Creditor Hannah Henson
amk@kashishianlaw.com

Ann M. Kashishian on behalf of Creditor Kelly Utter
amk@kashishianlaw.com

Ann M. Kashishian on behalf of Creditor Kevin M. Phillips
amk@kashishianlaw.com

Ann M. Kashishian on behalf of Creditor Kyle Utter
amk@kashishianlaw.com

Ann M. Kashishian on behalf of Creditor Larry Utter
amk@kashishianlaw.com

Ann M. Kashishian on behalf of Creditor Lindsey Henson
amk@kashishianlaw.com

Ann M. Kashishian on behalf of Creditor Pam Utter
amk@kashishianlaw.com

Ann M. Kashishian on behalf of Creditor Rachel Ridings
amk@kashishianlaw.com

Shanti M. Katona on behalf of Creditor TSD Rental, LLC
skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Susan E. Kaufman on behalf of Interested Party International Brotherhood of Teamsters & affiliated Locals (Teamsters)
skaufman@skaufmanlaw.com

Brya Michele Keilson on behalf of Interested Party BOKF, N.A. as Co-Note Collateral Agent
bkeilson@morrisjames.com, wweller@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com

Regina S. Kelbon on behalf of Creditor Bank of Montreal
kelbon@blankrome.com

Regina S. Kelbon on behalf of Creditor The Bank of Nova Scotia
kelbon@blankrome.com

Ashley C Keller on behalf of Creditor Jeffrey Brower, and All Personal Injury Claimants
docket@kellerlenkner.com

Karen E. Keller on behalf of Creditor Kimberly-Clark Corporation
kkeller@shawkeller.com

Karen E. Keller on behalf of Creditor Kimberly-Clark, Inc.
kkeller@shawkeller.com

Gerald P. Kennedy on behalf of Creditor RIU California LLC
gerald.kennedy@procopio.com, kristina.terlaga@procopio.com

Nicole C. Kenworthy on behalf of Interested Party Charles County Maryland
bdept@mrrlaw.net

Doah Kim on behalf of Debtor The Hertz Corporation
doah.kim@whitecase.com, livy.mezei@whitecase.com

David M. Klauder on behalf of Creditor Reno-Tahoe Airport Authority
dklauder@bk-legal.com

David M. Klauder on behalf of Interested Party 104 Foundry Street Realty, LLC
dklauder@bk-legal.com

Julia Bettina Klein on behalf of Interested Party Bamidele Aiyekusibe and Pawan Lal
klein@kleinllc.com

Julia Bettina Klein on behalf of Interested Party Polat Kemal, on Behalf of Himself and Others Similarly Situated
klein@kleinllc.com

Tracy Lee Klestadt on behalf of Creditor Orlando Sanford International Inc.
tklestadt@klestadt.com

Michael Knapp on behalf of Creditor Ethan Conrad Properties, Inc
michael@ethanconradprop.com

John Henry Knight on behalf of Debtor CMGC Canada Acquisition ULC
knight@rlf.com, RBGroup@RLF.com;ann-jerominski-2390@ecf.pacerpro.com

John Henry Knight on behalf of Debtor DTG Canada Corp.
knight@rlf.com, RBGroup@RLF.com;ann-jerominski-2390@ecf.pacerpro.com

John Henry Knight on behalf of Debtor Dollar Thrifty Automotive Group Canada Inc.
knight@rlf.com, RBGroup@RLF.com;ann-jerominski-2390@ecf.pacerpro.com

John Henry Knight on behalf of Debtor Hertz Canada Limited
knight@rlf.com, RBGroup@RLF.com;ann-jerominski-2390@ecf.pacerpro.com

John Henry Knight on behalf of Debtor The Hertz Corporation
knight@rlf.com, RBGroup@RLF.com;ann-jerominski-2390@ecf.pacerpro.com

Peter P. Knight on behalf of Interested Party Deutsche Bank AG, New York Branch
peter.knight@lw.com, chefiling@lw.com

Lawrence Joel Kotler on behalf of Creditor Chubb Companies
ljkotler@duanemorris.com

Jeffrey Allen Krol on behalf of Creditor Automobile Mechanics Local No. 701 Union and Industry Pension Fund
jeffkrol@johnsonkrol.com

Joel A. Kunin on behalf of Interested Party Emma Bradley
jkunin@ghalaw.com

Jeffrey Kurtzman on behalf of Creditor Reedman Toll Auto Group
kurtzman@kurtzmansteady.com

Carolyn Lachman on behalf of Creditor Pension Benefit Guaranty Corporation
lachman.carolyn@pbgc.gov, efile@pbgc.gov

Carolyn Lachman on behalf of Interested Party Bret D Lewis
lachman.carolyn@pbgc.gov, efile@pbgc.gov

Jayna Partain Lamar on behalf of Creditor Birmingham Airport Authority
jlamar@maynardcooper.com

J