**Exhibit 1 – Third PPI List**

**(a) <u>Airport Authorities</u>**

Capital Region Airport Commission
Nantucket Airport Commission

## (b) Government Related Parties

Chatham County Tax Commissioner
City of Boise City, Idaho
Imperial County Treasurer-Tax Collector
New York State Department of Environmental Conservation
South Jersey Transportation Authority
TN Dept of Labor – Boiler/Elevator Div.
Wichita County

**(c) Restructuring Advisors to Certain Creditors and Other Potential Parties in Interest**

Ciconte Scerba LLC
Connolly Gallagher LLP
Cozen O'Connor
Ervin Cohen & Jessup LLP
Fineman Krekstein & Harris PC
Gutride Safier LLP
Hogan McDaniel
Lowenstein Sandler LLP
Luttrell Carmody Law Group
Reese LLP
Saltzman & Johnson Law Corporation
Smith Allings, P.S.
Stanley Law Offices LP
Taft
Verill Dana, LLP

### (d) Other Creditors and Parties

| | |
|---|---|
| 400 Capital Management | Lawrence Wood |
| APG Asset Management US Inc | Lithia |
| Athene Holding Ltd | Lord, Abbett & Co., LLC |
| Athene USA Corporation | Macquarie Capital (USA) Inc. |
| Atlas Merchant Capital LLC | Marathon Asset Management LP |
| Automotive Industries Pension Trust Fund | Marubeni Corporation |
| Automotive Industries Welfare Trust Fund | Monarch Alternative Capital LP |
| Avis | Moore Capital Management LP |
| AVRS | Morgan Stanley & Co., LLC |
| Brean Asset Management, LLC | Morgan Stanley Senior Funding, Inc. |
| Canso Investment Counsel Ltd. | Napier Park Global Capital |
| Carvana | Neuberger Berman Investment Advisers LLC |
| CDK Global LLC | Neuberger Berman Loan Advisers LLC |
| Cetus Capital LLC | Nuveen, LLC |
| Citigroup Global Markets Limited | Old Bellows Partners LP |
| Cobalt Capital Management, LLC | Olifant Fund, Ltd |
| Computerized Vehicle Registration | One Fin Capital Management LP |
| Contrarian Capital Management, LLC | P. Schoenfeld Asset Management LP |
| Credit Suisse Securities (USA) LLC | Paloma Partners Management Company |
| CVC Credit Parnters | Pentwater Capital Management |
| D.E. Shaw Galvanic Portfolios, L.L.C. | Quantum Partners LP |
| Discovery Capital Management | RE 12528 LLC |
| DriveTime Car Sales, LLC | RE 281, LLC |
| Eaton Vance | Red Mountain Asset Fund II, LLC |
| Enrico Moretti | Ronin Equity Partners |
| Farmstead Capital | Scoggin Capital Management |
| FFI Fund, Ltd. | Serengeti Asset Management LP |
| Fidelity Management & Research Company | Susquehanna International Group, LLP |
| First Eagle Alternative Credit, LLC | Symphony Asset Management |
| Five Arrows Managers North America, LLC | TD Auto Finance |
| Freedom Acquirer LLC | The Reinalt-Thomas Corporation (dba Discount Tire) |
| FYI Ltd | Tresidor Investment Management LLP |
| Geraldine Peterson | U.S. Bank National Association |
| Itochu International Inc. | Warlander |
| Jefferies | Wexford Advisors |
| Jim Pattison Lease Holdings, Inc. | Wolf Hill Management, LP |
| Kevin D. Fennick | |

**(e) Additional Litigation Parties**

Carlos H. Feliciano
James Dean Mitton
Janice Dawson
Tamia Howard

**(f)  Chapter 15 Debtor**

Hertz UK Receivables Ltd

### (g) Chapter 15 Government Related Parties, including for the District of Delaware

Christina Rojas
David C. Weiss
Delaware Division of Revenue
Delaware State Attorney General
Delaware State Treasury
Holly Dice
Hon. Mary F. Walrath
Internal Revenue Service
Linda Richenderfer
Securities and Exchange Commission
The Delaware Department of State
United States Attorney for the District of Delaware
United States of America Attorney General

**(h) Chapter 15 Creditors**

AMC Credit Opportunities Master SPV LP
Aristeia Capital, L.L.C.
Aurelius Capital Master, Ltd.
Benefits Street Partners L.L.C.
Carronade Capital Master LP
Catalur Capital Management, LP
CCP Credit Master Lux S.A.R.L.
CSCP III Master Lux S.A.R.L.
Centerbridge Partners, L.P.
CTC Alternative Strategies, Ltd.
DSC Meridian Credit Opportunities Master Fund LP
Fortress Investment Group, LLC
Hein Park Capital Management LP
J.H. Lane Partners Master Fund, L.P.
Lynstone SSF Holdings S.A.R.L.
MAGENTA
Managed and Enhanced Tap (Magenta) Funding S.T.
SC III-Flex Master Lux S.A.R.L.
Serengeti Lycaon MM LP
Strategic Value Dislocation Master Fund, L.P.
Strategic Value Master Fund, Ltd.
Strategic Value Partners
Strategic Value Special Situations Master Fund IV, L.P.
Tresidor Europe Credit Limited
Tresidor Europe Credit Opportunities Limited
Whitebox Advisors LLC (on behalf of certain funds and entities that it manages or advises, and not in its individual capacity)

### (i)  Chapter 15 Creditors' Counsel and Other Professionals

Clifford Chance LLP
Kirkland & Ellis International LLP
Loeb & Loeb LLP
Lucid Issuer Services Ltd

### (k) Chapter 15 Foreign Representative

Bryn Cavers-Davies

## (l)  Plan Sponsors/Potential Plan Sponsors

Banc of America Credit Products, Inc.
Blackrock, Inc.
BofA Securities Inc.
Capital Ventures International, and
CarVal Investors
Centaurus Capital LP
Centerbridge Partners, L.P.
Certares Opportunities LLC
Dundon
Kaiser Permanente
Knighthead Opportunities Capital Management, LLC
Littlejohn Opportunities Master Fund LP
Livello Capital
Millennium CMM, Ltd.
Moore Global Investments, LLC
NSP – Minnesota Prairie I Retail Qualified Trust
NSP – Minnesota Prairie II Retail Qualified Trust
NSP – Monticello Minnesota Retail Qualified Trust
OFM II, L.P.
Southeastern Pennsylvania Transportation Authority
Sunrise Partners Limited Partnership
The Calvert Fund-Calvert High Yield Bond Fund
The Regents of the University of California
Warburg Pincus