## **EXHIBIT 2**

BCG'S CONNECTIONS LIST

The following are BCG clients for whom we have an open matter unrelated to the Debtors:

    APG Asset Management
    Auto Hall
    Blackrock, Inc.
    Cargill Inc.
    Centerbridge Partners
    Citigroup
    Credit Suisse
    Fortress Investment Group LLC
    Fidelity Management
    Itochu Corporation
    Kaiser Permanente
    Klöckner Pentaplast
    Macquarie Bank
    Marubeni
    Mizuho Financial Group
    Morgan Stanley
    Neuberger Berman Inc.
    Providence Equity
    Rothschild
    Softbank
    State of California
    State of Delaware
    Strategic Value Partners
    University of California
    US Bank
    Warburg Pincus

The following are Vendors to BCG:

    Avis
    Credit Suisse
    Clifford Chance LLP
    Delaware Division of Revenue
    Internal Revenue Services
    MX Mobiling
    Regents of University of California
    Softbank Group
    Southern California Permanente Medical
    State of Delaware
    Superior Vision Corporation
    Taft, Stettinius & Hollister
    The Delaware Department of State