May 4th 2021

Complaint

FILED
2021 MAY 10 AM 9:32
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Bankruptcy:

To the U.S. District Court, I am no longer employed by the Hertz Corporation and demanded Hertz processing Center to remove me from this Court(s) bankruptcy personal business legal issues twice and those demands have been ignored.

No suits were filed against Hertz.

Hertz Processing Center
c/o Prime Clerk LLC
1. Grand Central Place
60 East 42nd Street
Suite # 1440
New York, N.Y. 10165.
Telephone # 877-428-4661

Thank You!

Sincerely
Lewis Fennick

Email: KFennick1967
@gmail.com

Kevin Fenrick
113-A Brew Avenue
Boston, MA 02131

To: The United States Bankruptcy Court
824 Market Street, North
Wilmington, Delaware
19801

Attention: Clerk's Office