# APPENDIX I

| MASTER # | BR # | NAME |
|---|---|---|
| 1 | 1.i.(a) | Hannah Ayoub |
| 2 | 1.i.(b) | Nicole Stevens |
| 3 | 1.i.(c) | Shontrell Higgs |
| 4 | 1.i.(d) | Julius Burnside |
| 5 | 1.i.(e) | Magalie Sterlin |
| 6 | 1.i.(f) | Arthur Stepanyan |
| 7 | 1.i.(g) | Howard Junious |
| 8 | 1.i.(h) | Laketa Collins |
| 9 | 1.i.(i) | Michelle Johnson |
| 10 | 1.i.(j) | Brian Steinberg |
| 11 | 1.i.(k) | Antwone Person |
| 12 | 1.i.(l) | Michael Koss |
| 13 | 1.i.(m) | Amanda Koss |
| 14 | 1.i.(n) | Cheryl Young |
| 15 | 1.i.(o) | Stephanie Keene |
| 16 | 1.i.(p) | James Keene |
| 17 | 1.i.(q) | Barbara Fernandez |
| 18 | 1.i.(r) | Thomas Channell |
| 19 | 1.i.(s) | Michael Channell |
| 20 | 1.i.(t) | Jessical Gurumendi |
| 21 | 1.ii.(a) | Vangelis (on behalf of minor child A.G.) |
| 22 | 1.ii.(b) | Vangelis (on behalf of minor child C.G.) |
| 23 | 1.iii.(a) | Brent Williams Sr |
| 24 | 1.iv.(a) | Nancy Cullen Smits |
| 25 | 1.iv.(b) | Ryan Smits |
| 26 | 1.v.(a) | Henry Essick III |
| 27 | 2.1. | Edward Neiger |
| 28 | 2.2. | Laju Ogedengbe |
| 29 | 2.3. | Michelle Sides |
| 30 | 2.4. | Jennifer Robinson |
| 31 | 2.5. | Sharifa Wright |
| 32 | 2.6. | Jamie Mann |
| 33 | 2.7. | Jacqueline Suzanne Rayburn |
| 34 | 2.8. | Alan Hill |
| 35 | 2.9. | Brandon White |
| 36 | 2.10. | Chantea Dolphus |
| 37 | 2.11. | Shanieka Perrier |
| 38 | 2.12. | Jamsly Edouard |
| 39 | 2.13. | Tanysha Harris |
| 40 | 2.14. | John Willen |
| 41 | 2.15. | Elizabeth Isaacs |
| 42 | 2.16. | Lonn Reas |
| 43 | 2.17. | Sachin Badgujar |
| 44 | 2.18. | Crystal Henderson |

| | | |
|---|---|---|
| 45 | 2.19. | Monica Smith Walker |
| 46 | 2.20. | Caitlin Duggan |
| ~~47~~ | ~~2.21.~~ | ███████████████████ |
| 48 | 2.22. | Michael Tobin |
| 49 | 2.23. | Kenneth Reed |
| 50 | 2.24. | William Cottles III |
| 51 | 2.25. | Gerald Albert |
| 52 | 2.26. | Ouedia Coln |
| 53 | 2.27. | Ed Ortiz and Bill Fiarkis |
| 54 | 2.28. | Tia Lee |
| 55 | 2.29. | Derrick Craft |
| 56 | 2.30. | Temika Thompson |
| 57 | 2.31. | Ronald Rojas |
| 58 | 2.32. | Roberta McGregor |
| 59 | 2.33. | Fianchi Beamon-Pernell |
| 60 | 2.34. | Quitman Jones |
| 61 | 2.35. | Brenda Mobley |
| 62 | 2.36. | Dawn Cook |
| 63 | 2.37. | Wendy Fenton |
| 64 | 2.38. | Jeremy Beadles |
| 65 | 2.39. | Edmund Wilson |
| 66 | 2.40. | Tommy Cooper |
| 67 | 2.41. | Sean Boylen |
| 68 | 2.42. | Barbara Hampton |
| 69 | 2.43. | Audrey Simmons (nee Mays) |
| 70 | 2.44. | Gabrielle Eichbaum (aka Libi Kavanah) |
| 71 | 2.45. | Desery Martin |
| 72 | 2.46. | Angelina San Jurjo |
| 73 | 2.47. | Crystal S. Rose |
| 74 | 2.48. | Helen Mitchell |
| 75 | 2.49. | Daiyon Davis |
| 76 | 2.50. | Van Love Jr. (by Teyauna Hamell) |
| 77 | 2.51. | Mary Hunt |
| 78 | 2.52. | Latasha Dupriest |
| 79 | 2.53. | Courtney Miles |
| 80 | 2.54. | Relinda Mattson |
| 81 | 2.55. | Danny Dale |
| 82 | 2.56. | Jennifer Rogers |
| 83 | 2.57. | Geron Adams |
| 84 | 2.58. | Earl Holland |
| 85 | 2.59. | Kimberly D. Levene |
| 86 | 2.60. | Morgan D. Elliott |
| 87 | 2.61. | Tommie Blanks |
| 88 | 2.62. | Wilbur Clark |
| 89 | 2.63. | Marshall Anthony Bourdier |
| 90 | 2.64. | Lorne Williams |
| 91 | 2.65. | Tamika Willis |

