# EXHIBIT 5

**Grimes, Josh**

| | |
|---|---|
| **From:** | Sohan, Jim |
| **Sent:** | Friday, June 26, 2015 12:55 PM |
| **To:** | Watkins, Robert; Grimes, Josh |
| **Cc:** | Hairgrove, Jason |
| **Subject:** | RE: Hertz |

Concur.

*Thanks,*

*Jim*

**From:** Watkins, Robert
**Sent:** Friday, June 26, 2015 12:42 PM
**To:** Grimes, Josh; Sohan, Jim
**Cc:** Hairgrove, Jason
**Subject:** RE: Hertz

I agree 100%.  Actually 'that was what I was thinking'.

# *Mike Watkins*

## **Assistant Chief**
## **Department of Public Safety**
## **Louisville Regional Airport**
## **Work 502 380-8283**
## **Cell   502 608-7739**

**From:** Grimes, Josh
**Sent:** Friday, June 26, 2015 12:11 PM
**To:** Watkins, Robert; Sohan, Jim
**Cc:** Hairgrove, Jason
**Subject:** Hertz

Off. Hairgrove spoke to a Hertz sales rep in Nashville who confirmed they received a car from a customer that was originally rented in Louisville back in March.  It sat on  his lot for 60 days until it was sold 6/6 to a car lot in Hopkinsville, KY.  We took a report on 3/25 from Hertz that this was stolen missing from their inventory.

After that, we did a complete search online of all VIN #'s in the stolen auto database and got a return of 2 more Hertz autos believed to have been sold or scrapped. The Nashville Hertz rep commented that Louisville office is horrible with their paperwork and vehicle tracking.

Until Hertz corporate takes some action with their Louisville lot and personnel, I recommend that we suspend taking stolen auto reports for Hertz for "missing inventory" unless they physically see someone steal an auto, have evidentiary proof of such or obviously non returns that warrants have been taken.  Hairgrove has reached out to their Corporate Security office.

Capt. Josh Grimes
**Department of Public Safety**
**Louisville International Airport**
**POLICE-FIRE-EMS**
(502) 366-2611  Firehouse
(502) 380-8380  Captain's Office
(502) 366-6074  Fax