# EXHIBIT 7

Audio- April 15, 2019 Phone Call

https://youtu.be/jJ-57ldZZYw