# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>The Hertz Corporation, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-11218 (MFW)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 5178 & 5182** |

## NOTICE OF FILING OF PROPOSED CONFIRMATION ORDER

PLEASE TAKE NOTICE that, on June 7, 2021, the debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned cases filed the *Second Modified Third Amended Joint Chapter 11 Plan of Reorganization of The Hertz Corporation and Its Debtor Affiliates* [Docket No. 5178] (the "**Second Modified Third Amended Plan**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that, on June 8, 2021, in connection with the Second Modified Third Amended Plan, the Debtors filed the *Notice of Filing of Proposed Confirmation Order* [Docket No. 5182]. Attached thereto as Exhibit 1 was a proposed form of order confirming the Second Modified Third Amended Plan (the "**Proposed Confirmation Order**").

PLEASE TAKE FURTHER NOTICE that, in connection with the Plan, the Debtors hereby file the *Order (I) Confirming the Second Modified Third Amended Joint Chapter 11 Plan*

---

[1] The last four digits of The Hertz Corporation's tax identification number are 8568. The location of the debtors' service address is 8501 Williams Road, Estero, FL 33928. Due to the large number of debtors in these chapter 11 cases, which are jointly administered for procedural purposes, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at https://restructuring.primeclerk.com/hertz.

*of Reorganization of The Hertz Corporation and Its Debtor Affiliates and (II) Granting Related Relief* (the "**Revised Proposed Confirmation Order**"). A copy of the Revised Proposed Confirmation Order, which remains subject to ongoing review and revision, is attached hereto as **Exhibit 1**. For the convenience of the Court and all parties in interest, a redline comparison of the Revised Proposed Confirmation Order marked against the Proposed Confirmation Order is attached hereto as **Exhibit 2.**

PLEASE TAKE FURTHER NOTICE that, the Debtors intend to request entry of the Revised Proposed Confirmation Order at the hearing on Plan confirmation scheduled to commence on **June 10, 2021 at 10:30 a.m. (ET)**, before The Honorable Mary F. Walrath (the "**Hearing**"). To the extent that the Debtors make revisions to the Revised Proposed Confirmation Order prior to the Hearing, the Debtors intend to present a redlined copy of the revised order to the Court either before or at the Hearing.

[*Remainder of page intentionally left blank*]

Dated: June 9, 2021
       Wilmington, Delaware

*/s/ J. Zachary Noble*
**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)
John H. Knight (No. 3848)
Brett M. Haywood (No. 6166)
Christopher M. De Lillo (No. 6355)
J. Zachary Noble (No. 6689)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Collins@rlf.com
Knight@rlf.com
Haywood@rlf.com
DeLillo@rlf.com
Noble@rlf.com

—and—

**WHITE & CASE LLP**

Thomas E Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone:    (305) 371-2700
tlauria@whitecase.com
mbrown@whitecase.com

J. Christopher Shore (admitted *pro hac vice*)
David M. Turetsky (admitted *pro hac vice*)
Andrew T. Zatz (admitted *pro hac vice*)
Kathryn Sutherland-Smith (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone:    (212) 819-8200
cshore@whitecase.com
david.turetsky@whitecase.com
azatz@whitecase.com
kathryn.sutherland.smith@whitecase.com

Jason N. Zakia (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, IL 60606
Telephone:    (312) 881-5400
jzakia@whitecase.com
laura.baccash@whitecase.com

Roberto Kampfner (admitted *pro hac vice*)
Ronald K. Gorsich (admitted *pro hac vice*)
Aaron Colodny (admitted *pro hac vice*)
Doah Kim (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone:    (213) 620-7700
rkampfner@whitecase.com
rgorsich@whitecase.com
aaron.colodny@whitecase.com
doah.kim@whitecase.com

*Co-Counsel to the Debtors and Debtors-in-Possession*