# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>The Hertz Corporation, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-11218 (MFW)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 5178 & 5261** |

### NOTICE OF EFFECTIVE DATE AND ENTRY OF ORDER CONFIRMING THE SECOND MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF THE HERTZ CORPORATION AND ITS DEBTOR AFFILIATES

**PLEASE TAKE NOTICE** that on June 7, 2021, The Hertz Corporation ("**Hertz**") and its affiliated debtors in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed the *Second Modified Third Amended Joint Chapter 11 Plan of Reorganization of The Hertz Corporation and its Debtor Affiliates* [Docket No. 5178] (together with the Plan Supplements, all schedules, and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**").[2]

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Plan was held by the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") on June 10, 2021.

**PLEASE TAKE FURTHER NOTICE** that on June 10, 2021, the Bankruptcy Court entered the *Order (I) Confirming Second Modified Third Amended Joint Chapter 11 Plan of Reorganization of The Hertz Corporation and its Debtor Affiliates, and (II) Granting Related Relief* [Docket No. 5261] (the "**Confirmation Order**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Confirmation Order, the Debtors hereby provide notice of (i) the Effective Date and (ii) entry of the Confirmation Order.

---

[1] The last four digits of The Hertz Corporation's tax identification number are 8568.  The location of the debtors' service address is 8501 Williams Road, Estero, FL 33928.  Due to the large number of debtors in these chapter 11 cases, which are jointly administered for procedural purposes only, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at *https://restructuring.primeclerk.com/hertz*.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to them in the Plan or Confirmation Order (as defined herein), as applicable.

**PLEASE TAKE FURTHER NOTICE** that, the Effective Date of the Plan occurred on **June 30, 2021**.[3]

**PLEASE TAKE FURTHER NOTICE** that any Holder of a Claim arising from the rejection of an Executory Contract or Unexpired Lease pursuant to the Plan must submit a Proof of Claim on account of such Claim by no later than **July 30, 2021** to the Debtors' Claims and Noticing Agent at the following address: The Hertz Corporation Claims Processing Center, c/o Prime Clerk LLC, Grand Central Station, P.O. Box 4850, New York, New York 10163-4850. **ANY CLAIMS ARISING FROM THE REJECTION OF AN EXECUTORY CONTRACT OR UNEXPIRED LEASE NOT FILED WITHIN SUCH TIME SHALL BE DISALLOWED PURSUANT TO THE CONFIRMATION ORDER, FOREVER BARRED FROM ASSERTION, AND SHALL NOT BE ENFORCEABLE AGAINST, AS APPLICABLE, THE DEBTORS, THE REORGANIZED DEBTORS, THE ESTATES, OR PROPERTY OF THE FOREGOING PARTIES, WITHOUT THE NEED FOR ANY OBJECTION BY THE DEBTORS OR THE REORGANIZED DEBTORS, AS APPLICABLE, OR FURTHER NOTICE TO, OR ACTION, ORDER, OR APPROVAL OF THE BANKRUPTCY COURT OR ANY OTHER ENTITY, AND ANY CLAIM ARISING OUT OF THE REJECTION OF THE EXECUTORY CONTRACT OR UNEXPIRED LEASE SHALL BE DEEMED FULLY SATISFIED, RELEASED, AND DISCHARGED, NOTWITHSTANDING ANYTHING IN THE SCHEDULES, IF ANY, OR A PROOF OF CLAIM TO THE CONTRARY.**

