## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| The Hertz Corporation, *et al.*,[1] | Case No. 20-11218 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 589, 2593, 5656 and 5687** |

### ORDER (I) DENYING FALSE POLICE REPORT CLAIMANTS' MOTIONS FOR RELIEF FROM PLAN INJUNCTION, (II) SETTING INITIAL BRIEFING SCHEDULE AND (III) GRANTING RELATED RELIEF

The Court having considered the *Motion of False Police Report Plaintiffs for Relief from Automatic Stay* [D.I. 589], the *Motion of False Police Report Claimants No. 2 for Relief from Automatic Stay* [D.I. 2593], the *Motion of False Police Report Claimants No. 3 for Relief from Any Stay and Plan Injunction* [D.I. 5656] and the *False Police Report Plaintiffs' and False Police Report Claimants No. 2's Supplement to Motions for Relief from Automatic Stay and Joinder* [D.I. 5687] (collectively, the "**Motions**") filed, as applicable, by the False Police Report Plaintiffs No. 1, the False Police Report Claimants No. 2 and the False Police Report Claimants No. 3 (collectively, the "**False Police Report Claimants**"), and the above-captioned debtors' (collectively, the "**Reorganized Debtors**") objections thereto [D.I. 762, 2848, 5703]; and this Court having jurisdiction over the Motions pursuant to 28 U.S.C. §§ 157 and 1334, the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware

---

[1] The last four digits of The Hertz Corporation's tax identification number are 8568. The location of the Reorganized Debtors' service address is 8501 Williams Road, Estero, FL 33928. Due to the large number of debtors in these chapter 11 cases, which are jointly administered for procedural purposes, a complete list of the Reorganized Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://restructuring.primeclerk.com/hertz.

(the "**District Court**") dated February 29, 2012; and the Motions being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and upon all briefing, declarations in support and proceedings regarding the Motions; and upon a hearing thereon;

IT IS HEREBY ORDERED THAT:

1.      The Motions are DENIED without prejudice to the False Police Report Plaintiffs' right to renew their requests.[2]

2.      The Reorganized Debtors will timely file all preliminary objections to the False Police Report Claimants' proofs of claim (each a "**Claim**" and collectively, the "**Claims**") by no later than September 20, 2021, with the False Police Report Claimants' response due October 20, 2021 and any reply due October 29, 2021.  A hearing on the Debtors' preliminary objections will be held on November 4, 2021 at 10:30 a.m. (ET).

3.      To the extent any Claims are not disallowed in connection with the Reorganized Debtors' objections thereto pursuant to paragraph 2 hereof, the Reorganized Debtors and the False Police Report Claimants will work in good faith following the November 4 hearing to determine appropriate next steps.

4.      Solely to the extent that any applicable state or federal limitations period in connection with any claim or cause of action asserted against the Reorganized Debtors and/or those persons subject to Paragraph 4 of the May 11, 2021 Order of this Court has not expired as of the Effective Date, and the claim or cause of action that is subject to that limitations period is (a) the subject of a filed Claim (as defined herein) and (b) subject to any injunction or other stay under

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Order (i) Confirming Second Modified Third Amended Joint Chapter 11 Plan of Reorganization of the Hertz Corporation and Its Debtor Affiliates and (ii) Granting Related Relief* [D.I. 5261] (the "**Confirmation Order**") or the Plan, as applicable.

the Plan, the Confirmation Order or this Order, then that limitations period shall be deemed to be extended until the later of (i) 30 days following entry of any order by this Court allowing that claim or cause of action to be asserted and prosecuted in a court or arbitral body other than this Court or the District Court, and (ii) the expiration of that limitations period under applicable state or other federal law.  Except as expressly set forth herein, this paragraph shall not affect, in any way, any rights or defenses of the Reorganized Debtors (including, without limitation, under any applicable bar date order and the Plan and Confirmation Order) or any rights or defenses of the False Police Report Claimants.

5.      The terms and conditions of this Order are immediately effective and enforceable upon its entry.

6.      The Court shall retain jurisdiction over any and all matters arising from or related to this Order, subject to any later ruling that the Court may make regarding the proper forum for the Claims.

**Dated: September 15th, 2021**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**