**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| THE HERTZ CORPORATION, *et al.*,[1] | : Case No. 20-11218 (MFW) |
| | : |
| | : (Jointly Administered) |
| Debtors. | : |

**NOTICE OF SERVICE**

Please take notice that, on September 28, 2021, the False Police Report Claimants[2] served the following documents upon the parties on the attached service list in the manner indicated:

- *False Police Report Claimants' First Set of Interrogatories Directed to Debtors;*

- *False Police Report Claimants' First Set of Requests for Production of Documents Directed to Debtors; and*

- *False Police Report Claimants First Set of Requests for Admissions Directed to Debtors.*

---

[1] The last four digits of The Hertz Corporation's tax identification number are 8568. The location of the debtors' service address is 8501 Williams Road, Estero, FL 33928. Due to the large number of debtors in these chapter 11 cases, for which joint administration for procedural purposes has been requested, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at https://restructuring.primeclerk.com/hertz.

[2] The "False Police Report Claimants" are those (i) individuals with cases pending that are detailed in the False Police Report Plaintiffs' Motion for Relief from Stay filed on June 25, 2020 [D.I.589]; (ii) the 115 additional individuals with claims and/or claims and cases pending that are detailed in the Motion of the False Police Report Claimants No. 2 filed on February 2, 2021 [D.I. 2593]; and (iii) the 29 individuals listed in the Motion of the False Police Report Claimants No. 3 for Relief from Stay and Any Plan Injunction filed on August 4, 2021 [D.I. 5656].

1

Wilmington, Delaware
Dated: September 30, 2021

        CIARDI CIARDI & ASTIN

        */s/ Daniel K. Astin*
        Daniel K. Astin (No. 4068)
        1204 North King Street
        Wilmington, DE  19801
        Telephone: (302) 658-1100
        Facsimile: (302) 658-1300
        dastin@ciardilaw.com

        -and-

        Albert A. Ciardi, III, Esquire
        Walter W. Gouldsbury III, Esquire
        CIARDI CIARDI & ASTIN
        1905 Spruce Street
        Philadelphia, PA 19103
        Telephone:  (215) 557-3550
        Facsimile:  (215) 557-3551
        aciardi@ciardilaw.com
        wgouldsbury@ciardilaw.com

        -and-

        Francis Malofiy, Esquire
        FRANCIS ALEXANDER, LLC
        280 N. Providence Road, Suite 1
        Media, PA 19063
        Telephone: (215) 500-1000
        Facsimile: (215) 500-1005
        francis@francisalexander.com

        *Attorneys for the False Police Report Claimants*

## **SERVICE LIST**

*Service Via E-Mail*

Samuel P. Hershey, Esq.
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
E-mail: sam.hershey@whitecase.com

*Counsel for Debtors and Debtors in Possession*

Robert J. Stearn Jr., Esq.
Brett Haywood, Esq.
Christopher M. DeLillo, Esq.
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
E-mail:   stearn@rlf.com
              haywood@rlf.com
              delillo@rlf.com

*Counsel for Debtors and Debtors in Possession*