| | | |
|---|---|---|
| 92 | 2.66. | Zamira Cardenas |
| 93 | 2.67. | Carrie Gibbs (nee Wong) |
| 94 | 2.68. | Akilah S Brackett |
| 95 | 2.69. | Dajanae Bridges |
| 96 | 2.70. | Kenny Bridges |
| 97 | 2.71. | Mark E Fountain |
| 98 | 2.72. | Asia Jackson |
| 99 | 2.73. | Labritta Ross |
| 100 | 2.74. | Melanie Shiller (aka Melanie McDonald) |
| 101 | 2.75. | Aileen Fondon |
| 102 | 2.76. | William Sullivan |
| 103 | 2.77. | Jerrisha Johnson |
| 104 | 2.78. | Kathleen Scott |
| 105 | 2.79. | Donald Peterson (died) |
| 106 | 2.80. | Jefferson Bourgeois |
| 107 | 2.81. | Dennis Dunphy |
| 108 | 2.82. | Brett McDowell |
| 109 | 2.83. | Elijah Holmes |
| ~~110~~ | ~~2.84.~~ | ███████████████████████ |
| 111 | 2.85. | Alisa Pearlman |
| 112 | 2.86. | Christine Long |
| 113 | 2.87. | Perry Long |
| 114 | 2.88. | Mikayla Long |
| 115 | 2.89. | Paul Anthony Knight |
| 116 | 2.90. | Rebecca Couch |
| 117 | 2.91. | Cindi Musgraves |
| 118 | 2.92. | Myles W.D. Musgraves II |
| 119 | 2.93. | Renita Yates |
| ~~120~~ | ~~2.94.~~ | ███████████████████████ |
| 121 | 2.95. | Melissa Harris |
| 122 | 2.96. | John Contreras |
| 123 | 2.97. | Maribel Pereyra |
| 124 | 2.98. | Niesha Rush |
| 125 | 2.99. | Jessica Johnston |
| 126 | 2.100. | Drew Arvary |
| 127 | 2.101. | Guillermo R. Garza |
| 128 | 2.102. | Cristel Hibbs |
| 129 | 2.103. | Scott Sherlock |
| ~~130~~ | ~~2.104.~~ | ███████████████████████ |
| 131 | 2.105. | Michelle Lowe |
| 132 | 2.106. | Kimarsha Dunn |
| 133 | 2.107. | Michelle Jones |
| 134 | 2.108. | Mark W. Grant |
| 135 | 2.109. | Michael Williams (as described in Case No. A-19-803924-C currently pending in the District Court of Clark County, Nevada) |

| | | |
|---|---|---|
| 136 | 2.110. | Mindy Arney, for herself (as described in Case No. A-19-803924-C currently pending in the District Court of Clark County, Nevada) |
| 137 | 2.111. | Mindy Arney, for her minor child Ryan Chamberlain (as described in Case No. A-19-803924-C currently pending in the District Court of Clark County, Nevada) - |
| 138 | 2.112. | Amke Crotz |
| 139 | 2.113. | Donica Taylor |
| 140 | 2.114. | Shante Nichols-Harris |
| 141 | 2.115. | Rosalynn Josey |
| *** | *** | Class of unknown individuals that have been damaged by Debtors (collectively, the "Class of False Police Report Claimants") actions in falsely reporting untold numbers of customers for car theft, prosecuting them, and many of which have been sentenced to jail on felony charges, causing them to lose their jobs, giving them criminal records, causing them to lose their homes, and separating them from their family and loved ones, among other damages |