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Article II.A. of the Plan, the Administrative Claims Bar Date is **August 6, 2021**. Except as otherwise provided in the DIP Order, the Claims Bar Date Order or the Plan, requests for payment of Administrative Claims other than Professional Fee Claims, DIP Claims, HVF Master Lease Claims, Canadian Fleet Financing Administrative Claims, Interim Fleet Financing Administrative Claims, Transaction Expenses, and Administrative Claims arising in the ordinary course of business, including postpetition rent owed pursuant to assumed Unexpired Leases, must be filed with the Bankruptcy Court and served on the Debtors or Reorganized Debtors (as the case may be), the Claims and Noticing Agent and the U.S. Trustee within thirty (30) days from the date of service of notice of the Effective Date. Such proof of Administrative Claim must include at a minimum: (i) the name of the applicable Debtor that is purported to be liable for the Administrative Claim and if the Administrative Claim is asserted against more than one Debtor, the exact amount asserted to be owed by each such Debtor; (ii) the name of the holder of the Administrative Claim; (iii) the asserted amount of the Administrative Claim; (iv) the basis of the Administrative Claim; and (v) supporting documentation for the Administrative Claim. **FAILURE TO FILE AND SERVE SUCH PROOF OF ADMINISTRATIVE CLAIM TIMELY AND PROPERLY SHALL RESULT IN SUCH CLAIM BEING FOREVER BARRED AND DISCHARGED. IF FOR ANY REASON ANY SUCH ADMINISTRATIVE CLAIM IS INCAPABLE OF BEING FOREVER BARRED AND DISALLOWED, THEN THE HOLDER OF SUCH CLAIM**

---

[3] Because all Regulatory Conditions have been met in advance of the Effective Date, all Debtors – including Rental Car Intermediate Holdings, LLC – are emerging from Chapter 11 as Reorganized Debtors as of the Effective Date.

SHALL IN NO EVENT HAVE RECOURSE TO ANY PROPERTY TO BE DISTRIBUTED PURSUANT TO THE PLAN.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Article II.E. of the Plan, the deadline for Professionals to file final applications for compensation for Professional Fee Claims incurred through and including the Effective Date is **August 16, 2021**.

**PLEASE TAKE FURTHER NOTICE** that the Plan and Confirmation Order may be viewed for free at the website of the Debtors' claims and noticing agent, Prime Clerk LLC ("**Prime Clerk**") at https://restructuring.primeclerk.com/hertz/ or for a fee on the Bankruptcy Court's website at http://www.deb.uscourts.gov.

Dated: June 30, 2021

| | |
|---|---|
|  /s/ J. Zachary Noble  | |
| **RICHARDS, LAYTON & FINGER, P.A.** | **WHITE & CASE LLP** |
| Mark D. Collins (No. 2981) | Thomas E Lauria (admitted *pro hac vice*) |
| John H. Knight (No. 3848) | Matthew C. Brown (admitted *pro hac vice*) |
| Brett M. Haywood (No. 6166) | 200 South Biscayne Boulevard, Suite 4900 |
| Christopher M. De Lillo (No. 6355) | Miami, FL 33131 |
| J. Zachary Noble (No. 6689) | Telephone:     (305) 371-2700 |
| One Rodney Square | tlauria@whitecase.com |
| 920 N. King Street | mbrown@whitecase.com |
| Wilmington, DE 19801 | |
| Telephone:     (302) 651-7700 | J. Christopher Shore (admitted *pro hac vice*) |
| Facsimile:     (302) 651-7701 | David M. Turetsky (admitted *pro hac vice*) |
| Collins@rlf.com | 1221 Avenue of the Americas |
| Knight@rlf.com | New York, NY 10020 |
| Haywood@rlf.com | Telephone:     (212) 819-8200 |
| DeLillo@rlf.com | cshore@whitecase.com |
| Noble@rlf.com | david.turetsky@whitecase.com |
| | |
| —and— | Jason N. Zakia (admitted *pro hac vice*) |
| | 111 South Wacker Drive |
| | Chicago, IL 60606 |
| | Telephone:     (312) 881-5400 |
| | jzakia@whitecase.com |
| | |
| | Ronald K. Gorsich (admitted *pro hac vice*) |
| | Aaron Colodny (admitted *pro hac vice*) |
| | Andrew Mackintosh (admitted *pro hac vice*) |
| | Doah Kim (admitted *pro hac vice*) |
| | 555 South Flower Street, Suite 2700 |
| | Los Angeles, CA 90071 |
| | Telephone:     (213) 620-7700 |
| | rgorsich@whitecase.com |
| | aaron.colodny@whitecase.com |
| | amackintosh@whitecase.com |
| | doah.kim@whitecase.com |
| | |
| | *Co-Counsel to the Debtors and Debtors-in-Possession* |